NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AQUA SHIELD,**
*Plaintiff-Cross-Appellant*

v.

**INTERPOOL POOL COVER TEAM, ALUKOV HZ SPOL SRO, ALUKOV SPOL SRO, POOL & SPA ENCLOSURES,**
*Defendants-Appellants*

---

2015-2009, -2055

---

Appeals from the United States District Court for the District of Utah in No. 2:09-cv-00013-TS, Senior Judge Ted Stewart.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Aqua Shield's unopposed motion for a one-day extension of time, until January 27, 2016, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25