# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## Appeal Nos. 15-2009 and 15-2055

AQUA SHIELD,

Plaintiff-Cross Appellant

v.

INTERPOOL POOL COVER TEAM, ALUKOV HZ SPOL SRO,
ALUKOV SPOL SRO, POOL & SPA ENCLOSURES,

Defendants-Appellants

On Appeal from the United States District Court
for the District of Utah in Case No. 2:09-cv-00013, Judge Ted Stewart

## CORRECTED JOINT APPENDIX
## VOLUME II (A268-A610)

Gregory J. Coffey
COFFEY & ASSOCIATES
310 South Street
Morristown, New Jersey 07960
Phone: (973) 539-4500
Fax: (973) 539-4501

*Attorneys for Defendants-Appellants, Interpool Pool Cover Team, Alukov
HZ Spol, SRO, Alukov Spol, SRO, and Pool & Spa Enclosures*

# TABLE OF CONTENTS

**DESCRIPTION**                                                       **PAGE NO.**

**JOINT APPENDIX VOLUME I (AA1-AA15; A1-A267)**

**JUDGMENT FILED AUGUST 17, 2015** ...............................................AA1

**MEMORANDUM DECISION AND ORDER ON REMAND FILED AUGUST 10, 2015**....................................................................AA2

**TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION APPLICATION DATED OCTOBER 25, 2005** ......................................A1

**COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK FILED OCTOBER 18, 2005** ..........................................................................................A30

**MEMORANDUM DECISION AND ORDER OF TRANSFER FILED JANUARY 5, 2008**....................................................................A43

**FIRST AMENDED COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH FILED AUGUST 31, 2009**....................................................................A49

**FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED AUGUST 14, 2013**....................................................................A60

**MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S RULE 59 MOTION TO ALTER JUDGMENT FILED DECEMBER 9, 2013** ...........................A99

**TRANSCRIPT PAGES 1-4 OF BENCH TRIAL BEFORE THE HONORABLE TED STEWART DATED MARCH 19 AND MARCH 20, 2013** .............................................................................A113

**MEMORANDUM DECISION AND ORDER ON MOTIONS FILED NOVEMBER 28, 2011**.............................................................A117

**DESCRIPTION**                                                    **PAGE NO.**

**NOTICE OF SUPPLEMENTAL AUTHORITY FILED MAY 5, 2015** .................................................................................A128

**MEMORANDUM DECISION AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO PRECLUDE RELIANCE UPON EVIDENCE FILED JANUARY 15, 2013** ..........A130

**MEMORANDUM DECISION AND ORDER ON REMAND FILED AUGUST 10, 2015** ..................................................................A143

**JUDGMENT FILED AUGUST 17, 2015** ...........................................A157

**TRANSCRIPT PAGES 193-250 OF BENCH TRIAL BEFORE THE HONORABLE TED STEWART DATED MARCH 19 AND MARCH 20, 2013** ...............................................................................A158

**TRANSCRIPT PAGES 145-156 OF BENCH TRIAL BEFORE THE HONORABLE TED STEWART DATED MARCH 19 AND MARCH 20, 2013** ...............................................................................A216

**TRANSCRIPT PAGES 184-189 OF BENCH TRIAL BEFORE THE HONORABLE TED STEWART DATED MARCH 19 AND MARCH 20, 2013** ...............................................................................A229

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION IN LIMINE FILED MARCH 18, 2013**.....A244

**LETTER FROM IGOR KROL, ESQ. OF KROL & O'CONNOR DATED AUGUST 2, 2005**....................................................................A247

**LETTER FROM IGOR KROL, ESQ. OF KROL & O'CONNOR DATED AUGUST 16, 2005**..................................................................A251

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR INJUNCTION RELIEF DATED OCTOBER 24, 2005**......................A254

**DESCRIPTION**                                                        **PAGE NO.**

**JOINT APPENDIX VOLUME II (A268-A610)**

**MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT FILED APRIL 19, 2011** .......................................................................A268

**DECLARATION OF BOB BROOKS FILED APRIL 19, 2011** ........A294

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF UNITED STATES PATENT 6,637,160 FILED JUNE 5, 2011** ...........................A311

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED NOVEMBER 21, 2012** ................................................................A339

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 7, 2012** ...............................................................A352

**INVOICES FROM ALUKOV HZ SPOL. S.R.O. TO POOL & SPA ENCLOSURES, LLC** ..........................................................................A370

**AMENDED JUDGMENT FILED DECEMBER 9, 2013** ...................A431

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES RELATING TO REASONABLE ROYALTY, NON-WILLFUL INFRINGEMENT AND NON-EXCEPTIONALITY FILED APRIL 23, 2015** .......................................................................................A432

**INVOICES FROM ALUKOV HZ SPOL. S.R.O. TO POOL & SPA ENCLOSURES, LLC FROM OCTOBER OF 2008 THROUGH NOVEMBER OF 2011** .........................................................................A442

**INVOICES FROM ALUKOV HZ SPOL. S.R.O. TO POOL & SPA ENCLOSURES, LLC FROM DECEMBER OF 2011 THROUGH JANUARY OF 2013** .........................................................................A487

**DESCRIPTION**                                        **PAGE NO.**

**INVOICE FROM ALUKOV HZ SPOL. S.R.O. TO POOL & SPA ENCLOSURES, LLC DATED FEBRUARY 26, 2013** ....................... A504

**PROPOSED LICENSING FEE FROM JULY 10, 2001 TO JULY 10, 2021** ................................................................................. A506

**TRANSCRIPT PAGES OF BENCH TRIAL BEFORE THE HONORABLE TED STEWART DATED MARCH 19 AND MARCH 20, 2013** ............................................................................... A507

**CIVIL DOCKET SHEET FOR CASE NO. 2:09-CV-00013-TS** ........ A555

**UNITED STATES PATENT NO. 6,637,160 DATED OCTOBER 29, 2003** ................................................................................. A583

Todd E. Zenger (5238)
Dax D. Anderson (10168)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com
Email: danderson@kmclaw.com

Igor Krol, *pro hac vice*
KROL & CONNOR
3201 West 81st Street
New York, New York 10024

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AQUA SHIELD, INC. a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTER POOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S.R.O., POOL & SPA ENCLOSURES, LLC<br><br>Defendants. | Civil Action No. 2:09-cv-00013 TS<br><br>Judge Ted Stewart<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT**<br><br>**(JURY TRIAL DEMANDED)** |

Plaintiff, Aqua Shield, Inc. ("Aqua Shield") respectfully submits the following points and authorities in support of its motion for partial summary judgment of patent infringement.

**TABLE OF CONTENTS**

I.  INTRODUCTION AND SUMMARY OF ARGUMENT ...................................................... 5

II.  STATEMENT OF UNDISPUTED MATERIAL FACTS ...................................................... 5

   A.  Overview ...................................................................................................................... 5

   B.  The Asserted Claims ................................................................................................... 6

   C.  The Accused Products ................................................................................................. 11

III.  points and authorities ..................................................................................................... 1

   A.  Claim Construction ...................................................................................................... 2

   B.  Infringement ANALYSIS ............................................................................................. 8

IV.  Conclusion ......................................................................................................................... 8

ii

## TABLE OF AUTHORITIES

**Cases**

*A.B. Chance Co. v. RTE Corp.*,
854 F.2d 1307 (Fed. Cir. 1988) ................................................................................................. 1

*Birddog Solutions, Inc. v. ATD-American Co.*,
2008 WL 1776520 (D. Neb. April 14, 2008)............................................................................... 1

*Celotex Corp. v. Catrett*,
477 U.S. 317 (1986)................................................................................................................. 1, 2

*City of Omaha v. Figg Bridge Engineers; Inc.*,
2008 WL 2165186 (D. Neb. May 20, 2008)................................................................................ 2

*Drygel, Inc. v. United States*,
541 F.3d 1129 (Fed. Cir. 2008) ................................................................................................. 4

*Elnashar v. Speedway SuperAmerica, LLC*,
484 F.3d 1046 (8th Cir. 2007) ................................................................................................... 1

*Innogenetics v. Appott Laboratories*,
512 F.3d 1363 (Fed. Cir. 2008) ................................................................................................. 4

*Markman v. Westview Instruments, Inc.*,
52 F.3d 967 (Fed. Cir. 1995) ................................................................................................. 2, 3

*Merck & Co. v. Teva Pharms. USA, Inc.*,
347 F.3d 1367 (Fed. Cir. 2003) ................................................................................................. 3

*Palesch v. Missouri Commission on Human Rights*,
233 F.3d 560 (8th Cir. 2000) ..................................................................................................... 1

*Perkin-Elmer Corp. v. Computervision Corp.*,
732 F.2d 888 (Fed. Cir. 1984), *cert. denied*, 469 U.S. 857 (1984)............................................ 4

*Phillips v. AWH Corp.*,
415 F.3d 1303 (Fed. Cir. 2005) ............................................................................................. 3, 4

*Renishaw PLC v. Marposs Societa' per Azioni*,
158 F.3d 1243 (Fed. Cir. 1998). ............................................................................................... 3

*Roche Palo Alto, LLC v. Apotex, Inc.*,
531 F.3d 1372 (Fed. Cir. 2008) ................................................................................................. 2

*Terra Ind., Inc. v. National Union Fire Insurance Co.*,
383 F.3d 754 (8th Cir. 2004). ................................................................................................... 1

iii

**A270**

*Transmatic, Inc. v. Gulton Indus.*, Inc.,
    53 F.3d 1270 (Fed. Cir. 1995). ................................................................................................ 1

*U.S. Surgical Corp. v. Ethicon, Inc.*,
    103 F.3d 1554 (Fed. Cir. 1997). .............................................................................................. 2

*Utah Med. Prod. V. Clinical Innovations, Assoc.*
    79 F.Supp.2d 2290 (D. Utah 1999)........................................................................................... 2

*Vitronics Corp. v. Conceptronics, Inc.*,
    90 F.3d 1576 (Fed. Cir. 1996) ................................................................................................. 3

*Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*,
    520 U.S. 17; 41 USPQ2d 1865 (1997) ..................................................................................... 2

*Wilson Sporting v. Hillerich Bradsby*,
    442 F.3d 1322 (Fed. Cir. 2006) ............................................................................................... 2

**Rules**

Fed. R. Civ. P. 56(c) ..................................................................................................................... 2

Fed. R. Civ. P. 56(e) ..................................................................................................................... 1

**A271**

## I.   INTRODUCTION AND SUMMARY OF ARGUMENT

Plaintiff Aqua Shield seeks partial summary judgment as to infringement; Plaintiff must only show infringement because the '160 patent is presumed valid.

Generally, Aqua Shield's '160 Patent is directed to telescopic enclosures providing a plurality of arched, rolling sections which roll on rails anchored to the ground. The claims of the '160 Patent reveal the particular inventions protected by the '160 Patent.

The claims of the '160 Patent require a number of structures with corresponding functions including-- arcuate rectangular panels, frame members, removable end panels, horizontal frame members to secure the panels, rollers on horizontal frame members, horizontal rails, etc. The frame members are sized and shaped to independently support the enclosure and to permit them to slide telescopically into one another. The Accused Products identified below embody the inventions of claims 1-16 of the '160 Patent and thereby infringe.

## II.   STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to DUCiv R 56-1(b), Aqua Shield states that no genuine issue of material fact exists as to the following:

### A.   Overview

1.     Aqua Shield is the owner by assignment of United States Patent No. 6,637,160 ("the '160 Patent") to Brooks. Ex. 1, Declaration of Brooks, ¶ 4.

2.     Aqua Shield has not authorized or otherwise licensed any person or any entity to practice the inventions protected by the '160 Patent. As a result, no Defendant is authorized to utilize the inventions of the '160 Patent. Ex. 1, Declaration of Brooks, ¶ 5.

3.    The '160 Patent is directed to a plurality of movable, telescoping, arcuate panels or arches that can roll on their own designated parallel tracks to enclose or expose a sun room or pool area. Ex. 2, '*160 Patent*, 4:52-55.[1]

4.    Defendants offer for sale, induce offers for sale, sell, manufacture, use and/or install within the United States a line of telescopic enclosures, including, but not limited to, models sold under the name "Universe," "Laguna," "Elegant," "Tropea," "Combi," "Style," "Veranda," "Spa Veranda," and "Orient" (collectively "Defendants' Products"). Ex. 1, Declaration of Brooks, ¶ 7.

**B.    The Asserted Claims**

5.    Claim 1of the '160 patent reads:

1.    An apparatus for providing an enclosure for attachment to a building or for covering an area, comprising:

   a)    a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels;

   b)    a plurality of arcuate frame members, said frame members having a first and second end, and a first and second side for receiving said panels, and an inner and an outer surface;

   c)    a pair of end panels for attachment to the ends of the enclosure to complete the enclosure;

   d)    means-for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured;

   e)    means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon;

   f)    means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and,

---

[1] Subsequent references to the written specification of the '160 Patent are given in the form of "'160 Patent xx:yy," with xx denoting the column number(s) and yy denoting the line Number(s).

vi

**A273**

g) wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and said end panels are generally flat and removable.

Ex. 2 '160 Patent 10:37-67.

6.      Claim 1 requires six structural elements: (1) arcuate, generally rectangular, planar panels, (2) arcuate frame members, (3) end panels, (4) horizontal frame members to secure the panels, (5) rollers on horizontal frame members and (6) horizontal rails. The panels and frames are sized to permit them to slide telescopically into one another, the arcuate panels are in the shape of half of a circle or a quarter of an ellipse and the end panels are generally flat and removable. Ex. 2 '160 Patent 10:37-67.

7.      Claim 2 reads:

2. The apparatus of claim 1, wherein said arcuate panels approximate the shape of the circumference of half an ellipse.

Ex. 2 '160 Patent 11:1-3.

8.      Claim 2 claims arcuate panels in the approximate shape of the half ellipse.

9.      Claim 3 reads:

3. The apparatus of claim 1, wherein said plurality of arcuate frame members further comprise a generally rectangular shaped housing having a pair of horizontally disposed U-shaped receptacles on said outer surface thereof for receiving said first and second sides of said arcuate panels and an inwardly extending flap disposed on said inner surface.

Ex. 2 '160 Patent 11:4-10.

10.     Claim 3 requires the shape of the frame member to include U-shaped openings or receptacles into which the arcuate panels slide so the frame member holds the arcuate panels in place. *Id.*

vii

**A274**

11.     Claim 4 reads:

> 4. The apparatus of claim 3, wherein said rectangular shaped housing has a slot therein, said slot disposed on said inner surface thereof for receiving said flap.

Ex. 2 '160 Patent 11:11-13.

12.     Claim 4 requires the shape of the frame member to include a slot in the frame member to hold a flap. *Id.*

13.     Claim 5 reads:

> 5. The apparatus of claim 4, wherein said means for a plurality of horizontal frame members further comprise a downwardly disposed U-shaped form having a plurality of roller disposed internal said U-shaped frame, said rollers being used for contacting said means for a plurality of horizontal rails.

Ex. 2 '160 Patent 11:14-19.

14.     Claim 5 requires the shape of the frame member to include a U-shaped form opening downward and in which rollers are fixed for rolling on the horizontal rails.

15.     Claim 6 reads:

> 6. The apparatus of claim 5, wherein said U-shaped frame further comprises a downwardly disposed anchor plate thereon for contacting the rails.

Ex. 2 '160 Patent 11:20-22.

16.     Claim 6 requires the U-shaped horizontal frame member to include an anchor plate for contacting the rails to act as guide to maintain rollers over rail during movements.

17.     Claim 7 reads:

> 7. The apparatus of claim 6, wherein said anchor plate further comprises a hook disposed on the lower end of said anchor plate.

Ex. 2 '160 Patent 11:23-25.

18.     Claim 7 requires a hook on the lower end of said anchor plate for securing the arcuate panel to the track to prevent its vertical movement.

19.   Claim 8 reads:

> 8. The apparatus of claim 7, wherein said U-shaped frame further comprising an upwardly disposed U-shaped receptacle thereon for receiving said first end of said arcuate panels.

Ex. 2 '160 Patent 11:26-29.

20.   Claim 8 requires an upwardly U-shaped receptacle for receiving the first end of the arcuate panels to hold it in place.

21.   Claim 9 reads:

> 9. The apparatus of claim 8, said means for a plurality of horizontal rails further comprise a base plate upon which plate said rails are mounted and said rails are attached to a foundation.

Ex. 2 '160 Patent 12:1-4.

22.   Claim 9 requires a base plate for mounting the rails and attaching to foundation.

23.   Claim 10 reads:

> 10. The apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving said hook of said anchor plate so that said anchor plate is secured to said rail.

Ex. 2 '160 Patent 12:5-7.

24.   Claim 10 requires a slot on the rail to couple with the hook on the bottom of the anchor plate.

25.   Claim 11 reads:

> 11. The apparatus of claim 10, further comprising means for adding additional rails to said rail base plate whereby the number of rails varies.

Ex. 2 '160 Patent 12:8-10.

26.   Claim 11 requires a means for adding varying number of additional rails to said rail base plate.

27.   Claim 12 reads:

> 12. The apparatus of claim 11, wherein said means for adding additional rails further comprises a slot disposed in the edge of said base plate for receiving the edge of another base plate.

ix

**A276**

Ex. 2 '160 Patent 12:11-15.

28.    Claim 12 requires a slot located such that a base plate could be attached to another neighboring base plate to create a continuous track system in the transverse direction.

29.    Claim 13 reads:

> 13. The apparatus of claim 12, further comprising a stop rod and an end plug disposed in the end of said rail.

Ex. 2 '160 Patent 12:16-17.

30.    Claim 13 requires a stop rod and an end plug at the end of each rail to ensure that the arcuate panels remain on track and are prevented from sliding off the track at the end.

31.    Claim 14 reads:

> 14. The apparatus of claim 13, further comprising a cover for being placed over the tops of said rails and a spacer for being placed between said rails to enable one to walk over said rails.

Ex. 2 '160 Patent 12:18-21.

32.    Claim 14 requires a cover over the rail assembly and spacers between individual rails to provide means for walking over the rails.

33.    Claim 15 reads:

> 15. The apparatus of claim 4, further comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members.

Ex. 2 '160 Patent 12:22-24.

34.    Claim 15 requires hooks and straps for securing the arcuate panels to ground for additional security (in addition to the coupling between hook at bottom of anchor plate and the slot in the rail to prevent vertical movement).

35.    Claim 16 reads:

> 16. The apparatus of claim 15, wherein said arcuate panels are transparent.

Ex. 2 '160 Patent 12:25-26.

36.    Claim 16 requires transparent arcuate panels.

x

**A277**

### C.   The Accused Products

37.   IPC manufactures Defendants' Products.  IPC (and its member Ulukov Hz) and Pool & Spa Enclosures offer Defendants' Products for sale in commerce in the United States. IPC, and it agent Ulukov Hz, and Pool & Spa Enclosures facilitate the importation of Defendants' Products into the United States for sale and installation.  IPC's conduct and/or the conduct of its agent Ulokov Hz, Pool & Spa Enclosures and/or Awesome Pools have transacted business in Utah to cause or induce the sale and construction of the Elegant Model of IPC in Utah, namely the sale and/or installation of IPC's Elegant model in Syracuse, Utah ("Utah Installation").[2]

38.   The Utah Installation was inspected by Aqua Shield's representative, Bob Brooks in August 2010. Ex. 1, Declaration of Brooks, ¶ 41.

39.   Pictures taken from that inspection are provided.  Ex. 1, Declaration of Brooks, ¶ 42.

40.   Figure 1 shows arcuate panels that are generally rectangular and have two ends and two sides as identified by 1a.  1b identifies the arcuate frame members with ends.  The frame members receive the rectangular panels 1a.  1d identifies the horizontal frame member. Numbered item 1f depicts horizontal rails on which Defendants' Products slide.

---

[2] By admission of IPC it has become law of case that the sale into Utah is attributed to IPC.  Ex. 3 (January 31, 2008 Reply of IPC to proceedings in New York and December 31, 2008 Order of the New York District Court).



**Figure 1**

41.     The horizontal frame members have inner and outer sides.  Ex. 1, Declaration of Brooks, ¶ 44.

42.     Roller or wheels are fixed to the bottom of horizontal frame members 1d to permit frame 1d to slide along horizontal rails 1f.  Ex. 1, Declaration of Brooks, ¶ 45.

43.     Figures 2 and 3 illustrate the telescoping feature claimed in claim 1.  Figure 2 shows the accused device with one of the end panels 1c removed.  1g illustrates the telescoping nature of the arcuate panels 1a.  Ex. 1, Declaration of Brooks, ¶ 46.



Figure 2



Figure 3

44.   Figures 4-7 show the different modes the Accused Products practice to remove the end panels.



Figure 4







Figure 7

Figure 5                                   Figure 6

A gallery of Defendants' Products are shown at http://www.poolcover-ipc.com/en/ and as distributed in the U.S.A. through Defendant Pool and Spa Enclosures USA (http://www.poolandspaenclosuresusa.com/). Ex. 1, Declaration of Brooks, ¶ __.

45.   The Utah Installation is of an approximately semi-circular shape, which is one of the claims of the '160 patent.   Additionally, IPC website also depicts arcuate panels with approximately half-ellipse shape.

46.   The Utah Installation includes arcuate frame members which have a generally rectangular shaped housing with a pair of horizontal, u-shaped openings on the outer surface into which the arcuate panels placed.   The Utah Installation also includes a flap shown as 1j.   Ex. 1, Declaration of Brooks, ¶ 49.

xiv

**A281**

47.     The frame member of the Utah Installation also includes an opening to hold the flap. Ex. 1, Declaration of Brooks, ¶ 50.

48.     The frame member of the Utah Installation also includes a u-shaped opening on the underside of the frame member.  Rollers or wheels are fixed in the opening.  In use, the rollers contact the horizontal rails 1f. Ex. 1, Declaration of Brooks, ¶ 51.

49.     The U-shaped frame of the Utah Installation also includes an anchor plate for contacting the rails, which was verifiable by naked eye during inspection but were unable to take a picture of due to access restriction.

50.     The anchor plate of the Utah Installation also includes a hook disposed on its lower end for securing the arcuate panel against vertical movement, which was verifiable by naked eye during inspection but were unable to take a picture of due to access restriction.

51.     The Utah Installation also includes an upwardly disposed U-shaped receptacle for receiving first end of arcuate panel (1h in Figure 1).

52.     The Utah Installation also includes a base plate upon which rails are mounted and attached to foundation.

53.     The Utah Installation also includes a slot in the rail off the base plate to couple with the hook on the anchor plate.

54.     The Utah Installation includes multiple rails attached to the base plate.

55.     The Utah Installation includes tabs on the end of base plates for attaching a base plate to another neighboring base plate to create a continuous track system in the transverse direction.

56.     The Utah Installation includes means for ensuring that the arcuate panels remain on the rail 1f and for preventing them from sliding off the track at the end of the track.

57.     The Utah Installation enables one to walk over the rails.

58.     The Utah Installation has transparent arcuate panels.

59. Hooks and straps securing the arcuate panels to ground were not detected at the Utah Installation at the time of the visit (they are used as needed during high wind conditions), but the hooks-and-straps system is depicted on models on the IPC's website.

60. IPC's other models including, but not limited to, the Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient models and based upon my review of IPC's product information these additional models have the same structural and functional features as the Utah Installation (Elegant model). Ex. 1, Declaration of Brooks, ¶ 63.

III.   **POINTS AND AUTHORITIES**

Aqua Shield seeks partial summary judgment that Defendants infringe claims 1-16 of the '160 Patent. Therefore, Plaintiff's only burden for this motion is to establish that claims 1-16 of the '160 Patent read on the Accused Products.[3]

Under Rule 56, the moving party "bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions . . . which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). The burden then shifts to the nonmoving party to "set forth specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P. 56(e); *Birddog Solutions, Inc. v. ATD-American Co.*, 2008 WL 1776520, at "2-3 (D. Neb. April 14, 2008). The non-movant, however, "must do more than merely present some evidence on an issue it asserts is disputed. Sufficient evidence for a jury to return a verdict in favor of the nonmovant must be forthcoming." *A.B. Chance Co. v. RTE Corp.*, 854 F.2d 1307, 1311 (Fed. Cir. 1988); *Palesch v. Missouri Commission on Human Rights*, 233 F.3d 560, 565 (8th Cir. 2000) (stating that the "nonmoving party may not merely rest upon allegations or denials in its pleadings . . ."). "Where a defendant attempts to avoid summary judgment by relying on an issue on which it would have the burden of proof at trial, however, it must establish that it can meet its burden." *Terra Ind., Inc. v. National Union Fire Insurance Co.*, 383 F.3d 754, 760 (8th Cir. 2004).

In determining whether there is a genuine issue of material fact, the evidence must be viewed in the light most favorable to the party opposing the motion, with doubts resolved in favor of the nonmovant. *Elnashar v. Speedway SuperAmerica, LLC*, 484 F.3d 1046, 1055 (8th Cir. 2007); *Transmatic, Inc. v. Gulton Indus.*, Inc., 53 F.3d 1270, 1274 (Fed. Cir. 1995).

Summary judgment is properly regarded not as a disfavored procedural shortcut, but rather as an integral part of the Federal Rules as a whole, which are designed 'to secure the just, speedy and inexpensive determination of every action. *E.g., City of Omaha v. Figg Bridge*

---

[3] The '160 Patent is presumed valid.  35 U.S.C. 282 ("A patent shall be presumed valid.").

1

*Engineers; Inc.*, 2008 WL 2165186, at *2 (D. Neb. May 20, 2008) (quoting *Celotex Corp.*, 477 U.S. at 327).

The determination of patent infringement is a two-step process, wherein the court construes the claims and then determines whether any one claim of the patent with each of its parts or an equivalent part is found in the accused device. *Roche Palo Alto, LLC v. Apotex, Inc.* 531 F.3d 1372, 1377 (Fed. Cir. 2008). The first step, "[c]laim interpretation, as a questions of pure law, is amenable to summary judgment." *Wilson Sporting v. Hillerich Bradsby*, 442 F.3d 1322, 1326 (Fed. Cir. 2006). Step two, comparison of the claim to the accused device, requires a determination that every claim limitation or its equivalent be found in the accused device. *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 29, 41 USPQ2d 1865 (1997). Summary judgment is proper when "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c).; *Utah Med. Prod. V. Clinical Innovations, Assoc.* 79 F.Supp.2d 2290, 1299 (D. Utah 1999) ("combining the [claim construction] and the motion for summary judgment is an efficient and sensible approach to what could otherwise be an unnecessary lengthy and multi-phased process").

## A.   Claim Construction

"Claim construction is a matter of resolution of disputed meanings . . . . It is not an obligatory exercise in redundancy." *U.S. Surgical Corp. v. Ethicon, Inc.*, 103 F.3d 1554, 1568 (Fed. Cir. 1997).

All infringement analysis begins with and hinges on a proper claim construction to determine, as a matter of law, the scope of the asserted claims. The legal scope of the claims is a matter of law for the court. *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995).

The process of claim construction is well-defined:

> It is well-settled that, in interpreting an asserted claim, the court should look first to the intrinsic evidence of record, *i.e.,* the patent itself, including the claims, the specification and, if in evidence, the prosecution history. *See Markman,* 52 F.3d

2

at 979, 34 USPQ2d at 1329. Such intrinsic evidence is the most significant source
of the legally operate meaning of disputed claim language.

* * * * * *

In most situations, an analysis of the intrinsic evidence alone will resolve any
ambiguity in a disputed claim term. In such circumstances, it is improper to rely
on extrinsic evidence. (emphasis added)

*Vitronics Corp. v. Conceptronics, Inc.*, 90 F.3d 1576, 1582-3 (Fed. Cir. 1996). Such intrinsic
evidence constitutes the "public record." *Id.* at 1583.

The Federal Circuit expanded on *Vitronics Corp.* when it wrote, "In some cases, the
ordinary meaning of claim language as understood by a person of skill in the art may be readily
apparent even to lay judges, and claim construction in such cases involves little more than the
application of the widely accepted meaning of commonly understood words." *Phillips v. AWH
Corp.*, 415 F.3d 1303, 1314 (Fed. Cir. 2005). Such advice may be applicable with the simple
technology involved in the present case.

The primary source to consider is the claims themselves. *Phillips* at 1312. Next, the
claims, "as part of an integrated document...must be read in view of the specification, of which
they are a part. [The specification] is always highly relevant to the claim construction analysis.
Usually, it is dispositive; it is the single best guide to the meaning of a disputed term." *Phillips*
at 1315 citing *Markman* at 978-79. "A fundamental rule of claim construction is that terms of a
patent document are construed with the meaning with which they are presented in the patent
document. Thus, claims must be construed so as to be consistent with the specification, of which
they are a part." *Phillips* at 1316 citing *Merck & Co. v. Teva Pharms. USA, Inc.*, 347 F.3d 1367,
1371 (Fed. Cir. 2003) (citations omitted). The court further advised, "the construction that stays
true to the claim language and most naturally aligns with the patent's description of the invention
will be, in the end, the correct construction." *Phillips* at 1316 citing *Renishaw PLC v. Marposs
Societa' per Azioni*, 158 F.3d 1243, 1250 (Fed. Cir. 1998). Terms that give meaning to the other
claims, including words in the preamble, are to be included in claims construction. *E.g., Perkin-*

3

**A286**

*Elmer Corp. v. Computervision Corp.*, 732 F.2d 888 (Fed. Cir. 1984), *cert. denied*, 469 U.S. 857 (1984).

Thus, to determine the meaning of claim limitations, the Court gives the words their ordinary and customary meaning as understood by a person of ordinary skill in the art and also looks to intrinsic evidence of record, i.e. the claim language, the patent specification (i.e. the written description and drawings), and the prosecution history. *Innogenetics v. Appott Laboratories,* 512 F.3d 1363, 1370 (Fed. Cir. 2008). Dictionary definitions may also be helpful:

> In some cases, the ordinary meaning of claim language as understood by a person of skill in the art may be readily apparent even to lay judges, and claim construction in such cases involves little more than the application of widely accepted meaning of commonly understood words.  In such circumstances, general purpose dictionaries may be helpful.

*Phillips v. AWH Corp.,* 415 F.3d 1303, 1314 (Fed. Cir. 2005) (citations omitted); *see also Drygel, Inc. v. United States,* 541 F.3d 1129, 1135 (Fed. Cir. 2008) (relying on *The American Heritage Dictionary* to interpret claim language).

In this case, the intrinsic evidence guides the claim construction. Claim one reads:

| Claim Language | Proposed Construction |
|---|---|
| 1. An apparatus for providing an enclosure for attachment to a building or for covering an area, comprising: | Plain meaning |
| a) a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels; | Rectangular panels should be construed to include rectangular sections or rectangular panels within a section.<br><br>'160 Patent, 7:33-36 and drawings. |
| b) a plurality of arcuate frame members, said frame members having a first and second end, and a first and second side for receiving said panels, and an inner and an outer surface; | Arcuate should be given its plain meaning, specifically curved.<br><br>'160 Patent, 7:40-45 and drawings. |
| c) a pair of end panels for attachment to the ends of the enclosure to complete the enclosure; | End panels should be given its plain meaning.<br><br>'160 Patent 7:40-45 and drawings. |
| d) means-for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured; | The '160 patent teaches that the ends of the arcuate frame members are secured at their ends for example to the horizontal rails.  '160 Patent, Drawings 12-18. |

4

| | |
|---|---|
| e) means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon; | Plurality of rollers should be construed as a number of rollers.<br><br>The limitation "whereby said horizontal frame members are movable thereon" should be construed to mean frame members are coupled or secured to rollers and the frame members are able to move on the rollers.<br>'160 Patent, 8:19-29. |
| f) means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and, | Horizontal rails should be given its plain meaning.<br><br>The limitation "rollers are rollable thereon" should be construed to mean the rollers roll along a rail.<br><br>'160 Patent 8:19-29.<br><br>The limitation "attached to a foundation" should be given its plain meaning. |
| g) wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, | The limitation, "plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other" should be given its plain meaning.<br><br>'160 Patent, 7:29-9:11 |
| wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and | The limitation half a circle should be given the meaning that a series of panels generally arch over a space in the general shape described. |
| said end panels are generally flat and removable. | Remove is defined as "to change the location, position, station, or resident of." *Merriam Webster's Collegiate Dictionary*, 10th Ed., 1993.  The limitation removable should be construed to mean the telescoping structure can be separated from the end panel.  "The two distal end arches have removable closure panels 20." |

5

| | |
|---|---|
| | '160 Patent, 8:36-37, 55-56, 64-65; 9:8-9.; See also '160 Patent, figures 4, 5, 9, 10, 11, 15 |
| 2.The apparatus of claim 1, wherein said arcuate panels approximate the shape of a circumference of half an ellipse. | '160 Patent, 9:1-4 |
| 3. The apparatus of claim 1, wherein said plurality of arcuate frame members further comprise a generally rectangular shaped housing having a pair of horizontally disposed U-shaped receptacles on said outer surface thereof for receiving said first and second sides of said arcuate panels | The frame member are shaped to include U-shaped openings or receptacles into which the arcuate panels slide so the frame member holds the arcuate panels in place.<br><br>'160 Patent, 7:41-45, 10:8-14 |
| and an inwardly extending flap disposed on said inner surface. | A flap hangs down inside the enclosure from the frame member.<br><br>'160 Patent, 10:14-16 |
| 4. The apparatus of claim 3, wherein said rectangular shaped housing has a slot therein, said slot disposed on said inner surface thereof for receiving said flap. | The frame member includes a slot in the frame member to hold a flap.<br><br>'160 Patent, 10:14-16 |
| 5. The apparatus of claim 4, wherein said means for a plurality of horizontal frame members further comprise a downwardly disposed U-shaped form having a plurality of roller disposed internal said U-shaped frame, said rollers being used for contacting said means for a plurality of horizontal rails. | The shape of the frame member includes a u-shaped form opening downward and in which rollers are fixed for rolling on the horizontal rails.<br><br>'160 Patent 9:12-31 |
| 6. The apparatus of claim 5, wherein said U-shaped frame further comprises a downwardly disposed anchor plate thereon for contacting the rails. | The anchor plate extends downward from the frame member.<br><br>'160 Patent, 9:22-29, item 40, Figs. 12-14, 16, 18. |
| 7. The apparatus of claim 6, wherein said anchor plate further comprises a hook disposed on the lower end of said anchor plate. | A hook-shaped structure is at a lower portion of the anchor plate.<br><br>'160 Patent, 9:22-29, item 53, Figs. 3, 16. |
| 8. The apparatus of claim 7, wherein said U-shaped frame further comprising an upwardly | An opening to receive and secure the panel on the horizontal frame member. |

6

| | |
|---|---|
| disposed U-shaped receptacle thereon for receiving said first end of said arcuate panels. | '160 Patent, 9:12-31, Figs. 12-14 |
| 9. The apparatus of claim 8, said means for a plurality of horizontal rails further comprise a base plate upon which plate said rails are mounted and said rails are attached to a foundation. | The base plate supports the horizontal rails. '160 Patent, 9:12-21, item 50, Figs. 12, 14. |
| 10. The apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving said hook of said anchor plate so that said anchor plate is secured to said rail. | Rail has an edge adjacent the hook on the anchor plate. '160 Patent, 9:59-60, item 78, Fig. 16. |
| 11. The apparatus of claim 10, further comprising means for adding additional rails to said rail base plate whereby the number of rails varies. | Compatible joining members to add additional rails. '160 Patent, 9:18-21, 62-67, items 52 and 62, Fig. 17 |
| 12. The apparatus of claim 11, wherein said means for adding additional rails further comprises a slot disposed in the edge of said base plate for receiving the edge of another base plate. | Compatible joining members to add additional rails. '160 Patent, 9:18-21, 62-67, items 52 and 62, Fig. 17 |
| 13. Then apparatus of claim 12, further comprising a stop rod and an end plug disposed in the end of said rail. | A rod and end plug are shaped to fit into the end of a rail. '160 Patent, 9:32-46, items 54 and 56, Fig. 14. |
| 14. The apparatus of claim 13, further comprising a cover for being placed over the tops of said rails and a spacer for being placed between said rails to enable one to walk over said rails. | Plain Meaning. *See also* items 64 and 68, Fig. 20, '160 Patent, 10:17-24. |
| 15. The apparatus of claim 4, further comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members. | Plain Meaning. '160 Patent, items 70 and 72, 10:25-34, Fig. 21. |
| 16. The apparatus of claim 15, wherein said arcuate panels are transparent. | Plain meaning. '160 Patent, 7:29-34, 9:12-18, Figs. 1-11 and 21. |

7

**B.     Infringement ANALYSIS**

The Utah Installation and Defendants own representations in its promotional literature including current websites of Defendants establish that the Accused Products have the structural and functional elements of claims 1-16 of the '160 Patent.

As established and summarized in the claims charts provided, the Accused devices include, but are not limited to, arcuate rectangular panels, frame members, horizontal frame members to secure the panels, hooks and horizontal rails. Ex. 1, Declaration of Brooks, ¶¶ 43-44. Inspection of the Utah Installation also showed the Accused Products have end panels and that the arcuate sections slide telescopically together. Ex. 1, Declaration of Brooks, ¶¶ 46-47. The Utah Installation and Defendants' product literature confirm that the Accused Products utilize rollers on horizontal frame members, arcuate panels in the shape of half of a circle and have end panels which are generally flat and removable. Ex. 1, Declaration of Brooks, ¶¶ 47-54. Other claims elements of claims 2-16 are also all met. *Id.* at claim charts of Brooks.

As a result, claims 1-16 read on the Accused Products. This constitutes infringement.

**IV.    CONCLUSION**

Defendants' Accused Products include each part or element of claim 1. The Accused Products also embody each and every part of claims 2-16 of the '160 Patent. Therefore, Aqua Shield is entitled to summary judgment that Defendants infringe claims 1-16 of the '160 Patent.

DATED this 19th day of April, 2011.

KIRTON & McCONKIE

By:  ___s/Todd E. Zenger_____
         Todd E. Zenger
         Dax D. Anderson

Attorneys for Plaintiff
AQUA SHIELD, INC.

8

**A291**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2011, the foregoing MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF PATENT INFRINGEMENT was electronically filed with the Clerk of the Court, District of Utah, using the CM/ECF system, which sent notification of such filing to the following:

H. Dickson Burton
Krista Weber Powell
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84110

Michael F. Sarney
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, New York 10022-2585

s/Margaret L. Carlson

9

# Exhibit 1
(Motion for Partial Summary Judgment)

Todd E. Zenger (5238)
Dax D. Anderson (10168)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com
Email: danderson@kmclaw.com

Igor Krol, *pro hac vice*
KROL & CONNOR
3201 West 81st Street
New York, New York 10024

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AQUA SHIELD, INC. a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTER POOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S.R.O., POOL & SPA ENCLOSURES, LLC<br><br>Defendants. | Civil Action No. 2:09-cv-00013 TS<br><br>Judge Ted Stewart<br><br>**DECLARATION OF BOB BROOKS**<br><br>(JURY TRIAL DEMANDED) |

The Declarant, Bob Brooks, states as follows:

1.    I am a United States citizen.  I am over the age of twenty-one years.

2.    I am the inventor of Patent No. 6,637,160 ("the '160 Patent").

3.    I am the CEO of Aqua Shield Inc., the Plaintiff ("Aqua Shield").

4.    Aqua Shield is the owner by assignment of United States Patent No. 6,637,160 ("the '160 Patent") to Brooks.

**A294**

5.      Aqua Shield has not authorized or otherwise licensed any person or any entity to practice the inventions protected by the '160 Patent.  As a result, no Defendant is authorized to utilize the inventions of the '160 Patent.

6.      The '160 Patent is directed to a plurality of movable, telescoping, arcuate panels or arches that can roll on their own designated parallel tracks to enclose or expose a sun room or pool area.  '160 Patent, 4:52-55.[1]

7.      Defendants offer for sale, induce offers for sale, sell, manufacture, use and/or install within the United States a line of telescopic enclosures, including, but not limited to, models sold under the name "Universe," "Laguna," "Elegant," "Tropea," "Combi," "Style," "Veranda," "Spa Veranda," and "Orient" (collectively "Defendants' Products").

8.      Claim 1of the '160 patent reads:

1.  An apparatus for providing an enclosure for attachment to a building or for covering an area, comprising:

    a)  a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels;

    b)  a plurality of arcuate frame members, said frame members having a first and second end, and a first and second side for receiving said panels, and an inner and an outer surface;

    c)  a pair of end panels for attachment to the ends of the enclosure to complete the enclosure;

    d)  means-for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured;

    e)  means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon;

    f)  means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and,

---

[1] Subsequent references to the written specification of the '160 Patent are given in the form of "'160 Patent xx:yy," with xx denoting the column number(s) and yy denoting the line Number(s).

2

> g) wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and said end panels are generally flat and removable.

'160 Patent 10:37-67.

9.      Claim 1 requires six structural elements: (1) arcuate, generally rectangular, planar panels, (2) arcuate frame members, (3) end panels, (4) horizontal frame members to secure the panels, (5) rollers on horizontal frame members and (6) horizontal rails. The panels and frames are sized to permit them to slide telescopically into one another, the arcuate panels are in the shape of half of a circle or a quarter of an ellipse and the end panels are generally flat and removable. '160 Patent 10:37-67.

10.      Claim 2 reads:

> 2. The apparatus of claim 1, wherein said arcuate panels approximate the shape of the circumference of half an ellipse.

'160 Patent 11:1-3.

11.      Claim 2 claims arcuate panels in the approximate shape of the half ellipse.

12.      Claim 3 reads:

> 3. The apparatus of claim 1, wherein said plurality of arcuate frame members further comprise a generally rectangular shaped housing having a pair of horizontally disposed U-shaped receptacles on said outer surface thereof for receiving said first and second sides of said arcuate panels and an inwardly extending flap disposed on said inner surface.

'160 Patent 11:4-10.

13.      Claim 3 requires the shape of the frame member to include U-shaped openings or receptacles into which the arcuate panels slide so the frame member holds the arcuate panels in place. *Id.*

3

**A296**

14.  Claim 4 reads:

> 4. The apparatus of claim 3, wherein said rectangular shaped housing has a slot therein, said slot disposed on said inner surface thereof for receiving said flap.

'160 Patent 11:11-13.

15.  Claim 4 requires the shape of the frame member to include a slot in the frame member to hold a flap. *Id.*

16.  Claim 5 reads:

> 5. The apparatus of claim 4, wherein said means for a plurality of horizontal frame members further comprise a downwardly disposed U-shaped form having a plurality of roller disposed internal said U-shaped frame, said rollers being used for contacting said means for a plurality of horizontal rails.

'160 Patent 11:14-19.

17.  Claim 5 requires the shape of the frame member to include a U-shaped form opening downward and in which rollers are fixed for rolling on the horizontal rails.

18.  Claim 6 reads:

> 6. The apparatus of claim 5, wherein said U-shaped frame further comprises a downwardly disposed anchor plate thereon for contacting the rails.

'160 Patent 11:20-22.

19.  Claim 6 requires the U-shaped horizontal frame member to include an anchor plate for contacting the rails to act as guide to maintain rollers over rail during movements.

20.  Claim 7 reads:

> 7. The apparatus of claim 6, wherein said anchor plate further comprises a hook disposed on the lower end of said anchor plate.

'160 Patent 11:23-25.

21.  Claim 7 requires a hook on the lower end of said anchor plate for securing the arcuate panel to the track to prevent its vertical movement.

22.  Claim 8 reads:

4

**A297**

> 8. The apparatus of claim 7, wherein said U-shaped frame further comprising an upwardly disposed U-shaped receptacle thereon for receiving said first end of said arcuate panels.

'160 Patent 11:26-29.

23.   Claim 8 requires an upwardly U-shaped receptacle for receiving the first end of the arcuate panels to hold it in place.

24.   Claim 9 reads:

> 9. The apparatus of claim 8, said means for a plurality of horizontal rails further comprise a base plate upon which plate said rails are mounted and said rails are attached to a foundation.

'160 Patent 12:1-4.

25.   Claim 9 requires a base plate for mounting the rails and attaching to foundation.

26.   Claim 10 reads:

> 10. The apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving said hook of said anchor plate so that said anchor plate is secured to said rail.

'160 Patent 12:5-7.

27.   Claim 10 requires a slot on the rail to couple with the hook on the bottom of the anchor plate.

28.   Claim 11 reads:

> 11. The apparatus of claim 10, further comprising means for adding additional rails to said rail base plate whereby the number of rails varies.

'160 Patent 12:8-10.

29.   Claim 11 requires a means for adding varying number of additional rails to said rail base plate.

30.   Claim 12 reads:

> 12. The apparatus of claim 11, wherein said means for adding additional rails further comprises a slot disposed in the edge of said base plate for receiving the edge of another base plate.

'160 Patent 12:11-15.

5

**A298**

31.     Claim 12 requires a slot located such that a base plate could be attached to another neighboring base plate to create a continuous track system in the transverse direction.

32.     Claim 13 reads:

> 13. The apparatus of claim 12, further comprising a stop rod and an end plug disposed in the end of said rail.

'160 Patent 12:16-17.

33.     Claim 13 requires a stop rod and an end plug at the end of each rail to ensure that the arcuate panels remain on track and are prevented from sliding off the track at the end.

34.     Claim 14 reads:

> 14. The apparatus of claim 13, further comprising a cover for being placed over the tops of said rails and a spacer for being placed between said rails to enable one to walk over said rails.

'160 Patent 12:18-21.

35.     Claim 14 requires a cover over the rail assembly and spacers between individual rails to provide means for walking over the rails.

36.     Claim 15 reads:

> 15. The apparatus of claim 4, further comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members.

'160 Patent 12:22-24.

37.     Claim 15 requires hooks and straps for securing the arcuate panels to ground for additional security (in addition to the coupling between hook at bottom of anchor plate and the slot in the rail to prevent vertical movement).

38.     Claim 16 reads:

> 16. The apparatus of claim 15, wherein said arcuate panels are transparent.

'160 Patent 12:25-26.

39.     Claim 16 requires transparent arcuate panels

40.     IPC's Elegant model is installed in Syracuse, Utah ("Utah Installation").

41.     The Utah Installation was inspected by me in August 2010.

6

**A299**

42.    Pictures taken from that inspection are provided.

43.    Figure 1 shows arcuate panels that are generally rectangular and have two ends and two sides as identified by 1a.  1b identifies the arcuate frame members with ends.  The frame members receive the rectangular panels 1a.  1d identifies the horizontal frame member.



**Figure 1**

Numbered item 1f depicts horizontal rails on which Defendants' Products slide.

44.    The horizontal frame members have inner and outer sides.

7

45.    Roller or wheels are fixed to the bottom of horizontal frame members 1d to permit frame 1d to slide along horizontal rails 1f.

46.    Figures 2 and 3 illustrate the telescoping feature claimed in claim 1.  Figure 2 shows the accused device with one end panel 1c removed from the rest of the enclosure.  1g illustrates the telescoping nature of the arcuate panels 1a.



**Figure 2**



**Figure 3**

8

**A301**

47.   Figures 4-7 show the different modes the Accused Products practice to remove the end panels.



Figure 4



Figure 5



Figure 6



Figure 7

A gallery of Defendants' Products offered for sale are shown at http://www.poolcover-ipc.com/en/ and as distributed in the U.S.A., for example, through Defendant Pool and Spa Enclosures USA (http://www.poolandspaenclosuresusa.com/).

48.   The Utah Installation is of an approximately semi-circular shape, which is one of the claims of the '160 patent.   Additionally, IPC website also depicts arcuate panels with approximately half-ellipse shape.

49.   The Utah Installation includes arcuate frame members which have a generally rectangular shaped housing with a pair of horizontal, u-shaped openings on the outer surface into which the arcuate panels placed.   The Utah Installation also includes a flap shown as 1j.

9

50.    The frame member of the Utah Installation also includes an opening to hold the flap.

51.    The frame member of the Utah Installation also includes a u-shaped opening on the underside of the frame member.  Rollers or wheels are fixed in the opening.  In use, the rollers contact the horizontal rails 1f.

52.    The U-shaped frame of the Utah Installation also includes an anchor plate for contacting the rails which was verifiable by naked eye during inspection but were unable to take a picture of due to access restriction.

53.    The anchor plate of the Utah Installation also includes a hook disposed on its lower end for securing the arcuate panel against vertical movement, which was verifiable by naked eye during inspection but were unable to take a picture of due to access restriction.

54.    The Utah Installation also includes an upwardly disposed U-shaped receptacle for receiving first end of arcuate panel (1h in Figure 1).

55.    The Utah Installation also includes a base plate upon which rails are mounted and attached to foundation.

56.    The Utah Installation also includes a slot in the rail off the base plate to couple with the hook on the anchor plate.

57.    The Utah Installation includes multiple rails attached to the base plate.

58.    The Utah Installation includes tabs on the end of base plates for attaching a base plate to another neighboring base plate to create a continuous track system in the transverse direction.

59.    The Utah Installation includes means for ensuring that the arcuate panels remain on the rail 1f and for preventing them from sliding off the track at the end of the track.

60.    The Utah Installation enables one to walk over the rails.

61.    The Utah Installation has transparent arcuate panels.

10

**A303**

62.    Hooks and straps securing the arcuate panels to ground were not detected at the Utah Installation at the time of the visit (they are used as needed during high wind conditions), but the hooks-and-straps system is depicted on models on the IPC's website.

63.    IPC's other models including, but not limited to, the Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient models and based upon my review of IPC's product information these additional models have the same structural and functional features as the Utah Installation (Elegant model).

64.    I have summarized how claims 1-16 of the '160 patent are found in the structure of the Accused Devices in the attached claim chart.

65.    I declare under penalty of perjury that the forgoing is true and correct.

Date this 19th day of April, 2011.

By: _____
Bob Brooks

11

**A304**

ATTACHMENT

| Claim Language | Infringing structure of Utah Installation and of other of Defendants' Products |
|---|---|
| 1. An apparatus for providing an enclosure for attachment to a building or for covering an area, comprising: | Defendants' Products provide an enclosure for covering an area. |
| a) a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels; | Defendants' Products have arcuate placed planar panels that are generally rectangular with two end and two sides. |
| b) a plurality of arcuate frame members, said frame members having a first and second end, and a first and second side for receiving said panels, and an inner and an outer surface; | Defendants' Products have arcuate frame members with ends.  The frame members receive the rectangular panels and have inner and outer sides or surfaces |
| c) a pair of end panels for attachment to the ends of the enclosure to complete the enclosure; | Defendants' Products have two end panels. |
| d) means-for a plurality of horizontal frame members whereby the ends of the arcuate | Defendants' Products have frame members secured at their ends. |

1

**A305**

| | | |
|---|---|---|
| frame members are secured; | | |
| e) means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon; | Defendants' Products have rollers attached to the horizontal frame members. The frame members can be moved on the rollers. | |
| f) means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and, | Defendants' Products have horizontal rails on which the rollers move. | |
| g) wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, | Defendants' Products have more than one arched panels and arched frame members which allow telescoping of the arches. | |
| wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and | The arched panels are generally the shape of a half-circle or quarter of an ellipse. | |

2

**A306**

| | |
|---|---|
| said end panels are generally flat and removable. | Defendants' end panel are generally flat and removable. |
| 2.  The apparatus of claim 1, wherein said arcuate panels approximate the shape of a circumference of half an ellipse. | One or more of Defendants' Product have arched panels have the shape of about one half of an ellipse. |
| 3. The apparatus of claim 1, wherein said plurality of arcuate frame members further comprise a generally rectangular shaped housing having a pair of horizontally disposed U-shaped receptacles on said outer surface thereof for receiving said first and second sides of said arcuate panels and an inwardly extending flap disposed on said inner surface. | Defendants' Products have arcuate frame members which have a generally rectangular shaped housing with a pair of u-shaped openings on the outer surface into which the arcuate panels placed.  The Utah Installation also includes a flap. |
| 4. The apparatus of claim 3, wherein said rectangular shaped housing has a slot therein, said slot disposed on said inner surface thereof for receiving said flap. | Defendants' Products have a frame member with opening to hold the flap. |
| 5. The apparatus of claim 4, wherein said means for a plurality of horizontal frame members further comprise a downwardly disposed U-shaped form having a plurality of | Defendants' Products have a u-shaped opening on the underside of the frame member.  Rollers or wheels are fixed in the opening.  In use, the rollers contact the horizontal rails. |

3

**A307**

| | |
|---|---|
| roller disposed internal said U-shaped frame, said rollers being used for contacting said means for a plurality of horizontal rails. | |
| 6. The apparatus of claim 5, wherein said U-shaped frame further comprises a downwardly disposed anchor plate thereon for contacting the rails. | Defendants' Products have a downwardly extending anchor plate for contacting the rail. |
| 7. The apparatus of claim 6, wherein said anchor plate further comprises a hook disposed on the lower end of said anchor plate. | Defendants' Products have a hook shaped structure on the lower end of the anchor plate. |
| 8. The apparatus of claim 7, wherein said U-shaped frame further comprising an upwardly disposed U-shaped receptacle thereon for receiving said first end of said arcuate panels. | Defendants' Products have a u-shaped structure on the frame to receive the panel members. |
| 9. The apparatus of claim 8, said means for a plurality of horizontal rails further comprise a base plate upon which plate said rails are mounted and said rails are attached to a foundation. | Defendants' Products have base plate to support rails so the rails can be secured to the foundation. |
| 10. The apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving | Defendants' Products have an enlarged edge to interact with the hook of the anchor plate. |

4

**A308**

| | |
|---|---|
| said hook of said anchor plate so that said anchor plate is secured to said rail. | |
| 11. The apparatus of claim 10, further comprising means for adding additional rails to said rail base plate whereby the number of rails varies. | Defendants' Products have a varied number of rails. |
| 12. The apparatus of claim 11, wherein said means for adding additional rails further comprises a slot disposed in the edge of said base plate for receiving the edge of another base plate. | Defendants' Products have a slot and tab configuration of the base plate to allow difference lengths to be joined together. |
| 13. The apparatus of claim 12, further comprising a stop rod and an end plug disposed in the end of said rail. | Defendants' Products have a stop rod and end plug at the end of each installed rail. |
| 14. The[] apparatus of claim 13, further comprising a cover for being placed over the tops of said rails and a spacer for being placed between said rails to enable one to walk over said rails. | Defendants' Products can include covers for the rails with spacer between the rails for support of the cover. |
| 15. The apparatus of claim 4, further | Defendants' Products can include hooks and straps for connecting to the arched frame members for securing the arches. |

5

| | |
|---|---|
| comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members. | |
| 16. The apparatus of claim 15, wherein said arcuate panels are transparent. | Defendants' Products have transparent panels. |

6

**A310**

H. Dickson Burton (4004)
Krista Weber Powell (8019)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Gregory J. Coffey, *pro hac vice*
Richard J. Dewland, *pro hac vice*
COFFEY & ASSOCIATES
310 South Street
Morristown, NJ 07960
Telephone: (973) 539-4500

**IN THE UNITED STATES DISTRCT COURT
DISTRICT OF UTAH, CENTAL DIVISION**

| | |
|---|---|
| AQUA SHIELD, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERPOOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S R.O., POOL & SPA ENCLOSURES, LLC<br><br>Defendants. | **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF UNITED STATES PATENT 6,637,160**<br><br>**2:09cv00013-TS**<br><br>**Judge: Ted Stewart** |

Defendants Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol, S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred to herein as "the IPC Defendants") hereby oppose plaintiff, Aqua Shield's Inc.'s motion for partial summary judgment. Accompanying this opposition are Objections to Plaintiff's "Statement of Undisputed Material Facts" as well as the Declaration of Gregory J. Coffey, attaching documents.

**A311**

## TABLE OF CONTENTS

TABLE OF AUTHORITIES
............................................................................. ..................................iii

I.INTRODUCTION AND SUMMARY OF ARGUMENT ...................... 2

II.RESPONSE TO STATEMENT OF MATERIAL FACTS .................. 4

III. STATEMENT OF FACTS AND PROCEDURAL HISTORY ......... 9

IV. POINTS AND AUTHORITIES ............................................. 10

A.  Legal Standard for Summary Judgment....................................... 11

B.  Legal  Standard for Claims Construction..................................... 12

1.    The    Specification    is    Often    Determinative    of    Claims
Construction ............................................................................. 13

2. The Prosecution History Should Also Be Considered............. 14

3. Extrinsic Evidence May Only Be Considered to the Extent it is
Consistent with Intrinsic Evidence............................................. 14

C.  The Patent-In-Suit............................................................. 15

D.  Claims Construction Analysis...................................................... 16

E.  Patent Infringement Analysis....................................................... 17

1.  Under the All Elements Rule, There is No Evidence that the
IPC Products Contain Hooks and Straps for Securing the Panels to the
Ground As Expressly Required by Claim 15 of the '160 Patent ........... 18

F.  There Has Been No Showing that IPC's Products Infringe the
'160 Patent ................................................................................. 19

G.  The Court Should Not Consider the Photographs Purportedly
Taken by Plaintiff During the Alleged Inspection of the Utah Pool
Enclosure  Because  Such  Documents  Were  Not  Properly  Produced
During Discovery.......................................................................... 20

A312

**H. The Existence of Prior Patents and IPC's Own Products Which Anticipates the Claims of the '160 Patent Raises, At the Very Least, Significant and Material Issues of Disputed Fact** ...................................... 22

**V. CONCLUSION** ..................................................................................... 24

ii

## TABLE OF AUTHORITIES

**Cases**                                                                                          **Page**

*Anderson v. Liberty Lobby, Inc.,*
477 *U.S.* 242, 248 (D.N.J. 1986)..............................................................11-12

*Bai v. L&L Wings, Inc.,*
160 *F.3d.* 1350,1353 (Fed. Cir. 1998) .......................................................... 12

*Bell Atl. Network Servs., Inc. v. Covad Commc'ns Group, Inc.,*
262 *F.3d.* 1258, 1269-70 (Fed. Cir. 2001)................................................13-14

*Becton Dickison & co., v. C.R. Bard, Inc.,*
922 *F.2d.* 792(Fed. Cir. 1994) ..................................................................... 16

*Celotex Corp. v. Catrett,*
477 *U.S.* 317, 330 (1986)............................................................................. 11

*Langley v. Union Elec. Co.,*
107 *F.3d* 510, 513-14 (7th Cir. 1997)............................................................ 21

*Lexington Ins. Co v. Western Pennslyvania Hosp.,*
423 *F.3d.* 318, 328 (3rd Cir. 2005) ................................................................ 22

*Markman v. Westview Instruments, Inc.,*
52 *F.3d* 967, 979 (Fed. Cir. 1995), *aff'd,* 517 *U.S.* 370 (1996) .........12-13, 16

*New England Braiding Co. v. A.W. Chesteron Co.,*
970 *F.2d* 878, 882-83 (Fed. Cir. 1992)......................................................... 22

*PC Connector Solutions, LLC v. SmartDisk Corp.,*
406 *F.3d* 1359, 1364 (Fed. Cir. 2005) .......................................................... 12

*Petruzzi's IGA v. Darling-Delaware,*
998 *F.2d* 1224, 1230 (3rd Cir. 1993)............................................................. 12

*Phillips v. AWH Corp.,*
415 *F.3d* 1303, 1313 (Fed. Cir. 2005) ......................................................12-14

*S. Bravo Systems v. Containment Technologies, Inc.,*
96 *F.3d* 1372, 1376 (Fed. Cir. 1996) ............................................................ 17

iii

**A314**

| Cases | Page |
|---|---|
| *Terlep v. The Brinkman Corp.*, 418 *F.3d* 1379, 1381 (Fed. Cir. 2005) | 20 |
| *Todaro v. Bowman*, 872 *F.2d* 43, 46 (3rd Cir. 1989) | 11 |
| *Unique Concepts, Inc. v. Brown*, 939 *F.2d* 1558, 1561-62 (Fed. Cir. 1991) | 13 |
| *Vitronics Corp. v. Conceptronic, Inc.*, 90 *F.3d* 1576, 1582 (Fed. Cir. 1996) | 13 |
| *Ware v. Rodale Press, Inc.*, 322 *F.3d* 218, 221-227 (3rd Cir. 2003) | 21 |
| *Wilson v. Bradlees of New England, Inc.*, 250 *F.3d* 10, 19-21, (1st Cir. 2001) | 21 |
| *Wolverine World Wide v. Nike, Inc.*, 38 *F.3d* 1192, 1199 (Fed. Cir. 1994) | 16-17,20 |

**Statutes**

| | |
|---|---|
| 35 *U.S.C.* §271. | 4 |
| 35 *U.S.C.* §282 | 22 |

**Treatises**

| | |
|---|---|
| *Chisum On Patents* §3.02[1][F] | 3,23 |

**Rules**

| | |
|---|---|
| *Fed.R.Civ.P.* 56 | 11,24 |
| *F.R.E.* 901(a) | 22 |

## I.   INTRODUCTION AND SUMMARY OF ARGUMENT

This case involves claims by plaintiff, Aqua Shield, Inc., against defendants Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol, S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred to herein as "the IPC Defendants") for alleged infringement of U.S. Patent No. 6,637,160 ("the '160 Patent") pursuant to 35 U.S.C. §271(a) and other ancillary causes of action.   IPC is a pan-European association of qualified manufacturers and traders who develop, produce and deal in swimming pool enclosures.   (*See, Declaration of Gregory J. Coffey, Exhibit 1 attached thereto*).   IPC's primary place of business is located in the Czech Republic.   *See, Declaration of Gregory J. Coffey, Exhibit 1 attached thereto*).   Customers cannot purchase IPC's products through its Internet website.   IPC offers many models of pool enclosures.   (*See, Declaration of Gregory J. Coffey, Exhibit 1 attached thereto*).

Plaintiff seeks partial summary judgment against the IPC Defendants asserting that IPC's pool enclosures infringe claims 1-16 of the '160 patent.   Plaintiff relies upon the Declaration of Bob Brooks and photographs allegedly taken of an installed pool enclosure manufactured by the IPC Defendants in Syracuse, Utah in support of its application.   Plaintiff's application makes only the conclusory statement that the IPC Defendants' pool enclosures include each party or element of claim 1 and embody each and every part of claims 2-16 of the '160 patent.   Plaintiff fails to make the necessary showing that the IPC Defendants' products include every element recited in any particular claim, either literally or under the doctrine of equivalents.   Accordingly, because plaintiff fails to demonstrate the presence of each limitation of a particular claim

2

or its substantial equivalent in the IPC Defendants' pool enclosures, its motion for partial summary judgment on infringement must be denied.

Furthermore, the '160 patent, filed in 2001, is invalid over prior art, the contents of which are set forth in the attached exhibits to the accompanying Declaration of Gregory J. Coffey. Specifically, several foreign patents, dated prior to Mr. Brooks having filed his patent application, show some, if not all of the elements of the claimed invention. First, a 1986 French patent shows arc shaped telescoping roofing elements of a pool enclosure installed on removable rails. (See, Declaration of Gregory J. Coffey, Exhibit 1d). Second, a 1981 Australian patent shows the same arc shaped telescoping roofing elements of a pool enclosure installed on removable rails. (See, Declaration of Gregory J. Coffey, Exhibit 1g). This is the claimed invention. The reference to these claims therefore anticipates and renders invalid the asserted claims of '160 patent.

Finally, IPC's own engineering schematics anticipates the '160 patent claims. The "classic" test for anticipation is: "That which will infringe, if later, will anticipate, if earlier." _Chisum On Patents_ §3.02[1][f]. This is the situation here. One of the elements of claim 1 of the '160 patent is "a means for a plurality of horizontal rails." IPC has used a plurality of horizontal rails for its pool enclosures since at least February 4, 2000, as depicted in the engineering schematic drawing of the rails used by IPC in connection with at least some of its pool enclosures. (See, Declaration of Gregory J. Coffey, Exhibit 1c). As such, evidence exists that IPC developed, offered and used the plurality of horizontal rails now accused of infringement in 2000 – before Mr. Brooks filed for the '160 patent. For these reasons and the reasons that follow, Plaintiff's motion for partial summary judgment must be denied.

3

**A317**

## II.   RESPONSE TO STATEMENT OF MATERIAL FACTS

Defendants, Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol, S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred to herein as "the IPC Defendants") have examined plaintiff's Statement of Undisputed Material Facts and provides the following response hereto:

### A.   Overview

1.   Admitted for purposes of the pending motion.

2.   Admitted for purposes of the pending motion.

3.   Admitted for purposes of the pending motion.

4.   Admitted for purposes of the pending motion.

### B.   The Asserted Claims

5.   Admitted for purposes of the pending motion.

6.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

7.   Admitted for purposes of the pending motion.

8.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

9.   Admitted for purposes of the pending motion.

10.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

11.   Admitted for purposes of the pending motion.

4

**A318**

12.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

13.   Admitted for purposes of the pending motion.

14.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

15.   Admitted for purposes of the pending motion.

16.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

17.   Admitted for purposes of the pending motion.

18.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

19.   Admitted for purposes of the pending motion.

20.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 11:1-29*).

21.   Admitted for purposes of the pending motion.

22.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

23.   Admitted for purposes of the pending motion.

24.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

25.   Admitted for purposes of the pending motion.

26.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

27.   Admitted for purposes of the pending motion.

28.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

29.   Admitted for purposes of the pending motion.

30.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

31.   Admitted for purposes of the pending motion.

32.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

33.   Admitted for purposes of the pending motion.

34.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

35.   Admitted for purposes of the pending motion.

36.   Disputed inasmuch as it misstates facts in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

**C.    The Accused Products.**

37.   Disputed inasmuch as it assumes facts not in evidence in the record.

38.   Disputed inasmuch as it assumes facts not in evidence in the record. (*See, Exhibit 1, Brooks Declaration*).

39.   Disputed inasmuch as it assumes facts not in evidence in the record. (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

6

**A320**

40.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

41.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

42.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

43.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

44.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 10:37-67*).

45.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

46.   Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

47.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

48.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

49.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

50.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

51.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

52.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

53.    Disputed inasmuch as it assumes facts not in evidence in the record.
Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks
Declaration, '160 Patent 12:1-27*).

54.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

55.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

56.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

57.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

58.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

59.     Disputed inasmuch as it assumes facts not in evidence in the record.

Disputed inasmuch as it misstates facts in the record.  (*See, Exhibit 2 to Brooks Declaration, '160 Patent 12:1-27*).

60.     Disputed inasmuch as it assumes facts not in evidence in the record.

## II.     STATEMENT OF FACTS AND PROCEDURAL HISTORY

This case involves claims by plaintiff, Aqua Shield, Inc., against defendants Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol, S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred to herein as "the IPC

9

**A323**

Defendants") for alleged infringement of U.S. Patent No. 6,637,160 ("the '160 Patent") pursuant to 35 U.S.C. §271(a) and other ancillary causes of action. The patent at issue in this litigation is the '160 patent. Bob Brooks is the sole inventor of the '160 patent.

IPC is a pan-European association of qualified manufacturers and traders who develop, produce and deal in swimming pool enclosures. (*See, Declaration of Gregory J. Coffey, Exhibit 1 attached thereto*). IPC's primary place of business is located in the Czech Republic. Customers cannot purchase IPC's products through its Internet website. IPC offers many models of pool enclosures.

On July 19, 2005, plaintiff alleged that the IPC Defendants sold an allegedly infringing product to Sunshine Pool Products in Utah. On October 18, 2005 plaintiff filed a complaint with the United States District Court for the Eastern District of New York and requested that the Court issue an Order to Show Cause why Aqua Shield should not be granted injunctive relief against IPC. On October 26, 2005, the Eastern District of New York denied plaintiff's request for a preliminary injunction. On or around December 31, 2008, the Eastern District of New York determined that the case could have been brought in Utah, and accordingly, transferred the case to the United States District Court for the District of Utah by Order dated January 5, 2009. The IPC Defendants' opposition to Plaintiff's motion for partial summary judgment on infringement of the '160 patent follows.

## IV.   POINTS AND AUTHORITIES

Plaintiff alleges that there are disputed issues of fact regarding the existence of direct infringement by the IPC Defendants of the asserted claims of the '160 patent. Plaintiff's position is untenable. For the reasons that follow, Plaintiff fails to satisfy its

burden under Rule 56 of the Federal Rules of Civil Procedure, and its motion for partial summary judgment on patent infringement should be denied.

## A.   Legal Standard for Summary Judgment

Summary judgment "should be rendered only if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." *Fed.R.Civ. P*. 56(c); *Celotex Corp. v. Catrett*, 477 *U.S.* 317, 330 (1986). A genuine issue of material fact exists only if "the evidence is such that a reasonable jury could find for the non-moving party." *Anderson v. Liberty Lobby, Inc.*, 477 *U.S.* 242, 248 (1986). Put differently, summary judgment may be granted only if the pleadings, supporting papers, affidavits, and admissions on file, when viewed with all inferences in favor of the non-moving party demonstrate that there is no genuine issue of material fact. *Todaro v. Bowman*, 872 *F.2d* 43, 46 (3rd Cir. 1989). At the summary judgment stage, "the evidence of the nonmovant is to be believed, and all justifiable inferences are to be drawn in her favor. *Anderson, supra,* 477 *U.S.* at 255.

The burden of establishing the nonexistence of a "genuine issue" is on the party moving for summary judgment. *Celotex, supra,* 477 *U.S.* at 330. As the non-moving party, the IPC Defendants bear a light burden. To withstand the plaintiff's motion, the IPC Defendants need only come forward with evidence that creates a genuine issue as to any material fact challenged, and will prevail even if the record reveals the existence of just one genuine issue of material fact. *Anderson, supra,* 477 *U.S.* at 248. A fact is material, and thus preclusive of summary judgment, if it influences the outcome under governing law. *Id*.

11

**A325**

Furthermore, at the summary judgment stage, a court may not weigh the evidence or make credibility findings – these tasks are left to the fact finder at trial. *Petruzzi's IGA v. Darling-Delaware*, 998 *F.2d* 1224, 1230 (3rd Cir. 1993). Therefore, to raise a genuine issue of material fact, "the opponent to a summary judgment motion need not match, item for item, each piece of evidence proffered by the movant, but simply must exceed the 'mere scintilla' standard. *Id.* (quoting *Anderson*, 477 *U.S.* at 252).

Although the first step of a patent infringement analysis – construction of the asserted claims – is a question of law for the Court, the second step – the infringement analysis – is a question of fact. *See*, *Markman v. Westview Instruments, Inc.*, 52 *F.3d* 967, 979 (Fed. Cir. 1995); *Bai v. L&L Wings, Inc.*, 160 *F.3d* 1350, 1353 (Fed. Cir. 1998). In order to prevail at summary judgment on infringement, plaintiff must prove that "no reasonable jury could find that every limitation recited in a properly construed claim . . . is not found in the accused device either literally or under the doctrine of equivalents." *PC Connector Solutions, LLC v. SmartDisk Corp.*, 406 *F.3d* 1359, 1364 (Fed. Cir. 2005). Because plaintiff cannot demonstrate there is no genuine dispute of material fact as to direct infringement, plaintiff's motion for partial summary judgment on infringement should be denied.

### B.   Legal Standard for Claims Construction

Interpretation of the claims is a matter of law within the exclusive province of the Court. *Markman v. Westview Instruments, Inc.*, 52 *F.3d* 967, 979 (Fed Cir. 1995), *aff'd*, 517 *U.S.* 370 (1996). In resolving disputes as to how a particular claim term is to be construed, the Court begins its analysis from the "objective baseline" of how a person of ordinary skill in the art would understand that term. *Phillips v. AWH Corp.*, 415 *F.3d*

12

**A326**

1303, 1313 (Fed. Cir. 2005). To determine how a person of ordinary skill would understand a claim term, the Court considers three pieces of "intrinsic evidence": the language of the claim at issue, the patent specification, and the prosecution history. *Markman*, 52 *F.3d* at 978-79.

. The context in which the claim appears may provide important guidance in interpreting its meaning. *Phillips*, 415 *F.3d* at 1314. For example, an inventor will normally use a term consistently throughout the patent, and, therefore, the usage of a term in one claim can illuminate the meaning of the term in another claim. *Id*. Conversely, pursuant to the "all-elements rule", courts should interpret the claims so that each term has a meaning distinct from the other terms and no term is redundant of another. *Unique Concepts, Inc. v. Brown*, 939 *F.2d* 1558, 1561-62 (Fed. Cir. 1991).

### 1.   The Specification is Often Determinative of Claim Construction.

Claims do not stand alone. Because the patent is a fully integrated written instrument, the court must read the claims in view of the specification. *Phillips*, 415 *F.3d* at 1315. "The specification is always highly relevant to the claim construction analysis. Usually, it is dispositive; it is the single best guide to the meaning of a disputed term." *Vitronics Corp. v. Conceptronic, Inc.*, 90 *F.3d* 1576, 1582 (Fed. Cir. 1996). The specification offers guidance as to the definition of terms that have no ordinary meaning or accustomed meaning. *Bell Atl. Network Servs., Inc. v. Covad Commc'ns Group, Inc.*, 262 *F.3d* 1258, 1269-70 (Fed. Cir. 2001). Even in cases where a term does have an ordinary or accustomed meaning, the Court must still consult the specification because the inventor may particularly define the term or disclaim or disavow a particular meaning of the term. *Id*.; *Phillips*, 415 *F.3d* at 1316. The patentee may define a term explicitly or

13

**A327**

implicitly. For example, "when a patentee uses a claim term throughout the entire patent specification, in a manner consistent with only a single meaning, he has defined that term 'by implication.'" *Bell Atl.*, 262 *F.3d* at 1271 (citations omitted).

**2.    The Prosecution History Should Also Be Considered**.

The Court should also consider the prosecution history in determining the meaning of a claim term. The prosecution history constitutes the complete record of the proceedings before the Patent Office that resulted in the issuance of the patent-in-suit. The prosecution history "can often inform the meaning of the claim language by demonstrating how the inventor understood the invention . . . " *Phillips*, 415 *F.3d* at 1317.

**3.    Extrinsic Evidence May Only Be Considered to the Extent it is Consistent with Intrinsic Evidence.**

In the exercise of discretion, courts may also rely upon extrinsic evidence such as expert testimony, dictionaries, and learned treatises. *Phillips*, 415 *F.3d* at 1317. Importantly, however, the Federal Circuit views "extrinsic evidence in general as less reliable than the patent and its prosecution history in determining how to read claim terms." *Id*. at 1318. In particular, the Federal Circuit has cautioned against heavy reliance upon dictionaries. Such reliance "divorced from the intrinsic evidence risks transforming the meaning of the claim term to the artisan into the meaning of the term in the abstract, out of its particular context, which is the specification." *Id*. at 1321.

14

**A328**

C.    **The Patent-In-Suit**

The patent at issue in this litigation is the '160 patent.  Bob Brooks is the sole inventor of the '160 patent.  Claim 1 of the '160 patent, the only independent claim asserted is representative and recites the following:

An apparatus for providing an enclosure for attachment to a building or for covering an area comprising:

   a)   a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels;

   b)   a plurality of arcuate frame members, said frame members having a first and second end and a first and second site for receiving said panels, and an inner and outer surface;

   c)   a pair of end panels for attachment to the ends of the enclosure to complete the enclosure;

   d)   means for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured;

   e)   means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon;

   f)   means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and

   g)   wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and said end panels are generally flat and removable.

15

**A329**

D.   **Claims Construction Analysis**

The IPC Defendants refute the proposed construction of several limitations in claim 1 of the '160 patent as set forth by plaintiff in its moving papers.  To the extent that the Court determines that construction of claims is required, the IPC Defendants respectfully request that a hearing pursuant to *Markman v. Westview Instruments, Inc.*, 52 *F.3d* 967 (Fed. Cir. 1995) (en banc) *aff'd*, 517 *U.S.* 370 (1966) be convened and a Claims Construction Order be entered.

If an accused product does not infringe an independent claim because the accused product is missing at least one element from the independent claim, then any claim that is dependent upon that same independent claim is also not infringed.  *Wolverine World Wide v. Nike, Inc.*, 38 *F.3d* 1192, 1199 (Fed. Cir. 1994); *Becton Dickinson & Co., v. C.R. Bard, Inc.*, 922 *F.2d* 792 (Fed. Cir. 1994).  This is logical because a dependent claim must be construed to have all the elements of the independent claim from which the dependent claims depends, and then must have the additional elements of the dependent claim, too.  Thus, if an accused product is missing an element from the independent claim, then that same element is also missing from the dependent claim.

Here, Claims 2 through 16 of the '160 patent are dependent on Claim 1, and therefore cannot be infringed absent infringement of independent claim 1.  Because the IPC products do not have at least one element required by Claim 1, then a claims construction analysis of claims 2 through 16 is unnecessary for purposes of this motion.  As set forth above, the IPC Defendants' refute the proposed construction of Claim 1 proffered by plaintiff in its moving papers and submit the following proposed construction of the refuted limitations:

16

| CLAIM LANGUAGE | PROPOSED CONSTRUCTION |
|---|---|
| 1. An apparatus for providing an enclosure for attachment to a building or for covering an area comprising: | Plain meaning. No dispute. |
| a)a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar panels; | Arcuate panels should be given its plain meaning and rectangular panels should be construed to only include rectangular panels and not rectangular panels within a section |
| d) means-for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured; | The ends of the arcuate frame members are fastened to the horizontal frame members.<br><br>The addition of horizontal rails in plaintiff's construction where it does not exist in the claim language reduces the number of elements that must be found in the accused products in the present case. |

### E.   Patent Infringement Analysis

Under the so-called "all elements rule", there is no infringement of any patent claim unless every limitation or requirement set forth in the claim is found in the accused product or process, or by a substantial equivalent under the Doctrine of Equivalents. *Wolverine World Wide v. Nike, Inc.*, 38 *F.3d* 1192, 1196 (Fed. Cir. 1994). If the accused device lacks even a single element required by the claim, then the accused device does not literally infringe. Thus, "to prevail on summary judgment, plaintiff is required to proffer evidence that the IPC Defendants' accused pool enclosures contained every claim element either exactly or by a substantial equivalent." *S. Bravo Systems v. Containment Technologies, Inc.*, 96 *F.3d* 1372, 1376 (Fed. Cir. 1996).

17

**A331**

1. **Under the All Elements Rule, There is No Evidence that the IPC Products Contain Hooks and Straps for Securing the Panels to the Ground As Expressly Required by Claim 15 of the '160 Patent.**

The IPC Defendants respectfully submit that plaintiff has failed to carry its burden that the IPC Defendants' accused pool enclosures contained every claim element either literally or by its substantial equivalent. Plaintiff relies solely upon the affidavit of Mr. Brooks and the photographs allegedly taken during a site inspection to Utah in August of 2010 in support of its infringement analysis. However, even though plaintiff attempts to identify which claims of the patent are allegedly infringed through the photographs, plaintiff concedes that certain elements recited in the claims were not present during the site inspection and the allegedly corresponding photographs. For example, Claim 10 of the '160 patent reads that the apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving said hook of said anchor plate so that said anchor plate is secured to said rail. Despite this claim language, plaintiff concedes that the photographs produced and relied upon do not depict an anchor plate for contacting the rails. *(See, Plaintiff's Statement of Material Facts ¶49-50)*. Plaintiff asserts that the anchor plate recited in Claim 10 is verifiable by the naked eye, but admits that the photographs relied upon do not verify this element. *(See, Plaintiff's Statement of Material Facts ¶49-50)*. For such reasons, a disputed material fact as to whether the IPC Defendants accused pool enclosures contains every claim element of the '160 patent exists.

Similarly, plaintiff concedes that the pool enclosure installation it observed during its alleged site inspection to Utah in August of 2010 did not contain hooks and straps for

18

**A332**

securing the panels to the ground to prevent vertical movement.   (*See, Plaintiff's Statement of Material Facts ¶59*).   This is in direct contradiction to Claim 15 of the '160 patent.   Claim 15 reads the apparatus of claim 4, further comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members.   Plaintiff speciously attempts to disregard the absence of the hooks and straps as only being necessary during high winds, but offers no evidence under the claim language of the '160 patent to support this construction.

Similarly, plaintiff asserts that the hooks and straps mandated by Claim 15 apply to models of pool enclosures on the IPC website, but this assertion is conclusory and without foundation.   The Brooks affidavit simply says that the IPC pool enclosures may have hooks and straps.   This overbroad assumption fails to make any showing at all that the pool enclosures on the IPC website  includes every element recited in any particular claim of the '160 patent, either literally or under the doctrine of equivalents.   For these reasons, the IPC Defendants respectfully submit that a material and disputed fact exists that precludes entry of partial summary judgment at this time.

F.   **There Has Been No Showing that IPC's Products Infringe the '160 Patent**

Plaintiff's motion for partial summary judgment must also be denied because the IPC Defendants have raised substantial questions regarding the alleged infringement. Plaintiff makes reference to IPC's other models and Mr. Brooks' review of IPC's product information contained on its website.   Plaintiff relies upon Mr. Brooks' opinion that the additional models all contain the same structural and functional features as the Utah installation.   (*See, Plaintiff's Statement of Material Facts ¶60*).   However, this purported

19

**A333**

review by Mr. Brooks constitutes nothing more than a "net opinion" that offers no probative value regarding the accused IPC products and the alleged infringement.

Evidence in the record suggests that of the models referenced by plaintiff in its moving papers, at least five were offered for sale by IPC in 2000 and the spring of 2001, prior to Mr. Brooks having even filed for his patent in July of 2001. (*See, IPC Price Lists, Declaration of Gregory J. Coffey, Exhibit 1b*.). Accordingly, if those five products are alleged to be infringing, then convincing evidence exists to suggest that the '160 patent is invalid.

Moreover, some of the IPC's pool enclosures do not include "a pair of end panels", some do not include "horizontal rails," and some do not include 'rectangular panels," and some do not include "horizontal frame members." Each of these elements is required by claim 1, and the absence of any one of them in a particular pool enclosure product renders such product non-infringing. *Terlep v. The Brinkman Corp.*, 418 *F.3d* 1379, 1381 (Fed Cir. 2005); *Wolverine World Wide, Inc. v. Nike, Inc.*, 38 *F.3d* 1192, 1196 (Fed. Cir. 1994).

Based upon the foregoing reasons, IPC has at least demonstrated genuine issues of disputed material fact that would preclude a determination of partial summary judgment in favor of plaintiff at this time. Accordingly, plaintiff's motion should be denied.

G.      **The Court Should Not Consider the Photographs Purportedly Taken by Plaintiff During the Alleged Inspection of the Utah Pool Enclosure Because Such Documents Were Not Properly Produced During Discovery.**

The photographs taken during the alleged inspection of the Utah pool enclosure installation and heavily relied upon by plaintiff should not be considered on the motion for partial summary judgment because such photographs were not produced during discovery. The alleged site inspection purportedly occurred in August of 2010. Despite this occurrence, plaintiff never produced these alleged photographs during discovery. Plaintiff should therefore be precluded from introducing evidence on issues where discovery has not been produced for purposes of a partial summary judgment motion. *See*, *Ware v. Rodale Press, Inc.*, 322 *F.3d* 218, 221-227 (3rd Cir. 2003) (finding that failure to produce discovery on damages supported the trial court's exclusion of all evidence of damages); *Wilson v. Bradlees of New England, Inc.*, 250 *F.3d* 10, 19-21 (1st Cir. 2001) (failure to disclose videotapes precluded their use as evidence at trial); *Langley v. Union Elec. Co.*, 107 *F.3d* 510, 513-14 (7th Cir. 1997) (finding that trial court properly barred all evidence relating to furnace due to failure to produce furnace during discovery).

In this case, plaintiff never afforded the IPC Defendants with notice or an opportunity to participate in the Utah site inspection where the photographs of the allegedly infringing pool enclosure were taken. Similarly, plaintiff never provided the IPC Defendants with a detailed and itemized description of each photograph taken and now relied upon during the discovery process. Given the failure of the plaintiff to provide this relevant information, the IPC Defendants, and more importantly, the Court, cannot now ascertain on a motion for partial summary judgment, the authenticity of the photographs and the assertion that that it purports to be the complete depiction of the Utah pool enclosure installation.

21

**A335**

In reviewing the evidence on a motion for summary judgment, the Court must consider the admissibility and potential probative value of the proffered evidence. *See*, *Lexington Ins. Co. v. Western Pennsylvania Hosp.*, 423 *F.3d* 318, 328 (3rd Cir. 2005). In this regard, the Court must consider whether the photographs relied upon by the plaintiff in its moving papers are inadmissible on authentication grounds. *See*, *FRE* 901(a) (requiring evidence to support that the matter is what the proponent claims). Because plaintiff failed to produce the photographs with a comprehensive description and itemization during the discovery, there is no evidence absent the assertions of Mr. Brooks in his affidavit that the photographs purports to be the complete depiction of the Utah pool enclosure installation. For these reasons, the photographs relied upon by plaintiff in its moving papers should not be considered by the Court on the pending motion for partial summary judgment. Accordingly, plaintiff's motion should be denied.

H.   **The Existence of Prior Patents and IPC's Own Products Which Anticipates the Claims of the '160 Patent Raises, At the Very Least, Significant and Material Issues of Disputed Fact**

Pursuant to 35 U.S.C. §282, a patent is presumed valid. This presumption, however, like all presumptions, is a procedural device which merely places the burden on the defendant to raise substantial issues of invalidity or unenforceability. *New England Braiding Co. v. A.W. Chesterton Co.*, 970 *F.2d* 878, 882-83 (Fed. Cir. 1992). As set forth herein, at least five of the pool enclosures shown on IPC's website were offered for sale by IPC before Mr. Brooks even filed for his patent. Thus, any one of these IPC products could render the '160 patent invalid, particularly where plaintiff has alleged infringement by such products.

22

**A336**

More importantly, the '160 patent, filed in 2001, is invalid over prior art, the contents of which are set forth in the attached exhibits to the accompanying Declaration of Gregory J. Coffey.  Specifically, several foreign patents, dated prior to Mr. Brooks having filed his patent application, show some, if not all of the elements of the claimed invention.  First, a 1986 French patent shows arc shaped telescoping roofing elements of a pool enclosure installed on removable rails.  (*See, Declaration of Gregory J. Coffey, Exhibit 1d*).  Second, a 1981 Australian patent shows the same arc shaped telescoping roofing elements of a pool enclosure installed on removable rails.  (*See, Declaration of Gregory J. Coffey, Exhibit 1g*).  This is the claimed invention.  The reference to these claims therefore anticipates and renders invalid the asserted claims of '160 patent.

Finally, IPC's own engineering schematics anticipates the '160 patent claims.  The "classic" test for anticipation is: "That which will infringe, if later, will anticipate, if earlier."  *Chisum On Patents* §3.02[1][f].  This is the situation here.  One of the elements of claim 1 of the '160 patent is "a means for a plurality of horizontal rails."  IPC has used a plurality of horizontal rails for its pool enclosures since at least February 4, 2000, as depicted in the engineering schematic drawing of the rails used by IPC in connection with at least some of its pool enclosures.  (*See, Declaration of Gregory J. Coffey, Exhibit 1c*).  As such, evidence exists that IPC developed, offered and used the plurality of horizontal rails now accused of infringement in 2000 – before Mr. Brooks filed for the '160 patent.

For all of these reasons, the IPC Defendants have, at the very least, demonstrated genuine issues of disputed material fact that would preclude a determination of partial summary judgment in favor of plaintiff at this time.  Accordingly, plaintiff's motion should be denied.

23

**A337**

## V.   CONCLUSION

For all of the foregoing reasons, plaintiff's motion for partial summary judgment must be denied because the IPC Defendants have raised substantial questions of material fact regarding the alleged infringement of the '160 patent.   In particular, IPC has demonstrated genuine disputed issues of material fact that indicate that some of the IPC's pool enclosures, including the Utah installation, do not include all of the elements and claims required under the '160 patent.   Given the existence of these material disputed facts in the record, the IPC Defendants respectfully submit that plaintiff has not met its burden under Fed. R. Civ. P. 56 for partial summary judgment.   Accordingly, plaintiff's motion for partial summary judgment on infringement of the '160 patent should be denied.

**COFFEY & ASSOCIATES**
Counsellors at Law
310 South Street
Morristown, New Jersey 074960
Attorneys for Defendants, Inter Pool Cover
Team, Alukov HZ, spol. S.r.o., Alukov, spol,
S.r.o., and Pool & Spa Enclosures, LLC

By: _____
    Gregory J. Coffey, Esq., *pro hac vice*

Dated: June 15, 2011

24

**A338**

Todd E. Zenger (5238)
Dax D. Anderson (10168)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com
Email: danderson@kmclaw.com

Igor Krol, *pro hac vice*
KROL & CONNOR
3201 West 81st Street
New York, New York 10024

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AQUA SHIELD, INC. a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTER POOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S.R.O., POOL & SPA ENCLOSURES, LLC<br><br>Defendants. | Civil Action No. 2:09-cv-00013 TS<br><br>Judge Ted Stewart<br><br>**MOTION FOR SUMMARY JUDGMENT** |

The Plaintiff, Aqua Shield, Inc. ("Aqua Shield" or "Plaintiff") hereby submits this memorandum in support of its motion for summary judgment as to Defendants' counterclaims Count I and II.

## I.  INTRODUCTION AND SUMMARY OF ARGUMENT

Summary judgment as to Count I of Defendants' counterclaim for noninfringement should be granted in favor of Aqua Shield. This Court has already granted Aqua Shield partial

**A339**

summary judgment as to infringement of claims 1-14 and 16. [1]  Because Aqua Shield raised the issue of infringement by its earlier motion for partial summary, because Defendants had full opportunity to address the issue of infringement and because the Court has already decided infringement by granting summary judgment in favor of Aqua Shield, this Court should also enter summary judgment in favor of Aqua Shield as to Count I of Defendants' counterclaim for noninfringement.

Summary judgment as to Count II of Defendants' counterclaims for invalidity should also be granted in favor of Aqua Shield.  No prior art reference or combination of prior art references teaches or suggests each and every element of claims 1-14 and 16 of the '160 Patent. Defendants' price list and product drawings fail to teach or suggest each and every element of claim 1-14 and 16.  Defendants' evidence of its own prior sales does not carry its burden of providing invalidity.  Therefore, Count II of Defendants' counterclaims should be denied and summary judgment granted in favor of Aqua Shield.

## II.    UNCONTROVERTED FACTS

1.    In this action, Defendants have asserted a counterclaim of noninfringement. Answer to Complaint and Counterclaims, Docket No. 34, pages 7-8.

2.    In this action, Defendants have asserted a counterclaim of invalidity under 35 U.S.C. §§ 101, 102, 103 and 112. *Id.*

3.    This Court has already decided infringement in favor of Aqua Shield by granting partial summary judgment.  Docket No. 87.

4.    Aqua Shield sought responses to interrogatories from Defendants directed to Defendants' invalidity assertions:

Interrogatory No. 1

---

[1] Aqua Shield has withdrawn in allegation of infringement of claim 15.  Filed herewith is Aqua Shield's Notice of withdrawal of its allegation of infringement of claim 15 of United States Patent No. 6,637,160 ("'160 Patent").

State the legal and factual basis for Your contention, if any, that the '160 Patent is invalid.

Interrogatory No. 2

State the legal and factual basis for Your contention, if any, that the '160 Patent is unenforceable.

Interrogatory No. 3

Identify all Documents, items and/or events that You believe are prior art with respect to the '160 Patent or otherwise Relate to Your contention, if any, that the '160 Patent is invalid or unenforceable.

Ex. A, Aqua Shield's Interrogatories to Defendants Nos. 1-3. Defendants responded January 15, 2010. *Id.*

5.      Aqua Shield sought document production from Defendants directed to Defendants' invalidity assertions:

Request No. 1

Produce all Documents, Communications, and things that you contend qualify as prior art with respect to the '160 Patent or otherwise support Your contentions, if any, that the '160 Patent is invalid or unenforceable.

Request No. 5

Produce all Documents, Communications, and things Relating to Your manufacture, sales, offers to sell, importing, and distribution of telescopic enclosures in the United States.

Request No. 6

Produce all Documents, Communications, and things Relating to manufacture, sales, offers to sell, importing, and distribution of telescopic enclosures by You.

iii

**A341**

Request No. 7

Produce all Documents, Communications, and things reviewed and/or relied on by You in preparing our responses to Plaintiff's First Set of Interrogatories.

Request No. 9

Produce all Documents, Communications, and things mentioned, identified, or referenced in Your responses to Plaintiff's First Set of Interrogatories.

Ex. B, Aqua Shield's Request for Production of Documents No. 1, 5-7 and 9. Defendants responded January 15, 2010. *Id.* In response to document request nos. 1, 5-7 and 9 Defendants promised to provide all responsive documents:

> Even so, IPC will make arrangements to provide Aqua Shield with copies of all other non-privileged documents responsive to the requests to the extent such documents exist and are within IPC's possession and/or control and upon entry of an appropriate Protective Order.

Id.

6.    A Protective Order was entered in this case on February 24, 2010 Docket No. 43.

7.    Discovery in this matter closed October 20, 2010.   Scheduling Order Docket No. 40.

8.    Final date for supplementation of disclosures under Rule 26(a)(3) and of discovery under Rule 26(e) expired November 19, 2010. *Id.*

9.    To date, the only documents, things, communications, legal and factual basis of Defendants' contentions that the '160 Patent is invalid are the documents, price sheets, sales records and points presented by Defendants' in opposition to Aqua Shield's earlier motion for partial summary judgment (Docket No. 67), namely:

- Declaration of Gregory Coffey, Docket No. 67-1, Ex. C to this memorandum.

- Coffey Declaration including the Oct. 24, 200_ [sic] Declaration of Michael F. Sarney, Docket No. 67-1, Ex. D to this memorandum..

- 10/23/2005 print outs of www.poolcover-ipc.com, Docket No. 67-1, Ex. E to this memorandum.

- foreign language IPC price list, Docket No. 67-1, Ex. F to this memorandum.

- foreign language schematic drawings, Docket No. 67-1, Ex. G to this memorandum.

- foreign language French Patent FR2568288, Docket No. 67-1, Ex. H to this memorandum.

- Arqualand paper, Docket No. 67-1, Ex. I to this memorandum.

- 10/20/2005 print out of www.aquashieldonline.com, Docket No. 67-1, Ex. J to this memorandum.

- Australian Patent Abstract and drawing, Docket No. 67-1, Ex. K to this memorandum.

- Eureka Pool Covers paper, Docket No. 67-1, Ex. L to this memorandum.

- factual and legal basis of invalidity by anticipation (35 U.S.C. § 102), Docket No. 67, pages 3, 22-23, Ex. M to this memorandum.

- Defendants' response to Interrogatory No. 1 summarizing the prior art listed above, Ex. A to this memorandum.

10.    Aqua Shield attempted a number of times to schedule inspection of documents of Defendants. Each time promises of production for inspection were given to Aqua Shield only to have the dates come and go without cooperation by Defendants.  Ex. N, Declaration of Igor Krol, ¶ 8.

11.    To date, Defendants have produced no evidence of any factual or legal basis of invalidity contentions based upon 35 U.S.C. § 101 (utility).

12.     To date, Defendants have produced no other evidence in support of their invalidity contentions based on U.S.C. § 102 (anticipation).

13.     To date, Defendants have produced no evidence of any factual or legal basis of invalidity contentions based upon 35 U.S.C. § 103 (obviousness).

14.     To date, Defendants have produced no evidence of any factual or legal basis of invalidity contentions based upon 35 U.S.C. § 112 (written description).

15.     To date, Defendants have produced no other evidence of any factual or legal basis of unenforceability based upon 35 U.S.C. §§ 101, 102, 103 and 112.

vi

**A344**

III.   **POINTS AND AUTHORITIES**

Defendants' have asserted affirmative counterclaims.   Count I of Defendants' counterclaim seeks a declaration of noninfringement.   Docket No. 34, pages 7-8.   Count II of Defendants' counterclaims seeks a declaration of invalidity and unenforceability under 35 U.S.C. §§ 101 (utility), 102 (anticipation), 103 (obviousness) and 112 (written description).   *Id.*

A.   **Summary Judgment Standard**

Under Rule 56, the moving party "bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions . . . which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986).[2]

The burden then shifts to the nonmoving party to "set forth specific facts showing that there is a genuine issue for trial." *Fed. R. Civ. P. 56(e)*; *Birddog Solutions, Inc. v. ATD-American Co.*, 2008 WL 1776520, at 2-3 (D. Neb. April 14, 2008). The non-movant, however, "must do more than merely present some evidence on an issue it asserts is disputed.   Sufficient evidence for a jury to return a verdict in favor of the nonmovant must be forthcoming." *A.B. Chance Co. v. RTE Corp.*, 854 F.2d 1307, 1311 (Fed. Cir. 1988); *Palesch v. Missouri Commission on Human Rights*, 233 F.3d 560, 565 (8th Cir. 2000) (stating that the "nonmoving party may not merely rest upon allegations or denials in its pleadings . . .").

"Where a defendant attempts to avoid summary judgment by relying on an issue on which it would have the burden of proof at trial, however, it must establish that it can meet its

---

[2] In determining whether there is a genuine issue of material fact, the evidence must be viewed in the light most favorable to the party opposing the motion, with doubts resolved in favor of the nonmovant. *Elnashar v. Speedway SuperAmerica*, LLC, 484 F.3d 1046, 1055 (8th Cir. 2007); *Transmatic, Inc. v. Gulton Indus.*, Inc., 53 F.3d 1270, 1274 (Fed. Cir. 1995). Summary judgment is properly regarded not as a disfavored procedural shortcut, but rather as an integral part of the Federal Rules as a whole, which are designed to secure the just, speedy and inexpensive determination of every action. *E.g., City of Omaha v. Figg Bridge Engineers; Inc.*, 2008 WL 2165186, at *2 (D. Neb. May 20, 2008) (quoting *Celotex Corp.*, 477 U.S. at 327).

1

burden." *Terra Ind., Inc. v. National Union Fire Insurance Co.*, 383 F.3d 754, 760 (8th Cir. 2004).

In patent cases, the determination of patent invalidity is a two-step process, wherein the court construes the claims and then a comparison is made of the properly construed claim(s) and the asserted prior art. *Medichem, S.A. v. Folabo, S.L.*, 353 F.3d 928, 933 (Fed. Cir. 2003).

## B.     Claim Construction

This Court has already given the asserted claims 1-14 and 16 their legal meaning.  Docket No. 86.  Therefore, claim construction is already done.  There does not appear to be any need from the record to alter or supplement the claim construction of Docket No. 86.

## C.     Invalidity Analysis

### 1.     Burden of Proof of Invalidity

An issued patent is presumed valid. *35 U.S.C. § 282 (2000)*. The burden of overcoming the presumption of validity is on the party challenging the validity and requires a showing by clear and convincing evidence. *Fresenius USA, Inc. v. Baxter Int'l, Inc.*, 582 F.3d 1288, 1294-95 (Fed. Cir. 2009) *cert. denied*, 130 S. Ct. 2120, 176 L. Ed. 2d 726 (U.S. 2010); *Lisle Corp. v. A.J. Mfg. Co.*, 398 F.3d 1306, 1316 (Fed.Cir.2005); *Helifix Ltd. v. Blok-Lok Ltd.*, 208 F.3d 1339, 1346 (Fed. Cir. 2000); *Connell v. Sears Roebuck & Co.*, 722 F.2d 1542, 1549 (Fed. Cir. 1983). This standard of proof also applies in the summary judgment context. *Nat'l Presto Indus., Inc. v. W. Bend Co.*, 76 F.3d 1185, 1189 (Fed. Cir. 1996).

Defendants' assert invalidity for lack of utility under 35 U.S.C. § 101.   To prove invalidity under section 101 Defendants must prove by clear and convincing evidence that every embodiment of one or more claim elements of each asserted claim is inoperable such that the utility of the claimed invention does not and cannot exist.  *E.g., Raytheon Co. v. Roper Corp.*, 724 F.2d 951, 956-959 (Fed. Cir. 1983), *cert. denied,* 469 U.S. 835 (1984).  That is, Defendants "must show that all disclosed alternatives are inoperative …." *CFMT, Inc. v. Yieldup Int'l Corp.*,

2

**A346**

349 F.3d 1333, 1339 (Fed. Cir. 2003); *EMI Group v. Cyporess Semiconductor Corp.*, 268 F.3d 1342, 1349 (Fed. Cir. 2001). However, a finding of infringement of an otherwise valid claim mandates a finding of utility under section 101. *E.g., United States Steel Corp. v. Phillips Petroleum Co.,* 865 F.2d 1247, 1252 (Fed. Cir. 1989).

Defendants' assert invalidity by anticipation under 35 U.S.C. § 102. To prove invalidity under section 102 Defendants must prove by clear and convincing evidence that a single prior art reference discloses every limitation of the claimed invention, either explicitly or inherently. *E.g., In re Schreiber*, 128 F.3d 1473, 1477-1478 (Fed. Cir. 1997); *Kalman v. Kimberly-Clark Corp.*, 713 F.2d 760, 771 (Fed Cir. 1983). This means that in order to present a *prima facie* case of invalidity of each claim Defendants must present clear and convincing evidence that each and every element of a given claim is disclosed in a single prior art reference.

Defendants' assert invalidity by obviousness under 35 U.S.C. § 103. To prove invalidity under section 103 Defendants must prove by clear and convincing evidence that the prior art discloses, teaches or suggests that the claimed inventions as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art. *E.g., KSR Int'l Co. v. Teleflex, Inc.,* 550 U.S. 398 (2007); *Graham et al. v. John Deere Company of Kansas City et al.,* 383 U.S. 1, 17-18, 148 USPQ 459, 465 (1966).

Defendants assert invalidity under 35 U.S.C. § 112. To prove invalidity under section 112 Defendants must prove by clear and convincing evidence that the written language of the claimed inventions fails to clearly point out and distinctly claim the invention. 35 U.S.C. § 112.

As established below, Defendants are unable to present sufficient, admissible evidence to present a *prima facie* case of invalidity under 35 U.S.C. §§ 101, 102, 103 or 112.

**D.    Defendants Should be Precluded from introducing or Relying Upon any Evidence Which Defendants have Failed to Previously Produce**

Under F.R.Civ.P. 37 (c) when a party "fails to provide information or identify witnesses as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially

3

justified or is harmless."  In this case, Plaintiff sought to discover the factual and legal bases of Defendants' invalidity contentions.  See section II, paras. 4-7 above.  Defendants had until November 19, 2010 to supplement their invalidity contentions.  The entirety of Defendants' invalidity contentions including Rule 26(e) supplementations to date is set forth in section II paragraph 9 above.  Defendants have identified no person of skill in the art who would offer any evidence as to validity issues.

Defendants have provided no other evidence in support of their invalidity contentions showing an element-by-element analysis of each asserted claim showing that the asserted prior art anticipates or renders each asserted claim invalidity.  Failing to make such a showing in its disclosures and productions reveals Defendants' inability to do so.

Based upon Defendants' representations in their responses to interrogatories and to document requests, and pursuant to Rule 37(c)(1)(C) and 37(b)(2)(A)(i-ii), this Court should deem that all evidence of or from documents, things, witnesses and/or events supporting Defendants' invalidity contentions have been disclosed or produced and that there is no more such evidence.  Therefore, pursuant to Rule 37(c) Defendants should be precluded from identifying, producing or using any other information or evidence in support of their invalidity contentions.

**E.      Defendants' Invalidity Counterclaim Fails as a Matter of Law Because Defendants are Unable to Present Sufficient Evidence of Invalidating Prior Art**

**1.      Untranslated Foreign Language References Provide the Court No Probative Evidence**

When foreign language evidence is presented to the Court, it must be accompanied by (1) a translation, (2) appropriate evidence regarding the accuracy of the translation and (3) the qualifications of the translator.  *E.g., Jack v. Trans World Airlines, Inc.*, 854 F. Supp. 654, 659 (N.D. Cal. 1994).  The statement of the translator must be a sworn statement that the translation is true and correct and must describe the translator's qualification or expertise regarding language translation.  *Id.*  All of the foreign language documents and translation proffered by Defendants

lack one or more of these indicia of accuracy and therefore to fail to carry Defendants' heavy burden of production and persuasion.

Defendants have presented foreign language IPC price sheets (Ex. F) in support of their assertion of invalidating by prior sales. However, the IPC price sheet evidence fails for a number of reasons. First, Defendants have provided no qualified translator, no translation and no certification of the accuracy of any translation. Therefore, there is no probative evidence before the Court as to any alleged, anticipatory offer of sales.

Second, the IPC price sheets do not and cannot establish that any prior art devices were offered for sale in this country or when. Invalidating prior art under 35 U.S.C. § 102 (b) must be "on sale in this country." The entirety of Defendants' evidence of invalidity lacks any evidence of invalidating sales in this country.

Therefore, as a matter of law Defendants are unable to establish anticipation based upon the foreign language IPC price sheet of Ex. F.

Similarly, Defendants have presented foreign language schematic drawings Ex. G. Defendants have provided no translation. Defendants have provided no admissible evidence other than attorney argument as to what the schematic drawings represent vis-à-vis the claimed inventions. Defendants neither disclosed nor produced an evidentiary showing that Ex. G anticipates or renders any asserted claim obvious by teaching each and every element of any asserted claim. Therefore, as a matter of law, Ex. G is incapable of establishing invalidity under 35 U.S.C. § 101, 102, 103 or 112.

> **2. Defendant Present No Evidence Related to How One of Skill in the Art Would Understand the Teaching of the Prior Art References**

Defendants utterly fail to present probative evidence of invalidity including how the a person of ordinarily skill in the art would understand the prior art references relied upon by Defendants. As a result, neither a jury nor the Court is presented with sufficient evidence of invalidity to carry the heavy burden of proving invalidity by clear and convincing evidence.

5

**A349**

3.   **The French Reference Fails To Disclose Each And Every Element Of Claims 1-14 and 16**

The Defendants' reliance upon the French patent reference no. FR2568288 to prove invalidity is similarly flawed. Defendants provide no certified translation. Defendants do not show that the French patent reference teaches each and every element of claim 1-14 and/or 16. Merely showing one or some claim elements does not anticipate or render the claimed invention obvious. As a result, Defendants' invalidity argument as to the French patent reference fails.

4.   **The Australian Reference Fails To Disclose Each And Every Element Of Claims 1-14 and/or 16.**

Defendants do not show that the Australian patent abstract No. AU-A1-69 699/81 teaches each and every element of claims 1-14 and 16. Merely showing one or some claims elements does not anticipate or render the claimed invention obvious. As a result, Defendants' invalidity argument as to the Australian patent abstract fails.

5.   **The Internet Printouts, Eureka Reference and Arqualand Documents Fails To Disclose Each And Every Element Of Claims 1-14 and/or 16**

Defendants do not show that the Internet printouts, the Eureka reference or the Arqualand documents teaches each and every element of claims 1-14 and 16. Merely showing one or some claims elements does not anticipate or render the claimed invention obvious. As a result, Defendants' invalidity argument as to the Australian patent abstract fails.

6.   **Defendant Present No Evidence Related to Any Failure of Claims 1-14 and 16 to Meet the Written Description Requirements of 35 U.S.C. § 112**

Defendants assert invalidity under 35 U.S.C. § 112. To prove invalidity under section 112 Defendants must prove by clear and convincing evidence that the written language of the claimed inventions fails to clearly point out and distinctly claim the invention. 35 U.S.C. § 112. Defendants have proffered no evidence to establish such invalidity. Lacking evidence of invalidity under section 112, Defendants' counterclaim must fail as a matter of law.

## IV.    CONCLUSION

Summary judgment as to Count I of Defendants' counterclaim for noninfringement should be granted in favor of Aqua Shield. This Court has already granted Aqua Shield partial summary judgment as to infringement of claims 1-14 and 16. Because Aqua Shield raised the issue of infringement by its earlier motion for partial summary, because Defendants had full opportunity to address the issue of infringement and because the Court has already decided infringement by granting summary judgment in favor of Aqua Shield, this Court should also enter summary judgment in favor of Aqua Shield as to Count I of Defendants' counterclaim for noninfringement.

Summary judgment as to Count II of Defendants' counterclaims for invalidity should also be granted in favor of Aqua Shield. No proper evidence of or prior art reference or combinations of prior art references teach or suggest each and every element of claims 1-14 and 16 of the '160 Patent. Defendants' price list, product drawings, sales records and asserted prior art patents all fail to teach or suggest each and every element of claim 1-14 and 16. Defendants have failed to produces or present, and are, therefore, unable to present sufficient, probative evidence to prove invalidity by clear and convincing evidence. Therefore, Count II of Defendants' counterclaims should be denied and summary judgment granted in favor of Aqua Shield.

DATED this 21st day of November, 2012.

KIRTON & McCONKIE

By:    s/Todd E. Zenger
　　　　Todd E. Zenger
　　　　Dax D. Anderson

Attorneys for Plaintiff
AQUA SHIELD, INC.

7

**A351**

H. Dickson Burton (4004)
Krista Weber Powell (8019)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone:  (801) 532-1922

Gregory J. Coffey, *pro hac vice*
Richard J. Dewland, *pro hac vice*
COFFEY & ASSOCIATES
310 South Street
Morristown, NJ 07960
Telephone: (973) 539-4500

### IN THE UNITED STATES DISTRCT COURT
### DISTRICT OF UTAH, CENTAL DIVISION

| | |
|---|---|
| AQUA SHIELD, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERPOOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S R.O., POOL & SPA ENCLOSURES, LLC<br><br>Defendants. | **IPC DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**2:09cv00013-TS**<br><br>**Judge: Ted Stewart** |

Defendants Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol,

S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred

to herein as "the IPC Defendants") hereby oppose plaintiff, Aqua Shield's Inc.'s motion

for summary judgment on the IPC Defendants' counterclaims seeking a determination of

invalidity of U.S. Patent No. 6,637,160.  Accompanying this opposition are Objections to

Plaintiff's "Statement of Undisputed Material Facts".

## TABLE OF CONTENTS

**TABLE OF AUTHORITIES**
............................................................................................................ ii

**I.INTRODUCTION AND SUMMARY OF ARGUMENT** ...................... 2

**II.RESPONSE TO STATEMENT OF MATERIAL FACTS** .................. 5

**III. COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS** ............................................................................................................. 6

**IV. POINTS AND AUTHORITIES** ............................................................. 7

A. Legal Standard for Summary Judgment............................................. 7

B. The Lamb Patent, the Kumode Patent, the Last Patent, and the Ozdemir Patent were Included in the Prosecution History of the '160 Patent and Represent Competent Evidence of Prior Art that May be Relied Upon by the IPC Defendants in Support of Their Patent Invalidity Counterclaims............................................................................. 12

C. The Kumode and Ozdemir Patents Demonstrate that the Inventor of the '160 Patent Achieved Nothing New or Inventive in Constructing a Pool Enclosure Using a Known Pluraility of Frame Members with a Flexible Material Extending Between the Frame Members.................. 13

V. CONCLUSION ..................................................................................... 15

## TABLE OF AUTHORITIES

**Cases**                                                                   **Page**

*Anderson v. Liberty Lobby, Inc.,*
477 *U.S.* 242, 248 ....................................................................................... 7-8

*Bristol-Meyers Squibb Co. v. Ben Venue Labs, Inc.,*
246 *F.3d* 1368, 1376 (Fed. Cir. 2001)...................................................... 14-15

*Celotex Corp. v. Catrett,*
477 *U.S.* 317, 330 (1986)............................................................................ 7-8

*In re Dillon,*
919 *F.2d*. 688, 694 (Fed. Cir. 1990) (en banc)............................................. 12

*KSR Int'l Co. v. Teleflex, Inc.,*
550 *U.S.* 398, 406 (2007)............................................................................. 12

*Petruzzi's IGA v. Darling-Delaware,*
998 *F.2d* 1224, 1230 (3rd Cir. 1993)............................................................. 8

*Phillips v. AWH Corp.,*
415 *F.3d* 1303, 1317 (Fed. Cir. 2005)......................................................... 13

*Stratoflex, Inc. v. Aeroquip Corp.,*
713 *F.2d* 1530, 1535 (Fed. Cir. 1983) ……………………........................ 12

*Todaro v. Bowman,*
872 *F.2d* 43, 46 (3rd Cir. 1989).................................................................. 7-8

**Statutes**

35 *U.S.C.* §101 (2006). .................................................................... *in passim*

35 *U.S.C.* §102 (2006) ..................................................................... *in passim*

35 *U.S.C.* §102(b) (2006) ................................................................. *in passim*

35 *U.S.C.* §103(a) (2006).................................................................. *in passim*

**Rules**

*Fed.R.Civ.P.* 56......................................................................................... 14

ii

I.      **INTRODUCTION AND SUMMARY OF ARGUMENT**

Pursuant to this Court's Order entered October 18, 2012, the parties were permitted to file supplemental motions for summary judgment regarding the IPC Defendants' counterclaim that the '160 patent is invalid over prior art. Within this current submission, the IPC Defendants oppose Aqua Shield's motion for summary judgment and set forth further support for their application for summary judgment against Aqua Shield on the basis the asserted claims of the '160 patent are invalid and therefore unenforceable. Simply stated, the '160 patent claims a known and obvious method of constructing a protective swimming pool enclosure apparatus. Over twenty-five (25) years prior to the filing of the '160 patent, the asserted invention was described as a protective swimming pool apparatus particularly directed to a channeled slideway means mounted to the longitudinal side sections of a swimming pool for releasably holding therein a beaded edge of a swimming pool cover and a means for guiding the introduction and discharge of said beaded edge into and out of the channeled slideway means.

As set forth in their initial memorandum of points and authorities, prior art scientific publications, foreign patents, and U.S. patents, such as the Lamb Patent, the Kumode Patent, the Ozdemir Patent, and the Last Patent taught that a slidable swimming pool enclosure was useful in conjunction with the construction and use of small private or residential type swimming pools. Furthermore, pool enclosures were known to be effective in effectively and economically minimizing the hazards and maintenance issues associated with private, unattended pools.

The IPC Defendants assert that the undisputed and uncontroverted material facts in the record demonstrate that the '160 patent is invalid as obvious and/or anticipated in

2

**A355**

light of the prior art. In support of these assertions, the IPC Defendants rely upon the arguments and analysis set forth in their initial memorandum of points and authorities previously filed in support of their motion for summary judgment on patent invalidity. Even so, in the alternative event that the Court were to determine otherwise, the IPC Defendants respectfully submit that at the very least, the existence and teachings of the Lamb Patent, the Kumode Patent, the Ozdemir Patent, and the Last Patent raise genuine issues of disputed material facts regarding prior art and the novelty and validity of the '160 patent.

Given the existence of these prior patents, a reasonable fact-finder could, upon the testimony of a person of ordinary skill in the art, conclude at trial that these prior patents constituted prior art by which the '160 Patent is invalid due to obviousness and/or anticipation. In this case, the person of ordinary skill in the art was engaged in developing a removable enclosure cover for a swimming pool or other area as of July 10, 2001 – the filing date of the '160 patent. This person would have had experience in slidable swimming pool covers. The person of ordinary skill in the art would know that the pool enclosure cover would include a plurality of frame members with a flexible material extending between the frame members. This person would also know that the frame members would be guided along the track members toward and away from one another to selectively cover and uncover the area between the track members and that the frame members would comprise a plurality of rectangular sections carrying transparent or translucent panels connected in an end to end relationship. Finally the person of ordinary skill in the art would know that the connections would be bolted or be in the form of hinged connections so that the structure may be folded.

3

As set forth in their Initial Rule 26 Disclosures, the IPC Defendants identified Bob Brooks, the inventor of the '160 Patent, and Jan Zitko the Chief Executive Officer of Alukov and an experienced person in the design and construction of pool enclosures, as witnesses representing persons of ordinary skill in the art. *(See, IPC Defendants' Responses to Initial Set of Interrogatories, Exhibit A to Zenger Declaration filed November 21, 2012).* As such, at the very least, the existence and teachings of the Lamb Patent, the Kumode Patent, the Ozdemir Patent, and the Last Patent raise genuine and material issues of disputed facts, and the IPC Defendants are entitled to introduce evidence and elicit testimony from both the inventor of the '160 Patent and other third party witnesses at trial that will demonstrate that the '160 Patent, filed in 2001, is invalid over prior art.

For these reasons and the reasons that follow, Plaintiff fails to satisfy its burden under Rule 56 of the Federal Rules of Civil Procedure, and its motion for summary judgment on the IPC counterclaims should be denied.

Furthermore, Aqua Shield would concede that the Lamb Patent, the Kumode Patent, the Last Patent, and the Ozdemir Patent were all included in the prosecution history of the '160 patent, rendering those patents as highly instructive and competent evidence that the IPC Defendants appropriately relied upon in asserting that the '160 patent is invalid in light of prior art. As such, any attempt by Aqua Shield to use Rule 37 of the Federal Rules of Civil Procedure as a mechanism to preclude the analysis of this evidence is specious at best and should be denied.

Finally, based upon the disclosures of these and other prior art references, alone or in combination, the researcher of ordinary skill in the art in 1985 would have known

4

that a means for a plurality of horizontal rails would be useful in constructing a slidable pool enclosure. This is the claimed invention. Accordingly, the unequivocal facts and the uncontroverted evidence demonstrate that the '160 patent is invalid as obvious and/or anticipated in light of the prior art. For these reasons and the reasons that follow, the IPC Defendants continue to submit that their motion for summary judgment on their counterclaim that the '160 patent is invalid in light of prior art should be granted.

## II.   RESPONSE TO STATEMENT OF MATERIAL FACTS

Defendants, Inter Pool Cover Team ("IPC"), Alukov HZ spol. S.r.o., Alukov, spol, S.r.o. ("Alukov"), and Pool & Spa Enclosures, LLC ("Pool & Spa") (collectively referred to herein as "the IPC Defendants") have examined plaintiff's Statement of Undisputed Material Facts and provides the following response hereto:

1.   Admitted for purposes of the pending motion.

2.   Admitted for purposes of the pending motion.

3.   Disputed in part inasmuch as it misstates facts in the record. (*See, Opinion and Order entered on or around November 27, 2012, Docket No. 87*).

4.   Disputed in part inasmuch as it misstates facts in the record. (*See, Exhibit A to Zenger Declaration, filed November 21, 2012*).

5.   Disputed in part inasmuch as it misstates facts in the record. (*See, Exhibit B to Zenger Declaration, filed November 21, 2012*).

6.   Admitted for purposes of the pending motion.

7.   Admitted for purposes of the pending motion.

8.   Admitted for purposes of the pending motion.

5

**A358**

9.      Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

10.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

11.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

12.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

13.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

14.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

15.     Disputed inasmuch as it misstates facts in the record. (*See, Exhibits A-F to Coffey Declaration, filed November 21, 2012*).

## III.   COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS

In the interest of brevity, and without reiterating the same, the IPC Defendants respectfully rely upon and incorporate herein their Statement of Undisputed Material Facts set forth in their initial memorandum of points and authorities previously filed in support of their motion for summary judgment on patent invalidity.

## IV.   POINTS AND AUTHORITIES

The IPC Defendants assert that the undisputed and uncontroverted material facts in the record demonstrate that the '160 patent is invalid as obvious and/or anticipated in light of the prior art.  In support of these assertions, the IPC Defendants rely upon the arguments and analysis set forth in their initial memorandum of points and authorities previously filed in support of their motion for summary judgment on patent invalidity. Even so, in the alternative event that the Court were to determine otherwise, the IPC Defendants respectfully submit that at the very least, the existence and teachings of the Lamb Patent, the Kumode Patent and the Ozdemir Patent raise genuine issues of disputed material facts regarding prior art and the novelty and validity of the '160 patent.  For these reasons and the reasons that follow, Plaintiff fails to satisfy its burden under Rule 56 of the Federal Rules of Civil Procedure, and its motion for summary judgment on the IPC counterclaims should be denied.

### A.   Legal Standard for Summary Judgment

Summary judgment "should be rendered only if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." *Fed.R.Civ. P.* 56(c); *Celotex Corp. v. Catrett*, 477 *U.S.* 317, 330 (1986).  A genuine issue of material fact exists only if "the evidence is such that a reasonable jury could find for the non-moving party." *Anderson v. Liberty Lobby, Inc.*, 477 *U.S.* 242, 248 (1986).  Put differently, summary judgment may be granted only if the pleadings, supporting papers, affidavits, and admissions on file, when viewed with all inferences in favor of the non-moving party demonstrate that there is no genuine issue of material fact. *Todaro v.*

7

**A360**

*Bowman*, 872 *F.2d* 43, 46 (3rd Cir. 1989).  At the summary judgment stage, "the evidence of the nonmovant is to be believed, and all justifiable inferences are to be drawn in her favor. *Anderson*, *supra*, 477 *U.S.* at 255.

The burden of establishing the nonexistence of a "genuine issue" is on the party moving for summary judgment.  *Celotex*, *supra*, 477 *U.S.* at 330.  As the non-moving party, the IPC Defendants bear a light burden.  To withstand the plaintiff's motion, the IPC Defendants need only come forward with evidence that creates a genuine issue as to any material fact challenged, and will prevail even if the record reveals the existence of just one genuine issue of material fact.  *Anderson*, *supra*, 477 *U.S.* at 248.  A fact is material, and thus preclusive of summary judgment, if it influences the outcome under governing law.  *Id*.

Furthermore, at the summary judgment stage, a court may not weigh the evidence or make credibility findings – these tasks are left to the fact finder at trial.  *Petruzzi's IGA v. Darling-Delaware*, 998 *F.2d* 1224, 1230 (3rd Cir. 1993).  Therefore, to raise a genuine issue of material fact, "the opponent to a summary judgment motion need not match, item for item, each piece of evidence proffered by the movant, but simply must exceed the 'mere scintilla' standard. *Id*. (quoting *Anderson*, 477 *U.S.* at 252).

The IPC Defendants continue to assert that the undisputed and uncontroverted material facts in the record demonstrate that the '160 patent is invalid as obvious and/or anticipated in light of the prior art.  In support of these assertions, the IPC Defendants rely upon the arguments and analysis set forth in their initial memorandum of points and authorities previously filed in support of their motion for summary judgment on patent invalidity.  Even so, in the alternative event that the Court were to determine otherwise,

8

**A361**

the IPC Defendants respectfully submit that at the very least, the existence and teachings of the Lamb Patent, the Last Patent, the Kumode Patent and the Ozdemir Patent raise genuine issues of disputed material facts regarding prior art and the novelty and validity of the '160 patent.

The structure embodied by the '160 patent had been reported in several scientific publications and U.S. patents well before the '160 patent application was filed in 2001. In 1975, the Lamb Patent taught that a protective swimming pool covering apparatus is disclosed wherein the apparatus includes flexible impervious cover capable of being extended and retracted over a swimming pool. (*See, Declaration of Gregory J. Coffey, filed November 21, 2012, Exhibit B*).

As such, a person of ordinary skill in the art in as early as 1975, and certainly by 1985, would have had the knowledge and motivation to develop and use a plurality of rigid frame members of rectangular panel sections in a pool enclosure. In addition to his or her general knowledge, a person of ordinary skill in the art would also have expected that one roller in the device rolls along the bottom of the track members and is mounted on a vertically movable carriage permitting the frame members to be moved together to one end of the pool deck and collapsing the flexible material to uncover the pool.

By way of further example, and as asserted by the IPC Defendants in their initial memorandum of points and authorities, the Ozdemir Patent discloses each and every limitation of the '160 patent claims. The Ozdemir patent claims and discloses a removable pool enclosure cover for a swimming pool including a plurality of rigid frame members of rectangular panel sections. (*See, Declaration of Gregory J. Coffey filed November 21, 2012, Exhibit D*). The utility of making a slidable swimming pool

9

**A362**

enclosure which eliminated the longitudinal struts which had to be locked open in order to cover the pool or folded in order to uncover it was further taught in the prior art by United States Patent No. 4,683,686 filed March 11, 1985 (hereinafter the "Ozdemir Patent"). The Ozdemir Patent taught that the pool enclosure cover includes a plurality of rigid frame members of rectangular panel sections. (*See, Declaration of Gregory J. Coffey filed November 21, 2012, Exhibit D*). Pursuant to the Ozdemir Patent, the frame members are spaced apart and extend parallel to one another transversely across the pool area. The Ozdemir Patent also disclosed a pair of spaced parallel channel-shaped track members extending along the sides of the pool and guide means attached to the lower ends of each of the frame members. (*See, Declaration of Gregory J. Coffey filed November 21, 2012, Exhibit D*).

Finally, the Ozdemir Patent taught that the guide means has rollers which extend into the interior of the track members and that one roller rolls along the bottom of the track members and is mounted on a vertically movable carriage, permitting the frame members to be moved together to one end of the pool deck and collapsing the flexible material to uncover the pool. (*See, Declaration of Gregory J. Coffey filed November 21, 2012, Exhibit D*). The Ozdemir Patent even explained how a threaded adjustment would raise and lower the carriage with the roller thereon so that the top portion of the track may be clamped between the roller carriage and the bottom of the frame member.

Given the existence of these prior patents, a reasonable fact-finder could, upon the testimony of a person of ordinary skill in the art, conclude at trial that these prior patents constituted prior art by which the '160 Patent is invalid due to obviousness and/or anticipation. In this case, the person of ordinary skill in the art was engaged in

10

**A363**

developing a removable enclosure cover for a swimming pool or other area as of July 10, 2001 – the filing date of the '160 patent. This person would have had experience in slidable swimming pool covers. The person of ordinary skill in the art would know that the pool enclosure cover would include a plurality of frame members with a flexible material extending between the frame members. This person would also know that the frame members would be guided along the track members toward and away from one another to selectively cover and uncover the area between the track members and that the frame members would comprise a plurality of rectangular sections carrying transparent or translucent panels connected in an end to end relationship. Finally the person of ordinary skill in the art would know that the connections would be bolted or be in the form of hinged connections so that the structure may be folded.

As set forth in their Initial Rule 26 Disclosures, the IPC Defendants identified Bob Brooks, the inventor of the '160 Patent, and Jan Zitko the Chief Executive Officer of Alukov and an experienced person in the design and construction of pool enclosures, as witnesses representing persons of ordinary skill in the art. As such, at the very least, the existence and teachings of the Lamb Patent, the Kumode Patent, the Ozdemir Patent, and the Last Patent raise genuine and material issues of disputed facts, and the IPC Defendants are entitled to introduce evidence and elicit testimony from both the inventor of the '160 Patent and other third party witnesses at trial that will demonstrate that the '160 Patent, filed in 2001, is invalid over prior art. For these reasons, and the reasons set forth in detail in their initial memorandum of points and authorities, the IPC Defendants respectfully submit that Aqua Shield's motion for summary judgment be denied and their motion for summary judgment be granted.

11

**A364**

B.   **The Lamb Patent, the Kumode Patent, the Last Patent, and the Ozdemir Patent were Included in the Prosecution History of the '160 Patent and Represent Competent Evidence of Prior Art that May be Relied Upon by the IPC Defendants in Support of Their Patent Invalidity Counterclaims**

In their moving papers, Aqua Shield erroneously and inappropriately seeks to utilize Rule 37 of the Federal Rules of Civil Procedure to have this Court limit the prior art relevant to its invalidity and obviousness analysis. However, as set forth in the IPC Defendants initial memorandum of points and authorities, obviousness is determined by considering all prior art that is reasonably relevant to the particular problem the inventors were attempting to solve in making the invention covered by the patent claims. *See*, *Stratoflex, Inc. v. Aeroquip Corp.*, 713 *F.2d* 1530, 1535 (Fed. Cir. 1983).

Relevant prior art includes what was known in the field of the invention, in addition to what was known in other fields that a person of ordinary skill would look to when attempting to solve the problem. *See*, *KSR Int'l Co. v. Teleflex, Inc.*, 550 *U.S.* 398, 417 ("when a work is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one. If a person of ordinary skill can implement a predictable variation, §103 likely bars its patentability."); *In re Dillon*, 919 *F.2d* 688, 694 (Fed. Cir. 1990) (en banc) ("we agree with the PTO that the field of relevant prior art need not be drawn so narrowly.").

Moreover, Aqua Shield would concede that the Lamb Patent, the Kumode Patent, the Last Patent, and the Ozdemir Patent were all included in the prosecution history of the '160 patent, rendering those patents as highly instructive and competent evidence that the IPC Defendants appropriately relied upon in asserting that the '160 patent is invalid in light of prior art. The prosecution history constitutes the complete record of the

12

**A365**

proceedings before the Patent Office that resulted in the issuance of the patent-in-suit. *Phillips v. AWH Corp.*, 415 *F.3d* 1303, 1317 (Fed. Cir. 2005).

For all of these reasons, Aqua Shield's misguided effort to limit the prior art to be considered by this Court in rendering its invalidity analysis should be denied. The IPC Defendants continue to assert that the undisputed and uncontroverted material facts in the record demonstrate that the '160 patent is invalid as obvious and/or anticipated in light of the prior art. Even so, in the alternative event that the Court were to determine otherwise, the IPC Defendants respectfully submit that at the very least, the existence and teachings of the Lamb Patent, the Last Patent, the Kumode Patent and the Ozdemir Patent raise genuine issues of disputed material facts regarding prior art and the novelty and validity of the '160 patent. Accordingly, the IPC Defendants respectfully submit that Aqua Shield's motion for summary judgment be denied and their motion for summary judgment be granted.

C.   **The Kumode and Ozdemir Patent Demonstrate that the Inventor of the '160 Patent Achieved Nothing New or Inventive in Constructing a Pool Enclosure Using a Known Plurality of Frame Members with a Flexible Material Extending Between the Frame Members.**

As stated in the IPC Defendants initial memorandum of points and authorities, the "invention" claimed in the '160 patent is simply the known and obvious idea of constructing a removable enclosure for a swimming pool or other area by incorporating transverse frame members of rigid rectangular panels preventing skewing of the frame members and giving greater rigidity and stability to the structure.

Plaintiff did not transform a pre-fabricated in-ground pool enclosure into a flexible, slidable pool cover, nor did they invent a novel way of creating a removable

13

**A366**

enclosure that includes a plurality of frame members with a flexible material extending between the frame members.   Moreover, the prior art explicitly taught that the frame members in the pool enclosure may be guided along the track members toward and away from one another to selectively cover and uncover the area between the track members. The prior art further taught that the locking means be provided for locking the guide means in the desired position of adjustment relative to the track members.

The prior art also taught that the guide means preferably includes one roller mounted on a carriage and rotatable about a substantially horizontal axis for rolling along the substantially horizontal surface within the interior of the track members.  Also, the prior art taught that the locking means of the pool enclosure preferably includes means for retracting the roller carriage so that portions of the track may be clamped between the carriage and the bottom portion of the frame members.  Plaintiffs' confirmation of these previously established means is not an invention and cannot impart patentability to the claims of the '160 patent.

Moreover, even if the activity of permitting the frame members to be moved together to one end of the pool deck and collapsing the flexible material to uncover the pool was not expressly taught in the Kumode and Ozdemir Patents (which it is), this process is inherently disclosed because any guide means that is mounted on a vertically movable carriage naturally results in the concerted movement to one end of the pool deck to uncover the pool as disclosed in the Ozdemir Patent.  Even in that case, such method claims are not patentable because they are inherent in the prior art process.  *See, Bristol-Meyers Squibb Co. v. Ben Venue Labs, Inc.*, 246 *F.3d* 1368, 1376 (Fed. Cir. 2001) (court determined that newly discovery results of known processes directed to the same purpose

14

**A367**

are not patentable because such results are inherent).   As such, every limitation of claim 1, the only independent claim of the '160 patent was disclosed either explicitly and/or inherently by the Kumode and Ozdemir Patents, which renders the '160 patent anticipated and invalid.

At the very least, the teachings and explanations of these prior patents raise genuine and material disputed facts regarding the validity of the "invention" claimed by the '160 Patent.   For these reasons, and the reasons set forth in detail in their initial memorandum of points and authorities, the IPC Defendants respectfully submit that Aqua Shield's motion for summary judgment be denied and their motion for summary judgment be granted.

## V.   CONCLUSION

For all of the foregoing reasons, and the reasons set forth in detail in their initial memorandum of points and authorities, the IPC Defendants respectfully submit that Aqua Shield's motion for summary judgment be denied and their motion for summary judgment on their counterclaim that the '160 patent is invalid in light of prior art be granted.

COFFEY & ASSOCIATES
Counsellors at Law
310 South Street
Morristown, New Jersey 074960
Attorneys for Defendants, Inter Pool Cover
Team, Alukov HZ spol. S.r.o., Alukov, spol,
S.r.o., and Pool & Spa Enclosures, LLC

By:_____
Gregory J. Coffey, Esq., *pro hac vice*

15

**A368**

**COFFEY & ASSOCIATES**
Counsellors at Law
310 South Street
Morristown, New Jersey 074960
Attorneys for Defendants, Inter Pool Cover
Team, Alukov HZ spol. S.r.o., Alukov, spol,
S.r.o., and Pool & Spa Enclosures, LLC

By:_____
        Richard J. Dewland, Esq., *pro hac vice*

Dated: December 7, 2012

16

**A369**

## Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 28VF01781**

| | |
|---|---|
| Variable symbol: | 2801781 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o. ,**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3601000000788108660277
Account No.: 78-8108660277    Bank code: 0100

Customer:    Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 14.10.2008 | |
| Due date: | 24.10.2008 | |
| Date of a taxable supply: | 14.10.2008 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - Universe | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 4,45x8,4 "fill up: polycarbonate clear , , 10 mm with UV protection , white profiles RAL 9010 | 1 ks | 4,970.00 | | 4,970.00 | 0% | 0.00 | 4,970.00 |
| transport | 1 | 3,105.00 | | 3,105.00 | 0% | 0.00 | 3,105.00 |
| Total amount | | | | 8,075.00 | | 0.00 | 8,075.00 |
| **TOTAL DUE** | | | | | Currency EUR | | **8,075.00** |

Total : 1 goods are dismantled in parts
Container: HJCU 807759-4
Brutto: 630 kg Netto: 500 kg
INCOTERMS : DDU Cullmann
Country of origin: Czech Republic
TARIC CODE: 76109090

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

**Alukov**
ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.665 CZK | 199,169.88 | 0% | | |
| Quantity: | 1 EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:    Official stamp:

Economic system POHODA © STORMWARE s.r.o.

DEFENDANT'S EXHIBIT

**A370**

# Alukov HZ spol. s r.o.

## INVOICE - TAX DOCUMENT No. 29VF00100

| | |
|---|---|
| **Supplier:** | **Variable symbol:** 2900100 |
| Alukov HZ spol. s r.o. | **Constant Code:** 0308 |
| Orel 18 | **Order No.:** date |
| 538 21 Slatiňany | |
| Česko | |

Identif. number:: 64257748
Tax identity: CZ64257748
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

**Customer:** Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account no.: 78-8108660277      Bank code: 0100

United States

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 18.02.2009 | |
| Due date: | 04.03.2009 | |
| Date of a taxable supply: | 18.02.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce Universe - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe, Client:Mr.Leon Galecki , 154 Gurney In.,Langston , AL 35755-9202 US | 1 ks | 18,345.64 | | 18,345.64 | 0% | 0.00 | 18,345.64 |
| transport | 1 | 2,526.00 | | 2,526.00 | 0% | 0.00 | 2,526.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 20,871.64 | | 0.00 | 20,871.64 |
| Rounding | | | | | | | 0.36 |
| **TOTAL DUE** | | | | | Currency EUR | | **20,872.00** |

goods is dismantled in parts
Container: HJCU 139800-0
Total : 3 colli
Brutto: 3810,00 kg  Netto: 3170,00 kg
Incoterms 2000 : CPT Langston US

Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer: Jilka Stanlnová
j.stanlnova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420-469 681 408, kw +420 469 681 321
IČ: 64257748 DIČ: CZ64257748
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 27.87 CZK | 581,702.64 | 0% | | |
| Quantity: | 1 EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:

Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 29VF01203

| | |
|---|---|
| Variable symbol: | 2901203 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 20.07.2009 | |
| Due date: | 03.08.2009 | |
| Date of a taxable supply: | 20.07.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Oceanic, Client: John Kirkwood , 60 Woodmount Rd.,Montclair , NJ 07043 | 1 ks | 7,941.95 | | 7,941.95 | 0% | 0.00 | 7,941.95 |
| Aluminium roofing construction , type Veranda, Client: Sita Frank, 8 Birch Run Ct. ,Ewing , NJ 08562 | 1 ks | 5,020.00 | | 5,020.00 | 0% | 0.00 | 5,020.00 |
| Aluminium roofing construction , type Corso, Client: Atlantic Group | 1 ks | 10,794.43 | | 10,794.43 | 0% | 0.00 | 10,794.43 |
| transport | 1 | 1,861.00 | | 1,861.00 | 0% | 0.00 | 1,861.00 |

| | | |
|---|---|---|
| Total amount | 25,617.38 | 0.00 | 25,617.38 |
| Rounding | | | -0.38 |
| TOTAL DUE | Currency EUR | | 25,617.00 |

goods is dismantled in parts
Container: TRLU 679971-4
Total : 51
Brutto: 2475 kg  Netto: 2105 kg
Incoterms 2000 : CPT TIMEX EXPRESS
    1 Slater Drive , Elizabeth NJ 07206, US

Country of origin: Czech Republic

*Alukov*
ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
Tel.: +420 469 681 488, fax: +420 469 681 321
IČ:64257746 DIČ: CZ64257746
www.alukov.cz

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Staninová
          j.staninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.89 CZK | 663,224.13 | 0% | | |
| Quantity: | 1 EUR | 0.00 | 9% | 0.00 | 0.00 |

Economic system POHODA © STORMWARE s.r.o.

**A372**

# Alukov HZ spol. s r.o.

## INVOICE - TAX DOCUMENT No. 29VF01202

| | |
|---|---|
| Variable symbol: | 2901202 |
| Constant Code: | 0308 |
| Order No.: | date |

**Supplier:**

**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

Identif. number:: 64257746
Tax Identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:    Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 20.07.2009 | |
| Due date: | 03.08.2009 | |
| Date of a taxable supply: | 20.07.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce Laguna - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna, Client: Mark Bitzan ,N95W 18855 Jay Drive Menomonee Falls, WI 53051 US | 1 ks | 21,117.50 | | 21,117.50 | 0% | 0.00 | 21,117.50 |
| transport | 1 | 5,130.00 | | 5,130.00 | 0% | 0.00 | 5,130.00 |
| Total amount | | | | 26,247.50 | | 0.00 | 26,247.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | Currency EUR | | | 26,248.00 |

goods is dismantled in parts
Container: TRLU 922883-2
Total : 1 colli
Brutto: 2215 kg  Netto: 1820 kg
Incoterms 2000 : DDU Menomonee Falls USA

Country of origin: Czech Republic

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 498, fax: +420 469 681 321
IČO 64257746 DIČ CZ64257746
www.alukov.cz

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.89 | CZK | 679,560.72 | 0% | | |
| Quantity: | 1 | EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:

Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 29VF01615**

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

| | |
|---|---|
| Variable symbol: | 2901615 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

Issuing Bank:  Komerční banka
SWIFT:       KOMBCZPPXXX
IBAN:        CZ3501000000788108660277
Account No.:  78-8108660277        Bank code:    0100

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 17.09.2009 | |
| Due date: | 01.10.2009 | |
| Date of a taxable supply: | 17.09.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe comM, Client: Peter Kemble , 148 Mountain Road, Greenfield , MA 01302 | 1 ks | 8,542.86 | | 8,542.86 | 0% | 0.00 | 8,542.86 |
| transport | 1 | 1,793.00 | | 1,793.00 | 0% | 0.00 | 1,793.00 |

| | | |
|---|---|---|
| Total amount | 10,335.86 | 0.00 | 10,335.86 |
| Rounding | | | 0.14 |
| TOTAL DUE | | Currency EUR | 10,336.00 |

goods is dismantled in parts
Container: BSIU 2171967
Total : 1
Brutto: 1005 kg  Netto: 800 kg
Incoterms 2000 : DDU Greenfiled

Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.38  CZK | | 262,327.68 | 0% | | |
| Quantity: | 1  EUR | | 0.00 | 9% | 0.00 | 0.00 |
| | | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:                                    Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 29VF01699**

| | |
|---|---|
| Variable symbol: | 2901699 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 869
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 29.09.2009 |
| Due date: | 13.10.2009 |
| Date of a taxable supply: | 29.09.2009 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7,468x19,812x2,540 m, Client: Stefan Aigner 112 Mount Airy Rd PA 18947 Pipersville US | 1 ks | 28,868.75 | | 28,868.75 | 0% | 0.00 | 28,868.75 |
| Transport | 1 | 2,103.00 | | 2,103.00 | 0% | 0.00 | 2,103.00 |
| Total amount | | | | 30,971.75 | | 0.00 | 30,971.75 |
| Rounding | | | | | | | 0.25 |
| **TOTAL DUE** | | | | | | **Currency EUR** | **30,972.00** |

goods is dismantled in parts
Container: MOTU 073695-6
Total : 55
Brutto: 2240 kg  Netto: 2050 kg
Incoterms 2000 : DDU Pipersville
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 25.38    CZK | 786,069.36 | 0% | | |
| Quantity: | 1    EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:    Official stamp:

Economic system POHODA © STORMWARE s r o

**A375**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 29VF01698**

| | |
|---|---|
| Variable symbol: | 2901698 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česká republika

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerčni banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 Bank code: 0100 |

Customer:  Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 29.09.2009 | |
| Due date: | 13.10.2009 | |
| Date of a taxable supply: | 29.09.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea 7,163x14,834x2,30 m, Client: Leo & Eva Gans, 1044 E.Lawn Ct.Teaneck , NJ 01668 | 1 ks | 20,711.04 | | 20,711.04 | 0% | 0.00 | 20,711.04 |
| transport | 1 | 1,974.00 | | 1,974.00 | 0% | 0.00 | 1,974.00 |
| Total amount | | | | 22,685.04 | | 0.00 | 22,685.04 |
| Rounding | | | | | | | -0.04 |
| TOTAL DUE | | | | Currency EUR | | | 22,685.00 |

goods is dismantled in parts
Container: FCIU871476-6
Total . 1
Brutto: 2340 kg  Netto: 1800 kg
Incoterms 2000 : DDU Teaneck

Country of origin: Czech Republic

ALUKOV HZ. spol. s r.o.
Orel 18 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK. | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 26.38  CZK | 575,745.30 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:  Official stamp.

Economic system POHODA © STORMWARE s r o

**A376**

**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

Identif. number:: 64257746
Tax Identify: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 25476154 |
| Constant Code: | C308 |
| Order No.: | date |

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 |
| Bank code: | 0100 |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.10.2009 | |
| Due date: | 21.10.2009 | |
| Date of a taxable supply: | 07.10.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 8839x21336 mm, Client: Mark Engler , 116 Homerstown Arneytown Rd. Allentown , NJ 08501 , USA | 1 ks | 40,793.00 | | 40,793.00 | 0% | 0.00 | 40,793.00 |
| transport | 1 | 1,817.00 | | 1,817.00 | 0% | 0.00 | 1,817.00 |
| Total amount | | | | 42,610.00 | | 0.00 | 42,610.00 |
| **TOTAL DUE** | | | | | Currency EUR | | **42,610.00** |

goods is dismantled in parts
Container: TGHU 723127-2
Total : 138 colli
Brutto: 5850 kg Netto: 5025 kg
Incoterms 2000 : DDU Allentown
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.:+420 469 681 488, fax: +420 469 681 321
IČO 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.165 | CZK | 1,072,280.65 | 0% | | |
| Quantity: | 1 | EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | | 0.00 | 19% | 0.00 | 0.00 |

| Recipient: | Official stamp: |
|---|---|

Economic system POHODA © STORMWARE s.r.o.

**A377**

**Alukov HZ spol. s r.o.**

## ADVANCE INVOICE No. 29VZa00826

| Supplier: | Variable symbol: | 2900826 |
|---|---|---|
| **Alukov HZ spol. s r.o.** | Constant Code: | 0308 |
| Orel 18 | Order No.: | date |
| 538 21 Slatiňany | | |
| Česko | | |

Identif. number:: 64257746
Tax Identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer: | Identif. number: |
|---|---|

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 13.10.2009 | |
| Due date: | 27.10.2009 | |

| Description | Q'ty | Unit price | Discount | EUR | Total |
|---|---|---|---|---|---|
| Dodávka střešní hliníková konstrukce v rozloženém stavu - výstavní - cena jen pro celní účely | | | | | |
| Aluminum roofing construction , type Laguna Grande 7468x14834x2750mm - Showroom | 1 | 30,019.10 | | | 30,019.10 |

| | | | |
|---|---|---|---|
| Total amount | | | 30,019.10 |
| Rounding | | | -0.10 |
| **TOTAL DUE** | | Currency EUR | **30,019.00** |

goods is dismantled in parts
Container:CMCU 44028S-2
Total: 1 colli
Brutto: 3505,00 kg Netto: 2855,00 kg
INCOTERMS 2000 : DDU Monmouth Junction

FOR CUSTOMS PURPOSES ONLY. FREE OF CHARGE.
Country of origin: Czech Republic

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 331
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

Firma Alukov HZ spol. s r.o. je zapsána v obchodním rejstříku Krajského soudu Hradec Králové oddíl C, vložka 8606

| Recipient: | Official stamp: |
|---|---|

Economic system POHODA © STORMWARE s.r.o.

**A378**

**Alukov HZ spol. s r.o.**

# INVOICE - TAX DOCUMENT No. 10VF00037

| | |
|---|---|
| Variable symbol: | 1000037 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No. | 78-8108660277     Bank code:     0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 27.01.2010 | |
| Due date: | 10.02.2010 | |
| Date of a taxable supply: | 27.01.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 3810x19085x2850 mm, Client: Kathy ORD . 16935 Knollview Drive , Hidden Valley Lake , CA 95467 USA | 1 ks | 17,059.91 | | 17,059.91 | 0% | 0.00 | 17,059.91 |
| transport | 1 | 6,504.00 | | 6,504.00 | 0% | 0.00 | 6,504.00 |
| Total amount | | | | 23,553.91 | | 0.00 | 23,563.91 |
| Rounding | | | | | | | 0.09 |
| TOTAL DUE | | | | Currency EUR | | | 23,564.00 |

goods is dismantled in parts
Container: MSCU 453691-3
Total  2 colli
Brutto: 2975 kg  Netto: 2400 kg
Incoterms 2000 . DDU
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| | |
|---|---|
| Issuer: | Jitka Slaninová |
| | j.slaninova@alukov.cz |

Recipient:

Official stamp:

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used | 26.465 | CZK | 623,621.26 | 0% | | |
| Quantity | 1 | EUR | 0.00 | 10% | 0.00 | 0.00 |
| | | | 0.00 | 20% | 0.00 | 0.00 |

Recipient:

Economic and information system POHODA

**A379**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF00705**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1000705 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:    Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 76-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 03.08.2010 | |
| Due date: | 17.08.2010 | |
| Date of a taxable supply: | 03.08.2010 | |

Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu

We invoice you

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Aluminium roofing construction , type Viva 3,734x14,834x1,167 m, Client: Alan & Pamela Omste , 4 Scotts Laiding Rd., Southampton NJ | 1 ks | 9,335.23 | | 9,335.23 | 0% | 0.00 | 9,335.23 |
| Aluminium roofing construction , type Oceanic 5,486x10,556x1,981 m, Client: Warren Schäffel ,Edison NJ | 1 ks | 12,275.39 | | 12,275.39 | 0% | 0.00 | 12,275.39 |
| Aluminium roofing construction , type Veranda 3,336x5,640x2,540 m, Client: Susie Cita | 1 ks | 4,350.00 | | 4,350.00 | 0% | 0.00 | 4,350.00 |
| Aluminium roofing construction , type Style 4,568x6,350x2,525 m, Client: Shashi Jan , Lynnfield , MA 01940 | 1 ks | 6,129.70 | | 6,129.70 | 0% | 0.00 | 6,129.70 |
| Aluminium roofing construction , type Laguna Combi 5,112/7,214x5,613/8,223x2,30 m, Client: Sheela & Adtya Choubey | 1 ks | 15,773.75 | | 15,773.75 | 0% | 0.00 | 15,773.75 |
| transport | 1 | 3,315.00 | | 3,315.00 | 0% | 0.00 | 3,315.00 |

| | | |
|---|---|---|
| Total amount | 53,179.07 | 0.00 | 53,179.07 |
| Rounding | | | -0.07 |
| TOTAL DUE | Currency EUR | | 53,179.00 |

goods is dismantled in parts
Container:TGHU 749047-9
Total : 160 colli
Brutto: 5450kg  Netto:  5295 kg
Incoterms 2000 : DDU
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Economic and information system POHODA

| 03 | PARDUBICE | 119 |
|---|---|---|
| | | |
| 119 | Y 0663 | |

**A380**

**Alukov HZ spol. s r.o.**

INVOICE - TAX DOCUMENT No. 10VF00796

Supplier

| | |
|---|---|
| Variable symbol: | 1000796 |
| Constant Code. | 0308 |
| Order No | date |

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000078B108660277 |
| Account No. | 78-8108660277   Bank code   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 10.08.2010 | |
| Due date: | 24.08.2010 | |
| Date of a taxable supply: | 10.08.2010 | |

| Description | Q ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,944x12,849x2,235 m, Client Jennifer Hall 3324 Elm Terrace , Faus Church , UA 22042 USA | 1 ks | 14,020.50 | | 14 020.50 | 0% | 0'00 | 14,020.50 |
| Aluminium roofing construction , type Elegant 4,848x10,560x1,168 m, Client: James Griffis , 1071 Linkside Drive, Hendersonville , NC 28739 USA | 1 ks | 6,708.42 | | 6,708.42 | 0% | 0.00 | 6,708.42 |
| Transport | 1 | 3,976.00 | | 3,976.00 | 0% | 0 00 | 3,976.00 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 24,704.92 | 0 00 | 24,704.92 |
| Rounding | | | | 0.08 |
| TOTAL DUE | | Currency EUR | | 24,705.00 |

goods is dismantled in parts
Container:MSKU 8172716
Total : 38 colli
Brutto : 3140kg  Netto:  2600 kg
Incoterms 2000 : DDU
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 25 51  CZK | 630 224,55 | 0% | 0,00 | 0,00 |
| Quantity | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | | |

Economic and information system POHODA

**A381**



Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF00867**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1000867 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000078810860277
Account No.: 78-8108660277    Bank code:   0100

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 16.06.2010 | |
| Due date: | 30.06.2010 | |
| Date of a taxable supply: | 16.06.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,69x12,649x2,007 m, Client: Pat Riley , Edmons WA 98026 | 1 ks | 8,077.50 | | 8,077.50 | 0% | 0.00 | 8,077.50 |
| transport | 1 | 3,464.00 | | 3,464.00 | 0% | 0.00 | 3,464.00 |
| Total amount | | | | 11,541.50 | | 0.00 | 11,541.50 |
| Rounding | | | | | | | 0.50 |
| **TOTAL DUE** | | | | | Currency EUR | | **11,542.00** |

goods is dismantled in parts
Container:PONU1281021
Total : 1 colli
Brutto: 1690 kg  Netto: 1260 kg
Incoterms 2000 : DDU Edmons , WA 98026
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.51  CZK | 294 436,42 | 0% | 0,00 | 0,00 |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

2

**A382**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01585**

| | |
|---|---|
| Variable symbol: | 1001585 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer: | Identif. number: |
|---|---|

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 16.09.2010 | |
| Due date: | 30.09.2010 | |
| Date of a taxable supply: | 16.09.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Viva 2743x4166x1212 mm, Client: Raymond Zenkich | 1 ks | 3,984.03 | | 3,984.03 | 0% | 0.00 | 3,984.03 |
| Aluminum roofing construction , type Tropea 5690x14833x1950 mm, Client: George November | 1 ks | 14,468.94 | | 14,468.94 | 0% | 0.00 | 14,468.94 |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 18,452.97 | 0.00 | 18,452.97 |
| Rounding | | | | | 0.03 |
| TOTAL DUE | | | | Currency EUR | 18,453.00 |

goods is dismantled in parts
Container:KKFU 718213-7
Total : 2 colli
Brutto: 2210kg  Netto:  1740kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| 03 | PARDUBICE | 110 |
|---|---|---|

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

110  7  0663

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.85  CZK | 458 557,05 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A383**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01619**

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identify: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1001619 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

Issuing Bank:  Komerční banka
SWIFT:  KOMBCZPPXXX
IBAN:  CZ3501000000788108660277
Account No.:  78-8108660277    Bank code:    0100

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 23.09.2010 | |
| Due date: | 07.10.2010 | |
| Date of a taxable supply: | 23.09.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 4724x23500x2438/2743 mm, Client: Roman | 1 ks | 27,660.20 | | 27,660.20 | 0% | 0.00 | 27,660.20 |
| Aluminium roofing construction , type Orlando d. 5m, Client: Gerry Van De Hei | 1 ks | 4,500.00 | | 4,500.00 | 0% | 0.00 | 4,500.00 |
| Total amount | | | | 32,160.20 | | 0.00 | 32,160.20 |
| Rounding | | | | | | | -0.20 |
| **TOTAL DUE** | | | | Currency EUR | | | **32,160.00** |

goods is dismantled in parts
Container:HLXU461145-8
Total : 9 colli
Brutto: 3190 kg  Netto:  2730 kg
Country of origin: Czech Republic

mr.Roman Karnaoukhov
606 Rockaway Street
Staten Island
NY 10307
US

Plnění je osvobozeno od DPH podle §66 zakona o dani z přidané hodnoty bez nároku na odpočet daně.

Issuer:    Jitke Slaninová
           j.slaninova@alukov.cz

**ALUKOV HZ, spol. s r.o.**
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.85  CZK | 799 176,00 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 10VF01738

| | |
|---|---|
| Variable symbol: | 1001738 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:    Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277      Bank code:    0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.10.2010 | |
| Due date: | 21.10.2010 | |
| Date of a taxable supply: | 07.10.2010 | |

| Description | Q´ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 8230x16764x2743 mm, Client: Linda Coleman 1680 8th St. Hammond OR 97121 | 1 ks | 30,093.30 | | 30,093.30 | 0% | 0.00 | 30,093.30 |
| Total amount | | | | 30,093.30 | | 0.00 | 30,093.30 |
| Rounding | | | | | | | -0.30 |
| **TOTAL DUE** | | | | | Currency EUR | | **30,093.00** |

goods is dismantled in parts
Container:HLXU 460829-0
Total : 1 colli
Brutto: 2130 kg  Netto: 1750 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK | Tax base in CZK | %VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.61  CZK | 740 586,73 | 0% | | 0,00 |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A385**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01544**

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Variable symbol: 1001544
Constant Code: 0308
Order No.: date

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| Issuing Bank: | Komerční banka | | |
|---|---|---|---|
| SWIFT | KOMBCZPPXXX | | |
| IBAN | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

United States

| Payment: | payment order | Receiver |
|---|---|---|
| Invoice date: | 10.09.2010 | |
| Due date: | 24.09.2010 | |
| Date of a taxable supply: | 10.09 2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Veranda 3266x5393x3048 mm, Client: Bill Wenger | 1 ks | 5 640.00 | | 5,640.00 | 0% | 0.00 | 5,640.00 |
| Aluminium roofing construction , type Veranda 3656x5922x3353 mm, Client: Stanley Tylacik | 1 ks | 8,318.00 | | 8,318.00 | 0% | 0.00 | 8,318.00 |
| Aluminium roofing construction , type Imperia 4724x2948x1156 mm, Client Koe & Cynthia Hollingsworth | 1 ks | 3,991.70 | | 3,991.70 | 0% | 0.00 | 3,991.70 |
| Parts aluminium construction - door, Client: Galecki | 1 ks | 280.00 | | 280.00 | 0% | 0.00 | 280.00 |
| Total amount | | | | 18,229.70 | | 0.00 | 18,229.70 |
| Rounding | | | | | | | 0.30 |
| TOTAL DUE | | | | Currency EUR | | | 18,230.00 |

goods is dismantled in parts
Container:KKFU 732809-4
Total : 38 colli
Brutto: 2154 kg  Netto: 1730 kg
Country of origin: Czech Republic

03   PARDUBICE
110   0603

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer   Jitka Slaninová
j slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreignar exchange rate used. | 24.86  CZK | 453 015.50 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 10% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Economic and information system POHODA

**A386**

# Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01899**

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

| Variable symbol: | | 1001899 |
|---|---|---|
| Constant Code: | | 0308 |
| Order No.: | date | |

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 01.11.2010 | |
| Due date: | 15.11.2010 | |
| Date of a taxable supply: | 01.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 4191x8458x2311 mm, Client: Mr.Charles Kotel,11258 Walker Rd.,Mount Vernon W 98273 | 1 ks | 7,610.00 | | 7,610.00 | 0% | 0.00 | 7,610.00 |

| Total amount | 7,610.00 | | 0.00 | 7,610.00 |
|---|---|---|---|---|
| **TOTAL DUE** | | Currency EUR | | **7,610.00** |

goods is dismantled in parts
Container:INKU 253145-6
Total : 9 colli
Brutto: 1240 kg  Netto:  940 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Staninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605  CZK | 187 244,05 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A387**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01938**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | 1001938 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd,
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108680277 |
| Account No.: | 78-8108680277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
| Invoice date: | 04.11.2010 | |
| Due date: | 18.11.2010 | |
| Date of a taxable supply: | 04.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea 6731x1483x4x2311 mm, Client: Alex Kozishko 4505 So Roger drive Salt Lake City UT 84142 USA | 1 M | 18,176.40 | | 18,176.40 | 0% | 0.00 | 18,176.40 |
| Total amount | | | | 18,176.40 | | 0.00 | 18,176.40 |
| Rounding | | | | | | | -0.40 |
| TOTAL DUE | | | | | Currency EUR | | 18,176.00 |

goods is dismantled in parts
Container:MSCU 941640-1
Total : 1 colli
Brutto: 2580 kg  Netto: 2210 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

| Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used | 24.605 CZK | 447 220,48 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                   Official stamp:

**A388**

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 10VF01943

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1001943 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 64257746
Tax identity: CZ64257746

Customer: Identif. number:

Telephone: 469 681 488
Mobile phone: 602 141 959
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | | |
|---|---|---|---|
| Issuing Bank: | Komerční banka | | |
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 05.11.2010 | |
| Due date: | 19.11.2010 | |
| Date of a taxable supply: | 05.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Sunhouse, Client: Lynn Soave | 1 ks | 5,200.00 | | 5,200.00 | 0% | 0.00 | 5,200.00 |
| Aluminium roofing construction , type Laguna 5486x10568x2311 mm, Client: Dale Harper | 1 ks | 10,991.16 | | 10,991.16 | 0% | 0.00 | 10,991.16 |
| Total amount | | | | 16,191.16 | | 0.00 | 16,191.16 |
| Rounding | | | | | | | -0.16 |
| **TOTAL DUE** | | | | | Currency EUR | | 16,191.00 |

goods is dismantled in parts
Container:KKFU 750551-7
Total : 2 colli
Brutto: 1730 kg  Netto:  1280 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605 CZK | 398 379,56 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:  Official stamp:



Economic and information system POHODA

**A389**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01989**

| | |
|---|---|
| Variable symbol: | 1001989 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 84257746
Tax identity: CZ84257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788106680277 |
| Account No.: | 78-6106680277   Bank code:   0100 |

Receiver:

| Payment: | payment order |
|---|---|
| Invoice date: | 12.11.2010 |
| Due date: | 26.11.2010 |
| Date of a taxable supply: | 12.11.2010 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Laguna Grande 8534/3271x17069/4927x2997mm, Client: Dmitry Shvartsman | 1 ks | 39,919.83 | | 39,919.83 | 0% | 0.00 | 39,919.83 |
| Total amount | | | | 39,919.83 | | 0.00 | 39,919.83 |
| Rounding | | | | | | | 0.17 |
| TOTAL DUE | | | | Currency EUR | | | 39,920.00 |

goods is dismantled in parts
Container:KKFU 755512-2
Total : 192 colli
Brutto: 4125 kg  Netto: 4080 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.805  CZK | 982 231,80 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                   Official stamp:

Economic and information system POHODA

**A390**

**Alukov HZ spol. s r.o.**

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 802 141 999
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108860277 |
| Account No.: | 78-8108860277 | Bank code: | 0100 |

**INVOICE - TAX DOCUMENT No. 10VF01991**

| Variable symbol: | | 1001991 |
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
| Invoice date: | 12.11.2010 | |
| Due date: | 26.11.2010 | |
| Date of a taxable supply: | 12.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Laguna Grande 8458x14834x2743 mm, Client: Gerry Shapiro | 1 ks | 32,833.67 | | 32,833.67 | 0% | 0.00 | 32,833.67 |

| Total amount | | | | 32,833.67 | | 0.00 | 32,833.67 |
| Rounding | | | | | | | 0.33 |
| **TOTAL DUE** | | | | | Currency EUR | | **32,834.00** |

goods is dismantled in parts
Container: TRLU 641289-3
Total : 1 colli
Brutto: 3740 kg  Netto: 3350 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §86 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605  CZK | 807 880,57 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                          Official stamp:

Economic and information system POHODA

**A391**

## Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF02008**

Supplier
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1002008 |
| Constant Code: | 0308 |
| Order No.. | date |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN CZ3601000000788108660277
Account No.: 78-8108660277    Bank code.    0100

| Payment: | payment order | Receiver. |
|---|---|---|
| Invoice date: | 18.11.2010 | |
| Due date: | 02.12.2010 | |
| Date of a taxable supply: | 18.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5916x1040x2311 mm, Client: Paul Nolan 1264 Jones Rd. Ilion NY 13357 USA | 1 ks | 9,450 00 | | 9,450.00 | 0% | 0.00 | 9,450.00 |
| Total amount | | | | 9,450.00 | | 0.00 | 9,450.00 |
| **TOTAL DUE** | | | | | **Currency EUR** | | **9,450.00** |

goods is dismantled in parts
Container: HMCU 900052-6
Total : 1 colli
Brutto: 1385 kg  Netto: 1050 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.605 | CZK | 232 517,25 | 0% | | |
| Quantity | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A392**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF02010**

Supplier
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1002010 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer    Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 18.11.2010 | |
| Due date: | 02.12.2010 | |
| Date of a taxable supply: | 18.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Orlando 4m, Client: Allan Wolpowitz | 1 ks | 3,100.00 | | 3,100.00 | 0% | 0.00 | 3,100.00 |
| Aluminium roofing construction , type Universe Progres 6242x12648x2200 mm, Client: Paresh Patel | 1 ks | 9,179.50 | | 9,179.50 | 0% | 0.00 | 9,179.50 |
| Total amount | | | | 12,279.50 | | 0.00 | 12,279.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | | Currency EUR | | 12,280.00 |

goods is dismantled in parts
Container: EMCU 943362-6
Total : 2 colli
Brutto: 2150 kg  Netto: 1830 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer    Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.605  CZK | 302 149.40 | 0% | | |
| Quantity | 1  EUR | 0.00 | 10% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Recipient

Official stamp:

Economic and information system POHODA

**A393**

**Alukov HZ spol. s r.o.**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 Bank code: 0100 |

**INVOICE - TAX DOCUMENT No. 11VF00026**

| Variable symbol: | 1100026 |
|---|---|
| Constant Code: | 0308 |
| Order No.: | date |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 25.01.2011 | |
| Due date: | 08.02.2011 | |
| Date of a taxable supply: | 25.01.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 17,817.84 | | 17,817.84 | 0% | 0.00 | 17,817.84 |
| Laguna 6731x1483x2743 mm, | | | | | | | |
| Client: Richard Joly | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 17,817.84 | 0.00 | 17,817.84 |
| Rounding | | | | | 0.16 |
| **TOTAL DUE** | | | Currency EUR | | **17,818.00** |

goods is dismantled in parts
1 colli
Container: TOLU 477243-1
Brutto: 2665 kg  Netto: 2160 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| Foreigner exchange rate used: | 25.08 CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Quantity: | 1 EUR | 446 519,08 | 0% | | |
| | | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                  Official stamp:

Economic and information system POHODA

**A394**

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| Variable symbol: | 1100052 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3601000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| | | Receiver: |
|---|---|---|
| Payment: | payment order | |
| Invoice date: | 03.02.2011 | |
| Due date: | 17.02.2011 | |
| Date of a taxable supply: | 03.02.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 12,881.43 | | 12,881.43 | 0% | 0.00 | 12,881.43 |
| Universe 6731x14834x2311 mm, | | | | | | | |
| Client: Dave Lauck | | | | | | | |

| | | | |
|---|---|---|---|
| Total amount | | 12,881.43 | |
| Rounding | | 0.00 | 12,881.43 |
| | | | -0.43 |
| **TOTAL DUE** | | Currency EUR | **12,881.00** |

goods is dismantled in parts
1 colli
Container: GATU 843382-9
Brutto: 1935 kg  Netto: 1555 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Staninová
         j.staninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatinany
tel: +420 469 681 488 fax: +420 469 681 321
IČO:64257746 DIČ: CZ64257746
www.alukov.cz

| | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23 CZK | 312 106,63 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recapitulation in CZK:

Recipient:                      Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 11VF00059

| | |
|---|---|
| Variable symbol: | 1100059 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277      Bank code:      0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 03.02.2011 | |
| Due date: | 17.02.2011 | |
| Date of a taxable supply: | 03.02.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6502x14834x2311 mm, Client: Hannah Jones | 1 M | 17,704.55 | | 17,704.55 | 0% | 0.00 | 17,704.55 |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | 17,704.55 | | 0.00 | 17,704.55 |
| Rounding | | | | | 0.45 |
| **TOTAL DUE** | | Currency EUR | | | **17,705.00** |

goods is dismantled in parts
1 colli
Container: TRIU983327-4
Brutto: 2350 kg  Netto: 1985 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

*ALUKOV HZ, spol. s r.o.*
*Orel 18, 5 ? ? ? Slatiňany*
*tel. +420 469 681 400 ??? , +?? 469 681 32?*
*IČ: 6425?746 :? ? 1??4257746*
*www.alukov.cz*

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Forerunner exchange rate used: | 24.23  CZK | 428 992,15 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                          Official stamp:

Economic and information system POHODA

**A396**

## Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF00098**

| | |
|---|---|
| Variable symbol: | 1100098 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 486
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd,
Monroe Township, NJ 08831

United States

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277   Bank code:   0100

| | | Receiver: |
|---|---|---|
| Payment: | payment order | |
| Invoice date: | 24.02.2011 | |
| Due date: | 10.03.2011 | |
| Date of a taxable supply: | 24.02.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 10,660.33 | | 10,660.33 | 0% | 0.00 | 10,660.33 |
| Laguna 5969x10566x2311 mm, | | | | | | | |
| Client: Curtis & Denise Rogers | | | | | | | |
| Total amount | | | | 10,660.33 | | 0.00 | 10,660.33 |
| Rounding | | | | | | | -0.33 |
| TOTAL DUE | | | | Currency  EUR | | | 10,660.00 |

goods is dismantled in parts
1 colli
Container: TRLU814912-7
Brutto: 1255 kg  Netto: 960 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23 CZK | | 258 291,80 | 0% | | |
| Quantity: | 1 EUR | | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:    Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 11VF00096

| | |
|---|---|
| Variable symbol: | 1100096 |
| Constant Code: | 0308 |
| Order No.: | date |

**Supplier**
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer. Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 24.02.2011 | |
| Due date: | 10.03.2011 | |
| Date of a taxable supply: | 24.02.2011 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Laguna 6223x12849x2311 mm, Client: Tisch Chavelle | 1 ks | 13,243.00 | 13,243.00 | 0% | 0.00 | 13,243.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | 13,243.00 | | 0.00 | 13,243.00 |
| TOTAL DUE | | | Currency EUR | | 13,243.00 |

goods is dismantled in parts
1 colli
Container: SUDU 571607-0
Brutto: 1470 kg  Netto: 1150 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| | |
|---|---|
| Issuer: | Jitka Slaninová |
| | j.slaninova@alukov.cz |

ALUKOV HZ, spol. s r.o.
Orel 18, ...
tel: +420 469 ...
IČ: 64257746 ...

| | | | | |
|---|---|---|---|---|
| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
| Foreign exchange rate used: | 24.23 CZK | 320 677,89 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient.

Official stamp:

Economic and information system POHODA

**A398**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00114**

| | |
|---|---|
| Variable symbol: | 1100114 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:

**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd,**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 03.03.2011 | |
| Due date: | 17.03.2011 | |
| Date of a taxable supply: | 03.03.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 6223x1484x2184 mm, Client: Larry Brown | 1 ks | 14,073.57 | | 14,073.57 | 0% | 0.00 | 14,073.57 |

| | | | | Price | | VAT | Total |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 14,073.57 | | 0.00 | 14,073.57 |
| Rounding | | | | | | | 0.43 |
| TOTAL DUE | | | | Currency EUR | | | 14,074.00 |

goods is dismanted in parts
1 colli
Container: MSCU 796663-7
Brutto: 2010 kg Netto: 1705 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35 | CZK | 342 701,90 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

**A399**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00180**

| | |
|---|---|
| Variable symbol: | 1100180 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 881 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 17.03.2011 | |
| Due date: | 31.03.2011 | |
| Date of a taxable supply: | 17.03.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6223x14834x2642 mm, Client: Joe Araujo | 1 ks | 17,257.34 | | 17,257.34 | 0% | 0.00 | 17,257.34 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 17,257.34 | 0.00 | 17,257.34 |
| Rounding | | | | -0.34 |
| TOTAL DUE | | Currency EUR | | 17,257.00 |

goods is dismantled in parts
1 colli
Container: HLXU 564598-2
Brutto: 1645 kg  Netto: 1325 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488,fax: +420 469 681 321
IČ:64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35 CZK | 420 207,95 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A400**

# Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF00223**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiñany
Česko

Identif. number:; 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1100223 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:    Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08931

**United States**

| Issuing Bank: | Komerční banka | | |
|---|---|---|---|
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 23.03.2011 | |
| Due date: | 06.04.2011 | |
| Date of a taxable supply: | 23.03.2011 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Viva 2,076x12,295x0,914 m, Client: John De Neufville | 1 ks | 5,643.00 | 5,643.00 | 0% | 0.00 | 5,643.00 |
| Aluminium roofing construction , type Universe 5,231x10,665x2000 m, Client: Tony Vigna | 1 ks | 7,294.20 | 7,294.20 | 0% | 0.00 | 7,294.20 |

| Total amount | | | 12,937.20 | | 0.00 | 12,937.20 |
|---|---|---|---|---|---|---|
| Rounding | | | | | | -0.20 |
| TOTAL DUE | | | | Currency EUR | | 12,937.00 |

goods is dismantled in parts
2 colli
Container: EISU994505-5
Brutto: 1873 kg Netto: 1460 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 odst. s přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jiłka Slaninová
j.slaninove@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 532 21 Slatiñany
tel.: +420 469 681 488, fax: +420 469 681 321
IC: 64257746 DIC:CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tex base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35   CZK | 315 015,95 | 0% | | |
| Quantity: | 1   EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A401**

# Alukov HZ spol. s r.o.

## INVOICE - TAX DOCUMENT No. 11VF00225

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1100225 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3601000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 24.03.2011 | |
| Due date: | 07.04.2011 | |
| Date of a taxable supply: | 24.03.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Orlando d.4,00 m, Client: Dave Scholler | 1 ks | 3,100.00 | | 3,100.00 | 0% | 0.00 | 3,100.00 |
| Aluminium roofing construction , type Universe V 8,242x12,848x2,200 m, Client: Joe Perez | 1 ks | 8,190.00 | | 8,190.00 | 0% | 0.00 | 8,190.00 |
| Total amount TOTAL DUE | | | | 11,290.00 Currency EUR | | 0.00 | 11,290.00 11,290.00 |

goods is dismantled in parts
2 colli
Container: GESU 6204388
Brutto: 2100 kg  Netto: 1650 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ. spol. s r.o.
Orel 18  538 21 Vestňany
tel.: +420 469 681 486, fax. +420 469 681 321
IČ 64257746  DIČ: 2z4257746
www.alukov.cz

| Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: 24.35 CZK | 274 911,50 | 0% | | |
| Quantity: 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

| 08 | PARDUBICE | 057 |
|---|---|---|
| 057 | ∀ 0663 | CLO |

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00301**

| | |
|---|---|
| Supplier. | |
| **Alukov HZ spol. s r.o.** | |
| **Orel 18** | |
| **538 21 Slatiňany** | |
| **Česko** | |

| | |
|---|---|
| Variable symbol: | 1100301 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 84257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3601000000788108660277 |
| Account No.: | 78-8108660277    Bank code:   0100 |

**United States**

| | | |
|---|---|---|
| Payment: | | payment order |
| Invoice date: | . | 04.04.2011 |
| Due date: | | 18.04.2011 |
| Date of a taxable supply: | | 04.04.2011 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 5969x12575x2743 mm, Client: Greg Wilson | 1 ks | 14,082.82 | | 14,082.82 | 0% | 0.00 | 14,082.82 |

| | | | |
|---|---|---|---|
| Total amount | 14,082.82 | 0.00 | 14,082.82 |
| Rounding | | | 0.18 |
| TOTAL DUE | | Currency EUR | 14,083.00 |

goods is dismantled in parts
3 colli
Container: HLXU565842-3
Brutto: 1947 kg  Netto: 1825 kg
Country of origin: Czech Republic
INCOTERMS 2000: FCA Orel

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Staninová
           j.staninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
DIČ: CZ64257746
IČ: 64257746
www.alukov.cz

| | | | | | |
|---|---|---|---|---|---|
| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
| Foreigner exchange rate used: | 24.54   CZK | 345 596,82 | 0% | | |
| Quantity: | 1   EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient.

Official stamp:

Economic and Information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00799**

| | |
|---|---|
| Variable symbol: | 1100799 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identify: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 02.06.2011 | |
| Due date: | 16.06.2011 | |
| Date of a taxable supply: | 02.06.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Style 7214x16969x2743 mm, Client: Steve Jonoš | 1 ks | 33,547.91 | | 33,547.91 | 0% | 0.00 | 33,547.91 |

| | | | | Price | | VAT | Total |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 33,547.91 | | 0.00 | 33,547.91 |
| Rounding | | | | | | | 0.09 |
| TOTAL DUE | | | | | Currency EUR | | 33,548.00 |

goods is dismantled in parts
71 colli
Container: SUDU 655809-3
Brutto: 3395 kg  Netto: 3380 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Staninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.54 CZK | 823 267.92 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                    Official stamp:

Economic and information system POHODA

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF01025**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1101025 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277      Bank code:      0100

| Payment: | | payment order | Receiver: |
|---|---|---|---|
| Invoice date: | | 22.06.2011 | |
| Due date: | | 08.07.2011 | |
| Date of a taxable supply: | | 22.06.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe combi 2743/4216x15800x1925 mm, Client: Martin Schneider | 1 ks | 8,305.61 | | 8,305.61 | 0% | 0.00 | 8,305.61 |
| Aluminium roofing construction , type Universe III 5232x8360x2007 mm, Client: Seaglass Pools | 1 ks | 6,000.00 | | 6,000.00 | 0% | 0.00 | 6,000.00 |

| Total amount | 14,305.61 | | 0.00 | 14,305.61 |
|---|---|---|---|---|
| Rounding | | | | 0.39 |
| **TOTAL DUE** | | Currency EUR | | **14,306.00** |

goods is dismantled in parts
2 colli
Container: KLFU181767-7
Brutto: 2270 kg  Netto: 1810 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:      Jitka Slaninová
             j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 333
IČ: 64257745  DIČ: CZ64257745
www.alukov.cz

| | | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | | Total in CZK |
|---|---|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.54 | CZK | | 351 089,24 | 0% | | | |
| Quantity: | 1 | EUR | | 0,00 | 10% | 0,00 | | 0,00 |
| | | | | 0,00 | 20% | 0,00 | | 0,00 |

Economic and Information system POHODA

**A405**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF01537**

| | |
|---|---|
| Variable symbol: | 1101537 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3601000000788108660277 |
| Account No.: | 78-8108660277    Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 04.08.2011 | |
| Due date: | 18.08.2011 | |
| Date of a taxable supply: | 04.08.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 5232x14834x2642 mm, Client: Steve Lappenga | 1 ks | 17,535.69 | | 17,535.69 | 0% | 0.00 | 17,535.69 |

| | | | |
|---|---|---|---|
| Total amount | 17,535.69 | 0.00 | 17,535.69 |
| Rounding | | | 0.31 |
| TOTAL DUE | Currency EUR | | 17,536.00 |

goods is dismantled in parts
1 colli
Container: TOLU477860-9
Brutto: 1885 kg  Netto: 1605 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninové
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used: | 24.19  CZK | 424 195,84 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A406**

# Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF02033**

Supplier:

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108860277 |
| Account No.: | 78-8108660277  Bank code:  0100 |

| | |
|---|---|
| Variable symbol: | 1102033 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:  Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | | Receiver: |
|---|---|---|
| Payment: | payment order | |
| Invoice date: | 21.10.2011 | |
| Due date: | 04.11.2011 | |
| Date of a taxable supply: | 21.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Viva 2642x5029 mm, Client: Borge Steinsvik | 1 ks | 3,027.50 | | 3,027.50 | 0% | 0.00 | 3,027.50 |
| Aluminium roofing construction , type Tropea 8400x14660x2286 mm, Client: T.W.Shih | 1 ks | 16,114.95 | | 16,114.95 | 0% | 0.00 | 16,114.95 |
| Total amount | | | | 19,142.45 | | 0.00 | 19,142.45 |
| Rounding | | | | | | | -0.45 |
| TOTAL DUE | | | | Currency EUR | | | 19,142.00 |

goods is dismantled in parts
colli; 2
Container: TCKU974961-8
Brutto: 2380 kg  Netto: 1935 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz  ALUKOV HZ
          Orel 18, 538
          469 681 488
          642 57 746

| Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755  CZK | 473 860,21 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

**A407**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF01998**

| | |
|---|---|
| Variable symbol: | 1101998 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier.
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| | | Receiver: |
|---|---|---|
| Payment: | payment order | |
| Invoice date: | 18.10.2011 j | |
| Due date: | 01.11.2011 | |
| Date of a taxable supply: | 18.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type universe + Venezia 7575x14389x3352 mm, Client: Domenic Gaziano | 1 ks | 21,691.60 | | 21,691.60 | 0% | 0.00 | 21,691.60 |
| Aluminium roofing construction , type Orlando ø4,00 m, Client: Anatoly Naret | 1 ks | 3,420.00 | | 3,420.00 | 0% | 0.00 | 3,420.00 |
| Total amount | | | | 25,111.60 | | 0.00 | 25,111.60 |
| Rounding | | | | | | | 0.40 |
| TOTAL DUE | | | | | Currency EUR | | 25,112.00 |

goods is dismantled in parts
colli: 82
Container: OOLU8858879
Brutto: 2890 kg Netto: 2715 kg
Country of origin:: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755 CZK | 621 847,58 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**A408**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF02094**

| | |
|---|---|
| Variable symbol: | 1102094 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277    Bank code: 0100

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 31.10.2011 | |
| Due date: | 14.11.2011 | |
| Date of a taxable supply: | 31.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7468x14733x2591 mm, Client` Shaul Kopelowitz | 1 ks | 16,548.23 | | 16,548.23 | 0% | 0.00 | 16,548.23 |
| Total amount | | | | 16,548.23 | | 0.00 | 16,548.23 |
| Rounding | | | | | | | -0.23 |
| TOTAL DUE | | | | Currency EUR | | | 16,548.00 |

goods is dismantled in parts
colli: 54
Container: OOLU 637396-5
Brutto: 2425 kg  Netto: 2060 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755  CZK | 409 845,74 | 0% | 0,00 | 0,00 |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**A409**

Alukov HZ spol. s r.o.                    **INVOICE - TAX DOCUMENT No. 11VF02059**

| Supplier: | | Variable symbol: | | 1102059 |
| **Alukov HZ spol. s r.o.** | | Constant Code: | | 0308 |
| **Orel 18** | | Order No.: | date | |
| **538 21 Slatiňany** | | | | |
| **Česko** | | | | |

Customer:  Identif. number:

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

| Issuing Bank: | Komerční banka | | **United States** |
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
| Invoice date: | 27.10.2011 | |
| Due date: | 10.11.2011 | |
| Date of a taxable supply: | 27.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea/Laguna 6731x14660 mm, Client: Mary Jane Powell | 1 ks | 20,228.02 | | 20,228.02 | 0% | 0.00 | 20,228.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total amount | | | | 20,228.02 | | 0.00 | 20,228.02 |
| Rounding | | | | | | | -0.02 |
| **TOTAL DUE** | | | Currency EUR | | | | **20,228.00** |

goods is dismantled in parts
colli: 101
Container: OOLU803305-5
Brutto: 1685 kg  Netto: 1670 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárckem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755  CZK | 500 744,14 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

| Recipient: | Official stamp: |
|---|---|

Economic and information system POHODA

**A410**

**Alukov HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 11VF02170

| | |
|---|---|
| Variable symbol: | 1102170 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.11.2011 | |
| Due data: | 21.11.2011 | |
| Date of a taxable supply: | 07.11.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Universa V 6242x12648x2288 mm, Client: Annelle McCarty | 1 ks | 8,190.00 | | 8,190.00 | 0% | 0.00 | 8,190.00 |

| Total amount | | | | 8,190.00 | | 0.00 | 8,190.00 |
|---|---|---|---|---|---|---|---|
| **TOTAL DUE** | | | | | Currency EUR | | **8,190.00** |

goods is dismantled in parts
colli: 1
Container: OOLU 933371-4
Brutto: 1665 kg  Netto: 1325 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.8 CZK | 203 112,00 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:          Official stamp:

Economic and information system POHODA

**A411**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF02000**

Supplier
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 84257746
Tax identity: CZ84257746

Telephone: 469 681 488,
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1102000 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:  Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 18.10.2011 | |
| Due date: | 01.11.2011 | |
| Date of a taxable supply: | 18.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7925x12550x2485 mm, Client: Jen Steinman | 1 ks | 15,618.87 | | 15,618.87 | 0% | 0.00 | 15,618.87 |
| Aluminium roofing construction , type Orlando 6,4,00 m, Client: Bill Levesque | 1 ks | 3,420.00 | | 3,420.00 | 0% | 0.00 | 3,420.00 |
| Total amount | | | | 19,038.87 | | 0.00 | 19,038.87 |
| Rounding | | | | | | | 0.13 |
| **TOTAL DUE** | | | | Currency  EUR | | | **19,039.00** |

goods is dismantled in parts
2 colli
Container: OOLU 809121-5
Brutto: 2655 kg  Netto: 2105 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
            j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o
Orel 18 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 842 57 746, DIČ: CZ84257746

| | Recapitulation in CZK | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755 | CZK | 471 310,45 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                          Official stamp:

Economic and Information system POHODA

Alukov HZ spol. s r.o.                          **INVOICE - TAX DOCUMENT No. 11VF02168**

| Supplier: | Variable symbol: | 1102168 |
| Alukov HZ spol. s r.o. | Constant Code: | 0308 |
| Orel 18 | Order No.: | date |
| 538 21 Slatiňany | | |
| Česko | | |

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 486
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer:  Identif. number: |
| Pool & Spa Enclosures , LLC |
| 237 Prospect Plains Rd. |
| Monroe Township, NJ 08831 |
| United States |

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
| Invoice date: | 07.11.2011 | |
| Due date: | 21.11.2011 | |
| Date of a taxable supply: | 07.11.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 30,541.18 | | 30,541.18 | 0% | 0.00 | 30,541.18 |
| Universe 8181x20067x2845 mm, | | | | | | | |
| Client: Hannah Kazak | | | | | | | |

| Total amount | | | | 30,541.18 | | 0.00 | 30,541.18 |
| Rounding | | | | | | | -0.18 |
| **TOTAL DUE** | | | | | **Currency EUR** | | 30,541.00 |

goods is dismantled in parts
colli: 143
Container: TCKU985512-1
Brutto: 3465 kg  Netto: 3450 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used. | 24,8  CZK | 757 416,80 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00213**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277        Bank code:    0100

| | |
|---|---|
| Variable symbol: | 1200213 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 29.03.2012 | |
| Due date: | 12.04.2012 | |
| Date of a taxable supply: | 29.03.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Style Grande 7690x16079x2692 mm, Client: Dale Harkins | 1 ks | 28,624.51 | | 28,624.51 | 0% | 0.00 | 28,624.51 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 28,624.51 | 0.00 | 28,624.51 |
| Rounding | | | | 0.49 |
| **TOTAL DUE** | | | **Currency EUR** | **28,625.00** |

goods is dismantled in parts
colli: 66

Brutto: 1479 kg  Netto: 1475 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Tuscola , TX 79562 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
            j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
Tel. +420 469 681 321
č. 642 57 746, DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.84 CZK | 711 045,00 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00285**

| | |
|---|---|
| Variable symbol: | 1200285 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277    Bank code: 0100

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 12.04.2012 | |
| Due date: | 26.04.2012 | |
| Date of a taxable supply: | 12.04.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 3250x6420 mm, Client: Scott Richarson | 1 ks | 2,187.44 | | 2,187.44 | 0% | 0.00 | 2,187.44 |
| Aluminium roofing construction , type Universe 6680x12848x2000 mm, Client: Harold Fehlberg | 1 ks | 7,900.00 | | 7,900.00 | 0% | 0.00 | 7,900.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 10,087.44 | | 0.00 | 10,087.44 |
| Rounding | | | | | | | -0.44 |
| TOTAL DUE | | | | Currency  EUR | | | 10,087.00 |

goods is dismantled in parts
colli: 2
Container: CBHU827136-1
Brutto: 2107 kg  Netto: 1584 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
            j.slaninova@alukov.cz

| | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: | 249 461,51 | 0% | 0,00 | 0,00 |
| Quantity: | | 14% | 0,00 | 0,00 |
| 1 EUR | | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and Information system POHODA

**Alukov HZ spol, s r.o.**

| | |
|---|---|
| Supplier: | Variable symbol: 1200287 |
| **Alukov HZ spol. s r.o.** | Constant Code: 0308 |
| Orel 18 | Order No.: date |
| 538 21 Slatiňany | |
| Česko | |
| | Customer: Identif. number: |
| Identif. number: 64257746 | |
| Tax Identity: CZ64257746 | |
| | **Pool & Spa Enclosures , LLC** |
| Telephone: 469 681 488 | 237 Prospect Plains Rd. |
| Mobile phone: 602 141 989 | Monroe Township, NJ 08831 |
| Fax: 469 681 488 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |
| | **United States** |
| Issuing Bank: Komerční banka | |
| SWIFT: KOMBCZPPXXX | |
| IBAN: CZ3501000000788108660277 | |
| Account No.: 78-8108660277 Bank code: 0100 | |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 12.04.2012 | |
| Due date: | 26.04.2012 | |
| Date of a taxable supply: | 12.04.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5231x10715x2260 mm, Client: Michael Jarvis | 1 ks | 6,450.00 | | 6,450.00 | 0% | 0.00 | 6,450.00 |
| Aluminium roofing construction , type Spa Sunhouse 4000x6000x2300 mm, Client: Andrew Combs | 1 ks | 5,684.00 | | 5,684.00 | 0% | 0.00 | 5,684.00 |
| Total amount | | | | 12,134.00 | | 0.00 | 12,134.00 |
| **TOTAL DUE** | | | | | Currency EUR | | 12,134.00 |

goods is dismantled in parts
colli: 2
Container: CBHU800449-4
Brutto: 1877 kg  Netto: 1370 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24,73 CZK | | 300 073,82 | 0% | | |
| Quantity: | 1 EUR | | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:  Official stamp:

Economic and information system POHODA

**A416**

# INVOICE - TAX DOCUMENT No. 12VF00345

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| Variable symbol: | 1200345 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277      Bank code:    0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 19.04.2012 | |
| Due date: | 03.05.2012 | |
| Date of a taxable supply: | 19.04.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Orlando large d.5,00 m, Client: Susan Weaver | 1 ks | 4,940.00 | | 4,940.00 | 0% | 0.00 | 4,940.00 |
| Aluminium roofing construction , type Universe Grande 6992x14834x3000 mm, Client: Michelle Knedler | 1 ks | 30,500.07 | | 30,500.07 | 0% | 0.00 | 30,500.07 |
| Total amount | | | | 35,440.07 | | 0.00 | 35,440.07 |
| Rounding | | | | | | | -0.07 |
| **TOTAL DUE** | | | | | Currency EUR | | **35,440.00** |

goods is dismantled in parts
coll: 104
Container: GVCU 513669-8
Brutto: 3523 kg  Netto: 3310 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:      Jitka Slaninová
             j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488   fax: +420 469 681 321
IČ 64257746  DIČ CZ64257746

| | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: 24.73 CZK | 876 431,20 | 0% | | |
| Quantity:  1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | 0,00 | 20% | 0,00 | 0,00 |

Recipiant:                                    Official stamp:

Economic and information system POHODA

**A417**

## Alukov HZ spol. s r.o.

### INVOICE - TAX DOCUMENT No. 12VF00888

| | |
|---|---|
| Variable symbol: | 1200888 |
| Constant Code: | 0308 |
| Order No.: | date |

**Supplier:**
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

**Customer:** Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 Bank code: 0100 |

Receiver:

| Payment: | payment order |
|---|---|
| Invoice date: | 14.06.2012 |
| Due date: | 28.06.2012 |
| Date of a taxable supply: | 14.06.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 6248x14834x2285 mm, Client: Rose Wagner | 1 ks | 9,450.00 | | 9,450.00 | 0% | 0.00 | 9,450.00 |
| Total amount | | | | 9,450.00 | | 0.00 | 9,450.00 |
| **TOTAL DUE** | | | | | | Currency EUR | **9,450.00** |

goods is dismantled in parts
coll: 1
Container: KKFU757887-4
Brutto: 1871 kg Netto: 1570 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Milford,OH 45150

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

**Issuer:** Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.695 CZK | 242 817,75 | 0% | 0,00 | 0,00 |
| Quantity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A418**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00990**

| | |
|---|---|
| Variable symbol: | 1200990 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 Bank code: 0100 |

Receiver:

| Payment: | payment order |
|---|---|
| Invoice date: | 21.06.2012 |
| Due date: | 05.07.2012 |
| Date of a taxable supply: | 21.06.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 7214x17069x2743 mm, Client: Mike & Ellen Lebo | 1 ks | 22,922.50 | | 22,922.50 | 0% | 0.00 | 22,922.50 |
| Aluminium roofing construction , type Oceanic 5258x12092x2591 mm, Client: John Troy | 1 ks | 15,794.90 | | 15,794.90 | 0% | 0.00 | 15,794.90 |
| Total amount | | | | 38,717.40 | | 0.00 | 38,717.40 |
| Rounding | | | | | | | -0.40 |
| **TOTAL DUE** | | | | **Currency EUR** | | | **38,717.00** |

goods is dismantled in parts
colli: 143
Container: KKFU 744927-0
Brutto: 3898 kg Netto: 3883 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Yadkinville , NC 27055 a Cedar Grove , NC 27231 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used: | 25.695 CZK | 994 633,32 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A419**

Alukov HZ spol. s r.o.

## INVOICE - TAX DOCUMENT No. 12VF00987

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | 1200987 |
|---|---|
| Constant Code: | 0308 |
| Order No.: | date |

Customer:  Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 21.08.2012 | |
| Due date: | 05.07.2012 | |
| Date of a taxable supply: | 21.08.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Imperia 3988x8433x1219 mm, Client: Garry La Point | 1 ks | 6,499.99 | | 6,499.99 | 0% | 0.00 | 6,499.99 |
| Aluminium roofing construction , type Universe T2 4250x8542x1300 mm, Client: Nick Morosky | 1 ks | 3,200.00 | | 3,200.00 | 0% | 0.00 | 3,200.00 |
| Total amount | | | | 9,699.99 | | 0.00 | 9,699.99 |
| Rounding | | | | | | | 0.01 |
| TOTAL DUE | | | | Currency EUR | | | 9,700.00 |

goods is dismantled in parts
colli: 2
Container: KKFU 772778-8
Brutto: 1646 kg  Netto: 1276 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

Recipient:                                      Official stamp:

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.695  CZK | 249 241,50 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**A420**

# Alukov HZ spol. s r.o.

## INVOICE - TAX DOCUMENT No. 12VF01198

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000007881086602277
Account No.: 78-8108660277    Bank code: 0100

| | |
|---|---|
| Variable symbol: | 1201198 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 12.07.2012 | |
| Due date: | 26.07.2012 | |
| Date of a taxable supply: | 12.07.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7214x18770x2591 mm, Client: George Grossberg | 1 ks | 19,351.92 | | 19,351.92 | 0% | 0.00 | 19,351.92 |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 19,351.92 | 0.00 | 19,351.92 |
| Rounding | | | | | 0.08 |
| TOTAL DUE | | Currency EUR | | | **19,352.00** |

goods is dismantled in parts
colli: 1
Container: GATU 829279-9
Brutto: 2802 kg  Netto: 2392 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

Alukov
ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel.: +420/469 681 488, fax: +420 469 681 321
IČ: 642 57 746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.64 CZK | 496 185.28 | 0% | | 0,00 CZK |
| Quanity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:    Official stamp:

Economic and information system POHODA

**A421**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 12VF01766**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1201766 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000768108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 27.09.2012 | |
| Due date: | 11.10.2012 | |
| Date of a taxable supply: | 27.09.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea 6,909x10,999x2,340 m, Client: Carlton McClary | 1 ks | 15,706.67 | | 15,706.67 | 0% | 0.00 | 15,706.67 |

| | | | |
|---|---|---|---|
| Total amount | 15,706.67 | 0.00 | 15,706.67 |
| Rounding | | | 0.33 |
| TOTAL DUE | | Currency EUR | 15,707.00 |

goods is dismantled in parts
coli: 1
Container: TCLU 824785-0
Brutto: 1717 kg Netto: 1372 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel: +420 469 681 488 fax +420 469 681 321
IČ: 642 57 746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.84 CZK | 390 161,88 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

03  PARDUBICE  047

Official stamp:

Economic and information system POHODA

047  0003

**A422**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 12VF01764**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1201764 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277     Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order     Receiver: |
| Invoice date: | 27.09.2012 |
| Due date: | 11.10.2012 |
| Date of a taxable supply: | 27.09.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,503x14,660x2,438 m, Client: Dennis Gallant | 1 ks | 12,902.61 | | 12,902.61 | 0% | 0.00 | 12,902.61 |
| Aluminium roofing construction parts, Client: Richardson | 1 | 291.06 | | 291.06 | 0% | 0.00 | 291.06 |
| Aluminium roofing construction parts, Client: Duncombe | 1 | 2,350.00 | | 2,350.00 | 0% | 0.00 | 2,350.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 15,543.67 | | 0.00 | 15,543.67 |
| Rounding | | | | | | | 0.33 |
| TOTAL DUE | | | | | Currency EUR | | **15,544.00** |

goods is dismantled in parts
colli: 7
Container: KKFU725892-6
Brutto: 2327 kg  Netto: 1764 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
            j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel.: +420 469 681 488, fax.: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746

| | Tax base in CZK | %VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: 24.84 CZK | 388 112,96 | 0% | | |
| Quantity:                    1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**A423**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01818**

| | |
|---|---|
| Supplier: | Variable symbol: 1201818 |
| Alukov HZ spol. s r.o. | Constant Code: 0308 |
| Orel 18 | Order No.: date |
| 538 21 Slatiňany | |
| Česko | |

Identif. number: 64257746
Tax identity: CZ84257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Townshlp, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 04.10.2012 | |
| Due date: | 18.10.2012 | |
| Date of a taxable supply: | 04.10.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 0096x10565x2743 mm, Client: TIM McLaughlin | 1 ks | 15,792.91 | | 15,792.91 | 0% | 0.00 | 15,792.91 |
| Aluminium roofing construction , type Laguna 6223x9433x2691 mm, Client: Shea & Jason Pence | 1 ks | 10,694.61 | | 10,694.61 | 0% | 0.00 | 10,694.61 |
| Total amount | | | | 26,487.52 | | 0.00 | 26,487.52 |
| Rounding | | | | | | | 0.48 |
| TOTAL DUE | | | | | Currency EUR | | 26,488.00 |

goods is dismantled in parts
coll: 102
Container: GESU507445-9
Brutto: 2503 kg  Netto: 2484 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Charlottesville a Maurer Town VA 22903 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| Recapitulation in CZK: | | Tax base In CZK | % VAT | VAT In CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865  CZK | 658 624,12 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A424**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01889**

| | |
|---|---|
| Variable symbol: | 1201889 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 11.10.2012 |
| Due date: | 25.10.2012 |
| Date of a taxable supply: | 11.10.2012 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Venezia 3859x12598x2286 mm, Client: Phil Fischer | 1 ks | 12,136.71 | | 12,136.71 | 0% | 0.00 | 12,136.71 |
| Aluminium roofing construction , type Universe 4250x8542x1300 mm, Client: Jeff Moskow | 1 ks | 3,255.00 | | 3,255.00 | 0% | 0.00 | 3,255.00 |
| Total amount | | | | 15,391.71 | | 0.00 | 15,391.71 |
| Rounding | | | | | | | 0.29 |
| TOTAL DUE | | | | | Currency EUR | | 15,392.00 |

goods is dismantled in parts
colli: 2
Container: TRLU538677-9
Brutto: 2267 kg Netto: 1866 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865   CZK | 382 722,08 | 0% | | |
| Quantity: | 1   EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

**A425**

**...ol. s r.o.**

...ov HZ spol. s r.o.
...rel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| | | |
|---|---|---|
| Variable symbol: | | 1202014 |
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:  Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

Receiver:

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 25.10.2012 |
| Due date: | 08.11.2012 |
| Date of a taxable supply: | 25.10.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 21,769.97 | | 21,769.97 | 0% | 0.00 | 21,769.97 |
| Style 6592x12549x2845 mm, Client: | | | | | | | |
| Derek Royse | | | | | | | |
| Total amount | | | | 21,769.97 | | 0.00 | 21,769.97 |
| Rounding | | | | | | | 0.03 |
| TOTAL DUE | | | | Currency EUR | | | **21,770.00** |

goods is dismantled in parts
coli: 1
Container: INKU 634699-1
Brutto: 2079 kg  Netto: 1699 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Noble IL 62868 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:  Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Brel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865  CZK | | 541 311,05 | 0% | 0,00 | 0,00 |
| Quantity: | 1  EUR | | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                    Official stamp:

Economic and Information system POHODA

## Alukov HZ spol. s r.o.

### INVOICE - TAX DOCUMENT No. 12VF02218

| | |
|---|---|
| **Supplier:** | **Variable symbol:** 1202218 |
| Alukov HZ spol. s r.o. | **Constant Code:** 0308 |
| Orel 18 | **Order No.:** date |
| 538 21 Slatiňany | |
| Česko | |

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

**Customer:** Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| **Issuing Bank:** | Komerční banka |
| **SWIFT:** | KOMBCZPPXXX |
| **IBAN:** | CZ3501000000788108660277 |
| **Account No.:** | 78-8108660277   Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 22.11.2012 | |
| Due date: | 06.12.2012 | |
| Date of a taxable supply: | 22.11.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe II 6231x10665x2000 mm, Client: Nilima Jayaraman | 1 ks | 6,000.00 | | 6,000.00 | 0% | 0.00 | 6,000.00 |
| Aluminium roofing construction , type Laguna 4191x8433x2286 mm, Client: Janis & Robert Metsker | 1 ks | 8,300.20 | | 8,300.20 | 0% | 0.00 | 8,300.20 |

| | | | Total amount | 14,300.20 | | 0.00 | 14,300.20 |
|---|---|---|---|---|---|---|---|
| | | | Rounding | | | | -0.20 |
| | | | **TOTAL DUE** | | Currency EUR | | **14,300.00** |

goods is dismantled in parts
colli: 2
Container: YMLU821541-5
Brutto: 2201 kg  Netto: 1743 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

**Issuer:** Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488 fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreigner exchange rate used: 25.085 CZK | 358 429,50 | 0% | | |
| Quantity: 1 EUR | | 14% | 0,00 | 0,00 |
| | 0,00 | 20% | 0,00 | 0,00 |

Recipient: | Official stamp:

Economic and information system POHODA

**A427**

**...HZ spol. s r.o.**

## INVOICE - TAX DOCUMENT No. 12VF02347

| | |
|---|---|
| Variable symbol: | 1202347 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identify: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.12.2012 | |
| Due date: | 21.12.2012 | |
| Date of a taxable supply: | 07.12.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 9,072.50 | | 9,072.50 | 0% | 0.00 | 9,072.50 |
| Laguna 5715x8433x2286 mm, Client: | | | | | | | |
| Cynthia Johnson | | | | | | | |
| | | | | | | | |
| Total amount | | | | 9,072.50 | | 0.00 | 9,072.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | Currency EUR | | | 9,073.00 |

goods is dismantled in parts
colli: 1
Container: APHU663217-7
Brutto: 1042 kg Netto: 795 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

**Alukov**

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 460 66 - 371
IČ: 642 57 746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.26 CZK | | 229 183,98 | 0% | | |
| Quantity: | 1 EUR | | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient: Official stamp:

Economic and Information system POHODA

**A428**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF02396**

| | |
|---|---|
| Variable symbol: | 1202396 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer: Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 13.12.2012 | |
| Due date: | 27.12.2012 | |
| Date of a taxable supply: | 13.12.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6,731x12,599x2,743 m, Client: Kary Reinke | 1 ks | 15,669.89 | | 15,669.89 | 0% | 0.00 | 15,669.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total amount | | | 15,669.89 | | 0.00 | 15,669.89 |
| Rounding | | | | | | 0.11 |
| TOTAL DUE | | | | Currency EUR | | 15,670.00 |

goods is dismantled in parts
colli: 1
Container: GRIU 520233-9
Brutto: 1540 kg  Netto: 1245 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Damascus OR  USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel. +420 469 681 488 fax +420 469 681 321
IČ 64257746  DIČ CZ64257746

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.26  CZK | 395 824,20 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

03  PARDUBICE  062

12 +332

062  0663  CLO

**A429**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 13VF00084**

| | |
|---|---|
| Supplier: | |
| **Alukov HZ spol. s r.o,** | |
| **Orel 18** | |
| **538 21 Slatiňany** | |
| **Česko** | |
| | |
| Identif. number: 64257746 | |
| Tax identity: CZ64257746 | |
| | |
| Telephone: 469 681 488 | |
| Fax: 469 681 321 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |

| | | |
|---|---|---|
| Variable symbol: | | 1300084 |
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer: Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 26.02.2013 | |
| Due date: | 12.03.2013 | |
| Date of a taxable supply: | 26.02.2013 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 6248x14834x2286 mm, Client: Dough & Mari Limbaugh | 1 ks | 10,724.25 | | 10,724.25 | 0% | 0.00 | 10,724.25 |
| | | | | | | | |
| Total amount | | | | 10,724.25 | | 0.00 | 10,724.25 |
| Rounding | | | | | | | -0.25 |
| TOTAL DUE | | | | Currency EUR | | | 10,724.00 |

goods is dismantled in parts
colli: 1
Container: TCLU 852232-9
Brutto: 2079 kg  Netto: 1792 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Phoenix AZ USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18  538 21 Slatiňany
tel: +420 469 681 488  fax +420 469 681 321
IČ: 642 57 746  DIČ: CZ 64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.62 CZK | 274 748,88 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 15% | 0,00 | 0,00 |
| | | 0,00 | 21% | 0,00 | 0,00 |

| Recipient: | Official stamp: |
|---|---|

Economic and information system POHODA

AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

2013 DEC -9 ☐ 3:56

Central Division for the District of Utah

BY:

AQUA SHIELD,

v.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

INTERPOOL POOL COVER TEAM,
ALUKOV HZ SPOL SRO, ALUKOV SPOL
SRO, and POOL & SPA ENCLOSURES,

Case Number: 2:09-cv-00013-TS

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiff and against the defendant on plaintiff's claim that the defendants' models Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants Inter Pool Over Team, Alukov HZ Spol.S.R.O. Alukov Spol.S.R.O., Pool and Spa Enclosures, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with such person(s) who receive actual notice of this order, by personal service or otherwise, shall be permanently enjoined from infringing, either directly, by inducement, or by contribution, the '160 Patent making using, selling or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or are not more than colorably different from the adjudicated devices. The products adjudged to infringe the '190 patents include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient with generally flat and removable end-panels.

Plaintiff is further awarded a reasonable royalty in the amount of $10,800.

| December 9, 2013 | D. Mark Jones |
|---|---|
| Date | Clerk of Court |

(By) Deputy Clerk

**A431**

H. Dickson Burton (4004)
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Gregory J. Coffey, *pro hac vice*
Richard J. Dewland, *pro hac vice*
COFFEY & ASSOCIATES
310 South Street
Morristown, NJ 07960
Telephone: (973) 539-4500

## IN THE UNITED STATES DISTRCT COURT
### DISTRICT OF UTAH, CENTAL DIVISION

| | |
|---|---|
| AQUA SHIELD, INC. | **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES RELATING TO REASONABLE ROYALTY, NON-WILLFUL INFRINGEMENT, AND NON-EXCEPTIONALITY** |
| Plaintiff, | |
| vs. | |
| INTERPOOL COVER TEAM, ALUKOV HZ SPOL. S.RO., ALUKOV, SPOL. S R.O., POOL & SPA ENCLOSURES, LLC | **2:09cv00013-TS** |
| | **Judge: Ted Stewart** |
| Defendants. | |

Defendants Inter Pool Cover Team, Alukov HZ spol. S.r.o., Alukov, spol, S.r.o.

and Pool & Spa Enclosures, LLC (the "IPC Defendants") respectfully submit this

Memorandum of Law pursuant to the Court's Order entered March 10, 2015.

## I.   ARGUMENT

### A.   At Most, Aqua Shield is Only Entitled to a Reasonable Royalty for the Profits Earned by Defendants by Virtue of Defendants' Sales of Infringing Pool Enclosures Made in the United States.

In its Opinion, the Federal Circuit concluded that although the District Court

acted properly in considering the IPC Defendants' actual profits earned during the period

of infringement, the District Court should evaluate its treatment of those profits in

**A432**

determining a reasonable royalty calculation on remand. _See_, _Aqua Shield v. Inter Pool Cover Team_, 774 _F.3d_ 766, 772 (Fed. Cir. 2014). It is highly instructive and germane to the narrow analysis herein to note that the Federal Circuit did not direct the District Court to consider any evidence not in the record nor did it invite any reevaluation of the credibility determinations made by the Court at trial with respect to Mr. Brooks' testimony or lack thereof on Aqua Shield's sales and profits. Rather, the sole source of the Federal Circuit's concern with respect to the reasonable royalty was that the IPC Defendants' net profits may have acted as a royalty cap[1]. Given these conclusions, and taking into account the possibility that the IPC Defendants could have raised its prices to account for the royalty and increased its profit margin by ten times the margin it actually earned[2], (from 5% to 50%), and applying the reasonable royalty rate of 8%[3] derived from the Court's prior consideration of the _Georgia-Pacific_ factors, then the royalty to Aqua Shield would be calculated as follows: **(Gross Profit = \$639,507.67[4] \* 50% profit margin = \$319,753.83 net profit \* 8% royalty rate = \$25,580.31)**.

Furthermore, and at most, Aqua Shield is limited to a reasonable royalty for its damages for the gross profits earned by the IPC Defendants by virtue of the IPC

---

[1] Pool and Spa Enclosures have sold 74 pool enclosures that encompass the models that were deemed by the court's prior summary judgment determination to have infringed the Aqua Shield patent. (T22:23-23:1)

[2] The District Court previously found that the Pool & Spa Enclosures, LLC earned a net profit margin on infringing sales of 5%. Jan Zitko corroborated those figures noting that Alukov has a yearly corporate net profit on all sales after taxation that is between 5% and 8% and that profit may be less than that on sales in the United States. Alexander Stonkus similarly testified that Alukov's profit margin on all sales – 5% - is no different from its profit margin infringing sales and that Pool & Spa Enclosures has operated at a loss since it began. _(See, Memorandum Decision entered December 9, 2013, pg. 11.)_

[3]_(T238:7-239-21; T240:8-20)_

[4] This Court found that the IPC Defendants' gross profit on infringing sales was just over \$600,000. _(See, Memorandum Decision entered December 9, 2013, pg. 11.)_

Defendants' sales of infringing pool enclosures made in the United States[5]. As such, and even in the event the Court determined that the IPC Defendants should be entitled to no profit and that the <u>entirety</u> of the its gross profits on infringing sales was the proper base with which to calculate the royalty, then Aqua Shield can be entitled to nothing more than the sum of **$51,160.61**[6]. In light of this Court's exhaustive and comprehensive analysis of the *Georgia-Pacific*[7] factors, its application of eight of those factors, and all of the evidence and testimony adduced at trial, the gross profit methodology employed above is the only reliable and possible way to arrive at a reasonable royalty[8]. Any other calculation that that uses a base beyond the gross profit figure of $639,507.67 testified to by Alexander Stonkus and Jan Zitko and corroborated by the underlying documents represents nothing more than a magician's exercise to derive a royalty amount out of thin air. Aqua Shield simply failed to provide the Court with any other evidence from which a reasonable royalty could be determined. Accordingly, for all of these reasons and the undisputed factual evidence in the record, Aqua Shield is entitled to a reasonable royalty of no more than a range between **$25,580.31 and $51,160.**

Aqua Shield offered no expert testimony regarding a reasonable royalty, took no depositions during discovery and presented the IPC Defendants and the Court with no facts supporting its reasonable royalty calculation. Mr. Brooks refused to testify at trial

---

[5] Of the 74 infringing enclosures sold, Pool & Spa Enclosures has generated total revenue of approximately $2,700,000. The total cost of goods sold for pool enclosures made by Pool & Spa Enclosures is $1,369,622 and the gross profit for those sales after deducting their manufacturing costs as documented by records produced from Alukov was $639,507.67. (*Def.'s Ex. DD; T15:2-22; Def.'s Ex. SS*).

[6] ($639,507.67 of gross profit * 8% royalty rate = $51,160.61).

[7] *See, Georgia-Pacific Corp. v. U.S. Plywood-Champion Papers*, 318 *F.Supp.* 1116, 1120 (S.D.N.Y. 1970)
[8] This methodology is based upon the factual evidence in the record and on Aqua Shield's total and complete failure to present any factual record on its own financial affairs beyond naked assertions. (*T115:23-25; T:303:9-12*).

to actual dollar amount[9] of lost profits due to the alleged decline in margins for the sale of Aqua Shield pool enclosures allegedly occasioned by the entry of Pool and Spa in the United States market. (*T131:2-12*). Aqua Shield introduced no financial records to corroborate Mr. Brooks' limited testimony, and Mr. Brooks refused to testify regarding the foundation for his various estimates. (*T115:23-25; T303:9-12*). Nothing in the Federal Circuit's Opinion suggests that this Court should determine a reasonable royalty that is wholly unsubstantiated by evidence admitted at trial and divorced from the credibility determinations made by this Court of the only witness Aqua Shield did present. Aqua Shield cannot point to any factual evidence in the record that refutes this analysis. It may argue that royalties should be calculated based on gross *revenues* rather than net or gross profits. But it has no basis in evidence to support this argument. It offered no expert witnesses and offered no other evidence to support such a conclusion. Aqua Shield would be doing nothing more than asking this Court to arbitrarily set a base against which a royalty would be applied.

What this Court did hear was testimony regarding profit margins. To now apply a royalty rate against those numbers would at least relate the royalty to some measurable base that is related to the value of the product found to be infringing. And given the easy design-around available to Defendants (making sure the end-panels are not removable), it is more than reasonable to limit the base to a profit margin rather than apply it to gross revenues. For Aqua Shield to argue otherwise, given its total failure to present evidence relating to a reasonable royalty, would be to ask this Court to engage in the most arbitrary of decision-making.

---

[9] Mr. Brooks further stated that he would not answer any question or provide any actual dollar figures because it sought sensitive information that he would not disclose at trial. (*T131:13-21-132:2-5*).

A435

**B.      Even Under a Totality of Circumstances Standard, there is no Factually or Legally Sufficient Evidentiary Basis to Find that the IPC Defendants are Liable for Willful Infringement.**

Under the standards set forth in *In re Seagate Technology, LLC*, 497 *F.3d* 1360, 1371 (Fed. Cir. 2007) (*en banc*), Aqua Shield must prove by clear and convincing evidence that Defendants acted with reckless disregard of the claims of the '160 patent. To show "reckless disregard," Aqua Shield must show by clear and convincing evidence that: (1) Defendants acted despite an objectively high likelihood that its actions constituted infringement of a valid patent; and (2) Defendants knew or should have known of that objectively-high risk. *Id.* Aqua Shield cannot prove either prong, but its willfulness claim fails as a matter of law because the first "threshold" prong of the test – to which Defendants' "state of mind" is not relevant – clearly cannot be met in light of the defenses maintained and Aqua Shield's failure of proof.

In its Opinion, the Federal Circuit acknowledged the relevance of the denial of Aqua Shield's application for preliminary injunctive relief to the Court's analysis on willful infringement. Aqua Shield filed a lawsuit in the United States District Court for the Eastern District of New York seeking a preliminary injunction against Alukov. The Court in that case made a ruling denying Aqua Shield's request for a preliminary injunction, and on the basis of that ruling, Alukov continued to sell and market pool enclosures[10]. (*T199:17-22*).

Aqua Shield continues to attempt to minimize and/or condition the Eastern District of New York's denial of its request for a preliminary injunction through its

---

[10] Had a preliminary injunction been issued in that case, Alukov and Pool and Spa Enclosures would have stopped selling pool enclosures that were found to infringe in the United States and would have marketed its other enclosures which don't defy Aqua Shield's patent. (*T199:23-200:4*).

5

specious argument that such denial was based purely on procedural and/or jurisdictional grounds[11]. However, Aqua Shield's arguments are directly belied by their actions given the undisputed absence of any renewal for preliminary injunctive relief when the case was transferred from the Eastern District of New York to the District of Utah. Had Aqua Shield truly believed that the denial of its preliminary injunction application was based solely on jurisdictional bases and not on a failure to demonstrate a likelihood of success on the merits, it would have or should have renewed its application for preliminary injunctive relief once the jurisdictional dispute was resolved and the case was transferred to Utah[12]. Nothing precluded Aqua Shield from doing so given that jurisdiction was now firmly established in Utah. Aqua Shield's failure to bring a preliminary injunction application in Utah represents a tacit admission that it could not demonstrate a likelihood of success on the merits and that the IPC Defendants were well advised to rely upon the denial of preliminary injunctive relief as a basis to continue to produce and sell its pool enclosures. This is especially true where IPC observed Aqua Shield's complete abdication of its rights to renew its application for a preliminary injunction in 2009 when the case was transferred and the Complaint was filed[13].

---

[11] Alukov succeeded in defeating Aqua Shield's motion for a preliminary injunction based upon Aqua Shield's failure to prove a likelihood of successes on the merits. *See* Minute Entry, entered Oct. 26, 2005, *Aqua Shield v. Inter Pool Cover Team*, Case No. 1:05-cv-04880-CBA-SMG (E.D.N.Y., filed October 18, 2005); T70:2-4.

[12] On or around December 31, 2008, the Eastern District of New York determined that the case should have been brought in Utah, and accordingly, transferred the case to the United States District Court for the District of Utah by Order dated January 5, 2009.

[13] On August 31, 2009, the United States District Court for the District of Utah granted Aqua Shield's motion for leave to file an amended complaint adding appellees, Alukov HZ Spol., S.R.O., Alukov Spol, S.R.O., and Pool & Spa Enclosures, LLC as Appellees to the case. (Docket No. 26).

In fact, courts that have considered a plaintiff's failure to bring an application for a preliminary injunction upon the filing of its lawsuit have rejected a willfulness determination on its face. In *McRo, Inc. v. Namco Banda Games America, Inc.*, 2-12-cv-10322 (CACD July 11, 2013, Order) (Wu, J.), the court granted defendant's motion to dismiss plaintiff's wilful infringement claims for failure to state a claim because plaintiff did not seek a preliminary injunction. There the court held:

> "[*In re Seagate Tech., LLC*, 497 *F.3d* 1360 (Fed. Cir. 2007)] makes clear that an allegation of willfulness based on the accused infringer's post-suit knowledge of the patent can only be sustained if the plaintiff seeks a preliminary injunction. . . . We are not here presented with a question of whether the claim contains sufficient factual detail. Instead, the question is whether the claim can exist under the circumstances present, where the alleged knowledge of the patent resulted only from the filing of the original complaint in the action and the plaintiff has not sought a preliminary injunction. . . . It would eviscerate *Seagate* if a plaintiff could file an amended complaint alleging willfulness immediately after the original complaint was served. In sum, *Seagate* makes clear that where notice of the patent comes via the lawsuit, a plaintiff who wants to pursue a charge of willfulness needs to file a motion for a preliminary injunction, not an amended complaint." *Id.*

Aqua Shield cannot play both sides of the "preliminary injunction fence" as it seeks to do in this case. Either it failed to demonstrate a likelihood of success on the merits in the Eastern District of New York or it was dilatory in not seeking an application for preliminary injunctive relief after the case was transferred to the District of Utah. Under either approach, Aqua Shield simply can still uncover no factually or legally sufficient basis to find by clear and convincing evidence that the IPC Defendants proceeded with infringing conduct in the face of an objectively high likelihood that it was infringing the claims of a valid and enforceable patent[14].

---

[14] Alukov began selling pool enclosures to Pool & Spa Enclosures in 2008 with the same model and design Alukov had been selling in Europe for years prior to the issuance of the Aqua Shield patent in 2001 because

Moreover, the record plainly demonstrates that Pool & Spa Enclosures had no expectation that either Alukov or Pool & Spa Enclosures were selling pool enclosures within the United States that infringed the Aqua Shield patent[15] until the Court issued its determination on partial summary judgment on or around November 28, 2011[16]. *(T51:14-52:5; 56:6-14)*. After Pool and Spa Enclosures learned that some of its models infringed upon the Aqua Shield patent, they instructed the factory in the Czech Republic to modify its products and pool enclosures by fixing the end panels[17]. *(T:200:9-15)*. This modification was essential to eliminating an independent claim of the Aqua Shield patent. Where the Aqua Shield patent required flat and removable end panels, once Pool and Spa learned that some of its products infringed upon that patent, it instructed the

---

Alukov was previously advised from patent counsel that its pool enclosures did not infringe the patent and because Alukov obtained a ruling from the Eastern District of New York denying Aqua Shield's application for a preliminary injunction. *(T53:16-54:20; 87:17-88:4; 274:19-24)*.

[15] Pool & Spa Enclosures and Alukov similarly had no expectation prior to the Court's determination on November 28, 2011 that their pool enclosures infringed because Alukov had been selling the same pool enclosures in Europe for many years before the Aqua Shield patent was issued in 2001. *(T54:3-15)*. It was very clear from the summary judgment ruling in November of 2011 what models were found to infringe Aqua Shield's patent. Alukov and Pool and Spa sell 18 models of pool and sunroom enclosures, 7 of which were found to infringe Aqua Shield's patent leaving the balance of 11 enclosures as non-infringing alternatives. *(T201:14-23)*.

[16] Right after receiving the District Court's ruling on summary judgment in November of 2011, Pool & Spa Enclosures contacted the factory and told them that under no circumstances was Alukov to bring in any such enclosures into the United States that have removable faces and that all faces on all infringing pool enclosures must be permanent and non-removable. *(T62:1-6)*. The purpose and significance to Pool & Spa Enclosures' directive to the factory to not bring in any more pool enclosures with removable faces is that Pool & Spa did not want to be in violation of the District Court's ruling in November of 2011. *(T62:7-11)*. Pool & Spa Enclosures has not, in fact, sold any model of pool enclosure determined to be infringing with removable end panels since the Court's determination and ruling in November of 2011. *(T62:17-20)*.

[17] Since its inception, Alukov, IPC, and Pool & Spa have only sold seven pool enclosures in the United States that have end panels that are generally flat and removable. Alukov and Pool & Spa Enclosures were advised that the inclusion of removable end panels is required by claim 1 of the Aqua Shield patent. *(T55:9-56:5)*. Alukov and Pool & Spa Enclosures received advice from patent counsel and had no expectation that pool enclosures infringed prior to the Court's rulings of November 28, 2011. *(T:56:6-22; 87:17-88:4; 274:19-24)*.

8

factory to only produce those models with permanent, non-removable end panels[18]. (*T203:9-20*). For these reasons, and because Aqua Shield has not satisfied the threshold objective hurdle in *Seagate*, it is not entitled to a determination of willful infringement of the '160 patent even under a totality of circumstances approach.

### C.   Notwithstanding Aqua Shield's Inability to Demonstrate Willfulness in this Case, it can also not Prove Entitlement to Attorney's Fees.

Courts award attorneys' fees only in "exceptional" cases where "egregious abuse of the judicial process" or unconscionable conduct warrants departing from the "American Rule" by requiring the losing party to bear its opponent's costs under a totality of circumstances. *Wedgetail Ltd v. Huddleston Deluxe, Inc.*, 576 *F.3d* 1302, 1304 (Fed. Cir. 2009). Courts have also explained that "[a]n award of attorney fees under [35 U.S.C.] §285 is not intended to be an 'ordinary thing in patent cases,' and should be limited to circumstances in which it is necessary to prevent 'a gross injustice' or bad faith litigation." *In re Bromonidine Patent Litig.*, 666 *F.Supp.2d* 429,453 (D.Del. 2009). A district court thus has broad discretion to deny attorneys' fees, even in so-called "exceptional" cases, where an unsuccessful litigant raised good-faith defenses that were "not frivolous or asserted for an improper purpose." *Cybor Corp. v. FASTechs., Inc.*, 138 *F.3d* 1448, 1460-61 (Fed. Cir. 1998) (*en banc*). Even where there has been a determination of willfulness at trial, a finding of willfulness by itself does not require – and is often insufficient to support – a finding that a case is exceptional. *Id.* at 1461.

---

[18] Pool & Spa Enclosures continued to appear at trade shows after November 28, 2011 and promote the sale of the same models of pool enclosures, but they instructed the factory to modify construction of pool enclosures after November 28, 2011 to deviate from the design and structure that had been sold prior to the infringement determination. (*T56:10-22*). Pool & Spa Enclosures instructed the factory to modify the design of pool enclosures from the design of pool enclosures sold prior to the Court's November 28, 2011 determination to avoid continued infringement of the Aqua Shield patent. (*T200:9-15; T56:10-22*).

**A440**

In this case, there is simply no showing whatsoever that Defendants made misrepresentations to the court, falsified evidence, committed discovery and trial abuses or plead defenses of marginal relevance.   Similarly, Aqua Shield cannot point to any evidence that Defendants were committed to copying the patented feature of its pool enclosure or that Defendants arrived at their infringing design based upon inspections, photographs, and/or an operator's manual for the patentee's product.   There was nothing admitted at trial demonstrating that the IPC Defendants' took any actions or pursued any defenses egregiously or in bad faith.   Accordingly, for all of these reasons, Aqua Shield is not entitled to an award of attorneys' fees under 35 U.S.C §285.

## II.   CONCLUSION

For all of the foregoing reasons, and even in the event the Court determined that the IPC Defendants could make no profit and that the entirety of the its gross profits on infringing sales was the proper base with which to calculate the royalty, then Aqua Shield can be entitled to nothing more than the sum of **$51,160.61**.   Furthermore, even under a totality of circumstances standard, there is no factually or legally sufficient evidentiary basis to find that the IPC Defendants are liable for willful infringement, enhanced damages fees or attorneys' fees.

**COFFEY & ASSOCIATES**
Attorneys for IPC Defendants

By: _____
Gregory J. Coffey, Esq., *pro hac vice*
Richard J. Dewland, Esq., *pro hac vice*

Dated: April 22, 2015

10

**A441**

# Exhibit HHa

Defendants' invoices from Oct. 2008 through Nov. 2011.

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 28VF01781**

| | |
|---|---|
| Variable symbol: | 2801781 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.   ,**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

Issuing Bank:   Komerční banka
SWIFT:   KOMBCZPPXXX
IBAN:   CZ3501000000788108660277
Account No.:   78-8108660277      Bank code:   0100

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 14.10.2008 | |
| Due date: | 24.10.2008 | |
| Date of a taxable supply: | 14.10.2008 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - Universe | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 4,45x8,4 "fill up: polycarbonate clear , , 10 mm with UV protection , white profiles RAL 9010 | 1 ks | 4,970.00 | | 4,970.00 | 0% | 0.00 | 4,970.00 |
| transport | 1 | 3,105.00 | | 3,105.00 | 0% | 0.00 | 3,105.00 |
| Total amount | | | | 8,075.00 | | 0.00 | 8,075.00 |
| TOTAL DUE | | | | | Currency EUR | | **8,075.00** |

Total : 1 goods are dismantled in parts
Container: HJCU 807759-4
Brutto: 630 kg Netto: 500 kg
INCOTERMS : DDU Cullmann
Country of origin: Czech Republic
"ARIC CODE: 76109090

Plnění je osvobozeno od DPH podle §60 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

**Alukov**
ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used: | 24.665   CZK | 199,169.88 | 0% | | |
| Quantity: | 1   EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:                              Official stamp:

Economic system POHODA © STORMWARE s.r.o.

DEFENDANT'S EXHIBIT

**A443**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No, 29VF00100**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 2900100 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

Receiver:

| Payment: | payment order |
|---|---|
| Invoice date: | 18.02.2009 |
| Due date: | 04.03.2009 |
| Date of a taxable supply: | 16.02.2009 |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce Universe - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Universe, Client:Mr.Leon Gelecki , 154 Gurney In.,Langston , AL, 35755-8202 US | 1 ks | 18,345.64 | 18,345.64 | 0% | 0.00 | 18,345.64 |
| transport | 1 | 2,526.00 | 2,526.00 | 0% | 0.00 | 2,526.00 |

| | | |
|---|---|---|
| Total amount | | 20,871.64   0.00   20,871.64 |
| Rounding | | 0.36 |
| **TOTAL DUE** | Currency EUR | **20,872.00** |

goods is dismantled in parts
Container: HJCU 139800-0
Total : 3 colli
Brutto: 3810,00 kg  Netto: 3170,00 kg
Incoterms 2000 : CPT Langston US

Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer:   Jitke Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, tel : +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 27.87  CZK | 581,702.64 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:   Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 29VF01203**

| | |
|---|---|
| Supplier: | Variable symbol: 2801203 |
| Alukov HZ spol. s r.o. | Constant Code: 0308 |
| Orel 18 | Order No.: date |
| 538 21 Slatiňany | |
| Česká republika | |

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

| | |
|---|---|
| Issuing Bank:   Komerční banka | **United States** |
| SWIFT:   KOMBCZPPXXX | |
| IBAN:   CZ3501000000788108660277 | |
| Account No.:   78-8108660277    Bank code:   0100 | |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 20.07.2009 | |
| Due date: | 03.08.2009 | |
| Date of a taxable supply: | 20.07.2009 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Oceanic, Client: John Kirkwood , 60 Woodmount Rd.,Montclair , NJ 07043 | 1 ks | 7,941.95 | 7,941.95 | 0% | 0.00 | 7,941.95 |
| Aluminium roofing construction , type Veranda, Client: Sita Frask, 6 Birch Run Ct.,Ewing , NJ 08682 | 1 ks | 5,020.00 | 5,020.00 | 0% | 0.00 | 5,020.00 |
| Aluminium roofing construction , type Corso, Client: Atlantic Group | 1 ks | 10,794.43 | 10,794.43 | 0% | 0.00 | 10,794.43 |
| transport | 1 | 1,861.00 | 1,861.00 | 0% | 0.00 | 1,861.00 |

| | | | |
|---|---|---|---|
| Total amount | 25,617.38 | 0.00 | 25,617.38 |
| Rounding | | | -0.38 |
| TOTAL DUE | Currency EUR | | 25,617.00 |

goods is dismantled in parts
Container: TRLU 879971-4
Total : 51
Brutto: 2475 kg  Netto: 2105 kg
Incoterms 2000 : CPT TIMEX EXPRESS
          1 Slater Drive , Elizabeth NJ 07206, US

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
mob.+420 469 681 488, fax: +420 469 681 321
IČ:64257746 DIČ: CZ64257746
www.alukov.cz

Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
            j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.89  CZK | 663,224.13 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 9% | 0.00 | 0.00 |

Economic system POHODA © STORMWARE s.r.o.

**A445**

**Alukov HZ spol, s r.o.**   **INVOICE - TAX DOCUMENT No. 29VF01202**

| Supplier: | | Variable symbol: | | 2901202 |
|---|---|---|---|---|
| Alukov HZ spol. s r.o. | | Constant Code: | | 0308 |
| Orel 18 | | Order No.: | date | |
| 538 21 Slatiňany | | | | |
| Česká republika | | | | |

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer:    Identif. number: |
|---|
| Pool & Spa Enclosures , LLC |
| 237 Prospect Plains Rd. |
| Monroe Township, NJ 08831 |

| Issuing Bank: | Komerční banka | | |
|---|---|---|---|
| SWIFT: | KOMBCZPPXXX | | **United States** |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 20.07.2009 | |
| Due date: | 03.08.2009 | |
| Date of a taxable supply: | 20.07.2009 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce Laguna  - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Laguna, Client: Mark Blixen ,N95W 18855 Jay Drive Menomonee Falls, WI 53051 US | 1 ks | 21,117.50 | 21,117.50 | 0% | 0.00 | 21,117.50 |
| transport | 1 | 5,130.00 | 5,130.00 | 0% | 0.00 | 5,130.00 |

| Total amount | | 26,247.50 | 0.00 | 26,247.50 |
|---|---|---|---|---|
| Rounding | | | | 0.50 |
| TOTAL DUE | | Currency EUR | | 26,248.00 |

goods is dismantled in parts
Container: TRLU 922883-2
Total : 1 colli
Brutto: 2215 kg   Netto: 1820 kg
Incoterms 2000 : DDU Menomonee Falls USA

Country of origin: Czech Republic

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ 64257746 DIČ CZ64257746
www.alukov.cz

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

| | | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.89 | CZK | 679,580.72 | 0% | | |
| Quantity: | 1 | EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:    Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 29VF01615**

| | |
|---|---|
| Variable symbol: | 2901615 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česká republika**

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277        Bank code: 0100

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 17.09.2009 | |
| Due date: | 01.10.2009 | |
| Date of a taxable supply: | 17.09.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe comb, Client: Peter Kemble , 148 Mountain Road, Greenfield , MA 01302 | 1 ks | 8,542.86 | | 8,542.86 | 0% | 0.00 | 8,542.86 |
| transport | 1 | 1,793.00 | | 1,793.00 | 0% | 0.00 | 1,793.00 |
| Total amount | | | | 10,335.86 | | 0.00 | 10,335.86 |
| Rounding | | | | | | | 0.14 |
| **TOTAL DUE** | | | | | **Currency EUR** | | **10,336.00** |

goods is dismanted in parts
Container: BSIU 2171967
Total : 1
Brutto: 1005 kg  Netto: 800 kg
Incoterms 2000 : DDU Greenfiled

Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.38  CZK | 282,327.68 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

Recipient:                      Official stamp:

Economic system POHODA © STORMWARE s.r.o.

**A447**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 29VF01699**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česká republika

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 869
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 2901699 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer    Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

Issuing Bank: Komerční banka
SWIFT·        KOMBCZPPXXX
IBAN:         CZ3501000000788108660277
Account No.:  78-8108660277      Bank code:   0100

| Payment | payment order | Receiver: |
|---|---|---|
| Invoice date: | 29.09.2009 | |
| Due date: | 13.10.2009 | |
| Date of a taxable supply: | 29.09.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 28,868.75 | | 28,868.75 | 0% | 0.00 | 28,868.75 |
| Universo 7,468x19,812x2,540 m, | | | | | | | |
| Client: Stefan Aigner 112 Mount Airy | | | | | | | |
| Rd PA 18947 Pipersville US | | | | | | | |
| transport | 1 | 2,103.00 | | 2,103.00 | 0% | 0.00 | 2,103.00 |
| | | | | | | | |
| Total amount | | | | 30,971.75 | | 0.00 | 30,971.75 |
| Rounding | | | | | | | 0.25 |
| TOTAL DUE | | | | Currency EUR | | | 30,972.00 |

goods is dismantled in parts
Container: MOTU 073695-6
Total : 55
Brutto: 2240 kg  Netto: 2050 kg
Incoterms 2000 : DDU Pipersville
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:      Jitka Slaninová
             j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.38  CZK | 786,069.36 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 10% | 0.00 | 0.00 |

Recipient:                                    Official stamp:

Economic system POHODA © STORMWARE s r o

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 29VF01698**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česká republika

Variable symbol: 2901698
Constant Code: 0308
Order No.: date

Idenlif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 321
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer.    Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

Payment: payment order    Receiver:
Invoice date: 29.09.2009
Due date: 13.10.2009
Date of a taxable supply: 29.09.2009

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea 7,163x14,634x2,30 m, Client: Leo & Eva Gans, 1044 E.Lawn Cl.Teaneck , NJ 01666 | 1 ks | 20,711.04 | | 20,711.04 | 0% | 0.00 | 20,711.04 |
| transport | 1 | 1,974.00 | | 1,974.00 | 0% | 0.00 | 1,974.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 22,685.04 | | 0.00 | 22,685.04 |
| Rounding | | | | | | | -0.04 |
| TOTAL DUE | | | | | Currency EUR | | 22,685.00 |

goods is dismantled in parts
Container: FCIU871476-6
Total . 1
Brutto:  2340 kg  Netto:  1800 kg
Incoterms 2000 : DDU Teaneck

Country of origin: Czech Republic

ALUKOV HZ, spol. s r.o.
Orel 18/538 21 Slatiňany
tel.+420 469 681 488, fax +420 469 681 321
www.alukov.cz
IČ: 64257746 DIČ: CZ64257746

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer    Jitka Slaninová
j.slaninova@alukov.cz

| | | Recapitulation in CZK. | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.38  CZK | | 575,745.30 | 0% | | |
| Quantity: | 1  EUR | | 0.00 | 9% | 0.00 | 0.00 |
| | | | 0.00 | 19% | 0.00 | 0.00 |

Recipient    Official stamp.

Economic system POHODA © STORMWARE s r o

**A449**

**INVOICE - TAX DOCUMENT no. 29155**

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česká republika

| | |
|---|---|
| Variable symbol: | 29155 |
| Constant Code: | C306 |
| Order No.: | date |

Identif. number:: 64257746
Tax Identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| | |
|---|---|
| Issuing Bank:   Komerční banka | |
| SWIFT:   KOMBCZPPXXX | |
| IBAN:   CZ3501000000788108660277 | |
| Account No.:   78-8108660277   Bank code:   0100 | |

United States

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.10.2009 | |
| Due date: | 21.10.2009 | |
| Date of a taxable supply: | 07.10.2009 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 8839x21336 mm, Client: Mark Engler , 116 Homerstown Arneytown Rd. Allentown , NJ 08501 , USA | 1 ks | 40,793.00 | | 40,793.00 | 0% | 0.00 | 40,793.00 |
| transport | 1 | 1,817.00 | | 1,817.00 | 0% | 0.00 | 1,817.00 |
| Total amount **TOTAL DUE** | | | | 42,610.00 | | 0.00 | 42,610.00 |
| | | | | **Currency EUR** | | | **42,610.00** |

goods is dismantled in parts
Container: TGHU 723127-2
Total : 138 colli
Brutto: 5860 kg  Netto: 5025 kg
Incoterms 2000 : DDU Allentown
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová | |
|---|---|---|
| | j.slaninova@alukov.cz | ALUKOV HZ. spol. s r.o. |
| | | Orel 18, 538 21 Slatiňany |
| | | tel: +420 469 681 488, fax: +420 469 681 321 |
| | | IČ:64257746 DIČ: CZ64257746 |
| | | www.alukov.cz |

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.165 CZK | 1,072,280.65 | 0% | | |
| Quantity: | 1 EUR | 0.00 | 9% | 0.00 | 0.00 |
| | | 0.00 | 19% | 0.00 | 0.00 |

| Recipient: | Official stamp: |
|---|---|

Economic system POHODA © STORMWARE s.r.o.

**A450**

**Alukov HZ spol. s r.o.**                                    **ADVANCE INVOICE No. 29VZa00826**

| Supplier: | | Variable symbol: | | 2900826 |
| --- | --- | --- | --- | --- |
| Alukov HZ spol. s r.o. | | Constant Code: | | 0308 |
| Orel 18 | | Order No.: | date | |
| 538 21 Slatiňany | | | | |
| Česko | | | | |

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 999
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer: | Identif. number: |
| --- | --- |
| | Pool & Spa Enclosures , LLC |
| | 237 Prospect Plains Rd. |
| | Monroe Township, NJ 08831 |

| Issuing Bank: | Komerční banka | | **United States** |
| --- | --- | --- | --- |
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: 0100 | |

| Payment: | payment order | Receiver: |
| --- | --- | --- |
| Invoice date: | 13.10.2009 | |
| Due date: | 27.10.2009 | |

| Description | | Q'ty | Unit price | Discount | EUR | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dodávka střešní hliníkové konstrukce v rozloženém stavu - výstavní - cena jen pro celní účely | | | | | | |
| Aluminium roofing construction , type Laguna Grande 7466x14834x2750mm - Showroom | | 1 | 30,019.10 | | | 30,019.10 |

| Total amount | | | | | | 30,019.10 |
| --- | --- | --- | --- | --- | --- | --- |
| Rounding | | | | | | -0.10 |
| TOTAL DUE | | | | Currency EUR | | 30,019.00 |

goods is dismantled in parts
Container:CMCU 440285-2
Total: 1 colli
Brutto: 3505,00 kg Netto: 2855,00 kg
INCOTERMS 2000 : DDU Monmouth Junction

FOR CUSTOMS PURPOSES ONLY. FREE OF CHARGE.
Country of origin: Czech Republic

Issuer:      Jitka Slaninová
             j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 331
IČ:64257746 DIČ: CZ64257746
www.alukov.cz

Firma Alukov HZ spol. s r.o. je zapsána v obchodním rejstříku Krajského soudu Hradec Králové oddíl C, vložka 8606

| Recipient: | Official stamp: |
| --- | --- |

Economic system POHODA © STORMWARE s.r.o.

**A451**

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| Supplier | |
| Alukov HZ spol. s r.o. | |
| Orel 18 | |
| 538 21 Slatiňany | |
| Česko | |
| | |
| Identif. number: 64257746 | |
| Tax identity. CZ64257746 | |
| Telephone: 469 681 488 | |
| Mobile phone: 802 141 969 | |
| Fax: 469 681 488 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |

**INVOICE - TAX DOCUMENT No. 10VF00037**

| | |
|---|---|
| Variable symbol: | 1000037 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN. | CZ3501000000788108660277 | |
| Account No. | 78-9108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 27.01.2010 | |
| Due date | 10.02.2010 | |
| Date of a taxable supply. | 27.01.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 3810x19085x2850 mm, Client: Kathy ORD , 16935 Knollview Drive , Hidden Valley Lake , CA 95467 USA | 1 ks | 17,059.91 | | 17,059.91 | 0% | 0.00 | 17,059.91 |
| transport | 1 | 6,504.00 | | 6,504.00 | 0% | 0.00 | 6,504.00 |
| Total amount | | | | 23,563.91 | | 0.00 | 23,563.91 |
| Rounding | | | | | | | 0.09 |
| TOTAL DUE | | | | | Currency  EUR | | 23,564.00 |

goods is dismantled in parts
Container: MSCU 453691-3
Total  2 colli
Brutto: 2975 kg  Netto: 2400 kg
Incoterms 2000 . DDU
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used | 26.465  CZK | 623,621.26 | 0% | | |
| Quantity | 1  EUR | 0.00 | 10% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Recipient:                                           Official stamp:

Economic and information system POHODA

**A452**

**Alukov HZ spol. s r.o.**

| | | **INVOICE - TAX DOCUMENT No. 10VF00705** | |
|---|---|---|---|

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 489
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Variable symbol: 1000705
Constant Code: 0308
Order No.: date

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

Issuing Bank: Komerční banka
SWIFT:   KOMBCZPPXXX
IBAN:   CZ3501000000788108860277
Account No.:   78-8108860277   Bank code:   0100

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 03.06.2010 | |
| Due date: | 17.06.2010 | |
| Date of a taxable supply: | 03.06.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Viva 3,734x14,834x1,167 m, Client: Alan & Pamela Ornate , 4 Scotts Laiding Rd., Southampton NJ | 1 ks | 9,335.23 | | 9,335.23 | 0% | 0.00 | 9,335.23 |
| Aluminium roofing construction , type Oceanic 5,466x10,556x1,981 m, Client: Warren Schäffel ,Edison NJ | 1 ks | 12,275.39 | | 12,275.39 | 0% | 0.00 | 12,275.39 |
| Aluminium roofing construction , type Veranda 3,336x5,640x2,540 m, Client: Supia Chu | 1 ks | 4,350.00 | | 4,350.00 | 0% | 0.00 | 4,350.00 |
| Aluminium roofing construction , type Style 4,588x6,350x2,525 m, Client: Shashi Jan , Lynnfield , MA 01940 | 1 ks | 6,129.70 | | 6,129.70 | 0% | 0.00 | 6,129.70 |
| Aluminium roofing construction , type Laguna Combi 5,112/7,214x5,613/6,223x2,30 m, Client: Sheela & Aditya Choubey | 1 ks | 15,773.75 | | 15,773.75 | 0% | 0.00 | 15,773.75 |
| transport | 1 | 3,315.00 | | 3,315.00 | 0% | 0.00 | 3,315.00 |

| Total amount | | | | 53,179.07 | | 0.00 | 53,179.07 |
|---|---|---|---|---|---|---|---|
| Rounding | | | | | | | -0.07 |
| **TOTAL DUE** | | | | **Currency EUR** | | | **53,179.00** |

goods is dismantled in parts
Container:TGHU 749047-9
Total : 160 colli
Brutto: 5450kg  Netto:  5295 kg
Incoterms 2000 : DDU
Country of origin : Czech Republic

Plnění je osvobozeno od DPH podle §68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| 03 | PARDUBICE | 119 |
|---|---|---|

109 Y 0663

Economic and information system POHODA

**A453**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF00796**

Supplier
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No. 78-8108660277    Bank code    0100

| | |
|---|---|
| Variable symbol | 1000796 |
| Constant Code. | 0308 |
| Order No | date |

Customer   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver |
|---|---|---|
| Invoice date: | 10.06.2010 | |
| Due date: | 24.06.2010 | |
| Date of a taxable supply: | 10.06.2010 | |

| Description | Q ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,844x12,849x2,235 m, Client Jennifer Hall 3324 Elm Terrace , Faux Church , UA 22042 USA | 1 ks | 14,020.50 | | 14 020.50 | 0% | 0.00 | 14,020.50 |
| Aluminium roofing construction , type Elegant 4,646x10,566x1,168 m, Client: James Griffis , 1071 Linkside Drive, Hendersonville , NC 28739 USA | 1 ks | 6,708.42 | | 6,708.42 | 0% | 0.00 | 6,708.42 |
| Transport | 1 | 3,976.00 | | 3,976.00 | 0% | 0.00 | 3,976.00 |
| Total amount | | | | 24,704.92 | | 0.00 | 24,704.92 |
| Rounding | | | | | | | 0.08 |
| **TOTAL DUE** | | | | Currency EUR | | | 24,705.00 |

goods is dismantled in parts
Container:MSKU 8172716
Total : 36 colli
Brutto : 3140/kg  Netto : 2600 kg
Incoterms 2000 : DDU
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

| Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| Foreign exchange rate used    25 51  CZK | 630 224,55 | 0% | 0,00 | 0,00 |
| Quantity    1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | 0,00 | 20% | | |

Economic and information system POHODA

**A454**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF00867**

| | |
|---|---|
| Variable symbol: | 1000867 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 16.06.2010 | |
| Due date: | 30.06.2010 | |
| Date of a taxable supply: | 16.06.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,69x12,649x2,007 m, Client: Pat Riley , Edmons WA 98026 | 1 ks | 8,077.50 | | 8,077.50 | 0% | 0.00 | 8,077.50 |
| transport | 1 | 3,464.00 | | 3,464.00 | 0% | 0.00 | 3,464.00 |
| Total amount | | | | 11,541.50 | | 0.00 | 11,541.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | Currency EUR | | | 11,542.00 |

goods is dismantled in parts
Container:PONU1281021
Total : 1 colli
Brutto: 1590 kg  Netto: 1260 kg
Incoterms 2000 : DDU Edmons , WA 98026
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.51 CZK | 294 436,42 | 0% | 0,00 | 0,00 |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

2

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| **Supplier:**<br>Alukov HZ spol. s r.o.<br>Orel 18<br>538 21 Slatiňany<br>Česko | **INVOICE - TAX DOCUMENT No. 10VF01585**<br><br>Variable symbol:          1001585<br>Constant Code:           0308<br>Order No.:          date |

Identif. number:: 64257746
Tax Identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 498
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Issuing Bank:  Komerční banka<br>SWIFT:       KOMBCZPPXXX<br>IBAN:        CZ3501000000788108660277<br>Account No.:  78-8108660277    Bank code:   0100 | **Customer:**   Identif. number:<br><br>**Pool & Spa Enclosures , LLC**<br>237 Prospect Plains Rd.<br>Monroe Township, NJ 08831<br><br>**United States** |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 16.09.2010 | |
| Due date: | 30.09.2010 | |
| Date of a taxable supply: | 16.09.2010 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type<br>Viva 2743x4160x1212 mm, Client:<br>Raymond Zenkich | 1 ks | 3,984.03 | 3,984.03 | 0% | 0.00 | 3,984.03 |
| Aluminum roofing construction , type<br>Tropea 5690x14633x1950 mm,<br>Client: George November | 1 ks | 14,468.94 | 14,468.94 | 0% | 0.00 | 14,468.94 |
| Total amount | | | 18,452.97 | | 0.00 | 18,452.97 |
| Rounding | | | | | | 0.03 |
| **TOTAL DUE** | | | | Currency EUR | | **18,453.00** |

goods is dismantled in parts
Container:KKFU 718213-7
Total : 2 colli
Brutto: 2210kg Netto: 1740kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
         j.slaninova@alukov.cz

| 03 | PARDUBICE | 110 |
|---|---|---|
| 110 | ▼ 0663 | CD |

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.85  CZK | 458 557,05 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                      Official stamp:

Economic and information system POHODA

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01619**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746
Telephone: 469 681 486
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | | 1001619 |
|---|---|---|
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 23.09.2010 | |
| Due date: | 07.10.2010 | |
| Date of a taxable supply: | 23.09.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 4724x23500x2438/2743 mm, Client: Roman | 1 ks | 27,660.20 | | 27,660.20 | 0% | 0.00 | 27,660.20 |
| Aluminium roofing construction , type Orlando d. 5m, Client: Gerry Van De Hei | 1 ks | 4,500.00 | | 4,500.00 | 0% | 0.00 | 4,500.00 |

| Total amount | | 32,160.20 | | 0.00 | 32,160.20 |
|---|---|---|---|---|---|
| Rounding | | | | | -0.20 |
| TOTAL DUE | | | Currency EUR | | 32,160.00 |

goods is dismantled in parts
Container:HLXU461145-8
Total : 9 colli
Brutto: 3190 kg  Netto:  2730 kg
Country of origin: Czech Republic

mr.Roman Karnaoukhov
606 Rockaway Street
Staten Island
NY 10307
US

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová | |
|---|---|---|
| | j.slaninova@alukov.cz | |

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.85 CZK | | 799 176,00 | 0% | | |
| Quantity: | 1 EUR | | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**A457**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01738**

| | |
|---|---|
| Variable symbol: | 1001738 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:    Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 07.10.2010 |
| Due date: | 21.10.2010 |
| Date of a taxable supply: | 07.10.2010 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 8230x16764x2743 mm, Client: Linda Coleman 1680 8th St. Hammond OR 97121 | 1 ks | 30,093.30 | | 30,093.30 | 0% | 0.00 | 30,093.30 |
| Total amount | | | | 30,093.30 | | 0.00 | 30,093.30 |
| Rounding | | | | | | | -0.30 |
| **TOTAL DUE** | | | | | Currency EUR | | **30,093.00** |

goods is dismantled in parts
Container:HLXU 460829-0
Total : 1 colli
Brutto: 2130 kg  Netto: 1750 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| | |
|---|---|
| Issuer: | Jitka Staninová |
| | j.staninova@alukov.cz |

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax +420 469 681 331
IČ: 64257746 DIČ: CZ64257746
www.alukov.cz

| | | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.61 | CZK | 740 588,73 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0.00 | 0,00 |
| | | | 0,00 | 20% | 0.00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A458**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01544**

| | |
|---|---|
| Variable symbol: | 1001544 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746
Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT | KOMBCZPPXXX | |
| IBAN | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code:  0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 10.09.2010 | |
| Due date: | 24.09.2010 | |
| Date of a taxable supply: | 10.09.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Veranda 3266x5393x3048 mm, Client: Bill Wenger | 1 xs | 5 640.00 | | 5,640.00 | 0% | 0.00 | 5,640.00 |
| Aluminium roofing construction , type Veranda 3855x6922x3353 mm, Client Stanley Tylecki | 1 xs | 8,318.00 | | 8,318.00 | 0% | 0.00 | 8,318.00 |
| Aluminum roofing construction , type Imperia 4724x2948x1155 mm, Client Kca & Cynthia Hollingsworth | 1 xs | 3,991.70 | | 3,991.70 | 0% | 0.00 | 3,991.70 |
| Parts aluminium construction - door, Client: Galecki | 1 xs | 280.00 | | 280.00 | 0% | 0.00 | 280.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 18,229.70 | | 0.00 | 18,229.70 |
| Rounding | | | | | | | 0.30 |
| TOTAL DUE | | | | Currency EUR | | | 18,230.00 |

goods is dismantled in parts
Container:KKFU 732809-4
Total : 38 colli
Brutto : 2154 kg  Netto: 1730 kg
Country of origin: Czech Republic

[03]  PARDUBICE  11

[110]  Ý  0683

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | %VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.86 CZK | 453 015,50 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0.00 | 0.00 |
| | | 0,00 | 20% | 0.00 | 0.00 |

Economic and information system POHODA

**A459**

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| Supplier: | |
| **Alukov HZ spol. s r.o.** | |
| Orel 1B | |
| 538 21 Slatiňany | |
| Česko | |

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka | | |
|---|---|---|---|
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

**INVOICE - TAX DOCUMENT No. 10VF01899**

| | | |
|---|---|---|
| Variable symbol: | | 1001899 |
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 01.11.2010 | |
| Due date: | 15.11.2010 | |
| Date of a taxable supply: | 01.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 4191x8458x2311 mm, Client: Mr.Charles Kotal,11268 Walker Rd.,Mount Vernon W 98273 | 1 ks | 7,610.00 | | 7,610.00 | 0% | 0.00 | 7,610.00 |
| | | | | | | | |
| Total amount | | | | 7,610.00 | | 0.00 | 7,610.00 |
| **TOTAL DUE** | | | | | Currency EUR | | 7,610.00 |

goods is dismantled in parts
Container:INKU 263145-6
Total : 9 colli
Brutto: 1240 kg  Netto:  940 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreiqner exchange rate used: | 24,605  CZK | 187 244,05 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                      Official stamp:

Economic and information system POHODA

**A460**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01938**

| | |
|---|---|
| Variable symbol: | 1001938 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Statiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277      Bank code:   0100 |

Receiver:

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 04.11.2010 |
| Due date: | 18.11.2010 |
| Date of a taxable supply: | 04.11.2010 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea 6731x14834x2311 mm, Client: Alex Korkishko 4505 So Roger drive Salt Lake City UT 84142 USA | 1 ks | 18,176.40 | | 18,176.40 | 0% | 0.00 | 18,176.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total amount | | | | 18,176.40 | 0.00 | 18,176.40 |
| Rounding | | | | | | -0.40 |
| TOTAL DUE | | | | Currency  EUR | | 18,176.00 |

goods is dismantled in parts
Container:MSCU 941640-1
Total : 1 colli
Brutto: 2580 kg  Netto: 2210 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605 | CZK | 447 220,48 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A461**



Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 10VF01943**

| | |
|---|---|
| Supplier: | Variable symbol: 1001943 |
| **Alukov HZ spol. s r.o.** | Constant Code: 0308 |
| **Orel 18** | Order No.: date |
| **538 21 Slatiňany** | |
| **Česko** | |

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | |
|---|---|
| Issuing Bank: Komerční banka | |
| SWIFT: KOMBCZPPXXX | |
| IBAN: CZ3501000000788108660277 | |
| Account No.: 78-8108660277     Bank code:   0100 | |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 05.11.2010 |
| Due date: | 19.11.2010 |
| Date of a taxable supply: | 05.11.2010 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Sunhouse, Client: Lynn Soave | 1 ks | 5,200.00 | | 5,200.00 | 0% | 0.00 | 5,200.00 |
| Aluminium roofing construction , type Laguna 5486x10566x2311 mm, Client: Cole Harper | 1 ks | 10,991.16 | | 10,991.16 | 0% | 0.00 | 10,991.16 |
| | | | | | | | |
| Total amount | | | | 16,191.16 | | 0.00 | 16,191.16 |
| Rounding | | | | | | | -0.16 |
| **TOTAL DUE** | | | | | Currency EUR | | **16,191.00** |

goods is dismantled in parts
Container:KKFU 750551-7
Total : 2 colli
Brutto: 1730 kg  Netto:  1280 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
            j.slaninova@alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605  CZK | 398 379.56 | 0% | | |
| Quantity: | 1  EUR | 0.00 | 10% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Recipient:                                          Official stamp

Economic and information system POHODA

**A462**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01989**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1001989 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 12.11.2010 |
| Due date: | 26.11.2010 |
| Date of a taxable supply: | 12.11.2010 |

Receiver:

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type | 1 ks | 39,919.83 | 39,919.83 | 0% | 0.00 | 39,919.83 |
| Laguna Grande | | | | | | |
| 8534/9271x17069/4927x2997mm, | | | | | | |
| Client: Dmitry Shvartsman | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 39,919.83 | 0.00 | 39,919.83 |
| Rounding | | | | | 0.17 |
| **TOTAL DUE** | | | | Currency EUR | **39,920.00** |

goods is dismantled in parts
Container:KKFU 755512-2
Total : 192 colli
Brutto: 4125 kg  Netto:  4080 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
           j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605  CZK | 982 231,60 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A463**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF01991**

| | |
|---|---|
| Variable symbol: | 1001991 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 12.11.2010 |
| Due date: | 26.11.2010 |
| Date of a taxable supply: | 12.11.2010 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna Grande 8458x14834x2743 mm, Client: Gerry Shapiro | 1 ks | 32,833.67 | | 32,833.67 | 0% | 0.00 | 32,833.67 |
| Total amount | | | | 32,833.67 | | 0.00 | 32,833.67 |
| Rounding | | | | | | | 0.33 |
| TOTAL DUE | | | | | Currency EUR | | 32,834.00 |

goods is dismantled in parts
Container: TRLU 641289-3
Total : 1 colli
Brutto: 3740 kg  Netto: 3350 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.605  CZK | 807 880,57 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:   Official stamp:

Economic and information system POHODA

**A464**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF02008**

Supplier
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1002008 |
| Constant Code: | 0308 |
| Order No.. | date |

Identf. number:: 04257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code.   0100 |

**United States**

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 18.11.2010 |
| Due date: | 02.12.2010 |
| Date of a taxable supply: | 18.11.2010 |

Receiver.

| Description | Q'ty | Unit price | Discount | Pnce | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hlinikové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Universe 9916x12040x2311 mm, Client: Paul Nolan 1264 Jones Rd. Ilion NY 13357 USA | 1 ks | 9,450 00 | | 9,450.00 | 0% | 0.00 | 9,450 00 |
| Total amount TOTAL DUE | | | | 9,450.00 | Currency EUR | 0.00 | 9,450 00 9,450,00 |

goods is dismantled in parts
Container: HMCU 900052-9
Total : 1 colli
Brutto: 1385 kg  Netto: 1050 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.605  CZK | 232 617,25 | 0% | | |
| Qvantity | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient

Official stamp:

Economic and Information system POHODA

**A465**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 10VF02010**

| Supplier | | |
|---|---|---|
| Alukov HZ spol. s r.o. | Variable symbol: | 1002010 |
| Orel 18 | Constant Code: | 0308 |
| 538 21 Slatiňany | Order No.: | date |
| Česko | | |

Ident. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Customer | Identif. number: |
|---|---|
| | Pool & Spa Enclosures , LLC |
| | 237 Prospect Plains Rd. |
| | Monroe Township, NJ 08831 |
| | |
| | **United States** |

| Issuing Bank: | Komerční banka | | |
|---|---|---|---|
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No. | 78-8108660277 | Bank code: | 0100 |

| Payment: | | payment order | Receiver. |
|---|---|---|---|
| Invoice date: | | 18.11.2010 | |
| Due date: | | 02.12.2010 | |
| Date of a taxable supply: | | 18.11.2010 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Orlando 4m, Client: Allan Wolgowitz | 1 ks | 3,100.00 | | 3,100.00 | 0% | 0.00 | 3,100.00 |
| Alumisium roofing construction , type Universe Progres 6242x12648x2200 mm, Client: Paresh Patel | 1 ks | 9,179.50 | | 9,179.50 | 0% | 0.00 | 9,179.50 |
| | | | | | | | |
| Total amount | | | | 12.279.50 | | 0.00 | 12,279.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | | Currency EUR | | 12,280.00 |

goods is dismantled in parts
Container: EMCU 943362-6
Total : 2 colli
Brutto: 2150 kg  Netto: 1630 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle §66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer | Jitka Slaninová | | |
|---|---|---|---|
| | j.slaninova@alukov.cz | | |

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used | 24.605  CZK | 302 149,40 | 0% | | |
| Quantity | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient

Official stamp:

Economic and Information system POHODA

**A466**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No: 11VF00026**

| | |
|---|---|
| Variable symbol: | 1100026 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identify: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 25.01.2011 | |
| Due date: | 08.02.2011 | |
| Date of a taxable supply: | 25.01.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6731x14634x2743 mm, Client: Richard Jolly | 1 ks | 17,817.84 | | 17,817.84 | 0% | 0.00 | 17,817.84 |
| Total amount | | | | 17,817.84 | | 0.00 | 17,817.84 |
| Rounding | | | | | | | 0.16 |
| TOTAL DUE | | | | | Currency EUR | | 17,818.00 |

goods is dismantled in parts
1 colli
Container: TOLU 477243-1
Brutto: 2665 kg  Netto: 2160 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.08  CZK | 446 910,08 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and Information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00052**

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| | |
|---|---|
| Variable symbol: | 1100052 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 03.02.2011 | |
| Due date: | 17.02.2011 | |
| Date of a taxable supply: | 03.02.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Universe 5731x14834x2311 mm, Client: Dave Lauck | 1 ks | 12,881.43 | | 12,881.43 | 0% | 0.00 | 12,881.43 |
| Total amount | | | | 12,881.43 | | 0.00 | 12,881.43 |
| Rounding | | | | | | | -0.43 |
| TOTAL DUE | | | | | Currency EUR | | 12,881.00 |

goods is dismantled in parts
1 colli
Container: GATU 843382-9
Brutto: 1935 kg  Netto: 1555 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420-469 681 488  fax: +420-469 681 321
IČ-64257746  DIČ  CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23  CZK | 312 106,83 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**A468**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00059**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Variable symbol: | 1100059 |
|---|---|
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 03.02.2011 | |
| Due date: | 17.02.2011 | |
| Date of a taxable supply: | 03.02.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 17,704.55 | | 17,704.55 | 0% | 0.00 | 17,704.55 |
| Laguna 6502x14834x2311 mm, | | | | | | | |
| Client: Hannah Jones | | | | | | | |
| Total amount | | | | 17,704.55 | | 0.00 | 17,704.55 |
| Rounding | | | | | | | 0.45 |
| TOTAL DUE | | | | Currency EUR | | | 17,705.00 |

goods is dismantled in parts
1 colli
Container: TRIU983327-4
Brutto: 2350 kg  Netto: 1985 kg
Country of origin: Czech Republic

Plněni je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23  CZK | 428 992,15 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                                    Official stamp:

Economic and information system POHODA

**A469**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF00098**

| Supplier | |
|---|---|
| Alukov HZ spol. s r.o. | |
| Orel 18 | |
| 53B 21 Slatiňany | |
| Česko | |

| | |
|---|---|
| Variable symbol: | 1100098 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 468
Mobile phone: 602 141 989
Fax: 469 681 468
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd,
Monroe Township, NJ 08831

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

**United States**

| Payment: | | payment order | Receiver: |
|---|---|---|---|
| Invoice date: | 24.02.2011 | | |
| Due date: | 10.03.2011 | | |
| Date of a taxable supply: | 24.02.2011 | | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 5969x10566x2311 mm, Client: Curtis & Denise Rogers | 1 ks | 10,660.33 | | 10,660.33 | 0% | 0.00 | 10,660.33 |

| Total amount | | | | 10,660.33 | | 0.00 | 10,660.33 |
|---|---|---|---|---|---|---|---|
| Rounding | | | | | | | -0.33 |
| TOTAL DUE | | | | | Currency EUR | | 10,660.00 |

goods is dismantled in parts
1 colli
Container: TRLU614912-7
Brutto: 1255 kg  Netto: 960 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23 | CZK | 258 291,80 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and Information system POHODA

**A470**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00096**

Supplier
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1100096 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer.   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

United States

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 24.02.2011 |
| Due date: | 10.03.2011 |
| Date of a taxable supply: | 24.02.2011 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you Aluminium roofing construction , type Laguna 6223x12849x2311 mm, Client: Tisch Charelle | 1 ks | 13,243.00 | | 13,243.00 | 0% | 0.00 | 13,243.00 |

| | | | Price | | VAT | Total |
|---|---|---|---|---|---|---|
| Total amount **TOTAL DUE** | | | 13,243.00 | Currency **EUR** | 0.00 | 13,243.00 **13,243.00** |

goods is dismantled in parts
1 colll
Container: SUDU 571607-0
Brutto: 1470 kg  Netto: 1150 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.23 | CZK | 320 877,89 | 0% | 0,00 | 0,00 |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient.

Official stamp:

Economic and information system POHODA

**A471**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00114**

| | |
|---|---|
| Variable symbol: | 1100114 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd,**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108860277 | |
| Account No.: | 78-8108860277 | Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 03.03.2011 | |
| Due date: | 17.03.2011 | |
| Date of a taxable supply: | 03.03.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you<br>Aluminum roofing construction , type<br>Universe 6223x14834x2184 mm,<br>Client: Larry Brown | 1 ks | 14,073.57 | | 14,073.57 | 0% | 0.00 | 14,073.57 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 14,073.57 | 0.00 | 14,073.57 |
| Rounding | | | | 0.43 |
| TOTAL DUE | | Currency **EUR** | | **14,074.00** |

goods is dismantled in parts
1 colli
Container: MSCU 798663-7
Brutto: 2010 kg  Netto: 1705 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35  CZK | 342 701,90 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                     Official stamp:

Economic and information system POHODA

**A472**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF00180**

| | |
|---|---|
| Variable symbol: | 1100180 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiñany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 881 488
Mobile phone: 602 141 969
Fax: 469 881 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 17.03.2011 | |
| Due date: | 31.03.2011 | |
| Date of a taxable supply: | 17.03.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 17,257.34 | | 17,257.34 | 0% | 0.00 | 17,257.34 |
| Laguna 6223x14834x2642 mm, | | | | | | | |
| Client: Joe Araujo | | | | | | | |
| Total amount | | | | 17,257.34 | | 0.00 | 17,257.34 |
| Rounding | | | | | | | -0.34 |
| **TOTAL DUE** | | | | Currency  **EUR** | | | **17,257.00** |

goods is dismentled in parts
1 colli
Container: HLXU 564598-2
Brutto: 1645 kg  Netto: 1325 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35  CZK | 420 207,95 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00223**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | 1100223 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
| Invoice date: | 23.03.2011 |
| Due date: | 06.04.2011 |
| Date of a taxable supply: | 23.03.2011 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Viva 2.076x12.295x0.914 m, Client: John De Neutville | 1 ks | 5,643.00 | | 5,643.00 | 0% | 0.00 | 5,643.00 |
| Aluminium roofing construction , type Universa 5.231x10.665x2000 m, Client: Tony Vigna | 1 ks | 7,294.20 | | 7,294.20 | 0% | 0.00 | 7,294.20 |

| Total amount | | 12,937.20 | | 0.00 | 12,937.20 |
| Rounding | | | | | -0.20 |
| TOTAL DUE | | | Currency EUR | | 12,937.00 |

goods is dismantled in parts
2 colli
Container: EISU994505-5
Brutto: 1873 kg  Netto: 1460 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

Recapitulation in CZK:

| Foreigner exchange rate used: | 24.35 | CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Quantity: | 1 | EUR | 315 015,95 | 0% | | |
| | | | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and Information system POHODA

**A474**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00225**

| | |
|---|---|
| Variable symbol: | 1100225 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:  Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:  0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 24.03.2011 | |
| Due date: | 07.04.2011 | |
| Date of a taxable supply: | 24.03.2011 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Orlando d 4,00 m, Client:  Dave Scholler | 1 ks | 3,100.00 | 3,100.00 | 0% | 0.00 | 3,100.00 |
| Aluminium roofing construction , type Universe V 6,242x12,648x2,200 m, Client: Joe Perez | 1 ks | 8,190.00 | 8,190.00 | 0% | 0.00 | 8,190.00 |
| **Total amount** **TOTAL DUE** | | | **11,290.00**   Currency EUR | | **0.00** | **11,290.00** **11,290.00** |

goods is dismantled in parts
2 colli
Container: GESU 6204388
Brutto: 2100 kg  Netto: 1650 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz
ALUKOV HZ spol. s r.o.
Orel 18  533 21 Slatiňany
tel. +420 469 681 250, fax. +420 469 681 321
IČ: 64257746  DIČ: Z64257746
www.alukov.cz
Recapitulation in CZK

| | | | Tax base In CZK | % VAT | VAT in CZK | Total In CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.35 | CZK | 274 911,60 | 0% | 0,00 | 0,00 |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

03  PARDUBICE  057

057  ₴  0663  CLO

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00301**

| Supplier: | | Variable symbol: | | 1100301 |
| Alukov HZ spol. s r.o. | | Constant Code: | | 0308 |
| Orel 1B | | Order No.: | date | |
| 538 21 Slatiňany | | | | |
| Česko | | | | |

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| Payment: | payment order | Receiver: |
| Invoice date: | 04.04.2011 | |
| Due date: | 18.04.2011 | |
| Date of a taxable supply: | 04.04.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 5969x12675x2743 mm, Client: Greg Wilson | 1 ks | 14,082.82 | | 14,082.82 | 0% | 0.00 | 14,082.82 |

| Total amount | | 14,082.82 | | 0.00 | 14,082.82 |
| Rounding | | | | | 0.18 |
| **TOTAL DUE** | | | Currency EUR | | **14,083.00** |

goods is dismanted in parts
3 colli
Container: HLXU565842-3
Brutto: 1947 kg  Netto: 1625 kg
Country of origin: Czech Republic
INCOTERMS 2000: FCA Orel

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 1B, ...
tel: +420 469 681 488, ...
IC: 64257746 ...
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.54  CZK | 345 596,82 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient,

Official stamp:

Economic and Information system POHODA

**A476**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF00799**

| | |
|---|---|
| Variable symbol: | 1100799 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

Issuing Bank:  Komerční banka
SWIFT:        KOMBCZPPXXX
IBAN:         CZ3501000000788108860277
Account No.:  78-8108860277        Bank code:   0100

| | | Receiver: |
|---|---|---|
| Payment: | payment order | |
| Invoice date: | 02.06.2011 | |
| Due date: | 16.06.2011 | |
| Date of a taxable supply: | 02.06.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Style 7214x16959x2743 mm, Client: Steve Jones | 1 ks | 33,547.91 | | 33,547.91 | 0% | 0.00 | 33,547.91 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 33,547.91 | 0.00 | 33,547.91 |
| Rounding | | | | 0.09 |
| TOTAL DUE | | Currency EUR | | 33,548.00 |

goods is dismantled in parts
71 colli
Container: SUDU 655809-3
Brutto: 3395 kg  Netto: 3380 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used: | 24.54   CZK | 823 267,92 | 0% | | |
| Quantity: | 1   EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                              Official stamp:

Economic and information system POHODA

**A477**

Alukov HZ spol. s r.o.

# INVOICE - TAX DOCUMENT No. 11VF01025

| | |
|---|---|
| Supplier: | Variable symbol: 1101025 |
| Alukov HZ spol. s r.o. | Constant Code: 0308 |
| Orel 18 | Order No.: date |
| 538 21 Slatiňany | |
| Česko | Customer: Identif. number: |
| | |
| Identif. number:: 64257746 | |
| Tax identity: CZ64257746 | Pool & Spa Enclosures , LLC |
| | 237 Prospect Plains Rd. |
| Telephone: 469 681 488 | Monroe Township, NJ 08831 |
| Mobile phone: 602 141 969 | |
| Fax: 469 681 488 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |

| Issuing Bank: | Komerční banka | United States |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277    Bank code: 0100 | |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 22.06.2011 | |
| Due date: | 06.07.2011 | |
| Date of a taxable supply: | 22.06.2011 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Universe combi 2743/4216x15800x1925 mm, Client: Martin Schneider | 1 ks | 8,305.61 | 8,305.61 | 0% | 0.00 | 8,305.61 |
| Aluminium roofing construction , type Universe III 5232x8360x2007 mm, Client: Seaglass Pools | 1 ks | 6,000.00 | 6,000.00 | 0% | 0.00 | 6,000.00 |

| Total amount | | | 14,305.61 | | 0.00 | 14,305.61 |
|---|---|---|---|---|---|---|
| Rounding | | | | | | 0.39 |
| TOTAL DUE | | | | Currency EUR | | 14,306.00 |

goods is dismantled in parts
2 colli
Container: KLFU181767-7
Brutto: 2270 kg  Netto: 1810 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746  DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.54  CZK | 351 069,24 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF01537**

| | |
|---|---|
| Supplier: | Variable symbol:     1101537 |
| Alukov HZ spol. s r.o. | Constant Code:     0308 |
| Orel 18 | Order No.:     date |
| 538 21 Slatiňany | |
| Česko | |

Identif. number:: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:  Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank:   Komerční banka | |
| SWIFT:     KOMBCZPPXXX | |
| IBAN:     CZ3601000000788108660277 | |
| Account No.:   78-8108660277    Bank code:   0100 | |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 04.08.2011 | |
| Due date: | 18.08.2011 | |
| Date of a taxable supply: | 04.08.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 5232x14834x2642 mm, Client: Steve Lappenga | 1 ks | 17,535.69 | | 17,535.69 | 0% | 0.00 | 17,535.69 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 17,535.69 | | 0.00 | 17,535.69 |
| Rounding | | | | | | | 0.31 |
| TOTAL DUE | | | | | Currency EUR | | 17,536.00 |

goods is dismantled in parts
1 colli
Container: TOLU477860-9
Brutto: 1885 kg  Netto: 1605 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o daní z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
             j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.19  CZK | 424 195,84 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF02033**

| Supplier: | | |
|---|---|---|
| Alukov HZ spol. s r.o. | | |
| Orel 18 | | |
| 538 21 Slatiňany | | |
| Česko | | |

| Variable symbol: | 1102033 |
|---|---|
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 486
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 21.10.2011 | |
| Due date: | 04.11.2011 | |
| Date of a taxable supply: | 21.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Viva 2642x5029 mm, Client: Borge Steinsvik | 1 ks | 3,027.50 | | 3,027.50 | 0% | 0.00 | 3,027.50 |
| Aluminium roofing construction , type Tropea 6400x14660x2285 mm, Client: T.W.Shih | 1 ks | 16,114.95 | | 16,114.95 | 0% | 0.00 | 16,114.95 |

| Total amount | 19,142.45 | 0.00 | 19,142.45 |
|---|---|---|---|
| Rounding | | | -0.45 |
| **TOTAL DUE** | | **Currency EUR** | **19,142.00** |

goods is dismantled in parts
colli: 2
Container: TCKU974961-8
Brutto: 2380 kg  Netto: 1935 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755  CZK | 473 860,21 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

| Recipient: | Official stamp: |
|---|---|

Economic and information system POHODA

**A480**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 11VF01998**

| | |
|---|---|
| Supplier. | Variable symbol: 1101998 |
| Alukov HZ spol. s r.o. | Constant Code: 0308 |
| Orel 18 | Order No.: date |
| 538 21 Slatiňany | |
| Česko | |

Identif. number:: 64257746
Tax identity: CZ64257746

Customer: Identif. number:

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Issuing Bank: Komerční banka | |
| SWIFT: KOMBCZPPXXX | |
| IBAN: CZ3601000000788108660277 | |
| Account No.: 78-8108660277 Bank code: 0100 | |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 18.10.2011 | |
| Due date; | 01.11.2011 | |
| Date of a taxable supply: | 18.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníková konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type universe + Venezia 7575x14388x3352 mm, Client: Domenic Gaziano | 1 ks | 21,691.60 | | 21,691.60 | 0% | 0.00 | 21,691.60 |
| Aluminium roofing construction , type Orlando d.4,00 m, Client: Anatoly Naret | 1 ks | 3,420.00 | | 3,420.00 | 0% | 0.00 | 3,420.00 |
| Total amount | | | | 25,111.60 | | 0.00 | 25,111.60 |
| Rounding | | | | | | | 0.40 |
| TOTAL DUE | | | | | Currency EUR | | 25,112.00 |

goods is dismantled in parts
coll: 82
Container: OOLU8858879
Brutto: 2890 kg Netto: 2715 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer: Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755 CZK | 621 647,56 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF02094**

| | |
|---|---|
| Variable symbol: | 1102094 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:  Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 31.10.2011 | |
| Due date: | 14.11.2011 | |
| Date of a taxable supply: | 31.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7468x14732x2691 mm, Client  Shaul Kopelowitz | 1 ks | 16,548.23 | | 16,548.23 | 0% | 0.00 | 16,548.23 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 16,548.23 | 0.00 | 16,548.23 |
| Rounding | | | | -0.23 |
| TOTAL DUE | | | Currency EUR | 16,548.00 |

goods is dismantled in parts
colli: 54
Container: OOLU 837396-5
Brutto: 2425 kg  Netto: 2060 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně

Issuer:     Jitka Staninová
            j.staninova@alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755 | CZK | 409 845,74 | 0% | | |
| Quantity: | 1 | EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system PQHODA

**A482**

**Alukov HZ spol. s r.o.**                         **INVOICE - TAX DOCUMENT No. 11VF02059**

| Supplier: | | Variable symbol: | | 1102059 |
|---|---|---|---|---|
| **Alukov HZ spol. s r.o.** | | Constant Code: | | 0308 |
| **Orel 18** | | Order No.: | date | |
| **538 21 Slatiňany** | | | | |
| **Česko** | | | | |

| | |
|---|---|
| Identif. number:: 64257746 | Customer:   Identif. number: |
| Tax Identity: CZ64257746 | |
| | **Pool & Spa Enclosures , LLC** |
| Telephone: 469 681 488 | **237 Prospect Plains Rd.** |
| Mobile phone: 602 141 969 | **Monroe Township, NJ 08831** |
| Fax: 469 681 488 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |
| | **United States** |

| Issuing Bank: Komerční banka | |
|---|---|
| SWIFT: KOMBCZPPXXX | |
| IBAN: CZ3501000000788108660277 | |
| Account No.: 78-8108660277   Bank code: 0100 | |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 27.10.2011 | |
| Due date: | 10.11.2011 | |
| Date of a taxable supply: | 27.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Tropea/Laguna 6731x14660 mm, Client: Mary Jane Powell | 1 ks | 20,228.02 | | 20,228.02 | 0% | 0.00 | 20,228.02 |
| | | | | | | | |
| Total amount | | | | 20,228.02 | | 0.00 | 20,228.02 |
| Rounding | | | | | | | -0.02 |
| TOTAL DUE | | | | Currency EUR | | | 20,228.00 |

goods is dismantled in parts
colli: 101
Container: OOLU803305-5
Brutto: 1685 kg  Netto: 1670 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová | |
|---|---|---|
| | j.slaninova@alukov.cz | |

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.755 CZK | 500 744,14 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

| Recipient: | Official stamp: |
|---|---|

Economic and information system POHODA

**A483**

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| **INVOICE - TAX DOCUMENT No. 11VF02170** | |

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| | |
|---|---|
| Variable symbol: | 1102170 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.11.2011 | |
| Due date: | 21.11.2011 | |
| Date of a taxable supply: | 07.11.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe V 6242x12648x2288 mm, Client: Annette McCarty | 1 ks | 8,190.00 | | 8,190.00 | 0% | 0.00 | 8,190.00 |
| Total amount | | | | 8,190.00 | | 0.00 | 8,190.00 |
| **TOTAL DUE** | | | | | Currency EUR | | **8,190.00** |

goods is dismantled in parts
colli: 1
Container: OOLU 933371-4
Brutto: 1665 kg  Netto: 1325 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.8  CZK | 203 112,00 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                        Official stamp:

Economic and information system POHODA

**A484**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF02000**

| | |
|---|---|
| Variable symbol: | 1102000 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number:: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488,
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 18.10.2011 | |
| Due date: | 01.11.2011 | |
| Date of a taxable supply: | 18.10.2011 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7925x12560x2485 mm, Client: Jen Stelnman | 1 ks | 15,618.87 | | 15,618.87 | 0% | 0.00 | 15,618.87 |
| Aluminium roofing construction , type Orlando d,4,00 m, Client: Bill Levesque | 1 ks | 3,420.00 | | 3,420.00 | 0% | 0.00 | 3,420.00 |

| | | |
|---|---|---|
| Total amount | 19,038.87 | 0.00   19,038.87 |
| Rounding | | 0.13 |
| TOTAL DUE | Currency EUR | 19,039.00 |

goods is dismantled in parts
2 colli
Container: OOLU 809121-5
Brutto: 2655 kg  Netto: 2105 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

| Issuer: | Jitka Slaninová |
|---|---|
| | j.slaninova@alukov.cz |

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746, DIČ: CZ64257746
www.alukov.cz

| | | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.785 | CZK | 471 310.45 | 0% | | |
| Quantity: | 1 | EUR | 0.00 | 10% | 0,00 | 0,00 |
| | | | 0.00 | 20% | 0,00 | 0,00 |

Recipient:                                        Official stamp:

Economic and information system POHODA

**A485**

Case 2:09-cv-00013-TS   Document 172-2   Filed 10/25/13   Page 45 of 45

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 11VF02168**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

| | |
|---|---|
| Variable symbol: | 1102168 |
| Constant Code: | 0308 |
| Order No.: | date |

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 486
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | | | |
|---|---|---|---|
| Issuing Bank: | Komerční banka | | |
| SWIFT: | KOMBCZPPXXX | | |
| IBAN: | CZ3501000000788108660277 | | |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 07.11.2011 | |
| Due date: | 21.11.2011 | |
| Date of a taxable supply: | 07.11.2011 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | |
| We invoice you<br>Aluminium roofing construction , type<br>Universe 8181x20067x2845 mm,<br>Cilent: Hannah Kazak | 1 ks | 30,541.18 | 30,541.18 | 0% | 0.00 | 30,541.18 |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 30,541.18 | 0.00 | 30,541.18 |
| Rounding | | | | | -0.18 |
| **TOTAL DUE** | | | | Currency EUR | **30,541.00** |

goods is dismantled in parts
coli: 143
Container: TCKU985512-1
Brutto: 3485 kg  Netto: 3450 kg
Country of origin: Czech Republic

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Staninová
j.staninova@alukov.cz

ALUKOS HZ spol. s r.o.
Orel 18
tel. +420 469 6... ... 538 21 Slatiňany
IČ: 64257... ... DIČ: CZ64257746
... ...

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreignan exchange rate used. | 24.8  CZK | 757 416,80 | 0% | 0,00 | 0,00 |
| Quantity: | 1  EUR | 0,00 | 10% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A486**

# Exhibit HHb

Defendants' invoices December 2011 to January 2013

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00213**

| | |
|---|---|
| Variable symbol: | 1200213 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | | Receiver: |
|---|---|---|---|
| Invoice date: | | 29.03.2012 | |
| Due date: | | 12.04.2012 | |
| Date of a taxable supply: | | 29.03.2012 | |

| Description | Q'ty | Unit price Discount | | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Style Grande 7698x16079x2692 mm, Client: Dale Harkins | 1 ks | 28,624.51 | | 28,624.51 | 0% | 0.00 | 28,624.51 |

| | | | Price | VAT | Total |
|---|---|---|---|---|---|
| Total amount | | | 28,624.51 | 0.00 | 28,624.51 |
| Rounding | | | | | 0.49 |
| TOTAL DUE | | | Currency EUR | | 28,625.00 |

goods is dismantled in parts
coli: 66

Brutto: 1479 kg  Netto: 1475 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Tuscola , TX 79562 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
IČO: 469 651 488, fax: +420 469 681 321
IČ: 643 57 746  DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.84  CZK | 711 045.00 | 0% | | 0.00 |
| Quantity: | 1  EUR | 0.00 | 14% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A488**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 12VF00285**

| | |
|---|---|
| Variable symbol: | 1200285 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 84257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000078810866 0277
Account No.: 78-8108660277     Bank code: 0100

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 12.04.2012 |
| Due date: | 26.04.2012 |
| Date of a taxable supply: | 12.04.2012 |

Receiver:

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 3250x6420 mm, Client: Scott Richarson | 1 ks | 2,187.44 | | 2,187.44 | 0% | 0.00 | 2,187.44 |
| Aluminium roofing construction , type Universe 5569x12646x2000 mm, Client: Harold Fehlberg | 1 ks | 7,900.00 | | 7,900.00 | 0% | 0.00 | 7,900.00 |

| | | | |
|---|---|---|---|
| Total amount | | 10,087.44 | 0.00 | 10,087.44 |
| Rounding | | | | -0.44 |
| TOTAL DUE | | Currency EUR | | 10,087.00 |

goods is dismantled in parts
colli: 2
Container: CBHU827136-1
Brutto: 2107 kg  Netto: 1584 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:     Jitka Slaninová
j.slaninova@alukov.cz

Foreigner exchange rate used:

Quantity: 1 EUR

| | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|
| | 249 451,51 | 0% | | |
| | 0,00 | 14% | 0,00 | 0,00 |
| | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A489**

**Alukov HZ spol. s r.o.**                                    **INVOICE - TAX DOCUMENT No. 12VF00287**

| Supplier: | Variable symbol: | 1200287 |
| | Constant Code: | 0308 |

Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Order No.:                                    date

Identif. number: 64257746
Tax Identify: CZ64257746

Customer:   Identif. number:

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

**United States**

| Payment: | | payment order | Receiver: |
| Invoice date: | 12.04.2012 |
| Due date: | 26.04.2012 |
| Date of a taxable supply: | 12.04.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5231x10715x2250 mm, Client: Michael Jarvis | 1 ks | 6,450.00 | | 6,450.00 | 0% | 0.00 | 6,450.00 |
| Aluminium roofing construction , type Spa Sunhouse 4000x6000x2300 mm, Client: Andrew Combs | 1 ks | 5,684.00 | | 5,684.00 | 0% | 0.00 | 5,684.00 |

| Total amount | | 12,134.00 | 0.00 | 12,134.00 |
| **TOTAL DUE** | | | **Currency EUR** | **12,134.00** |

goods is dismantled in parts
colli: 2
Container: CBHU800449-4
Brutto: 1877 kg  Netto: 1370 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
          j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 681 32'
IČ: +420 51 20 9 DIČ: CZ6425 7740
e-mail: alukov@alukov.cz

| | | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.73  CZK | | 300 073,82 | 0% | | |
| Quantity: | 1  EUR | | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**A490**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00345**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank:   Komerční banka
SWIFT:          KOMBCZPPXXX
IBAN:           CZ3501000000788108660277
Account No.:    78-8108660277        Bank code:    0100

| | |
|---|---|
| Variable symbol: | 1200345 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 19.04.2012 | |
| Due date: | 03.05.2012 | |
| Date of a taxable supply: | 19.04.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Orlando large d.5,00 m, Client: Susan Weaver | 1 ks | 4,940.00 | | 4,940.00 | 0% | 0.00 | 4,940.00 |
| Aluminium roofing construction , type Universe Grande 8992x14834x3000 mm, Client: Michelle Knedler | 1 ks | 30,500.07 | | 30,500.07 | 0% | 0.00 | 30,500.07 |

| Total amount | | | | 35,440.07 | | 0.00 | 35,440.07 |
|---|---|---|---|---|---|---|---|
| Rounding | | | | | | | -0.07 |
| **TOTAL DUE** | | | | | Currency **EUR** | | 35,440.00 |

goods is dismantled in parts
coili: 104
Container: GVCU 513669-8
Brutto: 3523 kg  Netto: 3310 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 168  fax: +420 469 681 321
IČ: 64257746  DIČ: CZ64257746
www.alukov.cz

| Foreigner exchange rate used: | 24.73 CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Quantity: | 7 EUR | 876 431,20 | 0% | 0,00 | 0,00 |
| | | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                     Official stamp:

Economic and information system POHODA

**A491**

Alukov HZ spol. s r.o.

**INVOICE - TAX DOCUMENT No. 12VF00888**

| | |
|---|---|
| Variable symbol: | 1200888 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
**Alukov HZ spol. s r.o.**
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 989
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 14.08.2012 | |
| Due date: | 28.08.2012 | |
| Date of a taxable supply: | 14.08.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 6246x14834x2285 mm, Client: Rose Wagner | 1 ks | 9,450.00 | | 9,450.00 | 0% | 0.00 | 9,450.00 |

| | | | | |
|---|---|---|---|---|
| Total amount | | 9,450.00 | 0.00 | 9,450.00 |
| **TOTAL DUE** | | | Currency EUR | **9,450.00** |

goods is dismantled in parts
colli: 1
Container: KKFU757887-4
Brutto: 1871 kg  Netto: 1570 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Milford,OH 45150

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.695  CZK | 242 817,75 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF00990**

| | |
|---|---|
| Variable symbol: | 1200990 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

Issuing Bank: Komerční banka
SWIFT: KOMBCZPPXXX
IBAN: CZ3501000000788108660277
Account No.: 78-8108660277    Bank code: 0100

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 21.06.2012 | |
| Due date: | 05.07.2012 | |
| Date of a taxable supply: | 21.06.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - *v rozloženém stavu* | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 7214x17069x2743 mm, Client: Mike & Ellen Lebo | 1 ks | 22,922.50 | | 22,922.50 | 0% | 0.00 | 22,922.50 |
| Aluminium roofing construction , type Oceanic 5208x12099x2591 mm, Client: John Troy | 1 ks | 15,794.90 | | 15,794.90 | 0% | 0.00 | 15,794.90 |

| | | | |
|---|---|---|---|
| Total amount | | 38,717.40 | 0.00 | 38,717.40 |
| Rounding | | | | -0.40 |
| TOTAL DUE | | Currency EUR | | 38,717.00 |

goods is dismantled in parts
colli: 143
Container: KKFU 744927-0
Brutto: 3898 kg  Netto: 3883 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Yadkinville , NC 27055  a Cedar Grove , NC 27231 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jilka Slaninová
j.slaninova@alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.695  CZK | 994 833,32 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                    Official stamp:

Economic and information system POHODA

**A493**

**Alukov HZ spol. s r.o.**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Mobile phone: 602 141 969
Fax: 469 681 488
E-mail: alukov@alukov.cz
www.alukov.cz

| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277 | Bank code: | 0100 |

**INVOICE - TAX DOCUMENT No. 12VF00987**

| Variable symbol: | 1200987 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Payment: | payment order | Receiver: |
| Invoice date: | 21.08.2012 | |
| Due date: | 05.07.2012 | |
| Date of a taxable supply: | 21.08.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Imperia 3996x8433x1219 mm, Client: Gary La Point | 1 ks | 6,499.99 | | 6,499.99 | 0% | 0.00 | 6,499.99 |
| Aluminium roofing construction , type Universe T2 4250x8542x1300 mm, Client: Nick Morosky | 1 ks | 3,200.00 | | 3,200.00 | 0% | 0.00 | 3,200.00 |
| Total amount | | | | 9,699.99 | | 0.00 | 9,699.99 |
| Rounding | | | | | | | 0.01 |
| TOTAL DUE | | | | Currency EUR | | | 9,700.00 |

goods is dismantled in parts
colli: 2
Container: KKFU 772778-8
Brutto: 1646 kg  Netto: 1276 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreign exchange rate used: | 25.695  CZK | 249 241,50 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                    Official stamp:

Economic and information system POHODA

**A494**

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| Supplier: | |
| Alukov HZ spol. s r.o. | |
| Orel 18 | |
| 538 21 Slatiňany | |
| Česko | |
| | |
| Identif. number: 64257746 | |
| Tax identity: CZ64257746 | |
| | |
| Telephone: 469 681 488 | |
| Mobile phone: 602 141 969 | |
| Fax: 469 681 488 | |
| E-mail: alukov@alukov.cz | |
| www.alukov.cz | |

**INVOICE - TAX DOCUMENT No. 12VF01198**

| | | |
|---|---|---|
| Variable symbol: | | 1201198 |
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| | | |
|---|---|---|
| Issuing Bank: | Komerční banka | |
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code:   0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 12.07.2012 | |
| Due date: | 26.07.2012 | |
| Date of a taxable supply: | 12.07.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 7214x18770x2591 mm, Client: George Grossberg | 1 ks | 19,351.92 | | 19,351.92 | 0% | 0.00 | 19,351.92 |

| | | | |
|---|---|---|---|
| Total amount | 19,351.92 | 0.00 | 19,351.92 |
| Rounding | | | 0.08 |
| TOTAL DUE | Currency EUR | | **19,352.00** |

goods is dismantled in parts
colli: 1
Container: GATU 829279-9
Brutto: 2802 kg  Netto: 2392 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
           j.slaninova@alukov.cz

*//Alukov*
ALUKOV HZ spol. s r.o.
Orel 18  538 21 Slatiňany
tel: +420/469 681 488, fax:+420 469 681 321
IČ: 642 57 746, DIČ: CZ64257746

| | | | | | |
|---|---|---|---|---|---|
| | | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
| Foreigner exchange rate used: | 25.64 CZK | | 496 185,28 | 0% | | |
| Quantity: | 1 EUR | | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                Official stamp:

Economic and information system POHODA

**A495**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01766**

| | |
|---|---|
| Supplier: | Variable symbol: |
| Alukov HZ spol. s r.o. | Constant Code: |
| Orel 18 | Order No.: |
| 538 21 Slatiňany | |
| Česko | |

Variable symbol: 1201766
Constant Code: 0308
Order No.: date

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277    Bank code:    0100 |

**United States**

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 27.09.2012 | |
| Due date: | 11.10.2012 | |
| Date of a taxable supply: | 27.09.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 15,706.67 | | 15,706.67 | 0% | 0.00 | 15,706.67 |
| Tropea 6,909x10,999x2,340 m, | | | | | | | |
| Client: Carlton McClary | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total amount | | | 15,706.67 | 0.00 | 15,706.67 |
| Rounding | | | | | 0.33 |
| TOTAL DUE | | | Currency EUR | | 15,707.00 |

goods is dismantled in parts
colli: 1
Container: TCLU 824785-0
Brutto: 1717 kg  Netto: 1372 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:    Jitka Slaninová
            j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel.: +420 469 681 488 fax +420 469 681 321
IČ: 642 57 746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.84 CZK | 390 181.88 | 0% | | |
| Quantity: | 1 EUR | 0.00 | 14% | 0.00 | 0.00 |
| | | 0.00 | 20% | 0.00 | 0.00 |

Recipient:         **03|  PARDUBICE  |047**           Official stamp:

Economic and Information system POHODA

**|047| ₮ 0 6 6 9 |CLO|**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01764**

| | |
|---|---|
| Variable symbol: | 1201764 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier.
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

Receiver:

| | |
|---|---|
| Payment: | payment order |
| Invoice date: | 27.09.2012 |
| Due date: | 11.10.2012 |
| Date of a taxable supply: | 27.09.2012 |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 5,503x14,650x2,438 m, Client: Dennis Gallant | 1 ks | 12,902.61 | | 12,902.61 | 0% | 0.00 | 12,902.61 |
| Aluminium roofing construction parts, Client: Richardson | 1 | 291.06 | | 291.06 | 0% | 0.00 | 291.06 |
| Aluminium roofing construction parts, Client: Duncomba | 1 | 2,350.00 | | 2,350.00 | 0% | 0.00 | 2,350.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total amount | | | | 15,543.67 | | 0.00 | 15,543.67 |
| Rounding | | | | | | | 0.33 |
| TOTAL DUE | | | | Currency EUR | | | 15,544.00 |

goods is dismantled in parts
colli: 7
Container: KKFU725892-6
Brutto: 2327 kg  Netto: 1764 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746  DIČ: CZ64257746
IČ: 64257746

| | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.84  CZK | 386 112,96 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A497**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01818**

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | 1201818 |
| Constant Code: | 0308 |
| Order No.: | date |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

Issuing Bank:   Komerční banka
SWIFT:   KOMBCZPPXXX
IBAN:   CZ3501000000788108660277
Account No.:   78-8108660277   Bank code:   0100

| Payment: | payment order | Receiver: |
| Invoice date: | 04.10.2012 | |
| Due date: | 18.10.2012 | |
| Date of a taxable supply: | 04.10.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6096x10566x2743 mm, Client: TIM McLaughlin | 1 ks | 15,792.91 | | 15,792.91 | 0% | 0.00 | 15,792.91 |
| Aluminium roofing construction , type Laguna 6223x8433x2591 mm, Client: Shae & Jason Pence | 1 ks | 10,694.61 | | 10,694.61 | 0% | 0.00 | 10,694.61 |

| Total amount | | 26,487.52 | 0.00 | 26,487.52 |
| Rounding | | | | 0.48 |
| TOTAL DUE | | Currency EUR | | 26,488.00 |

goods is dismantled in parts
colli: 102
Container: GESU507445-9
Brutto: 2503 kg  Netto: 2484 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Charlottesville a Maurer Town VA 22903 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865  CZK | 658 624,12 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:   Official stamp:

Economic and information system POHODA

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF01889**

| | |
|---|---|
| Variable symbol: | 1201889 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Idenlif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 11.10.2012 | |
| Due date: | 25.10.2012 | |
| Date of a taxable supply: | 11.10.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Venezia 3859x12598x2289 mm, Client: Phil Fischer | 1 ks | 12,136.71 | | 12,136.71 | 0% | 0.00 | 12,136.71 |
| Aluminium roofing construction , type Universe 4250x8542x1300 mm, Client: Jeff Moskow | 1 ks | 3,255.00 | | 3,255.00 | 0% | 0.00 | 3,255.00 |
| Total amount | | | | 15,391.71 | | 0.00 | 15,391.71 |
| Rounding | | | | | | | 0.29 |
| TOTAL DUE | | | | | Currency EUR | | 15,392.00 |

goods is dismantled in parts
colli: 2
Container: TRLU538677-9
Brutto: 2267 kg  Netto: 1866 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 68 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865  CZK | 382 722,08 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

**A499**

**INVOICE - TAX DOCUMENT No. 12VF02014**

| | |
|---|---|
| Variable symbol: | 1202014 |
| Constant Code: | 0308 |
| Order No.: | date |

...ol. s r.o.

...ov HZ spol. s r.o.
...bl 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
237 Prospect Plains Rd.
Monroe Township, NJ 08831

**United States**

| | |
|---|---|
| Issuing Bank: | Komerční banka |
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000768108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 25.10.2012 | |
| Due date: | 08.11.2012 | |
| Date of a taxable supply: | 25.10.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you
Aluminium roofing construction , type
Style 6692x12549x2845 mm, Client:
Derek Royse | 1 ks | 21,769.97 | | 21,769.97 | 0% | 0.00 | 21,769.97 |
| Total amount | | | | 21,769.97 | | 0.00 | 21,769.97 |
| Rounding | | | | | | | 0.03 |
| TOTAL DUE | | | | Currency EUR | | | **21,770.00** |

goods is dismantled in parts
colli: 1
Container: INKU 634699-1
Brutto: 2079 kg  Netto: 1699 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Noble IL 62868 USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ, spol. s r.o.
Orel 18, 538 21 Slatiňany
tel.: +420 469 681 488, fax: +420 469 681 321
IČ: 64257746  DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|---|
| Foreigner exchange rate used: | 24.865 | CZK | 541 311,05 | 0% | | 0,00 |
| Quantity: | 1 | EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | | 0,00 | 20% | 0,00 | 0,00 |

| | |
|---|---|
| Recipient: | Official stamp: |

Economic and information system POHODA

**A500**

**Alukov HZ spol. s r.o.**

# INVOICE - TAX DOCUMENT No. 12VF02218

| Supplier: | Variable symbol: | 1202218 |
|---|---|---|
| **Alukov HZ spol. s r.o.** | Constant Code: | 0308 |
| **Orel 18** | Order No.: | date |
| **538 21 Slatiňany** | | |
| **Česko** | | |

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code: 0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 22.11.2012 | |
| Due date: | 06.12.2012 | |
| Date of a taxable supply: | 22.11.2012 | |

| Description | Q'ty | Unit price Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | |
| We invoice you | | | | | | |
| Aluminium roofing construction , type Universe II 5231x10665x2000 mm, Client: Nilima Jayaraman | 1 ks | 6,000.00 | 6,000.00 | 0% | 0.00 | 6,000.00 |
| Aluminium roofing construction , type Laguna 4191x8433x2288 mm, Client: Janis & Robert Melsker | 1 ks | 8,300.20 | 8,300.20 | 0% | 0.00 | 8,300.20 |

| Total amount | | | 14,300.20 | | 0.00 | 14,300.20 |
|---|---|---|---|---|---|---|
| Rounding | | | | | | -0.20 |
| TOTAL DUE | | | | Currency EUR | | 14,300.00 |

goods is dismantled in parts
colli: 2
Container: YMLU821541-5
Brutto: 2201 kg  Netto: 1743 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488 fax: +420 469 681 321
IČ: 64257746  DIČ: CZ64257746
www.alukov.cz

| Recapitulation in CZK: | | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.085  CZK | 358 429,50 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                                      Official stamp:

Economic and information system POHODA

**A501**

Z spol. s r.o.

## INVOICE - TAX DOCUMENT No. 12VF02347

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | | 1202347 |
|---|---|---|
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

Issuing Bank: Komerční banka
SWIFT:   KOMBCZPPXXX
IBAN:   CZ3501000000788108660277
Account No.:   78-8108660277      Bank code:   0100

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 07.12.2012 | |
| Due date: | 21.12.2012 | |
| Date of a taxable supply: | 07.12.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type | 1 ks | 9,072.50 | | 9,072.50 | 0% | 0.00 | 9,072.50 |
| Laguna 5715x8433x2286 mm, Client: | | | | | | | |
| Cynthia Johnson | | | | | | | |
| Total amount | | | | 9,072.50 | | 0.00 | 9,072.50 |
| Rounding | | | | | | | 0.50 |
| TOTAL DUE | | | | Currency EUR | | | 9,073.00 |

goods is dismantled in parts
colli: 1
Container: APHU663217-7
Brutto: 1042 kg  Netto: 795 kg
Country of origin: Czech Republic
INCOTERMS 2010: CFR New York USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet dan

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18, 538 21 Slatiňany
tel: +420 469 681 488, fax: +420 469 68 - 321
IČ: 642 57 746 DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.26 CZK | 229 183.98 | 0% | | |
| Quantity: | 1 EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:                      Official stamp:

Economic and information system POHODA

**A502**

**Alukov HZ spol. s r.o.**

**INVOICE - TAX DOCUMENT No. 12VF02396**

| | |
|---|---|
| Variable symbol: | 1202396 |
| Constant Code: | 0308 |
| Order No.: | date |

Supplier:
Alukov HZ spol. s r.o.
Orel 18
538 21 Slatiňany
Česko

Identif. number: 64257746
Tax Identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

Customer:   Identif. number:

Pool & Spa Enclosures , LLC
237 Prospect Plains Rd.
Monroe Township, NJ 08831

United States

| Issuing Bank: | Komerční banka | |
|---|---|---|
| SWIFT: | KOMBCZPPXXX | |
| IBAN: | CZ3501000000788108660277 | |
| Account No.: | 78-8108660277 | Bank code:   0100 |

| | | |
|---|---|---|
| Payment: | payment order | Receiver: |
| Invoice date: | 13.12.2012 | |
| Due date: | 27.12.2012 | |
| Date of a taxable supply: | 13.12.2012 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Laguna 6,731x12,599x2,743 m, Client: Kary Reinke | 1 ks | 15,669.89 | | 15,669.89 | 0% | 0.00 | 15,669.89 |

| | | | |
|---|---|---|---|
| Total amount | | 15,669.89 | 0.00   15,669.89 |
| Rounding | | | 0.11 |
| TOTAL DUE | | Currency  EUR | 15,670.00 |

goods is dismantled in parts
colli: 1
Container: GRIU 520233-9
Brutto: 1540 kg  Netto: 1245 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Damascus OR  USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokem na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18 538 21 Slatiňany
DIČ: CZ64257746 IČ: 64257746

| | Recapitulation in CZK: | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.26  CZK | 395 824,20 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 14% | 0,00 | 0,00 |
| | | 0,00 | 20% | 0,00 | 0,00 |

Recipient:

Official stamp:

Economic and information system POHODA

# Exhibit HHc

Defendants' invoice February 26, 2013

**Alukov HZ spol. s r.o.**

| | |
|---|---|
| | **INVOICE - TAX DOCUMENT No. 13VF00084** |

Supplier:
**Alukov HZ spol. s r.o.**
**Orel 18**
**538 21 Slatiňany**
**Česko**

Identif. number: 64257746
Tax identity: CZ64257746

Telephone: 469 681 488
Fax: 469 681 321
E-mail: alukov@alukov.cz
www.alukov.cz

| Variable symbol: | | 1300084 |
|---|---|---|
| Constant Code: | | 0308 |
| Order No.: | date | |

Customer:  Identif. number:

**Pool & Spa Enclosures , LLC**
**237 Prospect Plains Rd.**
**Monroe Township, NJ 08831**

**United States**

| Issuing Bank: | Komerční banka |
|---|---|
| SWIFT: | KOMBCZPPXXX |
| IBAN: | CZ3501000000788108660277 |
| Account No.: | 78-8108660277   Bank code:   0100 |

| Payment: | payment order | Receiver: |
|---|---|---|
| Invoice date: | 26.02.2013 | |
| Due date: | 12.03.2013 | |
| Date of a taxable supply: | 26.02.2013 | |

| Description | Q'ty | Unit price | Discount | Price | %VAT | VAT | Total |
|---|---|---|---|---|---|---|---|
| Fakturujeme Vám dodávku střešní hliníkové konstrukce  - v rozloženém stavu | | | | | | | |
| We invoice you | | | | | | | |
| Aluminium roofing construction , type Universe 6248x14834x2286 mm, Client: Dough & Mari Limbaugh | 1 ks | 10,724.25 | | 10,724.25 | 0% | 0.00 | 10,724.25 |
| Total amount | | | | 10,724.25 | | 0.00 | 10,724.25 |
| Rounding | | | | | | | -0.25 |
| TOTAL DUE | | | | Currency  EUR | | | 10,724.00 |

goods is dismantled in parts
colli: 1
Container: TCLU 852232-9
Brutto: 2079 kg  Netto: 1792 kg
Country of origin: Czech Republic
INCOTERMS 2010: DAP Phoenix AZ USA

Plnění je osvobozeno od DPH podle § 66 zákona o dani z přidané hodnoty s nárokom na odpočet daně.

Issuer:   Jitka Slaninová
j.slaninova@alukov.cz

ALUKOV HZ spol. s r.o.
Orel 18  538 21 Slatiňany
tel: +420 469 681 488  fax: +420 469 681 321
IČ: 642 57 746  DIČ: CZ64257746
www.alukov.cz

| | Recapitulation in CZK | Tax base in CZK | % VAT | VAT in CZK | Total in CZK |
|---|---|---|---|---|---|
| Foreigner exchange rate used: | 25.62  CZK | 274 746,88 | 0% | | |
| Quantity: | 1  EUR | 0,00 | 15% | 0,00 | 0,00 |
| | | 0,00 | 21% | 0,00 | 0,00 |

| Recipient: | Official stamp: |
|---|---|

Economic and information system POHODA

**A505**

**LICENCE FEE  ALUKOV  HZ spol. s r.o. CZ  -  Bob Brooks, NY , USA**
Object : Patent No: US 6,637,160 B2
Alukov models concern licence fee:
UNIVERSE, LAGUNA, TROPEA, ELEGANT, STYLE, VERANDA          , Olympic   1/4 +/- of a Circle (Low
(Arched shape or part of arched shape without conections)

ALUKOV DESIGNS :
Low-Height Enclosures:  ELEGANT
Medium-Height Enclosures: UNIVERSE, TROPEA
High Enclosures: LAGUNA, STYLE, VERANDA

ALUKOV model Olympic is out of  enclosures concerns licence fee.
Validity of patent:  from  Jul. 10, 2001  to Jul. 10, 2021

| Year | Fee | Fee |
|------|------|------|
| 2009 | 5.50% | 5.50% |
| 2010 | 5.50% | 5.50% |
| 2011 | 5.00% | 5.00% |
| 2012 | 5.00% | 5.00% |
| 2013 | 4.50% | 4.75% |
| 2014 | 4.00% | 4.50% |
| 2015 | 4.00% | 4.25% |
| 2016 | 2.00% | 4.00% |
| 2017 | 2.00% | 3.75% |
| 2018 | 2.00% | 3.50% |
| 2019 | 2.00% | 3.25% |
| 2020 | 2.00% | 3.00% |
| 2021 | 2.00% | 2.75% |

Uder licence fee will be Alukov seling prices in EUR  fixed in EUR.        Please provide current prices quart

Our price list has validity one year.  The Price List 2009 come into force 1.3.2009. I will provide you inforr
include valid discount rate for US market.  Price list and discount rate is usualy change one time in year  v


DEFENDANT'S EXHIBIT
C C

1           IN THE UNITED STATES DISTRICT COURT

2           DISTRICT OF UTAH, CENTRAL DIVISION

3

4   AQUA SHIELD, INC., a New York              )

5   Corporation,                               )

6           Plaintiff,                         )

7     vs.                                      )        Case No.

8   INTER POOL COVER TEAM, ALUKOV HZ SPOL.  )      2:09-CV-13-TS

9   S.RO., ALUKOV, SPOL. S.R.O., POOL & SPA )

10  ENCLOSURES, LLC,                           )

11          Defendants.                        )

12  _____)

13

14          BEFORE THE HONORABLE TED STEWART

15  -----------------------------------

16              March 19, 2013

17              Bench Trial

18

19

20

21

22

23

24  REPORTED BY: Patti Walker, CSR, RPR, CP

25  350 South Main Street, #146, Salt Lake City, Utah  84101

1   may.  And if Mr. Zenger decides he needs to, he can as well.

2              MR. COFFEY:  Very fine.  Thank you.

3              Shall I proceed?

4              THE COURT:  Yes, please.

5              MR. COFFEY:  Your Honor, may it please the Court,

6   I will be very brief as I recognize this is a bench trial

7   and that the arguments of lawyers are not as dispositive as

8   the witnesses we're about to hear in this case.  I think

9   it's important to highlight a couple of points before we

10  begin the live testimony, Your Honor.

11             This is a damages trial.  The issue of

12  infringement has been decided and the issue of invalidity

13  has further been decided.  So what we're facing here for the

14  short period we will be before Your Honor, and hopefully

15  efficiently, is the issue of really a proof hearing.  What

16  makes this different than a typical proof hearing, Your

17  Honor, is this is a patent case.  And to that extent, we

18  look at four components of damages.

19             One of those components based upon Your Honor's

20  finding of liability for infringement is nondiscretionary,

21  the other three are completely discretionary, and the last

22  two have to be proven by the plaintiff by clear and

23  convincing evidence.

24             And they are summarized in my trial brief and

25  addressed by Mr. Zenger in his trial brief, so I won't spend

1  would be subject to the reasonable royalty, and that will be

2  an issue of contention.  We will present clear and

3  convincing evidence, Your Honor, not to ever at any time in

4  this trial address the issue of infringement.  That ship has

5  sailed.  Any testimony that I will elicit from witnesses,

6  whether it's on cross or whether it's on direct, will be

7  linked to the issue of damages.

8         You will hear testimony from our witnesses that

9  will bring out the fact that only seven of these pool

10  enclosures that were sold contain removable end panels,

11  which is the amendment to the patent that Mr. Brooks, as the

12  inventor and the plaintiff in this case, changed from the

13  prior art.  That you will hear a lot about and that's very

14  significant because our position, Your Honor, is that that

15  is what makes the of what different, that it makes the seven

16  enclosures subject to the royalty and not the 77 enclosures

17  that are in play.

18         Briefly, Your Honor, the other three components of

19  this claim for damages are lost profits.  And lost profits,

20  again, are based upon a preponderance standard and they have

21  to represent what the plaintiff could actually have lost.

22         What you will hear, Your Honor, a theme throughout

23  this case, and with every level of respect to Aqua Shield's

24  enclosure, is that it addressed a different market.  It was

25  a Chevrolet.  The Pool & Spa enclosure, because of its many

1    A    Yes.

2    Q    These first three pages are a summary of the infringing

3    devices sold by Pool & Spa from 2007 through February 12,

4    2013, correct?

5    A    Yes.

6    Q    Now if you would look for me under the -- there is a

7    heading called name.  Do you see that?

8    A    Yes.

9    Q    And the field here, the data that was given to us is

10   truncated.  It gets cut off.  Do you see on that first

11   entry, the name is Bitzan, Mark & Ka.  Where was that device

12   sold -- what state was that device sold into?

13   A    That one was Wisconsin.

14   Q    I made a request for this additional data.  Did your

15   lawyer give you that request?

16   A    What additional data?

17   Q    For that kind of data that is not given here.

18   A    As far as location?

19   Q    Yeah.

20   A    No, I'm not aware of --

21        MR. ZENGER:  Your Honor, I have a problem and it's

22   going to come up over and over again and I'm not sure how to

23   deal with it, but we asked for the data of their sales.

24   They give us truncated data like this.  They gave us, in a

25   subsequent production, the underlying documents to inspect

**A510**

1    as we had requested and they redact all of the information

2    about where these devices are being sold.  So it put us in a

3    very difficult position as to be able to do some of the

4    analysis that we wanted to with respect to damages.

5              So I'm going to ask him a general question because

6    I think it's important to the view you take of their damage

7    numbers and the case law that says that when their records

8    are inadequate, that their records should be construed in

9    favor of the plaintiff in their damage position because here

10   I stand trying to prove damages with withheld information.

11   BY MR. ZENGER:

12   Q    So, Mr. Stonkus, as you look down this list, everywhere

13   where there's these ellipses, these three dot dots, I'm

14   missing either information about names or states, correct?

15   A    No, that's just -- this was generated from QuickBooks.

16   This document is just not states, no.  It does not spit out

17   states in this document.  You are just missing -- KA is

18   Kathy.  The LY is Lynn.

19   Q    Go down to the third one.  It says, Ord, Kathy CA.

20   That means California, right?

21   A    That is correct.

22   Q    So that name field has not only the name but the state,

23   right?

24   A    I am not aware of that, no.

25   Q    You don't know what data is on this list?

1  A    No, no.  The QuickBooks I requested from our accountant

2  and this is what was given to me.

3  Q    You did prepare, however, invoices -- the underlying

4  documents that support these sales for production, didn't

5  you?

6  A    Yes, that was requested as well.

7  Q    When you did that you redacted the addresses of all of

8  the customers, didn't you?

9  A    Yes.

10  Q    Now these three pages, IPC 100 to 101, are, again, a

11  summary of the infringing sales, correct?

12  A    Yes.

13  Q    Now how many sales have been made of infringing devices

14  of the models that I listed since February 12th, 2013?  Here

15  we are about five weeks later.  Have you made additional

16  sales in the last five weeks?

17  A    Of the infringing, no.

18  Q    No Universe models have been sold?

19  A    Nothing that infringes.

20  Q    I'm going to ask it a different way, sir, to make sure

21  I'm getting the response.  Has Pool & Spa Enclosures since

22  February 12th, 2013 sold any model Universe pool enclosures?

23  A    Yes.

24  Q    How many?

25  A    If memory serves me right, one.

1  A    They are members, yes.

2  Q    And Pool & Spa is a member of that association,

3  correct?

4  A    Yes.

5  Q    And everybody is working together to sell Alukov's pool

6  enclosures throughout the world and in the United States,

7  correct?

8  A    Yes.

9  Q    And part of those -- and those include the infringing

10 devices in this case, right?

11 A    Yes.

12 Q    And it's the belief of IPC, the Alukov defendants and

13 Pool & Spa Enclosures that the IPC Team is the world's

14 largest network of manufacturers of retailers of swimming

15 pool enclosures, correct?

16 A    Yes.

17 Q    And that makes IPC one of the industry giants, correct?

18 The IPC Team industry giants, right?

19 A    There are bigger companies than we are.

20 Q    But you are one of the industry giants, right?

21 A    Alukov is one of the largest producers, yes.

22 Q    In fact, this association of the defendants compromises

23 a worldwide sales network specializing in swimming pool

24 enclosures, right?

25 A    Yes.

1   Q   And through Pool & Spa Enclosures, LLC, IPC Team has a

2   member present in the United States, correct?

3   A   Yes.

4   Q   And Pool & Spa holds this association out as the

5   leaders in the swimming pool enclosure industry, right?

6   A   Yes.

7   Q   And the objectives of the association of the defendants

8   is to market and brand -- or market and promote the brand

9   products of the association, correct?

10  A   Yes.

11  Q   So in doing that, what the association of defendants in

12  this case do is that you coordinate your actions and you

13  cooperate between each other with respect to production,

14  sales, marketing and information, correct?

15          MR. COFFEY:  Your Honor, I object.  This is a

16  patent infringement case, not an antitrust case.  I quite

17  frankly think that this line of questioning does not go to

18  the issues of damages in this case.

19          MR. ZENGER:  Your Honor, it goes square to

20  willfulness, and I will present it in my trial brief.  I am

21  almost done with this section, so I will move on.

22          THE COURT:  Briefly, but go ahead.

23          MR. ZENGER:  Thank you.

24          Can I have the last question read back.

25          (Whereupon, Mr. Zenger's question on page 24, line

1   trends in our industry.  The industry is --

2   Q    Maybe that's a bad word.  Let me ask it a different

3   way.

4        Pool & Spa Enclosures sells pool enclosures in the

5   United States, right?

6   A    Yes.

7   Q    And part of your business operation is you monitor what

8   other people are selling, correct?

9   A    I look at -- you're referring to looking at other

10  people's Web sites?

11  Q    Web sites, products, their exhibits at trade shows, the

12  like.

13  A    Yes.

14  Q    Thank you.

15       Now Alukov is a member of the IPC Team, correct?

16  A    Yes.

17  Q    The Alukov defendants.  And they have over 15,000

18  customers worldwide, correct?

19  A    Yes.

20  Q    And they claim to sell over 3,000 enclosures every

21  year, correct?

22  A    That is correct.  Well, not every year, but obviously

23  over several years.  That trend is moving.

24  Q    And Alukov holds itself out as the major innovator of

25  technology development for pool enclosures, correct?

1   A    Yes.

2   Q    And Pool & Spa Enclosures' Web site has a link to the

3   Alukov Web site, correct?

4   A    Yes.

5   Q    Both the Pool & Spa Web site and the Alukov Web site

6   both promote and market the infringing devices, correct?

7   A    Yes.

8   Q    Those can all be viewed by anyone in the United States,

9   correct?

10   A    Yes.

11   Q    It's true, isn't it, that in February of 2012 the IPC

12   Team attended the Spring Home Show in New Jersey?

13   A    Yes.

14   Q    And at that Spring Home Show they were promoting the

15   infringing devices, correct?  The infringing pool

16   enclosures, correct?

17   A    Yes.

18          THE COURT:  What was the year again?

19          MR. ZENGER:  That's February of 2012, Your Honor.

20   BY MR. ZENGER:

21   Q    Also in March of 2012, the IPC Team attended the 12th

22   Annual New Jersey Home and Garden Show, correct?

23   A    I believe, yes.

24   Q    And at that trade show they were also promoting the

25   infringing devices, correct?

1  A    Yes.

2  Q    And in March of 2012, the IPC Team also attended the

3  Greater Philadelphia Spring Home Show and promoted the

4  infringing devices, correct?

5  A    Yes.

6  Q    And Pool & Spa Enclosures participated in the following

7  events.  In 2012, Pool & Spa -- this is January of 2012,

8  Pool & Spa participated in the Atlantic City Pool & Spa Show

9  promoting the infringing devices, correct?

10 A    Yes.

11 Q    And offering them for sale, correct?

12 A    Yes.

13 Q    And making sales at that show, correct?

14 A    No.

15 Q    No sales were made?

16 A    Zero.

17 Q    Offers for sale, right?

18 A    No.

19 Q    You were offering the infringing devices for sale,

20 right?

21 A    There was no pricing discussed, specific customers

22 or -- no, no.

23 Q    So you don't go to those shows to try to solicit

24 customers?

25 A    No.  These are dealers.  There are not customers.

1  These are not end users predominantly.

2  Q    Dealers buy from you and resell, correct?

3  A    They do, yes.

4  Q    You were offering the infringing devices to the dealers

5  for further sale, correct?

6  A    Yes.

7  Q    Pool & Spa did the same thing in February of 2012 at

8  the Suburban Pennsylvania Spring Home Show, correct?

9  A    Yes.

10 Q    Also in February of 2012 at the New Jersey Spring Home

11 Show, correct?

12 A    Yes.

13 Q    Again in March of 2012 at the 12th Annual New Jersey

14 Home and Garden Show, correct?

15 A    Yes.

16 Q    In fact, there were approximately 15 other shows in the

17 United States in 2012 at which Pool & Spa promoted, marketed

18 and offered the infringing devices for sale, correct?

19 A    Sounds accurate, yes.

20 Q    At one or more of those the IPC Team participated,

21 right?

22 A    At one show, yeah.

23 Q    And at one or more of them representatives of the

24 Alukov defendants participated, correct?

25 A    Yes.

1   Q    Even in January of this year, January 29th through 31st

2   of this year, Pool & Spa was at the Atlantic City Pool & Spa

3   Show promoting, marketing and offering the infringing

4   devices for sale, correct?

5   A    Yes.

6   Q    And in this year also, a month ago, in February, from

7   the 15th to the 17th, Pool & Spa Enclosures attended the New

8   Jersey Spring Home Show offering, promoting and marketing

9   the infringing devices, correct?

10  A    Yes.

11  Q    And did you attend the 24th Annual New Jersey Home Show

12  on March 8th through 10th this month?

13  A    Yes.

14  Q    At that show Pool & Spa Enclosures continued to

15  promote, market and offer for sale the infringing devices,

16  correct?

17  A    Yes.

18  Q    And there is a show scheduled for April 5th through

19  7th, of next month, called the Long Island Spring Home Tub

20  and Landscape Show, correct?

21  A    Yes.

22  Q    Pool & Spa is intending to attend that show, right?

23  A    Yes.

24  Q    And absent an injunction from this Court, Pool & Spa is

25  preparing to promote, market and offer for sale the

1   infringing devices, correct?

2           MR. COFFEY:  I object, Your Honor, that calls for

3   a legal conclusion.  This witness isn't qualified to testify

4   what the legal outcome of this case may be.  But if

5   Mr. Zenger wants to ask him whether he intends to go to that

6   show, I have no objection.

7   BY MR. ZENGER:

8   Q    Does Pool & Spa intend to attend the Long Island Spring

9   Home Show April 5th through 7th, 2013?

10  A    Yes.

11  Q    Does Pool & Spa presently intend to promote, market and

12  offer for sale the infringing devices, correct?

13  A    Yes.

14  Q    The same is true with respect to the upcoming show in

15  Philadelphia, called the Greater Philadelphia Spring Show,

16  on April 19th through 21st of this year?

17  A    Yes.

18  Q    And Pool & Spa intends to promote, market, and/or offer

19  for sale the infringing devices, correct?

20  A    Yes.

21  Q    Now when Alukov manufactured the infringing devices in

22  this case from 2007 to the present in connection with any

23  purchase orders from Pool & Spa, Alukov knew that those

24  infringing devices were going to be sent into the United

25  States, correct?

1   A    Yes.

2   Q    And Alukov also knew that they were going to be

3  marketed in the United States, correct?

4   A    Yes.

5   Q    And the intent was to sell them in the United States?

6   A    Yes.

7   Q    Alukov knew all of this before the devices ever left

8  the Czech Republic, right?

9   A    Yes.

10  Q    In fact, they encouraged you and Pool & Spa Enclosures

11  to do just that, correct?

12  A    Yes.

13  Q    Do you recall selling a Pool & Spa enclosure to a

14  customer in Alameda, California?

15  A    I don't know.  What's the name?

16  Q    Do you remember a Mr. Rex Liu?

17  A    Liu, Rex, yes.

18  Q    You sold a device to Mr. Liu, didn't you?

19  A    Yes.

20  Q    And when was that device installed?

21  A    I don't know.  We didn't install it.

22  Q    You sold it to him?

23  A    We sold it.

24  Q    When?

25  A    Maybe two years ago, I guess.

1    Q    Would you turn to Exhibit 16, please.  The first three

2    pages of Exhibit 16 are a summary of Pool & Spa Enclosures'

3    infringing sales in the United States, correct?

4    A    Yes.

5    Q    Tell me which one of those on those first three pages,

6    IPC 100, 101 or 102, is the sale to Mr. Rex Liu in Alameda,

7    California.

8    A    It's not there.

9            THE COURT:  Why isn't it there?

10           THE WITNESS:  It's not there because it's not one

11   of the infringing models.

12   BY MR. ZENGER:

13   Q    What model is it?

14   A    The Elegant model is what he purchased.

15   Q    Mr. Stonkus, it's true, isn't it, that when Pool & Spa

16   Enclosures sells its pool enclosures, it likes to sell them

17   to an informed customer -- an informed dealer or customer,

18   correct?

19   A    Yes.

20   Q    And in doing that, Pool & Spa tries to educate that

21   dealer or customer as to the different features or benefits

22   of the pool enclosures sold by Pool & Spa, correct?

23   A    Yes.

24   Q    And from 2008 forward, Pool & Spa on a regular basis

25   sold infringing products, correct?

```
1    A    Yes.
2    Q    And they sold them to informed customers, correct?
3    A    Yes.
4    Q    And those informed customers chose the infringing
5    devices over any other pool enclosure of Pool & Spa,
6    correct?
7    A    Yes.
8    Q    What is the overall profit margin for Pool & Spa's
9    business?
10   A    Are we talking about gross margin?
11   Q    Gross margin.
12   A    Generally in the 25-percent range.
13   Q    So 20 to 30 -- about 25?
14   A    25-percent range, yes.
15   Q    That has been the same from 2008 to the present?
16   A    It's maintained fairly constant.  There will be some
17   less and some more.
18   Q    It kind of averages out, the gross profit margin, to
19   about 25 percent.  Thank you.
20   A    That's before all our expenses.
21   Q    And what is it after your expenses?
22   A    We operate every year at a loss.
23   Q    So every fiscal year from 2008 to the present has been
24   a loss year?
25   A    That is correct.
```

1   Q    Have there been investors to keep the company going?

2   A    Yes.

3   Q    Who are those investors?  Let me ask this.

4        THE COURT:  Is that relevant?

5        MR. ZENGER:  Let me ask it this way, Your Honor,

6  if I may.

7  BY MR. ZENGER:

8   Q    Has Pool & Spa Enclosures enjoyed financial backing

9  from members of the IPC Team?

10  A    No.

11  Q    Has Pool & Spa Enclosures benefited from financial

12  backing from any of the Alukov defendants?

13  A    No.

14  Q    Has Pool & Spa Enclosures benefited by financial

15  backing from any officers, directors or owners of the Alukov

16  defendants?

17  A    Yes.

18  Q    Was that done for the purpose and benefit to keep

19  Pool & Spa Enclosures alive so that it could sell infringing

20  devices in the United States and develop the United States

21  market?

22        MR. COFFEY:  I object to the form.  I don't think

23  there was a foundation laid for that to the extent it uses

24  the term kept them in business to sell infringing devices.

25  If you want to ask him the question whether they financially

1  backed him in order to keep them in business, I think that's
2  one question.
3  BY MR. ZENGER:
4  Q   Was the financial backing in order to keep Pool & Spa
5  Enclosures in business so it could sell infringing devices
6  in the United States?
7  A   So we could continue operating business, yes.
8  Q   With respect to the Alukov defendants -- with respect
9  to the Alukov defendants and the size of their operation, if
10 they were to produce, say, two dozen less enclosures per
11 year out of the maybe 3,000 that they make, that wouldn't
12 require them to downsize in their physical facilities, would
13 it?
14 A   I don't believe so.
15 Q   Or downsize in their personnel?
16 A   I don't believe so.
17 Q   It wouldn't affect them in any way with respect to
18 getting value out of the use of their existing equipment,
19 correct?
20 A   I don't believe so.
21 Q   Who at Alukov came up with the design for the
22 infringing products?
23 A   Alukov was manufacturing the same product that you see
24 today in 1985, and companies well before that were
25 manufacturing the product as well overseas.

1       MR. COFFEY: I'm having trouble hearing

2 Mr. Zenger. I'm sorry.

3       MR. ZENGER: Sorry. I can't move this mike. I

4 will do my best.

5       THE COURT: Try to speak into it more, if you

6 would, Mr. Zenger.

7       MR. ZENGER: Sure. Thank you, Your Honor.

8 BY MR. ZENGER:

9 Q   What claim elements were lacking from the claims as

10 they were discussed in 2008?

11 A   The detachable faces.

12 Q   Anything else?

13 A   The design, which straps and hooks that were used in

14 the patent.

15 Q   Anything else?

16 A   Those are primarily the issues.

17 Q   I want to ask you a little bit about the construction

18 of the Pool & Spa Enclosures. When they are manufactured at

19 Alukov, they are shipped in parts, correct, to the United

20 States?

21 A   No, not all the time.

22 Q   Do they come completely assembled?

23 A   At times, yes, depending on the size of them.

24 Q   It's quite often that the devices come with the arches

25 and end panels disconnected from each other, correct?

1   A   They will come that way, yes.

2   Q   During the assembly if they come disconnected, the

3   arches are put in place and the end panels are bolted on,

4   right?

5   A   Yes.

6   Q   Do you recall that in November of 2011 the Court ruled

7   that certain models of the Alukov products and those that

8   were being sold by Pool & Spa infringed?

9   A   Yes.

10  Q   And after November 28th, 2011, Pool & Spa didn't change

11  its marketing and promotion of the infringing devices at

12  all, did it?

13  A   What we did is we changed the design of it not to

14  infringe.

15  Q   You have indicated after the -- you were aware that on

16  January 15th of this year the Court issued a ruling about

17  the validity of the patent, correct?

18  A   Yes.

19  Q   Since that time, since after January 15th, 2013,

20  Pool & Spa Enclosures continued to promote, market and sell

21  infringing devices, correct?

22  A   Again, we changed the design of it not to infringe.

23  Q   On Exhibit 16 there's sales -- listings of sales of

24  infringing devices after January 15th, 2013, correct?

25  A   Give me the dates, please.

1  Q    January 15th, 2013, there's one or more sales listed on

2  IPC 100 to 102, correct?

3  A    2013, no.

4  Q    IPC 100, in the first category, Laguna, the last sale

5  listed is January 29th, 2013, correct, sir?

6  A    Yes, that's correct.

7  Q    You indicated to me before that another Universe design

8  had been either offered for sale or an order had been placed

9  for it since that time, correct?

10  A    Yes.

11      MR. ZENGER:  Your Honor, I have no further

12  questions for this witness.  Thank you.

13      THE COURT:  We'll take a 15-minute recess and come

14  back for cross-examination.

15      MR. COFFEY:  Thank you, Your Honor.

16      (Recess)

17      THE COURT:  Mr. Coffey.

18      MR. COFFEY:  Thank you, Your Honor.

19      THE COURT:  Mr. Stonkus, if you would please

20  retake the witness chair, please.

21      MR. COFFEY:  Mr. Stonkus, I remind you that you

22  are still under oath.

23      Also, Your Honor, I would just advise the Court

24  that I do intend to call Mr. Stonkus as a direct witness on

25  the defense case, so I will only cover, consistent with our

1  Exhibit 16.

2        THE COURT:  Mr. Coffey, do you have any dispute as

3  to whether or not those infringing sales listed on Exhibit

4  16 did, in fact, infringe?

5        MR. COFFEY:  We do dispute that the 77 enclosures

6  do not all infringe.  We believe that only seven of those

7  enclosures infringe to the extent that only seven contain

8  removable end panels.  And the prior art provides for

9  everything in this case, Your Honor.  I do not intend to

10  reopen infringement before the Court.  I will stipulate to

11  that.  But to the point of willfulness, I think the issue of

12  the modifications that Pool & Spa has tried to make on those

13  models is testimony that should be heard.

14        MR. ZENGER:  Your Honor, here's the problem.  He

15  wants to say these devices don't infringe.  We asked him for

16  that data during discovery.  Since we asked for discovery,

17  he should have put that on.  When we had our motion for

18  summary judgment, he should have done all those things.

19  Here we stand now in trial and they want to tell you why the

20  very models that you found infringe don't infringe.  They

21  want to open it up.  They want to say it lacks this element,

22  it lacks that element.  That day is gone.

23        MR. COFFEY:  I'm not trying to argue that,

24  Your Honor.

25        MR. ZENGER:  Excuse me.  Let me finish, please.

**A529**

1    Sir, let me finish.

2              THE COURT:  Counsel, you go ahead and ask your

3    questions.  We'll deal with this in findings of fact and

4    conclusions of law.

5              I will, however, remind you, Mr. Coffey, that, in

6    fact, there was a motion in limine that was filed and the

7    Court granted it and I do not expect you to ignore the

8    Court's ruling on that.

9              MR. ZENGER:  It was for this very issue, Your

10   Honor.

11             THE COURT:  It may be clear to you, Mr. Zenger,

12   but it's not clear to the Court.  So I'm going to have to

13   let this play out a little bit.

14             MR. COFFEY:  Thank you, Your Honor.

15             We do, though, to clarify, stipulate that the 77

16   models that are included in the production, and I don't want

17   to revisit it now because we've got a witness, but those

18   were the models that were identified.  So we're not

19   disputing that here.  But for purposes of willfulness, I'm

20   asking the witness questions about modifications, and that's

21   what I intend to limit my questioning to.

22   BY MR. COFFEY:

23   Q    Mr. Stonkus, do you recall the testimony you gave about

24   making changes?

25   A    Yes.

BY MR. COFFEY:

Q    Have you seen the Aqua Shield pool enclosures at any of
the pool shows you've gone to?

A    No, never.

Q    Have you ever seen an Aqua Shield pool enclosure
installed?

A    No.

Q    So how would you be familiar with the Aqua Shield pool
enclosure?

A    By looking at the patent.  Other than that -- and their
Web site.

Q    Have you looked at the Aqua Shield Web site?

A    Yes.

Q    And where are the removable faces located, if you can
describe that for the Court?

A    Sure.  In a particular enclosure there are two ends --

            MR. ZENGER:  Objection, hearsay, Your Honor.

BY MR. COFFEY:

Q    You can answer.

A    There are two ends to the enclosure, and those are the
faces.  What everybody calls in the industry the faces are
the two ends.

Q    I'm almost finished with this line, Your Honor, but,
Mr. Stonkus, do you understand that these pool enclosures,
both the Aqua Shield product and the Pool & Spa and Alukov

1 BY MR. COFFEY:

2 Q    Are you aware, Mr. Stonkus, that Pool & Spa has

3 identified in this case 74 enclosures that were sold?

4 A    Yes.

5 Q    And are those 74 enclosures the models that were

6 identified and correlate to the summary judgment

7 determination identifying the models that were infringing?

8 A    Yes.

9 Q    There were also seven models that were identified as

10 part of that 74 sales, correct?

11 A    Yes.

12 Q    Why did you identify seven models of those 74 sales

13 separately?

14 A    Those seven models were the only ones that had

15 detachable faces.

16        MR. ZENGER:  Objection, request the answer be

17 stricken pursuant to the Court's motion in limine.

18        THE COURT:  Just one second.  I'm reading that

19 order right now.  Just give me a moment.

20        I will sustain the objection.

21        MR. COFFEY:  I will rephrase the question, Your

22 Honor.

23 BY MR. COFFEY:

24 Q    Mr. Stonkus, can you tell the Court why, until the

25 summary judgment and validity motions in this case were

1   to us in this case, has it?

2   A    I don't know.

3   Q    Who wrote it?

4   A    Counsel.

5   Q    Who?

6   A    Mr. Coffey.

7   Q    Is Mr. Coffey patent counsel?

8   A    He is my counsel.

9   Q    You don't know if he's a registered patent attorney, do

10  you?

11  A    No, I don't.

12  Q    When was this report given to you?

13  A    I don't recall.

14  Q    Are you relying on that document as part of your basis

15  for your belief that you didn't -- that the defendants

16  didn't infringe?

17  A    No.  More specifically about court rulings.

18  Q    In this case the defendants have chosen not to produce

19  that opinion, correct?

20  A    I am not aware of that.  I'm not aware you've asked for

21  it.

22  Q    But you are aware that it has never been produced in

23  this case, correct?

24          MR. COFFEY:  Are we talking about the Court

25  opinion?

1          MR. ZENGER:  No, counsel's written opinion.

2          MR. COFFEY:  Well, to the extent it would involve

3  attorney/client, okay, I will withdraw my objection.

4  BY MR. ZENGER:

5  Q   As a representative of IPC Team and Alukov and

6  Pool & Spa Enclosures, any written opinion of counsel has

7  never been produced to the plaintiffs in this case, correct?

8  A   I've received attorney/client privilege e-mails about

9  the case.

10         THE COURT:  That's not the question.

11  BY MR. ZENGER:

12  Q   That's not the question.

13     In this case any written opinion of counsel with

14  respect to infringement has not been produced to the

15  plaintiff and presented to the Court in this case, correct?

16  A   To my knowledge, yes.

17  Q   The same is true with respect to any written opinion,

18  if there be any, as to invalidity, correct?

19  A   Uh-huh.  (Affirmative)

20  Q   Did that writing from Mr. Coffey also address

21  invalidity?

22  A   I don't recall.

23  Q   You don't have any evidence, do you, sir, that before

24  July of 2000 that a pool enclosure protected by the claims

25  of the 160 patent were sold by anyone in the United States,

1    correct?

2              MR. COFFEY:  I'm sorry.  I didn't hear the

3    question, Mr. Zenger.  Would you repeat it?

4              MR. ZENGER:  Yes.

5    BY MR. ZENGER:

6    Q    It's true, isn't it, Mr. Stonkus, the defendants have

7    no evidence that any pool enclosure protected by the

8    claims -- by the infringed claims of the 160 patent were on

9    sale in the United States before July of 2000?

10   A    I am not aware of -- are you asking if anything was

11   sold prior to --

12   Q    I'm asking if you have any evidence of such a thing.

13   A    The only one I have evidence of is the one in Utah and

14   the ones that Pool & Spa Enclosures sold as of 2007.

15   Q    But none before July of 2000, correct?

16   A    That is correct.  I'm not aware of any.

17   Q    And as you sit here today, the only two suppliers of

18   the devices are Aqua Shield and the defendants in this case,

19   right?

20   A    The only two suppliers?  No.

21   Q    The only two suppliers of any devices that are

22   protected by the claims of the 160 patent?

23   A    Are you asking if there are other companies selling the

24   enclosures?

25   Q    I'm asking you if there is any other company in this

**A535**

1  Exhibit 10.

2              THE COURT:  Mr. Coffey, any objection?

3              MR. COFFEY:  No objection, Your Honor.

4              THE COURT:  It will be admitted.

5              (Plaintiff's Exhibit 10 was received into

6  evidence.)

7  BY MR. ZENGER:

8  Q    Mr. Brooks, has Aqua Shield ever licensed anyone to

9  practice -- or to make any pool enclosures or sell any pool

10  enclosures covered by the 160 patent?

11  A    Never.

12  Q    Why?

13  A    Because we intend to manufacture and distribute our

14  product ourselves.  We build the market just to do it

15  ourselves exclusively.

16  Q    Did anyone from the defendants ever have a discussion

17  with you about any license of the 160 patent?

18  A    Kind of.

19  Q    What happened?

20  A    The first time our lawyer calls us and said that IPC

21  want to talk to us, and Jan Zitko will be at Atlantic City

22  pool show at the show.  I went there to talk to him.

23       At the show, we met at the restaurant during the show

24  at lunchtime.  I believe there was Jan Zitko, there was Alex

25  Stonkus, and I was with my manager, and there was somebody

1  Q    Why did price go down?

2  A    We have to compete with their price.

3  Q    So tell me what happened with your pricing to make it

4  go down after the defendants entered the market.

5  A    Well, they post the prices on the Web site cheaper than

6  ours at that time and I was forced to lower my price cheaper

7  than them just to make sales.  Besides that every other call

8  that we receive from customers that we used to be by

9  ourself, exclusive producers of this product on the market

10 that we built, now we have calls that we could get similar

11 product from IPC, and IPC said that you are going out of

12 business, so much that information was leaked to the

13 customers.  You decide.

14          MR. ZENGER:  Your Honor, we can take a break here.

15          THE COURT:  We'll take 20 minutes.  Thank you.

16          MR. ZENGER:  Your Honor, how long are we going to

17 go today?

18          THE COURT:  Until 1:30.

19          (Recess)

20          THE COURT:  Go ahead, Mr. Zenger.

21 BY MR. ZENGER:

22 Q    Mr. Brooks, you had indicated that from 2006 to after

23 2006 you had an increase in expenses.  Did you have increase

24 in your advertising expenses?

25 A    Yes.

1   Q    What type that you didn't have before 2006?

2          MR. COFFEY:  I'm sorry, Mr. Zenger.  Could I ask

3  you to keep your voice up again?

4          THE WITNESS:  I'm sorry.  Say again.

5  BY MR. ZENGER:

6   Q    After 2006, did you have expenses that you didn't have

7  prior to 2006 for your advertising?

8   A    I had the same expenses, they just increased in dollar

9  amount.

10   Q    Can you give the Court an example?

11   A    Example is Google Paperclip.  We used to pay 1500 to

12  $2200 a month for Paperclip on Google advertisement.  It's

13  an auction.  It's an ongoing auction for advertisement.

14  When they came to the market, IPC, they put themselves right

15  in the top as the highest bidder advertising on Google from

16  2000, so I know everything about it, how to be the top, and

17  that's where they are, and right now four to $6,000 monthly.

18   Q    So you have an increase of two to $4,000 per month?

19   A    Yes.

20   Q    Are you able to raise your price in order to recoup

21  that advertising expense?

22   A    No.

23   Q    Why not?

24   A    We have to lower to compete with them.

25   Q    Since 2006 how many suppliers have there been in the

1    models were -- or certain of them were infringing?

2    A    When the summary judgment was done and then the

3    validity ruling this year.

4    Q    If I suggested to you that the summary judgment was

5    decided around 2011, would that be consistent with your

6    memory?

7    A    Yes.

8    Q    Can you tell the Court whether you had an expectation

9    at any time prior to that -- I'm initially talking about

10   Alex Stonkus -- that the Pool & Spa enclosures, which became

11   the determination on summary judgment, were infringing the

12   160 patent that's at issue in this case?

13   A    No, I never believed that they would infringe.  Alukov

14   had been making these enclosures years before -- identical,

15   continuous, moon shape, ellipse type look years before Aqua

16   Shield had received the patent.  So no, I never thought it

17   would be an issue.

18   Q    Are you aware that Aqua Shield's counsel sent a cease

19   and desist letter to Alukov at some point?

20   A    Yes.

21   Q    And what did that cease and desist letter seek to do?

22   A    To stop us from selling what were perceived as

23   infringing enclosures in the United States.

24   Q    Are you testifying today as the company representative

25   of all of the defendants?

1    the enclosure.  You can't get -- can you get it apart?  Of

2    course.  You can take apart a building or take apart a car.

3    But you have to go through a completely taking out, you

4    know, between rivets, between screws, between plugs.  So

5    it's something you don't -- it's not a quick two-minute

6    detach, take off, put in the garage or put on the side.

7    It's a very cumbersome process and it is not -- you know,

8    customers don't do that.

9    Q    After you found out about the infringement

10   determination by the Utah court, why did you choose to

11   modify the product by fixing the end panels as opposed to

12   some other change?

13   A    Well, the end panels were to me, and what I have seen

14   in the prior patent that was already out there and

15   Mr. Brooks -- you know, I don't want to say copied, that's

16   the wrong word, but the prior patent that was out there did

17   not have detachable panels.  And so when I looked at the new

18   patent, to me, and I'm not a patent attorney, but the main

19   difference is one had a detachable panel and the other one

20   didn't.  So we decided to make it a permanent panel.

21   Q    You did have occasion -- understanding you are not an

22   expert and also understanding -- I'm going to be very

23   limited with these questions -- also understanding that

24   we're not trying the issue of infringement here, you did

25   have the opportunity at some point to inspect the prior

1  times on this.

2          THE COURT:  You did, Mr. Coffey.  But this to me

3  is an area that I don't think is worth spending much time

4  on, but you may ask a few questions regarding it.  All

5  right.

6          MR. COFFEY:  Thank you, Your Honor.

7          MR. ZENGER:  Thank you, sir.

8  BY MR. ZENGER:

9  Q    There is no evidence presented here today, is there, by

10  any of the defendants other than your testimony that lots of

11  other people were making and selling these devices, right?

12  A    Mr. Brooks identified companies that are selling pool

13  enclosures every day.

14  Q    But different kinds of pool enclosures, correct?

15  A    Pool enclosure is a pool enclosure.

16  Q    It's not your testimony, is it, sir, that anyone was

17  selling the pool enclosures protected by the 160 patent in

18  the United States before Mr. Brooks, correct -- before Aqua

19  Shield, correct?

20  A    I am not aware of anyone.

21  Q    You don't have any evidence to that, do you?

22  A    I do not.

23  Q    You testified earlier that notwithstanding Aqua

24  Shield's demand on Libart and DynaDome to cease making

25  infringing devices, that they can continue in business

1  bringing a container here, we're paying the same price

2  whether there's one enclosure in that or two or three.  So

3  there are times when we have to bring it here, let's say

4  there's three of them in there, it comes here, well, we may

5  have to do some minor things to kind of make it more kind of

6  ready for install for the customer.  We'll do that in our

7  warehouse and then put it on a truck and get it out to them.

8  Q    Like what?

9  A    We have built -- basically we've shipped pieces here on

10  small enclosures and built those.  We have taken -- that's

11  pretty well it, because we can consolidate them.

12  Q    But otherwise whatever parts that come from Alukov,

13  it's transferred to another truck and gone to the customers

14  for installation, right?

15  A    Yes.  The overwhelming will go as we receive them to

16  the customer, yes.

17  Q    Thank you.

18      You indicated that the company's tax records would show

19  that there has been a loss for each year that the company

20  has been in business.  And I am not going to ask how many

21  employees there were per year, but I'm simply going to ask

22  if you can tell me how much compensation was paid to the

23  employees in each one of those years, from 2008 to 2012, to

24  show a loss to the IRS?

25  A    I can't draw that number out.

1  Q    Can you estimate it for me?  I'm not asking for a
2  breakdown of yours and everybody else's -- let me finish the
3  question.  Based on yours and the other employees you have
4  there, just give me a rough estimate of the amount of
5  compensation that was paid to the employees for those years
6  that resulted in a loss on your taxes.
7  A    I would say a range over the years from 200,000 to
8  300,000.
9  Q    Per each of the years 2008 to 2012?
10  A    No, no, no.  From -- yes, for each -- I mean 2008,
11  maybe 150, you know, or 100, right around there.  I'm
12  guessing.  You know, it probably moved up to about
13  approximately 200,000.
14  Q    In 2009?
15  A    2009, yeah.
16  Q    And after that?
17  A    Probably maintained around there.  Last year was
18  probably -- 2012 was probably the most, which was about 300,
19  as I recall.
20  Q    Between 2009 and 2012, it ranged between 200 and
21  300,000?
22  A    Probably about right, yeah.
23  Q    You testified that you paid commissions to your
24  salespeople between two and five percent; is that correct?
25  A    Yes.

1   Q    That's on the gross selling price, correct?

2   A    Yes.  Let me qualify gross selling price.  Less taxes,

3   which, you know, when we sell a product, we pay tax.  We

4   don't give a commission on the tax that we pay the

5   government.

6   Q    Thank you.  Fair.  That's sales tax in the United

7   States you're talking about?

8   A    That is correct.

9   Q    Thank you.

10           THE COURT:  Mr. Zenger, do you have any idea how

11  much longer you have?

12           MR. ZENGER:  Somewhere between maybe 15 minutes

13  and a half hour.

14           THE COURT:  Mr. Coffey, is it your desire to get

15  Mr. Zitko on and off today?

16           MR. COFFEY:  That would be fine, Your Honor.

17           THE COURT:  How long do you expect him to take?

18           MR. COFFEY:  It depends on Mr. Zenger, but I

19  wouldn't expect to be calling him separately as a witness.

20  So if Mr. Zenger were going to have 15 to a half hour with

21  Mr. Stonkus, I would think we could get pretty close.

22           THE COURT:  Again, what I'm suggesting is maybe we

23  ought to take a break, come back and let Mr. Zitko get on so

24  he can assure we finish him today.

25           How long do you think you will take with him?

1   rules at that time?

2   A    If I know it, I will not do it.  If I know at the time,

3   sure.

4   Q    Well, I am not saying that you knew at the time, but

5   the Court has found certain devices to infringe.  And all

6   I'm saying, in 2005 when you attended the trade shows, you

7   were promoting the sale of those devices in the United

8   States, correct?

9   A    It's not correct because according to my information

10  the Court found it in the summary judgment in 2011.  We

11  offer something that is not -- we start something new.

12  Q    But in 2005 those were the devices you were offering

13  for sale in the United States, correct?

14  A    2005, yes, at the fair.

15  Q    The same in 2006?

16  A    Probably also, but yes.  Yes, probably also because we

17  continuously wanted to sell our product in United States.

18  Q    That was continued from 2006 to the present, attending

19  trade shows, offering these devices for sale, correct?

20  A    Yes, until today we attended shows, trade shows, home

21  shows in the United States.  It's basically how to offer our

22  product, and in Europe.  We have every year hundred trade

23  fairs all over the world.  So it's now many -- five years

24  ago, so it's many, many trade fairs.

25  Q    There is a black book in front of you.  Do you see that

1    black notebook?

2    A    Okay.

3    Q    Would you open it up. There are some tabs down the

4    side. Do you see tab number 16 on the side of the tabs?

5         MR. ZENGER: Your Honor, may I?

6         THE COURT: Yes.

7   BY MR. ZENGER:

8    Q    Plaintiff's Exhibit 16, have you seen this list before?

9    A    I see many, many, many documents, but particularly this

10   one, I don't know. Probably not.

11   Q    Good answer.

12   A    I have seen many, but I am not sure if I have seen

13   balance from November 27th. I usually don't remember dates

14   when balance was --

15   Q    I want to go to the white notebook instead of the black

16   notebook. I have opened up for you what is Exhibit HH. Do

17   you see that, sir?

18   A    What?

19   Q    You see in the lower right-hand corner the blue sticker

20   HH?

21   A    HH, yes.

22   Q    On that first page, do you recognize that document,

23   that first page?

24   A    Yes, it's invoice of Alukov from Czech Republic.

25   Q    This is a sale of a device of a pool enclosure to

1  Pool & Spa Enclosures, LLC in the United States, correct?

2  A    Yes.  Yes, address of customer.  It's for Pool & Spa

3  Enclosures, LLC.

4  Q    How much profit did Alukov make on the sale of this

5  device?

6  A    I don't know exactly, but I can say we have yearly

7  corporate profit from our yearly financial statement between

8  five and eight percent.  It's our net of profit from all of

9  business that we have.  So you can check it.  It's public.

10  It's public issue.  So between five and eight percent we

11  have net profit.

12  Q    But Alukov makes thousands of pool enclosures a year,

13  correct?

14  A    Exactly, correct.

15  Q    And Alukov ships --

16  A    About 2,000.

17  Q    2,000.  So the number you just gave me is for all of

18  those 2,000 devices, right?

19  A    It's a number that I gave you, it's total profit.  It's

20  our profit, corporate profit after taxation.  In Czech

21  Republic, we have about between five and eight percent,

22  depends on the year.

23  Q    So that's after tax profit?

24  A    It's before taxation, before -- it's roughly ten

25  percent -- ten percent before taxation, and after taxation

1   it's about five and eight percent.

2   Q    But that's for all the products and all the goods and

3   all the services provided for Alukov, not just for the

4   devices that have been shown to infringe in this case,

5   correct?

6   A    It's correct because we have only one bookkeeping and

7   we count all enclosures.  It's not other to which country we

8   send enclosures.  It's only one bookkeeping that we have.

9   Q    So you are unable to tell me what the profit is on pool

10  enclosures devices sold just into the United States,

11  correct?

12  A    I am.  Yes, I am unable to tell you exactly number.

13  But if I follow what I said to you, so it's before taxation,

14  ten percent.

15  Q    But you just told me you don't divide it up into

16  countries.  It's for the whole world, right?

17  A    It's for the whole company because I have not exactly

18  information.  This is all company.

19  Q    Look again, if you would, at that first page in front

20  of you of Exhibit HH.  Do you see that?

21  A    Yes.

22  Q    How much did it cost Alukov to make that device?

23  A    I don't know exact amount, how much money it costs

24  because it's material cost, the people, labor cost, is

25  direct cost for labor, for the work of the workers, it's

1  office cost.  So it's -- so it's something like this.

2  Q    You can't tell me how much it cost to make this device?

3  A    I would like to tell you, but I don't know exactly how

4  much it cost of the enclosures.

5  Q    And behind that first page, behind that first page all

6  the way up to the next tab, do you see that next tab II on

7  the side?

8  A    AA?

9         MR. ZENGER:  Your Honor, may I?

10         THE COURT:  Yes, and you don't need to ask,

11 Mr. Zenger.

12         MR. ZENGER:  Thank you.

13 BY MR. ZENGER:

14 Q    Would your answer be the same for all of the rest of

15 those, that you are unable to tell me how much it cost

16 Alukov to make those pool enclosures?

17 A    Could you repeat your question, please?

18 Q    Can you tell me how much it cost Alukov to make each

19 and every one of those pool enclosures?

20 A    You ask me how much it cost for every piece of

21 enclosures?

22 Q    Yes.  I asked you about the first page and you said you

23 couldn't tell me.

24 A    Yes, yes, exactly.

25 Q    Is the answer the same for all the rest of those in

 1  Exhibit II?

 2  A    I don't know.  I don't know how much is amount -- total

 3  amount of invoices, yes.  And after, as I said to you, I

 4  have not exactly calculation for these enclosures.  But our

 5  profit before taxation is about ten percent, as I told you.

 6  Q    Company wide?

 7  A    All company, all company.

 8  Q    Thank you.

 9       Does your company make a product model named Elegant?

10  A    Yes.  Yes.

11  Q    How much does it cost Alukov to make -- let me ask you

12  this.  As you sit here today, you are not able to tell me

13  about the costs of Alukov to make any model Elegant pool

14  enclosures, are you?

15  A    I am not able to tell you exactly how much it cost of

16  the enclosures.  If you give me specification, I can ask my

17  company director about some numbers.  But, again, as I said,

18  you can go to public document in Czech Republic and you can

19  see our profit before and after taxation.  Everything, it's

20  open in Czech Republic.  It's public.  It's public.  We can

21  go even right now by Internet and again show you tax report.

22  We have to note every year profit.  It's also sometimes from

23  the beginning of the company.

24  Q    So it could be plus or minus?

25  A    Yes, plus or minus, yes, exactly.

```
1  Q    It's very important for the Alukov defendants to be
2  able to sell pool enclosures in the United States, correct?
3            MR. COFFEY:  Objection, Your Honor.  I don't know
4  how that could be relevant to the damage trial.  I think
5  that the issue --
6            THE COURT:  I will sustain the objection.
7  BY MR. ZENGER:
8  Q    Is Alukov interested in establishing the ability to
9  sell pool enclosures in the United States?
10 A    Yes.  If not, we never start business in the United
11 States.  I am businessman like everybody wants to do
12 something in --
13 Q    Is the United States a good market for pool enclosures?
14           MR. COFFEY:  Your Honor, again, this whole line of
15 questioning about it's a good market, I don't know where
16 this is going to.
17           THE COURT:  Mr. Zenger, what is the relevance?
18           MR. ZENGER:  The relevance is to profits.  And one
19 of the factors of profits is that there is a market and that
20 there is a demand for the products.  All I'm trying to do is
21 establish this company recognizes there's a market here.
22           THE COURT:  That's been established.
23           MR. ZENGER:  Thank you.
24 BY MR. ZENGER:
25 Q    Mr. Zitko, you have participated in the preparation of
```

1   percent before tax and five to eight percent after tax for

2   sales of enclosures in the United States?

3   A     Sometimes we have discount, so our profit is even

4   smaller because we have special off, like seasonal off.  So

5   sometimes we have even smaller profit.

6   Q     For U.S. sales?

7   A     For U.S. sales, yes.  Because -- may I?

8   Q     Now, Mr. Zitko --

9           MR. COFFEY:  May I approach and just show the

10  witness an exhibit, Your Honor?

11          THE COURT:  You may and you don't need to ask.

12          Which exhibit?

13          MR. COFFEY:  CC.

14  BY MR. COFFEY:

15  Q     Can you turn to Exhibit CC, in evidence.  Do you see

16  that document?

17  A     Yes.

18  Q     CC is in evidence.  It's already been put in evidence

19  in this case.  Do you recognize that document?

20  A     Yes.

21  Q     Did you participate in any way in putting that

22  document -- the information in that document together?  If

23  you want me to rephrase it, I will rephrase.

24        Are you responsible in any way for the numbers that are

25  on Exhibit CC in evidence?

1  A    Yes, I am.

2  Q    And which numbers are you responsible for?

3  A    I am responsible for numbers which start 5.5 percent

4  and the last one is two percent.

5  Q    Two percent?

6  A    Two percent is the 2021, two percent.

7  Q    And just by way of background, can you tell me,

8  Mr. Zitko, how did this document come about, if you know?

9  A    Yes, I know.  I know.  I met Mr. Brooks in the United

10 States in Atlantic City.  We spoke to each other.  It was in

11 2009.  And because I -- and we agreed we would meet, us

12 together, and we speak about this particular issue.

13     Mr. Brooks came to Florida.  We went to lunch.  So we

14 start to speak very friendly.  He told me about his

15 background, about his story of his life.  And we have nice

16 conversation.  Our target, we want to avoid to pay high

17 invoices to our lawyers because I pay every year maybe 50,

18 60,000 to my lawyer.  He told me he will defend his patent.

19 He had a lot of profit from his business.  So he has enough

20 money.  He asked I pay royalty fee and the amount.  I said

21 okay, I prepare royalty fee for you to stop -- to stop -- to

22 stop this invoicing from the lawyer.

23 Q    And does the Exhibit CC in evidence deal with the

24 negotiation you were having with Mr. Brooks over a royalty

25 for pool enclosures?

1　A　　Exactly.

2　Q　　And is there some column of numbers on Exhibit CC that

3　Mr. Brooks provided to you?

4　A　　Yes.　Mr. Brooks provided the numbers outside of the

5　sheet.

6　Q　　You inserted them in that document?　You inserted his

7　numbers in that document?

8　A　　Yes.

9　　　　　　THE COURT:　Did he provide them to you at that

10　lunch?

11　　　　　　THE WITNESS:　No, no, no, no, no.　It was -- it

12　was not at the lunch.　At lunch, we only speaking about

13　the -- generally about the royalties because he asked about

14　royalties.　Later evening or second day, I don't know, I

15　prepared such proposal for my side.

16　　　　　　MR. COFFEY:　I want to show the witness what I

17　have had marked SS, and I would ask my co-counsel to provide

18　copies to the Court and my adversary and the witness.

19　　　　　　I'm almost finished, Your Honor.　I will just give

20　counsel an opportunity to take a look at that document.

21　　　　　　MR. ZENGER:　Thank you.

22　BY MR. COFFEY:

23　Q　　Mr. Zitko, have you ever seen the document I've marked

24　SS?

25　A　　Yes.

APPEAL,CLOSED,PATENT

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:09-cv-00013-TS

| | |
|---|---|
| Aqua Shield v. Interpool Pool Cover Team | Date Filed: 01/07/2009 |
| Assigned to: Judge Ted Stewart | Date Terminated: 08/14/2013 |
| Case in other court: Federal Circuit, 14-01263 | Jury Demand: Plaintiff |
| Federal Circuit, 15-02009 | Nature of Suit: 830 Patent |
| Federal Circuit, 15-02055 | Jurisdiction: Federal Question |
| USDC Eastern District of New York, Brooklyn, 1:05cv04880-CBA-SMG | |
| Cause: 35:0271 Patent Infringement | |

**Plaintiff**

**Aqua Shield**                    represented by    **C. Todd Kinard**
CLARK CAPITAL PARTNERS LLC
5152 EDGEWOOD DR STE 375
PROVO, UT 84064
(801)557-2956
Email: tk@clarkecp.com
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dax D. Anderson**
KIRTON MCCONKIE
PO BOX 45120
SALT LAKE CITY, UT 84145-0120
(801) 328-3600
Email: danderson@kmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Igor Krol**
KROL & O'CONNOR
320 W 81ST ST
NEW YORK, NY 10024
(212)595-8009
Email: igor@krol-oconnor.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Perry S. Clegg**
CLEGG PC
299 S MAIN ST STE 1300

**A555**

SALT LAKE CITY, UT 84111
(801)532-3040
Email: pclegg@cleggiplaw.com
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall B. Bateman**
SNOW CHRISTENSEN &
MARTINEAU
10 EXCHANGE PLACE 11TH FL
PO BOX 45000
SALT LAKE CITY, UT 84145-5000
(801)521-9000
Email: rbb@scmlaw.com
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E Zenger**
KIRTON MCCONKIE
PO BOX 45120
SALT LAKE CITY, UT 84145-0120
(801)328-3600
Email: tzenger@kmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Chad Copier**
NO ADDRESS
NO ADDRESS 00000
(801)328-3600
Email:

V.

**Defendant**

**Interpool Pool Cover Team**              represented by **H. Dickson Burton**
TRASKBRITT PC
230 S 500 E #300
PO BOX 2550
SALT LAKE CITY, UT 84110
(801)532-1922
Email: hdburton@traskbritt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krista Weber Powell**
TRASKBRITT PC
230 S 500 E #300

PO BOX 2550
SALT LAKE CITY, UT 84110
(801)532-1922
Email: kwpowell@traskbritt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Dewland**
COFFEY & ASSOCIATES
310 SOUTH ST
MORRISTOWN, NJ 07960
(973)539-4500
Email: rdewland@yahoo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon S. Mecham**
TRASKBRITT PC
230 S 500 E #300
PO BOX 2550
SALT LAKE CITY, UT 84110
(801)532-1922
Email:
*ATTORNEY TO BE NOTICED*

**Edgar R. Cataxinos**
MAGLEBY CATAXINOS &
GREENWOOD
170 S MAIN ST STE 1100
SALT LAKE CITY, UT 84101
(801)359-9000
Email: cataxinos@mcgiplaw.com
*ATTORNEY TO BE NOTICED*

**Gregory J. Coffey**
COFFEY & ASSOCIATES
310 SOUTH ST
MORRISTOWN, NJ 07960
(973)539-4500
Email:
*PRO HAC VICE*

<u>**Defendant**</u>

**Alukov HZ spol Sro**                    represented by   **H. Dickson Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**A557**

**Alukov spol Sro**      represented by **H. Dickson Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Pool & Spa Enclosures**      represented by **H. Dickson Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Dewland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon S. Mecham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar R. Cataxinos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory J. Coffey**
(See above for address)
*PRO HAC VICE*

<u>Counter Claimant</u>

**Interpool Pool Cover Team**      represented by **H. Dickson Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krista Weber Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Dewland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory J. Coffey**
(See above for address)
*PRO HAC VICE*

V.

**Counter Defendant**

**Aqua Shield**        represented by   **C. Todd Kinard**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dax D. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry S. Clegg**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall B. Bateman**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E Zenger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Chad Copier**
(See above for address)

**Counter Claimant**

**Interpool Pool Cover Team**     represented by   **H. Dickson Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krista Weber Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Dewland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gregory J. Coffey**
(See above for address)
*PRO HAC VICE*

V.

**Counter Defendant**

**Aqua Shield**                    represented by  **C. Todd Kinard**
                                                 (See above for address)
                                                 *TERMINATED: 03/24/2010*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Dax D. Anderson**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Igor Krol**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Perry S. Clegg**
                                                 (See above for address)
                                                 *TERMINATED: 03/24/2010*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Randall B. Bateman**
                                                 (See above for address)
                                                 *TERMINATED: 03/24/2010*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Todd E Zenger**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **F. Chad Copier**
                                                 (See above for address)

**Counter Claimant**

**Pool & Spa Enclosures**          represented by  **H. Dickson Burton**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*

**A560**

*ATTORNEY TO BE NOTICED*

**Richard J. Dewland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory J. Coffey**
(See above for address)
*PRO HAC VICE*

V.

**Counter Defendant**

**Aqua Shield**                    represented by **C. Todd Kinard**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dax D. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Igor Krol**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry S. Clegg**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall B. Bateman**
(See above for address)
*TERMINATED: 03/24/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E Zenger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Chad Copier**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2009 | 1 | Case transferred in from District of Eastern New York; Case Number 1:05cv04880-CBA-SMG. Original file with documents numbered 1-40, certified copy of transfer order and docket sheet received., filed by Aqua Shield. (Attachments: # 1 Transfer letter) Assigned to Judge Ted Stewart (las) (Entered: 01/08/2009) |
| 01/07/2009 | 2 | File Received from USDC Eastern District of New York consisting of 1-15 (Attachments: # 1 Civil Cover Sheet, # 2 Doc 2 unsigned order to show cause, # 3 Doc 3 Memo in support, # 4 Doc 4 Order to show cause, # 5 Doc 5 Response to OSC, # 6 Doc 6 Affidavit, # 7 Doc 7 Scheduling order, # 8 Doc 8 letter to Judge, # 9 Doc 9 Notice of appearance, # 10 Doc 10-1 Memo is support, # 11 Doc 10-2 Attachment 1, # 12 Doc 10-3 Attachment 2, # 13 Doc 11-1 Affidavit in support, # 14 Doc 11-2 Attachment 1, # 15 Doc 12-1 Reply in support, # 16 Doc 12-2 Attachment 1, # 17 Doc 12-3 Attachment 2, # 18 Doc 13 Affidavit of service, # 19 Doc 14 Affidavit of service, # 20 Doc 15 Memo in opposition) (las) (Entered: 01/08/2009) |
| 01/07/2009 | 3 | File Received from USDC Eastern District of New York consisting of 16-30 (Attachments: # 1 Doc 17 Letter to Judge, # 2 Doc 18 Letter to Judge, # 3 Doc 19 Motion to Adjourn, # 4 Doc 20 Consent to Motion, # 5 Doc 21 Notice of Hearing, # 6 Doc 22 Letter to Judge, # 7 Doc 23 Notice of Oral Argument, # 8 Doc 24 Order to Show Cause, # 9 Doc 25-1 Certificate of counsel, # 10 Doc 25-2 exhibit 1, # 11 Doc 26 Affidavit/Affirmantion, # 12 Doc 27 Response to OSC, # 13 Doc 28-1 Certificate of counsel, # 14 Doc 28-2 exhibit 1, # 15 Doc 28-3 exhibit 2, # 16 Doc 28-4 exhibit 3, # 17 Doc 28-5 exhibit 4, # 18 Doc 29 Certificate of Service, # 19 Doc 30 Letter to Judge) (las) (Entered: 01/08/2009) |
| 01/07/2009 | 4 | File Received from USDC Eastern District of New York consisting of 31-40 (Attachments: # 1 Doc 32 Order, # 2 Doc 33 Certificate of counsel, # 3 Doc 34 Affidavit/Affirmation, # 4 Doc 35 Reply in opposition, # 5 Doc 36 Declaration, # 6 Doc 37 Reply in opposition, # 7 Doc 38 Letter to Judge, # 8 Doc 39 Memo and order, # 9 Doc 40 Certificate of service, # 10 Docket) (las) (Entered: 01/08/2009) |
| 01/08/2009 | 5 | NOTICE OF REQUIREMENTS for appearance phv mailed to attorney Igor Krol, for Plaintiff Aqua Shield (las) (Entered: 01/08/2009) |
| 01/08/2009 | 6 | NOTICE OF REQUIREMENTS for appearance phv mailed to attorney Michael F. Sarney, for Defendant Interpool Pool Cover Team (las) (Entered: 01/08/2009) |
| 01/12/2009 | 7 | Report on the Filing of an action sent to the Director of the U.S. Patent and Trademark Office. (las) (Entered: 01/12/2009) |
| 01/20/2009 | 8 | NOTICE of Appearance by H. Dickson Burton on behalf of Interpool Pool Cover Team (Burton, H.) (Entered: 01/20/2009) |
| 01/20/2009 | 9 | NOTICE of Appearance by Krista Weber Powell on behalf of Interpool Pool Cover Team (Powell, Krista) (Entered: 01/20/2009) |
| 01/20/2009 | 10 | Stipulated MOTION for Extension of Time to File Answer as to 1 Case Transferred In - District Transfer, 2 File Received,, 4 File Received, 3 File |

| | | |
|---|---|---|
| | | Received,, filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Text of Proposed Order)(Burton, H.) Modified on 1/21/2009 changed relief from for Extension of Time to File Response/Reply to for Extension of Time to File Answer (asp). (Entered: 01/20/2009) |
| 01/21/2009 | 11 | ORDER granting 10 Motion for Extension of Time to Answer. Signed by Judge Ted Stewart on 01/21/2009. (asp) (Entered: 01/21/2009) |
| 02/20/2009 | 12 | ANSWER to Complaint *and*, COUNTERCLAIM against Aqua Shield filed by Interpool Pool Cover Team.(Burton, H.) (Entered: 02/20/2009) |
| 03/12/2009 | 13 | NOTICE of Appearance by Randall B. Bateman on behalf of Aqua Shield (Bateman, Randall) (Entered: 03/12/2009) |
| 03/12/2009 | 14 | Counter RESPONSE/Answer re 12 Counterclaim, filed by Counter Defendant Aqua Shield. (Bateman, Randall) Modified on 3/13/2009 added Answer to docket text (asp). (Entered: 03/12/2009) |
| 03/20/2009 | 15 | Plaintiff's MOTION for Admission Pro Hac Vice of Igor Krol, Registration fee $ 15, receipt number 10880000000000856594, filed by Plaintiff Aqua Shield, Counter Defendant Aqua Shield. (Attachments: # 1 Exhibit Application for Admission Pro Hac Vice, # 2 Exhibit ECF Registration Form, # 3 Text of Proposed Order Proposed Order Granting Pro Hac Vice for Igor Krol)(Bateman, Randall) (Entered: 03/20/2009) |
| 03/23/2009 | 16 | ORDER granting 15 Motion for Admission Pro Hac Vice of Igor Krol for Aqua Shield. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* . Signed by Judge Ted Stewart on 03/23/2009. (asp) (Entered: 03/23/2009) |
| 07/06/2009 | 17 | NOTICE of Appearance by F. Chad Copier on behalf of Aqua Shield (Copier, F.) (Entered: 07/06/2009) |
| 07/20/2009 | 18 | Plaintiff's MOTION for Leave to File Amended Complaint filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order)(Copier, F.) (Entered: 07/20/2009) |
| 07/20/2009 | 19 | Plaintiff's MEMORANDUM in Support re 18 Plaintiff's MOTION for Leave to File Amended Complaint filed by Plaintiff Aqua Shield. (Copier, F.) (Entered: 07/20/2009) |
| 08/04/2009 | 20 | Stipulated MOTION for Extension of Time to File Response/Reply as to 18 Plaintiff's MOTION for Leave to File Amended Complaint filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Text of Proposed Order)(Burton, H.) (Entered: 08/04/2009) |
| 08/05/2009 | 21 | ORDER granting 20 Motion for Extension of Time to File Response/Reply re 18 Plaintiff's MOTION for Leave to File Amended Complaint. Responses due by 8/18/2009. Signed by Judge Ted Stewart on 08/05/2009. (asp) (Entered: 08/05/2009) |
| 08/18/2009 | 22 | Stipulated MOTION for Extension of Time to File Response/Reply as to 18 Plaintiff's MOTION for Leave to File Amended Complaint filed by Defendant |

| | | |
|---|---|---|
| | | Interpool Pool Cover Team. (Attachments: # 1 Text of Proposed Order)(Burton, H.) (Entered: 08/18/2009) |
| 08/19/2009 | 23 | ORDER granting 22 Motion for Extension of Time to File Response/Reply re 18 Plaintiff's MOTION for Leave to File Amended Complaint. Responses due by 8/25/2009. Signed by Judge Ted Stewart on 08/19/2009. (asp) (Entered: 08/20/2009) |
| 08/25/2009 | 24 | ORDER REFERRING CASE to Magistrate Judge Samuel Alba under 28:636 (b) (1)(A), Magistrate to hear and determine all nondispositive pretrial matters. Motions referred to Samuel Alba. Signed by Judge Ted Stewart on 08/25/2009. (jlk) (Entered: 08/25/2009) |
| 08/25/2009 | 25 | **NOTICE OF HEARING ON MOTION** re: 18 Plaintiff's MOTION for Leave to File Amended Complaint: Motion Hearing set for 9/8/2009 09:30 AM in Room 248 before Magistrate Judge Samuel Alba. (cas) (Entered: 08/25/2009) |
| 08/25/2009 | | Hearing set for 9/8/09 has been stricken. Counsel contacted court and stated there was no opposition to the motion for leave to file an amended complaint. (ss) (Entered: 08/25/2009) |
| 08/31/2009 | 26 | DOCKET TEXT ORDER granting 18 Motion for Leave to File to File an Amended Complaint. Signed by Magistrate Judge Samuel Alba on 8/31/09. No attached document. (ss) (Entered: 08/31/2009) |
| 08/31/2009 | 27 | AMENDED COMPLAINT against all defendants with Jury Demand. Removed Defendants: Alukov HZ spol. S.r.o., Alukov, spol. S.r.o., Pool & Spa Enclosures, LLC., filed by Aqua Shield. (Attachments: # 1 Exhibit A - '160 Patent, # 2 Exhibit B - Web Pages, # 3 Exhibit C - Cease and Desist Letter) (Bateman, Randall) (Entered: 08/31/2009) |
| 09/15/2009 | 28 | *Interpool Cover Team's* ANSWER to 27 Amended Complaint, *and*, Defendant's COUNTERCLAIM against Aqua Shield filed by Interpool Pool Cover Team. (Burton, H.) (Entered: 09/15/2009) |
| 09/17/2009 | 29 | NOTICE FROM THE COURT re: Initial Scheduling The court's IPT Clerk will now set the case for the Initial Pretrial Scheduling Conference (asp) (Entered: 09/17/2009) |
| 09/28/2009 | 30 | NOTICE of Appearance by Perry S. Clegg on behalf of Aqua Shield (Clegg, Perry) (Entered: 09/28/2009) |
| 09/28/2009 | 31 | *Aqua Shield's* ANSWER to 28 Counterclaim *(s) of Inter Pool Cover Team* filed by Aqua Shield.(Clegg, Perry) (Entered: 09/28/2009) |
| 11/09/2009 | 32 | NOTICE of Appearance by C. Todd Kinard on behalf of Aqua Shield (Kinard, C.) (Entered: 11/09/2009) |
| 11/09/2009 | 33 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Aqua Shield as to Pool & Spa Enclosures served on 10/29/2009, answer due 11/18/2009. (Kinard, C.) (Entered: 11/09/2009) |
| 11/18/2009 | 34 | *Pool & Spa Enclosures, LLC's* ANSWER to 27 Amended Complaint, *and*, COUNTERCLAIM against Aqua Shield filed by Pool & Spa Enclosures.(Burton, H.) (Entered: 11/18/2009) |

| 11/19/2009 | 35 | NOTICE FROM THE COURT re: Initial Scheduling The court's IPT Clerk will now set the case for the Initial Pretrial Scheduling Conference (asp) (Entered: 11/19/2009) |
|---|---|---|
| 11/19/2009 | 36 | **NOTICE OF INITIAL PRETRIAL CONFERENCE:** (Notice generated by Theresa Brown) The **Attorneys Planning Meeting Report** and **Proposed Scheduling Order** forms, available on the court web site at http://www.utd.uscourts.gov/documents/formpage.html, should be prepared 30 days before the Initial Pretrial Conference hearing date.<br><br>**NOTICE TO COUNSEL,** The Court *may* enter a scheduling order and vacate the hearing *if* counsel (a) file a stipulated **Attorneys Planning Meeting Report**; and (b) e-mail a **Proposed Scheduling Order** to ipt@utd.uscourts.gov 30 days before the scheduled hearing. See instructions at http://www.utd.uscourts.gov/documents/ipt.html<br><br>**Initial Pretrial Conference set for 1/20/2010 11:00 AM in Room 477 before Magistrate Judge David Nuffer.** (tab) (Entered: 11/19/2009) |
| 11/24/2009 | 37 | Plaintiff's RESPONSE re 34 Answer to Amended Complaint, Counterclaim, *of Defendant Pool & Spa Enclosures* filed by Counter Defendants Aqua Shield, Aqua Shield, Aqua Shield. (Bateman, Randall) (Entered: 11/24/2009) |
| 12/15/2009 | 38 | REPORT OF ATTORNEY PLANNING MEETING. (Clegg, Perry) (Entered: 12/15/2009) |
| 12/23/2009 | 39 | ERRATA to 38 Attorney Planning Meeting filed by Plaintiff Aqua Shield *Re: Proposed Scheduling Order*. (Kinard, C.) (Entered: 12/23/2009) |
| 01/04/2010 | 40 | SCHEDULING ORDER: Initial Pretrial Conference set for 1/20/2010 at 11:00 AM vacated. Amended Pleadings due by 3/19/2010. Joinder of Parties due by 3/19/2010. Fact Discovery due by 8/13/2010. Expert Discovery due by 10/20/2010. Motions due by 12/20/2010. Final Pretrial Conference set for 5/31/2011 02:30 PM in Room 142 before Judge Ted Stewart. 7 day Jury Trial set to begin 6/13/2011 08:30 AM in Room 142 before Judge Ted Stewart. See Order for more deadlines. Signed by Magistrate Judge David Nuffer on 1/2/2010. (rlr) (Entered: 01/04/2010) |
| 02/23/2010 | 41 | MOTION for Protective Order filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order Stipulated Protective Order) Motions referred to Samuel Alba.(Clegg, Perry) (Entered: 02/23/2010) |
| 02/23/2010 | 42 | MEMORANDUM in Support re 41 MOTION for Protective Order filed by Plaintiff Aqua Shield. (Clegg, Perry) (Entered: 02/23/2010) |
| 02/24/2010 | 43 | STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge Samuel Alba on 02/24/2010. (asp) (Entered: 02/24/2010) |
| 03/08/2010 | 44 | MOTION for Admission Pro Hac Vice of Gregory J. Coffey, Registration fee $ 15, receipt number 10880000000001069726, filed by Defendants Interpool Pool Cover Team, Pool & Spa Enclosures. (Attachments: # 1 Exhibit A - Application |

| | | |
|---|---|---|
| | | for Admission, # <u>2</u> Exhibit B - ECF Registration Form, # <u>3</u> Text of Proposed Order)(Burton, H.) (Entered: 03/08/2010) |
| 03/08/2010 | <u>45</u> | MOTION for Admission Pro Hac Vice of Richard J. Dewland, Registration fee $ 15, receipt number 10880000000001069899, filed by Defendants Interpool Pool Cover Team, Pool & Spa Enclosures. (Attachments: # <u>1</u> Exhibit A - Application for Admission, # <u>2</u> Exhibit B - ECF Registration Form, # <u>3</u> Text of Proposed Order)(Burton, H.) (Entered: 03/08/2010) |
| 03/10/2010 | <u>46</u> | ORDER granting <u>44</u> Motion for Admission Pro Hac Vice of Gregory J. Coffey for Pool & Spa Enclosures, Interpool Pool Cover Team, Pool & Spa Enclosures and Interpool Pool Cover Team, Richard J. Dewland for Pool & Spa Enclosures, Interpool Pool Cover Team, Pool & Spa Enclosures and Interpool Pool Cover Team. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* ; granting <u>45</u> Motion for Admission Pro Hac Vice of Gregory J. Coffey for Pool & Spa Enclosures, Interpool Pool Cover Team, Pool & Spa Enclosures and Interpool Pool Cover Team, Richard J. Dewland for Pool & Spa Enclosures, Interpool Pool Cover Team, Pool & Spa Enclosures and Interpool Pool Cover Team. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* . Signed by Judge Ted Stewart on 03/09/2010. (asp) (Entered: 03/10/2010) |
| 03/23/2010 | <u>47</u> | MOTION to Withdraw as Attorney *s for Plaintiff* filed by Plaintiff Aqua Shield. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order) Motions referred to Samuel Alba.(Clegg, Perry) (Entered: 03/23/2010) |
| 03/24/2010 | <u>48</u> | ORDER granting <u>47</u> Motion to Withdraw as Attorney. Attorney C. Todd Kinard, Randall B. Bateman and Perry S. Clegg withdrawn from case for Aqua Shield. Signed by Magistrate Judge Samuel Alba on 03/24/2010. (asp) (Entered: 03/25/2010) |
| 04/13/2010 | <u>49</u> | First MOTION for Extension of Time Obtain New Counsel *in Utah (Patent Counsel)* filed by Plaintiff Aqua Shield. (Attachments: # <u>1</u> Affidavit Certificate of Service, # <u>2</u> Text of Proposed Order Proposed Order) Motions referred to Samuel Alba.(Krol, Igor) (Entered: 04/13/2010) |
| 04/26/2010 | <u>50</u> | ORDER granting <u>49</u> Motion for Extension of Time. Signed by Magistrate Judge Samuel Alba on 04/26/2010. (asp) (Entered: 04/27/2010) |
| 05/17/2010 | <u>51</u> | NOTICE of Appearance by Todd E Zenger on behalf of Aqua Shield (Zenger, Todd) (Entered: 05/17/2010) |
| 05/17/2010 | <u>52</u> | NOTICE of Appearance by Dax D. Anderson on behalf of Aqua Shield (Anderson, Dax) (Entered: 05/17/2010) |
| 08/13/2010 | <u>53</u> | Stipulated MOTION to Amend/Correct *the Scheduling Order* filed by Plaintiff Aqua Shield. (Attachments: # <u>1</u> Text of Proposed Order) Motions referred to Samuel Alba.(Anderson, Dax) (Entered: 08/13/2010) |
| 08/19/2010 | <u>54</u> | AMENDED SCHEDULING ORDER: Discovery due by 2/17/2011., Motions due by 4/19/2011., Final Pretrial Conference set for 9/12/2011 02:30 PM in Room 142 before Judge Ted Stewart., 7 day Jury Trial set for 9/26/2011 08:30 AM in Room |

| | | 142 before Judge Ted Stewart. Signed by Magistrate Judge David Nuffer on 08/19/2010. (asp) (Entered: 08/19/2010) |
|---|---|---|
| 12/10/2010 | 55 | Stipulated MOTION to Amend/Correct *Scheduling Order* filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Samuel Alba.(Anderson, Dax) (Entered: 12/10/2010) |
| 12/16/2010 | 56 | ORDER granting 55 Motion to Amend/Correct Scheduling Order. The Fact Discovery completion date of the Scheduling Order is amended from December 10, 2010, to February 17, 2010. Signed by Magistrate Judge Samuel Alba on 12/16/2010. (las) (Entered: 12/17/2010) |
| 02/17/2011 | 57 | Stipulated MOTION to Amend/Correct 54 Scheduling Order, filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Samuel Alba.(Zenger, Todd) (Entered: 02/17/2011) |
| 02/22/2011 | 58 | ORDER granting 57 Motion to Amend/Correct. Signed by Magistrate Judge Samuel Alba on 2/22/2011. (cas) (Entered: 02/22/2011) |
| 04/19/2011 | 59 | MOTION for Partial Summary Judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order)(Zenger, Todd) (Entered: 04/19/2011) |
| 04/19/2011 | 60 | MEMORANDUM in Support re 59 MOTION for Partial Summary Judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit 1, # 2 Errata 2, # 3 Exhibit 3)(Zenger, Todd) (Entered: 04/19/2011) |
| 04/28/2011 | 61 | **NOTICE OF HEARING ON MOTION** re: 59 MOTION for Partial Summary Judgment : (Notice generated by Chambers/slm) Motion Hearing set for 8/16/2011 03:00 PM in Room 142 before Judge Ted Stewart. (slm) (Entered: 04/28/2011) |
| 05/16/2011 | 62 | MOTION for Extension of Time to File Response/Reply as to 59 MOTION for Partial Summary Judgment *to June 13, 2011* filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Declaration of Gregory J. Coffey, Esq., # 2 Affidavit Certificate of Service) Motions referred to Samuel Alba.(Dewland, Richard) (Entered: 05/16/2011) |
| 05/23/2011 | 63 | NOTICE of Plaintiff's Nonopposition by Aqua Shield re 62 MOTION for Extension of Time to File Response/Reply as to 59 MOTION for Partial Summary Judgment *to June 13, 2011* MOTION for Extension of Time to File Response/Reply as to 59 MOTION for Partial Summary Judgment *to June 13, 2011* (Zenger, Todd) (Entered: 05/23/2011) |
| 06/03/2011 | 64 | ORDER granting 62 Motion for Extension of Time to File Response/Reply re 59 MOTION for Partial Summary Judgment. Responses due by 6/13/2011. Signed by Judge Ted Stewart on 6/3/2011. (las) (Entered: 06/03/2011) |
| 06/13/2011 | 65 | MOTION for Extension of Time to File Response/Reply filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Decelaration of Gregory J. Coffey, # 2 Certificate of Service) Motions referred to Samuel Alba.(Dewland, Richard) (Entered: 06/13/2011) |
| 06/15/2011 | 66 | NOTICE of Non-Opposition by Aqua Shield re 65 MOTION for Extension of Time to File Response/Reply (Attachments: # 1 Exhibit Declaration) (Anderson, Dax) (Entered: 06/15/2011) |

| 06/15/2011 | 67 | MEMORANDUM in Opposition re 59 MOTION for Partial Summary Judgment filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey)(Dewland, Richard) (Entered: 06/15/2011) |
|---|---|---|
| 06/16/2011 | 68 | ORDER granting 65 Motion for Extension of Time to File Response/Reply re 59 MOTION for Partial Summary Judgment. Responses due by 6/15/2011. Signed by Judge Ted Stewart on 6/16/2011. (las) (Entered: 06/16/2011) |
| 07/05/2011 | 69 | REPLY to Response to Motion re 59 MOTION for Partial Summary Judgment filed by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 07/05/2011) |
| 07/05/2011 | 70 | MOTION to Strike *Declarations of Attorney Coffey and Attorney Sarney* filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Samuel Alba.(Zenger, Todd) (Entered: 07/05/2011) |
| 07/05/2011 | 71 | MEMORANDUM in Support re 70 MOTION to Strike *Declarations of Attorney Coffey and Attorney Sarney* filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit A - Coffey Decl., # 2 Exhibit B - Sarney Decl.)(Zenger, Todd) (Entered: 07/05/2011) |
| 07/22/2011 | 72 | MOTION for Extension of Time to File Response/Reply filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey, # 2 Certificate of Service) Motions referred to Samuel Alba.(Dewland, Richard) (Entered: 07/22/2011) |
| 07/25/2011 | 73 | MEMORANDUM in Opposition re 70 MOTION to Strike *Declarations of Attorney Coffey and Attorney Sarney* filed by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 07/25/2011) |
| 08/03/2011 | 74 | Motions No Longer Referred: 70 MOTION to Strike *Declarations of Attorney Coffey and Attorney Sarney*, 72 MOTION for Extension of Time to File Response/Reply (cas) (Entered: 08/03/2011) |
| 08/03/2011 | 75 | DOCKET TEXT ORDER granting 72 Motion for Extension of Time to File Response/Reply Responses due by 7/25/2011. Signed by Judge Ted Stewart on 8/3/2011. No attached document. (jjk) (Entered: 08/03/2011) |
| 08/10/2011 | 76 | ORDER Requiring Additional Briefing Pursuant to Defendants' Request for a Markman Hearing. IT is ORDERED that the hearing on Plaintiffs Motion for Partial Summary Judgment (DocketNo. 59), scheduled for 3:00 pm, August 16, 2011, is STRICKEN. See Order for Additional Details. Signed by Judge Ted Stewart on 08/09/2011. (tls) (Entered: 08/10/2011) |
| 08/17/2011 | 77 | MEMORANDUM *As Per Court's Order* filed by Interpool Pool Cover Team. (Coffey, Gregory) (Entered: 08/17/2011) |
| 09/09/2011 | 78 | **NOTICE OF HEARING**: (Notice generated by Chambers/slm) Markman Hearing set for 11/21/2011 09:00 AM in Room 142 before Judge Ted Stewart. (slm) (Entered: 09/09/2011) |
| 09/12/2011 | 79 | Scheduling ORDER for Markman Hearing. See Order for Details. Signed by Judge Ted Stewart on 09/12/2011. (tls) (Entered: 09/12/2011) |
| 09/26/2011 | 80 | Markman BRIEF filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit 1 - USPN 6637160, # 2 Exhibit 2 - Brooks Declaration)(Anderson, Dax) (Entered: 09/26/2011) |

| 10/13/2011 | 81 | MOTION for Extension of Time Response to Claims Construction filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey) Motions referred to Samuel Alba.(Coffey, Gregory) (Entered: 10/13/2011) |
|---|---|---|
| 10/20/2011 | 82 | MEMORANDUM *on Claims Construction* filed by Interpool Pool Cover Team. (Coffey, Gregory) (Entered: 10/20/2011) |
| 10/21/2011 | 83 | DOCKET TEXT ORDER granting 81 Motion for Extension of Time. Signed by Magistrate Judge Samuel Alba on 10/21/2011. No attached document. (cas) (Entered: 10/21/2011) |
| 10/21/2011 | 84 | ORDER re 81 MOTION for Extension of Time Response to Claims Construction filed by Interpool Pool Cover Team. Signed by Judge Ted Stewart on 10/21/2011. (tls) (Entered: 10/21/2011) |
| 10/28/2011 | 85 | REPLY BRIEF re 80 Brief *Markman* filed by Plaintiff Aqua Shield. (Anderson, Dax) (Entered: 10/28/2011) |
| 11/14/2011 |   | Markman hearing set for 1/21/2011 at 9:00 AM is STRICKEN and the Court will rule from the briefs. (rlr) (Entered: 11/14/2011) |
| 11/14/2011 | 86 | MEMORANDUM DECISION AND ORDER on Claim Construction. Signed by Judge Ted Stewart on 11/14/2011. (tls) (Entered: 11/14/2011) |
| 11/28/2011 | 87 | MEMORANDUM DECISION granting in part and denying in part 59 Motion for Partial Summary Judgment; denying as moot 70 Motion to Strike. Signed by Judge Ted Stewart on 11/28/2011. (tls) (Entered: 11/28/2011) |
| 01/25/2012 | 88 | **NOTICE OF HEARING**: (Notice generated by Chambers (rlr)) Scheduling Conference set for 2/7/2012 03:30 PM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 01/25/2012) |
| 02/02/2012 | 89 | MOTION for Entry of Judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order)(Anderson, Dax) (Entered: 02/02/2012) |
| 02/02/2012 | 90 | MEMORANDUM in Support re 89 MOTION for Entry of Judgment filed by Plaintiff Aqua Shield. (Anderson, Dax) (Entered: 02/02/2012) |
| 02/03/2012 | 91 | MOTION for Extension of Time Scheduling Conference filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey) Motions referred to Samuel Alba.(Coffey, Gregory) (Entered: 02/03/2012) |
| 02/06/2012 | 92 | **AMENDED NOTICE OF HEARING**: (Notice generated by Chambers (rlr)) Scheduling Conference re-set for 3/6/2012 02:30 PM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 02/06/2012) |
| 02/21/2012 | 93 | MEMORANDUM in Opposition re 89 MOTION for Entry of Judgment filed by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 02/21/2012) |
| 03/05/2012 | 94 | NOTICE of Appearance by Edgar R. Cataxinos on behalf of Interpool Pool Cover Team (Cataxinos, Edgar) (Entered: 03/05/2012) |
| 03/05/2012 | 95 | NOTICE of Appearance by Edgar R. Cataxinos on behalf of Pool & Spa Enclosures (Cataxinos, Edgar) (Entered: 03/05/2012) |

| | | |
|---|---|---|
| 03/06/2012 | 96 | Minute Entry for proceedings held before Judge Ted Stewart: Scheduling Conference held on 3/6/2012. Status of the case is heard. The Court sets the following dates. 4-day jury trial to begin 11/6/2012 at 8:30 a.m.. Final pretrial conference set for 10/25/2012 at 3:00 p.m.. Counsel is directed to contact the Chambers of Magistrate Judge Alba within the next three weeks to set up a mediation conference. Attorney for Plaintiff: Dax Anderson, Attorney for Defendant: Edgar Cataxinos, Gregory Coffey (via phone). Court Reporter: Patti Walker. (rlr) (Entered: 03/07/2012) |
| 03/06/2012 | | **Set/Reset Hearings:** Final Pretrial Conference set for 10/25/2012 03:00 PM in Room 142 before Judge Ted Stewart. 4-day Jury Trial to begin 11/6/2012 08:30 AM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 03/07/2012) |
| 03/09/2012 | 97 | REPLY to Response to Motion re 89 MOTION for Entry of Judgment filed by Plaintiff Aqua Shield. (Anderson, Dax) (Entered: 03/09/2012) |
| 03/22/2012 | 98 | NOTICE OF SETTLEMENT CONFERENCE AND ORDER. Signed by Magistrate Judge Samuel Alba on 3/22/2012. (cas) (Entered: 03/22/2012) |
| 03/22/2012 | 99 | **NOTICE OF HEARING**: Settlement Conference set for Tuesday, June 5, 2012, at 9:00 a.m., in Room 248 before Magistrate Judge Samuel Alba. (*Please see docket entry 98 for further instructions.) (cas) (Entered: 03/22/2012) |
| 05/30/2012 | | **NOTICE VACATING Settlement Conference HEARING** set for June 5, 2012, at 9:00 a.m., before Magistrate Judge Samuel Alba. (cas) (Entered: 05/30/2012) |
| 05/30/2012 | 100 | **NOTICE OF HEARING**: Status Conference re: settlement conference set for 6/11/2012 at 9:30 AM in Room 248 before Magistrate Judge Samuel Alba. (cas) (Entered: 05/30/2012) |
| 06/11/2012 | 101 | Minute Entry for proceedings held before Magistrate Judge Samuel Alba: Status Conference held on 6/11/2012. Counsel would like to proceed with a settlement conference. Mr. Dewland stated that he has the following dates available: 7/11, 7/25, 7/26, 8/28, 8/29, 8/30. Mr. Zenger will check is calendar and notify the court of his availability. Court notified counsel that this matter will be referred to a new judge for a settlement conference. Attorney for Plaintiff: Todd Zenger, Attorney for Defendant: Rich Dewland by phone. Court Reporter: Electronic. (ss) Modified on 6/12/2012 (ss).Mr. Dewland contacted the court regarding an incorrect date. Mr. Dewland is not available on 7/11/12 as stated in the minute entry. (Entered: 06/12/2012) |
| 06/27/2012 | 102 | **NOTICE OF HEARING**: (Notice generated by Chambers DS) Settlement Conference set for 8/29/2012 08:30 AM to 3:00 PM in Room 420 before Judge David Sam. (jmr) (Entered: 06/27/2012) |
| 06/27/2012 | 103 | NOTICE FROM THE COURT re: Settlement Conference. See notice for additional details (jmr) (Entered: 06/27/2012) |
| 08/22/2012 | | Magistrate Judge Dustin B. Pead reassigned under 28:636 (b)(1)(A) referral, Magistrate to hear and determine all nondispositive pretrial matters. Magistrate Judge Samuel Alba no longer assigned to case. (cas) (Entered: 08/22/2012) |
| 10/17/2012 | 104 | MOTION to Continue Pre-Trial Conference and Trial Date filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey, # |

| | | |
|---|---|---|
| | | 2 Certificate of Service) Motions referred to Dustin B. Pead.(Dewland, Richard) (Entered: 10/17/2012) |
| 10/18/2012 | 105 | MEMORANDUM DECISION granting 89 Motion for Entry of Judgment ; granting 104 Motion to Continue Final Pretrial Conference and Trial without date. Signed by Judge Ted Stewart on 10/18/2012. (tls) (Entered: 10/18/2012) |
| 10/31/2012 | 106 | MOTION for Extension of Time File Supplemental Memorandum of Law and Supporting Motion Papers filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey, # 2 Certificate of Service) Motions referred to Dustin B. Pead.(Dewland, Richard) (Entered: 10/31/2012) |
| 10/31/2012 | 107 | NOTICE of Nonopposition by Aqua Shield re 106 MOTION for Extension of Time File Supplemental Memorandum of Law and Supporting Motion Papers (Zenger, Todd) (Entered: 10/31/2012) |
| 11/01/2012 | 108 | ORDER granting 106 Motion for Extension of Time to Submit Supplemental Memorandum. Defendant shall have until 5:00 P.M. on November 8, 2012 to file its motion papers in response to the Court's order of October 18, 2012. Signed by Judge Ted Stewart on 11/01/2012. (tls) (Entered: 11/01/2012) |
| 11/01/2012 | 109 | Joint MOTION for Extension of Time to submit additional motions for summary judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 11/01/2012) |
| 11/01/2012 | 110 | ORDER granting 109 Motion for Extension of Time. All parties shall have until November 8, 2012, to file their motion papers and until November 26, 2012 to file opposition papers. Signed by Judge Ted Stewart on 11/01/2012. (tls) (Entered: 11/01/2012) |
| 11/08/2012 | 111 | Joint MOTION for Extension of Time to File Supplemental Motions for Summary Judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 11/08/2012) |
| 11/09/2012 | 112 | ORDER granting 111 Motion for Extension of Time. All parties shall have until November 15, 2012, to file their motion papers and until December 3, 2012 to file opposition papers. Signed by Judge Ted Stewart on 11/09/2012. (asp) (Entered: 11/09/2012) |
| 11/15/2012 | 113 | Stipulated MOTION for Extension of Time To file additonal motions for summary judgment filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 11/15/2012) |
| 11/15/2012 | 114 | MOTION for Extension of Time to File Additional Motions for Summary Judgment *(Corrected)* filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 11/15/2012) |
| 11/16/2012 | 115 | Motions No Longer Referred: 113 Stipulated MOTION for Extension of Time To file additonal motions for summary judgment , 114 MOTION for Extension of Time to File Additional Motions for Summary Judgment shall be handled by the district court. *(Corrected)* (amn) (Entered: 11/16/2012) |
| 11/19/2012 | 116 | ORDER terminating 113 Motion for Extension of Time; granting 114 Motion for Extension of Time. All parties shall have until November 21, 2012, to file their |

|            |     | motion papers and until December 7, 2012 to file opposition papers. Signed by Judge Ted Stewart on 11/19/12. (ss) (Entered: 11/19/2012) |
|------------|-----|---|
| 11/21/2012 | 117 | MOTION for Summary Judgment *for a Determination of Invalidity of '160 Patent* filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey, # 2 Memorandum of Points and Authorities, # 3 Certificate of Service)(Dewland, Richard) (Entered: 11/21/2012) |
| 11/21/2012 | 118 | MOTION for Summary Judgment *as to Defendants' Counterclaims I and II* filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order)(Zenger, Todd) (Entered: 11/21/2012) |
| 11/21/2012 | 119 | MEMORANDUM in Support re 118 MOTION for Summary Judgment *as to Defendants' Counterclaims I and II* filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit List, # 2 Exhibit A - IPCs Answers to Interrogatories, 1/15/10, # 3 Exhibit B. - IPCs Responses to Document Requests, 1/15/10, # 4 Exhibit C - Coffey Declaration, 6/15/11, # 5 Exhibit D - Sarney Declaration, 10/24/200_, # 6 Exhibit E - 10/23/05 print outs of www.poolcover-ipc.com, # 7 Exhibit F - Foreign Language price list, # 8 Exhibit G - Foreign Language drawings, # 9 Exhibit H - French Patent No. FR2568288, # 10 Exhibit I - Arqualand Paper, # 11 Exhibit J -10/20/05 print out of www.aquashieldonline.com, # 12 Exhibit K - Australian Patent No. AU-A-69699/81 Abstract, # 13 Exhibit L - Eureka Pool Cover Papers, # 14 Exhibit M - Docket No. 67, pgs. 3, 22-24, # 15 Exhibit N - Krol Declaration, 5/23/11)(Zenger, Todd) (Entered: 11/21/2012) |
| 12/07/2012 | 120 | MEMORANDUM in Opposition re 118 MOTION for Summary Judgment *as to Defendants' Counterclaims I and II* filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Certificate of Service)(Dewland, Richard) (Entered: 12/07/2012) |
| 12/07/2012 | 121 | MOTION to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It and Memorandum in Support filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit A - Defendants' Responses to Interrogatories, # 2 Exhibit B - Responses to Document Requests, # 3 Exhibit C - Declaration of I. Krol, # 4 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 12/07/2012) |
| 12/07/2012 | 122 | MEMORANDUM in Opposition re 117 MOTION for Summary Judgment *for a Determination of Invalidity of '160 Patent* filed by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 12/07/2012) |
| 12/11/2012 | 123 | Motions No Longer Referred: 121 MOTION to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It and Memorandum in Support (ngw) (Entered: 12/11/2012) |
| 12/11/2012 | 124 | Motions No Longer Referred: 121 MOTION to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It and Memorandum in Support . This motion shall be handled by the District Court. (amn) (Entered: 12/11/2012) |
| 12/13/2012 | 125 | NOTICE of Citations of Supplemental Authority by Aqua Shield re 119 Memorandum in Support of Motion,,, 122 Memorandum in Opposition to Motion (Zenger, Todd) (Entered: 12/13/2012) |
| 12/24/2012 | 126 | MEMORANDUM in Opposition re 121 MOTION to Preclude Reliance Upon |

| | | Evidence for Failure to Disclose or Produce It and Memorandum in Support filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Certification of Service)(Dewland, Richard) (Entered: 12/24/2012) |
|---|---|---|
| 01/02/2013 | 127 | **NOTICE OF HEARING ON MOTION** re: 117 MOTION for Summary Judgment *for a Determination of Invalidity of '160 Patent*, 121 MOTION to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It and Memorandum in Support , 118 MOTION for Summary Judgment *as to Defendants' Counterclaims I and II* : (Notice generated by Chambers (rlr)). Motion Hearing set for 2/7/2013 02:30 PM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 01/02/2013) |
| 01/10/2013 | 128 | REPLY to Response to Motion re 121 MOTION to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It and Memorandum in Support filed by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 01/10/2013) |
| 01/15/2013 | 129 | MEMORANDUM DECISION denying 117 Motion for Summary Judgment ; granting 118 Motion for Summary Judgment ; denying 121 Motion to Preclude Reliance Upon Evidence for Failure to Disclose or Produce It. Signed by Judge Ted Stewart on 01/15/2013. (asp) (Entered: 01/15/2013) |
| 01/15/2013 | | **Set Hearings:** Final Pretrial Conference set for 2/7/2013 02:30 PM in Room 142 before Judge Ted Stewart. Jury Trial set for 2/19/2013 08:30 AM in Room 142 before Judge Ted Stewart. (asp) (Entered: 01/15/2013) |
| 01/30/2013 | 130 | TRIAL ORDER with instructions to counsel: 4 Day Jury Trial set to begin 2/19/2013 08:30 AM in Room 142 before Judge Ted Stewart. Final Pretrial Conference set for 2/7/2013 02:30 PM in Room 142 before Judge Ted Stewart. See order for more deadlines. Signed by Judge Ted Stewart on 1/30/2013. (rlr) (Entered: 01/30/2013) |
| 01/30/2013 | 131 | MOTION to Continue Trial Date filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Declaration of Gregory J. Coffey) Motions referred to Dustin B. Pead.(Dewland, Richard) (Entered: 01/30/2013) |
| 01/31/2013 | 132 | Motions No Longer Referred: 131 MOTION to Continue Trial Date shall be handled by the District Court. (amn) (Entered: 01/31/2013) |
| 02/04/2013 | 133 | Stipulated MOTION to Continue Pre-Trial Conference filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 02/04/2013) |
| 02/04/2013 | 134 | NOTICE of Non-Opposition by Aqua Shield re 131 MOTION to Continue Trial Date (Zenger, Todd) (Entered: 02/04/2013) |
| 02/05/2013 | 135 | Motions No Longer Referred: 133 Stipulated MOTION to Continue Pre-Trial Conference shall be handled by the District Court. (amn) (Entered: 02/05/2013) |
| 02/05/2013 | 136 | DOCKET TEXT ORDER denying 131 Motion to Continue. Signed by Judge Ted Stewart on 2/5/2013. No attached document. (ngw) (Entered: 02/05/2013) |
| 02/05/2013 | 137 | DOCKET TEXT ORDER denying 133 Motion to Continue. Signed by Judge Ted Stewart on 2/5/2013. No attached document. (ngw) (Entered: 02/05/2013) |
| 02/05/2013 | 138 | MOTION to Compel Discovery Responses and Memorandum in Support , |

| | | |
|---|---|---|
| | | MOTION for Sanctions and Memorandum in Support , MOTION to Continue the Final Pretrial Conference and Memorandum in Support filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit List, # 2 Exhibit A - IPCs Initial Disclosures, # 3 Exhibit B - Pool & Spa Initial Disclosures, # 4 Exhibit C - Defendants Answers to Jurisdictional Interrogatories, # 5 Exhibit D - IPCs Responses to Interrogatories, # 6 Exhibit E - IPC's Responses to Doc Reqs., # 7 Exhibit F - Krol Declaration, # 8 Exhibit G - Email Correspondence) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 02/05/2013) |
| 02/06/2013 | 139 | Motions No Longer Referred: 138 MOTION to Compel Discovery Responses and Memorandum in Support MOTION for Sanctions and Memorandum in Support MOTION to Continue the Final Pretrial Conference and Memorandum in Support (ngw) (Entered: 02/06/2013) |
| 02/07/2013 | 140 | Minute Entry for proceedings held before Judge Ted Stewart: Final Pretrial Conference held on 2/7/2013. Counsel for the defendant readdresses the possibility of moving the trial. After discussion and argument the Court moves the trial date to begin 3/19/2013 at 8:30 AM. Both parties agree to a bench trial rather than a jury trial. This matter will be set for a 4-day bench trial. Trial briefs and motions in limine are due by 3/12/2013. There is currently one outstanding motion. Counsel believes they can work that issue out between themselves. The Court gives defendant 2 weeks to get the information requested to plaintiff. If plaintiff believes they have not received what they asked for, they are directed to then file a new motion. The Court encourages ongoing settlement talks. Court is adjourned until 3/19/2013 at 8:30 AM. Attorney for Plaintiff: Todd Zenger, Attorney for Defendant: Gregory Coffey. Court Reporter: Patti Walker. (rlr) (Entered: 02/08/2013) |
| 02/08/2013 | 141 | **NOTICE OF HEARING**: (Notice generated by Chambers (rlr)) 4-day Bench Trial set to begin 3/19/2013 08:30 AM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 02/08/2013) |
| 02/08/2013 | 142 | PRETRIAL ORDER. Jury Trial set for 2/19/2013 08:30 AM in Room 142 before Judge Ted Stewart. Signed by Judge Ted Stewart on 02/07/2013. (asp) (Entered: 02/08/2013) |
| 03/12/2013 | 143 | TRIAL BRIEF by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 03/12/2013) |
| 03/12/2013 | 144 | TRIAL BRIEF by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 03/12/2013) |
| 03/12/2013 | 145 | MOTION in Limine and Memorandum in Support *or in the Alternative, Motion for Sanctions* filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit List, # 2 Exhibit A - IPCs Initial Disclosures, # 3 Exhibit B - Pool & Spa Initial Disclosures, # 4 Exhibit C - Defendants Answers to Plaintiffs Jurisdictional Interrogatories, # 5 Exhibit D - IPCs Responses to Aqua Shields Interrogatories, # 6 Exhibit E - IPCs Responses to Aqua Shields Requests for Production of Documents, # 7 Exhibit F - Declaration of Igor Krol, # 8 Exhibit G - Email Correspondence between Counsel, # 9 Exhibit H - Feburary 25, 2013 letter to G. Coffey, # 10 Exhibit I - Feburary 26, 2013 email correspondence to G. Coffey) (Zenger, Todd) (Entered: 03/12/2013) |
| 03/15/2013 | 146 | MEMORANDUM in Opposition re 145 MOTION in Limine and Memorandum in |

| | | |
|---|---|---|
| | | Support *or in the Alternative, Motion for Sanctions* filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit of Gregory J. Coffey, # 2 Exhibit A of Coffey Declaration, # 3 Exhibit B of Coffey Declaration, # 4 Exhibit C of Coffey Declaration, # 5 Exhibit D of Coffey Declaration, # 6 Exhibit E of Coffey Declaration, # 7 Exhibit F of Coffey Declaration)(Dewland, Richard) (Entered: 03/15/2013) |
| 03/18/2013 | 147 | ORDER granting in part and denying in part 145 Motion in Limine and in the Alternative, Motion for Sanctions. Signed by Judge Ted Stewart on 3/18/13. (ss) (Entered: 03/18/2013) |
| 03/18/2013 | 148 | NOTICE of Appearance by Brandon S. Mecham on behalf of Interpool Pool Cover Team, Pool & Spa Enclosures (Mecham, Brandon) (Entered: 03/18/2013) |
| 03/19/2013 | 149 | Minute Entry for proceedings held before Judge Ted Stewart: Bench Trial held on 3/19/2013. An opening statement from defendant is heard. Witnesses sworn, testimony heard and exhibits admitted. Court is adjourned at 1:30 PM to resume again tomorrow at 8:30 AM. Attorney for Plaintiff: Todd E. Zenger, Attorney for Defendant: Gregory J. Coffey, Brandon S. Mecham. Court Reporter: Patti Walker. (rlr) (Entered: 03/20/2013) |
| 03/20/2013 | 150 | Minute Entry for proceedings held before Judge Ted Stewart: Bench Trial completed on 3/20/2013. Trial is continued from the previous day. Witnesses are called, testimony heard, exhibits admitted. Both sides rest on their cases. The transcript will be prepared by 4/12/2013. The parties Proposed Findings of Fact and Conclusions of Law are due to the Court by 5/10/2013. Court is adjourned. Attorney for Plaintiff: Todd E. Zenger, Attorney for Defendant: Gregory J. Coffey, Brandon S. Mecham. Court Reporter: Patti Walker. (rlr) (Entered: 03/21/2013) |
| 03/20/2013 | 151 | Witness and Exhibit List from Bench Trial. (rlr) (Entered: 03/21/2013) |
| 04/15/2013 | 152 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial held on March 20, 2013 before Judge TED STEWART. Court Reporter/Transcriber Patti Walker, Telephone number 801-364-5440. **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/6/2013. Redacted Transcript Deadline set for 5/16/2013. Release of Transcript Restriction set for 7/15/2013. (asp) Modified by removing restricted text on 7/15/2013 (rks). (Entered: 04/15/2013) |
| 04/15/2013 | 153 | **RESTRICTED DOCUMENT** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial held on March 19, 2013 before Judge TED |

**A575**

STEWART. Court Reporter/Transcriber Patti Walker, Telephone number 801-364-5440.

**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/6/2013. Redacted Transcript Deadline set for 5/16/2013. Release of Transcript Restriction set for 7/15/2013. (asp) (Entered: 04/15/2013)

| 05/03/2013 | 155 | Defendant's MOTION for Extension of Time To Submit Proposed Findings of Fact and Conclusions of Law filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Declaration of Gregory J. Coffey) Motions referred to Dustin B. Pead.(Dewland, Richard) (Entered: 05/03/2013) |
|---|---|---|
| 05/06/2013 | 156 | Motions No Longer Referred: 155 Defendant's MOTION for Extension of Time To Submit Proposed Findings of Fact and Conclusions of Law shall be handled by the District Court. (amn) (Entered: 05/06/2013) |
| 05/06/2013 | 157 | NOTICE of Non-Opposition by Aqua Shield re 155 Defendant's MOTION for Extension of Time To Submit Proposed Findings of Fact and Conclusions of Law (Zenger, Todd) (Entered: 05/06/2013) |
| 05/06/2013 | 158 | ORDER granting 155 Motion for Extension of Time.Plaintiff and Defendant shall both have until May 24, 2013, to file their proposed findings of fact and conclusions of law. Signed by Judge Ted Stewart on 5/6/13. (ss) (Entered: 05/06/2013) |
| 05/23/2013 | 159 | MOTION for Extension of Time To Submit Proposed Findings of Fact and Conclusions of Law filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Zenger, Todd) (Entered: 05/23/2013) |
| 05/23/2013 | 160 | ORDER granting 159 Motion for Extension of Time. Plaintiff and Defendant shall both have until Thursday, May 30, 2013, to file their proposed findings of fact and conclusions of law. Signed by Judge Ted Stewart on 5/23/13. (ss) (Entered: 05/23/2013) |
| 05/29/2013 | 161 | MOTION for Extension of Time Submission of Proposed Findings of Fact and Conclusions of Law filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Affidavit Declaration of Richard J. Dewland) Motions referred to Dustin B. Pead.(Dewland, Richard) (Entered: 05/29/2013) |
| 05/29/2013 | 162 | DOCKET TEXT ORDER denying 161 Motion for Extension of Time Signed by Judge Ted Stewart on 5/29/2013. No attached document. (ngw) (Entered: 05/29/2013) |

| 05/30/2013 | 163 | Proposed Findings of Fact by Aqua Shield. (Zenger, Todd) (Entered: 05/30/2013) |
|---|---|---|
| 05/30/2013 | 164 | Proposed Findings of Fact by Interpool Pool Cover Team. (Dewland, Richard) (Entered: 05/31/2013) |
| 08/14/2013 | 165 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. See order for details. Signed by Judge Ted Stewart on 08/14/2013. (asp) (Entered: 08/14/2013) |
| 08/14/2013 | 166 | CLERK'S JUDGMENT - that judgment be entered in favor of the plaintiff and against the defendants on plaintiff's claim that defendants' models Universe, laguna, Tropea, Combi, Style, Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants Inter Pool Cover Team, Alukov HZ Spol.S.R.O., Alukov Spol.S.R.O., Pool & Spa Enclosures, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with such person(s) who receive actual notice or this order by personal service or otherwise., shall be permanently enjoined from infringing, either directly, by inducement, or by contribution, the, 160 Patent making, using, selling, or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or not more than colorably different from the adjudicated devices. The products adjudged to infringe the '160 Patent include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style, Veranda, Spa, and Orient with generally flat and removable end-panels. Signed by LSY. Case Closed. Magistrate Judge Dustin B. Pead no longer assigned to case (ss) (Entered: 08/15/2013) |
| 09/12/2013 | 167 | MOTION to Alter Judgment and Memorandum in Support filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit 1 - Order to Show Cause, # 2 Exhibit 2 - Defendants' Opposition, # 3 Exhibit 3 - Hearing Transcript, 10/25/2005, # 4 Exhibit 4 - Defendants' Gross/Net Profit)(Zenger, Todd) (Entered: 09/12/2013) |
| 09/30/2013 | 168 | MEMORANDUM in Opposition re 167 MOTION to Alter Judgment and Memorandum in Support filed by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 09/30/2013) |
| 10/04/2013 | 169 | **NOTICE OF HEARING ON MOTION** re: 167 MOTION to Alter Judgment and Memorandum in Support : (Notice generated by Chambers (rlr)).<br><br>Motion Hearing set for 11/18/2013 03:00 PM in Room 142 before Judge Ted Stewart. (rlr) (Entered: 10/04/2013) |
| 10/17/2013 | 170 | ERRATA to 167 MOTION to Alter Judgment and Memorandum in Support filed by Plaintiff Aqua Shield . (Attachments: # 1 Errata Pages 5-6)(Zenger, Todd) (Entered: 10/17/2013) |
| 10/17/2013 | 171 | REPLY to Response to Motion re 167 MOTION to Alter Judgment and Memorandum in Support filed by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 10/17/2013) |
| 10/25/2013 | 172 | EXHIBITS filed by Aqua Shield re 171 Reply Memorandum/Reply to Response to Motion. (Attachments: # 1 Exhibit List, # 2 Exhibit HHa, # 3 Exhibit HHb, # 4 Exhibit HHc)(Zenger, Todd) (Entered: 10/25/2013) |
| 11/18/2013 | 173 | Minute Entry for proceedings held before Judge Ted Stewart: Motion Hearing |

| | | held on 11/18/2013 re 167 MOTION to Alter Judgment and Memorandum in Support filed by Aqua Shield. Discussion and argument heard. Plaintiff will be given 10 days to file any necessary response to the case law submitted in court by the defendant. The Court takes the matter under advisement and will issue a ruling as soon as possible. Attorney for Plaintiff: Todd Zenger, Attorney for Defendant: Dickson Burton, Gregory Coffey, Brandon Mecham. Court Reporter: Patti Walker. (rlr) (Entered: 11/18/2013) |
|---|---|---|
| 12/02/2013 | 174 | Consent MOTION for Extension of Time to File Response filed by Plaintiff Aqua Shield. (Attachments: # 1 Text of Proposed Order)(Zenger, Todd) (Entered: 12/02/2013) |
| 12/03/2013 | 175 | NOTICE of Filing of Response to Legal Authority Cited by Defendants by Aqua Shield re 167 MOTION to Alter Judgment and Memorandum in Support (Zenger, Todd) (Entered: 12/03/2013) |
| 12/04/2013 | 176 | ORDER granting 174 Motion for Extension of Time. Plaintiff shall have until Tuesday, December 3, 2013, to file its response to case law submitted by Defendant. Signed by Judge Ted Stewart on 12/4/13. (ss) (Entered: 12/04/2013) |
| 12/04/2013 | 177 | OBJECTIONS to 175 Notice (Other) *Plaintiff's Response to Legal Authority Cited by Defendants* filed by Alukov HZ spol Sro, Alukov spol Sro, Interpool Pool Cover Team, Pool & Spa Enclosures. (Burton, H.) (Entered: 12/04/2013) |
| 12/09/2013 | 178 | MEMORANDUM DECISION AND ORDER - granting in part and denying in part 167 Motion to Alter Judgment. Signed by Judge Ted Stewart on 12/9/13. (ss) (Entered: 12/09/2013) |
| 12/09/2013 | 179 | CLERK'S AMENDED JUDGMENT in favor of Aqua Shield against Alukov HZ spol Sro, Alukov spol Sro, Interpool Pool Cover Team, Pool & Spa Enclosures. IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the plaintiff and against the defendant on plaintiffs claim that the defendants' models Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants Inter Pool Over Team, Alukov HZ Spol.S.R.O. Alukov Spol.S.R.O., Pool and Spa Enclosures, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with such person(s) who receive actual notice of this order, by personal service or otherwise, shall be permanently enjoined from infringing, either directly, by inducement, or by contribution, the '160 Patent making using, selling or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or are not more than colorably different from the adjudicated devices. The products adjudged to infringe the' 190 patents include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient with generally flat and removable end-panels. Plaintiff is further awarded a reasonable royalty in the amount of$10,800. signed by LSY. (ss) (Entered: 12/12/2013) |
| 12/23/2013 | 180 | BILL OF COSTS filed by Aqua Shield. (Attachments: # 1 Exhibit KM Cost Report, # 2 Exhibit Krol & Connor Cost Report)(Zenger, Todd) (Entered: 12/23/2013) |
| 12/27/2013 | 181 | Report on the Final Decision of an action sent to the Director of the U.S. Patent |

| | | and Trademark Office. (tls) (Entered: 12/27/2013) |
|---|---|---|
| 01/07/2014 | 182 | Obejction to proposed Bill of Costs BRIEF re 180 Bill of Costs filed by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 01/07/2014) |
| 01/08/2014 | 183 | NOTICE OF APPEAL as to 179 Clerk's Judgment,,,,, filed by Aqua Shield. Appeals to the USCA for the Federal Circuit. Filing fee $ 505, receipt number 1088-1975459. (Attachments: # 1 Exhibit 1 - Docket No. 179, Amended Judgment)(Zenger, Todd) (Entered: 01/08/2014) |
| 01/08/2014 | 184 | ~~Transmission of Preliminary Record to USCA re 183 Notice of Appeal. (Attachments: # 1 Appendix)(jmr)~~ Modified on 1/8/2014-Redocketed and sent to the Federal Circuit (jmr). (Entered: 01/08/2014) |
| 01/08/2014 | 185 | Transmission of Preliminary Record to USCA re 183 Notice of Appeal. (Attachments: # 1 Appendix~~Affidavit~~)(jmr) Modified on 1/8/2014 to change affidavit to appendix (jmr). (Entered: 01/08/2014) |
| 02/10/2014 | 186 | Costs Taxed in amount of $ 1971.17 for Plaintiff against Defendant signed by LSY 2/10/14 (ss) (Entered: 02/12/2014) |
| 02/12/2014 | 187 | USCA Case Number Case Appealed to Federal Circuit Case Number 14-1263 for 183 Notice of Appeal, filed by Aqua Shield. (jmr) (Entered: 02/12/2014) |
| 03/21/2014 | 188 | MOTION to Stay and Memorandum in Support *of Motion to Stay Execution of Final Judgment* filed by Defendant Interpool Pool Cover Team. (Attachments: # 1 Declaration of Gregory J. Coffey)(Dewland, Richard) (Entered: 03/21/2014) |
| 04/07/2014 | 189 | MEMORANDUM in Opposition re 188 MOTION to Stay and Memorandum in Support *of Motion to Stay Execution of Final Judgment* filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit A - Appeal Brief)(Anderson, Dax) (Entered: 04/07/2014) |
| 04/30/2014 | 190 | MEMORANDUM DECISION AND ORDER denying 188 Motion to Stay All Proceedings to Enforce the Final Judgment Pending Appeal. Signed by Judge Ted Stewart on 4/30/14 (alt) (Entered: 04/30/2014) |
| 04/30/2014 | | Remark: no hard copy of 190 Order will be mailed as the only atty not e-filing is at a firm where another atty is properly receiving e-notice (alt) (Entered: 04/30/2014) |
| 01/28/2015 | 191 | MANDATE of USCA as to 183 Notice of Appeal, filed by Aqua Shield. According to the USCA - Federal Circuit, the Memorandum Decision & Clerk's Judgment of the USDC for the Dist of UT is Vacated in Part and Remanded. Judgment included with mandate: Yes. (Attachments: # 1 Mandate) (blh) (Entered: 01/28/2015) |
| 02/05/2015 | 192 | **NOTICE OF HEARING**: (Notice generated by Chambers (rlr)). Status Conference set for 3/10/2015 at 02:00 PM in Rm 8.300 before Judge Ted Stewart. (rlr) (Entered: 02/05/2015) |
| 03/05/2015 | 193 | **AMENDED NOTICE OF HEARING**: (Notice generated by Chambers (rlr)) Status Conference re-set at the request of the Court for 3/9/2015 at 02:00 PM in Rm 8.300 before Judge Ted Stewart. **PLEASE NOTE NEW DATE.** (rlr) (Entered: 03/05/2015) |

| | | |
|---|---|---|
| 03/05/2015 | 194 | **SECOND AMENDED NOTICE OF HEARING**: (Notice generated by Chambers (rlr)). Status Conference re-set for 3/9/2015 at 03:30 PM in Rm 8.300 before Judge Ted Stewart. **NOTE: THIS IS A TIME CHANGE ONLY.** (rlr) (Entered: 03/05/2015) |
| 03/09/2015 | 195 | Minute Entry for proceedings held before Judge Ted Stewart: Status Conference held on 3/9/2015. Mr. Zenger is present in the courtroom, Mr. Coffey is present via teleconference. Status of the case is given. The Court directs counsel to simultaneously file briefing re: Recalculating a reasonable royalty and the issue of wilfulness pursuant to the remand. The parties briefs are due by 4/23/2015 and are to be no more than 10 pages. Attorney for Plaintiff: Todd Zenger, Attorney for Defendant: Greg Coffey. Court Reporter: Patti Walker.(rlr) (Entered: 03/10/2015) |
| 04/23/2015 | 196 | Remand Submission BRIEF filed by Defendant Interpool Pool Cover Team. (Dewland, Richard) (Entered: 04/23/2015) |
| 04/23/2015 | 197 | Supplemental BRIEF *on Damages, Willful Infringement, Increased Damages and Attorney Fees on Remand* filed by Plaintiff Aqua Shield. (Attachments: # 1 Exhibit 1)(Zenger, Todd) (Entered: 04/23/2015) |
| 05/05/2015 | 198 | NOTICE of SUPPLEMENTAL AUTHORITY by Interpool Pool Cover Team re 196 Brief (Attachments: # 1 Supplement Supplemental Authority) (Dewland, Richard) (Entered: 05/05/2015) |
| 05/12/2015 | 199 | Supplement to MANDATE of USCA as to 183 Notice of Appeal, filed by Aqua Shield. Costs in the amount of $562.12 were determined and taxed against the appellee. (jmr) (Entered: 05/12/2015) |
| 08/10/2015 | 200 | MEMORANDUM DECISION and ORDER on Remand. Signed by Judge Ted Stewart on 8/10/2015. (blh) (Entered: 08/10/2015) |
| 08/17/2015 | 201 | CLERK'S JUDGMENT in favor of Aqua Shield against Alukov HZ spol Sro, Alukov spol Sro, Interpool Pool Cover Team, Pool & Spa Enclosures signed by Chief Deputy Clerk - LSY. IT IS ORDERED AND ADJUDGED That judgment be entered in favor of the plaintiff and against the defendant on plaintiff's claimthat the defendants' models Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants, their officers, agents, servants, employees and attorneys and those in active concert or participation with such person(s) who receive actual notice of this order, by personal service or otherwise, shall be permanently enjoined from infringing, either directly, by inducement, or by contribution the '160 Patent making, using, selling or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or are not more than colorably different from the adjudicated devises. The products adjudged to infringe the '160 Patent include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style, Veranda, Spa and Orient with generally flat and removable end-panels. Plaintiff is further awarded costs in the amount of $1,971.17 and reasonable royalties in the amount of $216,000.00. (blh) (Entered: 08/18/2015) |
| 09/09/2015 | 202 | NOTICE OF APPEAL as to 200 MEMORANDUM DECISION and ORDER on |

| | | |
|---|---|---|
| | | Remand, <u>201</u> Clerk's Judgment filed by Interpool Pool Cover Team, Alukov HZ spol Sro, Alukov spol Sro, Pool & Spa Enclosures. Appeals to the USCA for the Federal Circuit. Filing fee $ 505, receipt number 1088-2337000. (Attachments: # <u>1</u> Exhibit Exhibit 1)(Dewland, Richard) Modified by adding docket entry relationship on 9/9/2015 (blh). Modified by adding additional filers on 9/9/2015 (blh). (Entered: 09/09/2015) |
| 09/09/2015 | <u>203</u> | Transmission of Preliminary Record to USCA re <u>202</u> Notice of Appeal as to Federal Circuit (Attachments: # <u>1</u> Appendix) (blh) (Entered: 09/09/2015) |
| 09/10/2015 | <u>204</u> | USCA Case Number Case Appealed to Federal Circuit ~~Tenth~~. Case Number 15-2009 for <u>202</u> Notice of Appeal, filed by Alukov spol Sro, Alukov HZ spol Sro, Pool & Spa Enclosures, Interpool Pool Cover Team. (jmr) Modified on 9/11/2015 to change to Federal Circuit instead of Tenth Circuit (jmr). (Entered: 09/10/2015) |
| 09/10/2015 | <u>205</u> | Defendant's MOTION to Stay and Memorandum in Support filed by Defendant Interpool Pool Cover Team. (Attachments: # <u>1</u> Declaration of Gregory J. Coffey) (Dewland, Richard) (Entered: 09/10/2015) |
| 09/17/2015 | <u>206</u> | NOTICE OF APPEAL as to <u>200</u> MEMORANDUM DECISION and ORDER on Remand, <u>201</u> Clerk's Judgment filed by Aqua Shield. Appeals to the USCA for the Federal Circuit. Filing fee $ 505, receipt number 1088-2343127. (Attachments: # <u>1</u> Exhibit 1 - Judgment)(Zenger, Todd) Modified by adding additional docket entry relationship on 9/18/2015 (blh). (Entered: 09/17/2015) |
| 09/18/2015 | <u>207</u> | Transmission of Preliminary Record to USCA re <u>206</u> Notice of Appeal as to Federal Circuit (Attachments: # <u>1</u> Appendix) (blh) (Entered: 09/18/2015) |
| 09/23/2015 | <u>208</u> | USCA Case Number Case Appealed to Federal Circuit Case Number 15-2055 for <u>206</u> Notice of Appeal, filed by Aqua Shield. (jmr) (Entered: 09/23/2015) |
| 09/28/2015 | <u>209</u> | MOTION for Extension of Time to File Response/Reply as to <u>205</u> Defendant's MOTION to Stay and Memorandum in Support filed by Plaintiff Aqua Shield. (Attachments: # <u>1</u> Text of Proposed Order)(Zenger, Todd) (Entered: 09/28/2015) |
| 09/30/2015 | <u>210</u> | ORDER granting <u>209</u> Motion for Extension of Time to File Response/Reply re <u>205</u> Defendant's MOTION to Stay and Memorandum in Support . Responses due by 10/1/2015. Signed by Judge Ted Stewart on 9/29/15. (jlw) (Entered: 09/30/2015) |
| 10/01/2015 | <u>211</u> | MEMORANDUM in Opposition re <u>205</u> Defendant's MOTION to Stay and Memorandum in Support filed by Plaintiff Aqua Shield. (Zenger, Todd) (Entered: 10/01/2015) |
| 10/26/2015 | <u>212</u> | MEMORANDUM DECISION and ORDER denying without prejudice <u>205</u> Motion to Stay. Signed by Judge Ted Stewart on 10/26/2015. (blh) (Entered: 10/26/2015) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 05/12/2016 11:26:32 |

| PACER Login: | co1255:2903963:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:09-cv-00013-TS |
| Billable Pages: | 22 | Cost: | 2.20 |

US006637160B2

(12) **United States Patent**       (10) **Patent No.:**       **US 6,637,160 B2**

Brooks                              (45) **Date of Patent:**       **Oct. 28, 2003**

(54) **TELESCOPIC ENCLOSURE**

(76) Inventor: **Bob Brooks**, 46 Saint Marks Pl.,
Massapequa, NY (US) 11758

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/902,417**

(22) Filed: **Jul. 10, 2001**

(65) **Prior Publication Data**

US 2003/0014927 A1 Jan. 23, 2003

(51) Int. Cl.$^7$ ............................. **E04B 1/346**; E04B 7/16
(52) U.S. Cl. ............................. **52/66**; 52/67; 135/119;
135/129; 49/163; 4/502; 4/503; 160/272;
160/273.1; 296/100.03; 296/100.17; 296/105
(58) Field of Search ............................. 52/65, 66, 63,
52/67; 135/96, 115, 116, 119, 124, 129;
49/163, 505; 4/502, 503, 498; 160/272,
273.1; 296/100.03, 105, 100.17

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,766,691 | A | * | 10/1973 | Ray | 52/63 |
| 4,280,306 | A | * | 7/1981 | Miliaic | 52/63 |
| 4,783,861 | A | * | 11/1988 | Leurent | 4/498 |
| 5,507,121 | A | * | 4/1996 | Taylor | 52/66 |

* cited by examiner

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Michael I. Kroll

(57)                **ABSTRACT**

The present invention 10 discloses a plurality of movable
transparent arcuate sections 12 that can roll on their own
designated tracks 14 to enclose or expose a sun room or pool
area 18. Thus, the present invention 10 is comprised of a
plurality of overlapping transparent arcuate arches or sec-
tions 12 positioned on parallel tracks 14. The arches 12 can
be selectively moved to any position on the parallel tracks
14. The two distal end arches have removable end closure
panels 20. Each of the transparent panel members 22 or arch
12 are positioned within a frame member 16 having a
plurality of wheels 36 engaging the spaced apart track
members 14. Track members 14 are fixedly positioned to the
ground or foundation structures 58 in a spaced-apart parallel
configuration. Each side of an arch 12 consists of a plurality
of wheels 36 fixedly positioned between spaced apart track
elements 14 having hook-like terminations 53 to prevent
dislocation of the frame member 16 from the track member
14. Each arch 12 is slidably positioned on its respective track
14 before plugs 54 are inserted into each track rail distal end.

**16 Claims, 21 Drawing Sheets**



**A583**

**U.S. Patent**          Oct. 28, 2003          Sheet 1 of 21          US 6,637,160 B2





**FIG. 2**



**FIG. 3**

**U.S. Patent**          Oct. 28, 2003          Sheet 4 of 21          US 6,637,160 B2



FIG. 4



FIG. 5



**FIG. 6**

**A589**



**FIG. 7**



# FIG. 8



FIG. 9



FIG. 10

A593

**U.S. Patent**     Oct. 28, 2003     Sheet 11 of 21     **US 6,637,160 B2**



# FIG. 11



# FIG. 12



# FIG. 13



# FIG. 14



FIG. 15

U.S. Patent          Oct. 28, 2003          Sheet 16 of 21          US 6,637,160 B2



# FIG. 16

A599



**FIG. 17**

A600



# FIG. 18



# FIG. 19

**U.S. Patent**     Oct. 28, 2003     **Sheet 20 of 21**     **US 6,637,160 B2**





# FIG. 20



FIG. 21

US 6,637,160 B2

1

## TELESCOPIC ENCLOSURE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to outdoor enclosures and more specifically to a telescopic enclosure providing a plurality of transparent rolling sections that can roll on their own designated tracks to enclose or expose a sun room or pool area to the elements.

The present invention is comprised of a plurality of overlapping transparent arches positioned on parallel tracks. The arches can be selectively moved to any position on the parallel tracks. The two distal end arches have removable closure panels. Each of the arches transparent members are positioned within a frame member having a plurality of wheels engaging spaced apart track members.

Track members are fixedly positioned to the ground or foundation structures in a spaced apart parallel configuration. Each side of an arch consists of a plurality of wheels fixedly positioned between spaced apart track wall elements having hook like terminations to prevent dislocation of the frame member from the track member. Each arch is rollably positioned on its respective track before plugs are inserted into each track rail distal end.

2. Description of the Prior Art

There are other exterior enclosure apparatus designed to enclose pool areas and deck areas. Typical of these is U.S. Pat. No. 3,979,782 issued to Lamb on Sep. 14, 1976.

Another patent was issued to Kumode on Nov. 27, 1979 as U.S. Pat. No. 4,175,361. Yet another U.S. Pat. No. 4,381,629 was issued to Ahn on May 3, 1983 and still yet another was issued on Apr. 21, 1987 to Martin et al. as U.S. Pat. No. 4,659,136.

Another patent was issued to Ozdemir on Aug. 4, 1987 as U.S. Pat. No. 4,683,686. Yet another patent was issued to Wardell et al on Aug. 20, 1996 as U.S. Pat. No. 5,546,972 and still yet another patent was issued to Lonnberg on Nov. 3, 1998 as U.S. Pat. No. 5,829,204.

Another patent was issued to Last on Dec. 8, 1998 as U.S. Pat. No. 5,845,343. Another patent was issued to Last on Sept. 14, 1999 as U.S. Pat. No. 5,950,253.

U.S. Pat. No. 3,979,782

Inventor: Joe Lamb

Issued: Sep. 14, 1976

A protective swimming pool covering apparatus is disclosed wherein the apparatus includes a flexible impervious cover sheet capable of being extended and retracted over a swimming pool. Each lateral side of the cover sheet is adapted with a longitudinally beaded side edge which is slidably held in a longitudinal open channel or track cut into a slide way member fixed to the longitudinal margins of the swimming pool. The longitudinal opening of the slide way means is sized such that it is slightly smaller than the diameter of the beaded side edge such that under normal operating conditions the bead will be slidably held within the track or channel. However, under conditions of excessive lateral stress, the bead will be sufficiently compressed and be pulled through the opening and away from the channel. In addition, the end sections of the slide way means is adapted with a stationary channeled guide piece having a pair of flared end sections and a longitudinal side opening. The

2

stationary guide piece is mounted such that the channels of the guide piece and the slide way means are in aligned registry with each other. The longitudinal side opening of the stationary guide piece is substantially smaller than the longitudinal side opening of the slide way means making disengagement of the bead from the channel opening substantially more difficult than that from the slide way means.

U.S. Pat. No. 4,175,361

Inventor: Masami Kumode

Issued: Nov. 27, 1979

An openable canopy housing having a series of movable, telescoping transparent arched panels which form the combination roof and sides. Part of the roof of the housing is formed by a horizontal beam which runs the length of the structure. The transparent panels can be selectively opened or closed to provide a structure which can be used for indoor as well as outdoor use.

U.S. Pat. No. 4,381,629

Inventor: Min H. Ahn

Issued: May 3, 1983

A greenhouse comprising walls defining an area. A roof covers a portion of the area. Track means are interposed between the roof and the walls so that the roof may be moved along the track to cover a selected part of the area.

U.S. Pat. No. 4,659,136

Inventor: John Martin et al.

Issued: Apr. 21, 1987

An improved apparatus for covering at least a part of the open bed of a land or marine vehicle or the like includes an enclosure structure telescopically collapsible and extendable with an access opening and door assembly rearward longitudinally movable portion thereof. An improved end gate assembly is selectively positionable and releasably securable at a number of continuously variable longitudinal locations on the open bed, corresponding with the movable rearward section of the enclosure. The apparatus also includes an improved track assembly for the telescopically collapsible and extendable enclosure sections, with apparatus for substantially preventing or minimizing the accumulation of corrosion, water or other foreign materials that would hinder the smooth and free operation of the enclosure structure.

U.S. Pat. No. 4,683,686

Inventor: Veli Ozdemir

Issued: Aug. 4, 1987

A removable enclosure cover for a swimming pool or the like is disclosed. The enclosure cover includes a plurality of rigid frame members of rectangular panel sections. The frame members are spaced apart and extend parallel to one another transversely across the pool area. A flexible material is stretched between the frame members. A pair of spaced parallel channel-shaped track members extend along the sides of the pool and guide means is attached to the lower ends of each of the frame members. The guide means has

**A605**

US 6,637,160 B2

3

rollers which extend into the interior of the track members. One roller rolls along the bottom of the track members and is mounted on a vertically movable carriage, permitting the frame members to be moved together to one end of the pool deck and collapsing the flexible material to uncover the pool. A threaded adjustment is provided for raising and lowering the carriage with the roller thereon so that the top portion of the track may be clamped between the roller carriage and the bottom of the frame member. The other roller is adapted to engage the sides of the track member to longitudinally guide the frame members.

U.S. Pat. No. 5,546,972

Inventor: Jacqueline R. Wardell et al.

Issued: Aug. 20, 1996

A collapsible cover system and kit therefore are removably mounted to a plurality of spaced stake sockets secured within longitudinally extending areas on opposite sides of a swimming pool or hot tub. Stakes, disposed in the stake sockets, are slidingly connected to two lengths of spaced guide tracks that extend along the sides of the pool or hot tub. Inverted bow-shaped members having free ends are removably secured to carrier means that slidingly connect the bow-shaped members to the guide. In additional embodiments the spaced guide tracks are deposed either in a trough that may be covered when the particular rail sections are not in use, or hingedly deposed adjacent a trough into which rail particular rail sections may be stored when they are not in use.

U.S. Pat. No. 5,829,204

Inventor: Benth Lonnberg

Issued: Nov. 3, 1998

An arrangement for openable roofs, especially for glazed verandas and balconies. The arrangement is a horizontal supporting section (10) which defines an elongated guiding channel (11) having an elongated side opening (12), and a horizontal roofing panel (20) which is movable in the longitudinal direction of the supporting section (10). The roof panel (20) has a lateral edge (21) that extends into the guide channel (11) of the supporting section (10). A plurality of separate guiding and spacing members (40) are mounted spaced from each other in a direction of the guiding channel (11), on the lateral edge (21), received in the guiding channel (11), and abuts against the inner wall of the guiding channel (11) to thereby ensure that there is a play both upwards and downwards in the side opening (12) between the panel (20) and the supporting section (10). The guiding and spacing members (40) are designed so as to allow a turning movement of the panel (20). Compressible sealing means (50) are arranged in the guiding channel (11) between the side opening (12) and the guiding and spacing members (40).

U.S. Pat. No. 5,845,343

Inventor: Harry Last

Issued: Dec. 8, 1998

A track assembly for allowing movement of a flexible enclosure cover over an area to be enclosed as, for example, a body of water in a swimming pool. The assembly comprises a pair of spaced apart tracks mounted on opposite sides of the area to be enclosed with each being comprised

4

of an elongate strip. Each track strip comprises a cable receiving channel with a gutter or debris trough located generally beneath the channel for collection of debris. Preferably, a slider can be located in the cable receiving channel for locking to the cable and for securement of the cover to the cable. The track can be constructed to also allow for lubrication of the cable receiving channel enabling a slider mechanism to freely move therein. When a slider is used, it extends into each channel at approximately a 45-degree angle with respect to a vertical direction. In accordance with this construction, debris which might otherwise collect in the cable receiving channel will drop into the gutter and will not interfere with movement of the slider mechanism or the leading edge of the cover. The slider may be adjustably secured to a rigid body which is, in turn, secured to the leading edge of the cover, and which allows side-to-side adjustment of the leading edge. Adjustment in the 45 degree. angulated plane could reduce bending moment forces on the slider and track.

U.S. Pat. No. 5,950,253

Inventor: Harry Last

Issued: Sep. 14, 1999

A track assembly for allowing movement of a flexible enclosure cover over an area to be enclosed as, for example, a body of water in a swimming pool. The assembly comprises a pair of spaced apart tracks mounted on opposite sides of the area to be enclosed with each being comprised of an elongate strip. Each track strip comprises a cable receiving channel with a gutter or debris trough located generally beneath the channel for collection of debris. Preferably, a slider can be located in the cable receiving channel for locking to the cable and for securement of the cover to the cable. The track can be constructed to also allow for lubrication of the cable receiving channel enabling a slider mechanism to freely move therein. When a slider is used, it extends into each channel at approximately a 45 degree. angle with respect to a vertical direction. In accordance with this construction, debris which might otherwise collect in the cable receiving channel will drop into the gutter and will not interfere with movement of the slider mechanism or the leading edge of the cover. The slider may be adjustably secured to a rigid body which is, in turn, secured to the leading edge of the cover, and which allows side-to-side adjustment of the leading edge. Adjustment in the 45 degree. angulated plane could reduce bending moment forces on the slider and track.

SUMMARY OF THE PRESENT INVENTION

The present invention discloses a plurality of movable transparent arcuate sections or arches that can roll on their own designated parallel tracks to enclose or expose a sun room or pool area. The arches can be selectively moved to any position on the parallel tracks. The two distal end arches have removable end closure panels. Each of the transparent members of the arches are positioned within a frame member having a plurality of wheels engaging the spaced apart track members. Track members are fixedly positioned to the ground or foundation structures in a spaced-apart parallel configuration. Each side of an arch consists of a plurality of wheels fixedly positioned between spaced apart track elements having hook-like terminations to prevent dislocation of the frame member from the track member. Each arch is slidably positioned on its respective track before plugs are inserted into each track rail distal end.

US 6,637,160 B2

5

A primary object of the present invention is to provide a telescopic enclosure providing a plurality of sliding sections which slide on their own designated, respective track and slide over one another in order to enclose or expose a sun room or swim pool to the elements.

Another object of the present invention is to provide a telescopic enclosure providing a plurality of overlapping glazed arches positioned on parallel tracks. The arches can be selectively moved to any position on the parallel tracks.

Yet another object of the present invention is to provide two distal end arches having removable closure panels.

Still yet another object of the present invention is to provide a telescopic enclosure providing a plurality of sliding sections which slide on their own designated, respective track and slide over one another in order to enclose or expose a sun room or swim pool to the elements, each arch consisting of a plurality of wheels engaging the track members, transparent arch member positioned with a frame member, and a plurality of hook like terminations to prevent dislocation of the frame member from the track member.

Yet another object of the present invention is to provide track plugs that are inserted into each track rail.

Yet another object of the present invention is to provide an enclosure for swim pools and deck and patio areas.

Additional objects of the present invention will appear as the description proceeds.

The present invention overcomes the shortcomings of the prior art by providing a telescopic enclosure providing a plurality of sliding sections which slide on their own designated, respective track and slide over one another in order to enclose or expose a sun room or swim pool to the elements, each arch consisting of a plurality of wheels engaging the track members, transparent arch member positioned with a frame member, and a plurality of hook like terminations to prevent dislocation of the frame member from the track member. Also, to provide track plugs that are inserted into each track rail. Also to provide two distal end arches having removable closure panels.

The foregoing and other objects and advantages will appear from the description to follow. In the description reference is made to the accompanying drawings, which form a part hereof, and in which is shown by way of illustration specific embodiments in which the invention may be practiced. These embodiments will be described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other embodiments may be utilized and that structural changes may be made without departing from the scope of the invention. In the accompanying drawings, like reference characters designate the same or similar parts throughout the several views.

The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present invention is best defined by the appended claim

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustrative view of the present invention showing sliding sections fully deployed. (Four Sections Shown)

FIG. 2 is an illustrative view of the present invention showing sliding sections fully deployed. (Three Sections Shown)

FIG. 3 is an illustrative view of the present invention showing sliding sections fully deployed. (Two Sections Shown)

6

FIG. 4 is an illustrative view of the present invention showing sliding sections partially retracted or nested. (Four Sections Shown)

FIG. 5 is an illustrative view of the present invention showing sliding sections fully retracted or nested. (Four Sections Shown)

FIG. 6 is an illustrative view of the present invention showing sliding sections fully deployed. (Four Sections Shown)

FIG. 7 is an illustrative view of the present invention showing sliding sections fully deployed. (Three Sections Shown)

FIG. 8 is an illustrative view of the present invention showing sliding sections fully deployed. (Two Sections Shown)

FIG. 9 is an illustrative view of the present invention showing sliding sections partially nested. (Four Sections Shown)

FIG. 10 is an illustrative view of the present invention showing sliding sections fully nested. (Four Sections Shown)

FIG. 11 is an illustrative view of the present invention in an alternate glazing shape.

FIG. 12 is a detail view of the track and bottom portion of the frame of the present invention.

FIG. 13 a detail view of the bottom portion of the frame of the present invention.

FIG. 14 is a detail view of the lower portion of the enclosure of the present invention.

FIG. 15 is a front view of the present invention.

FIG. 16 is a sectional view of the lower portion of the present invention.

FIG. 17 is a detail perspective view of the lower portion of the present invention.

FIG. 18 is a sectional view of the lower portion of the present invention.

FIG. 19 is a cross sectional view of the present invention.

FIG. 20 is a front view of track and cover plate of the present invention.

FIG. 21 is a detail view of the track and bottom portion of the frame of the present invention in a wind condition.

LIST OF REFERENCE NUMERALS

With regard to reference numerals used, the following numbering is used throughout the drawings.

10 present invention
11 building
12 sliding sections
14 track
16 arcuate frame members
18 end frame members
20 end panels
22 transparent panel
24 pedestal
26 non-pedestal design
28 partially retracted section
30 partially retracted section
32 partially retracted section
34 non-retracted section
36 wheel
38 pool
40 anchor plate
42 U-shaped frame
44 horizontal frame member

US 6,637,160 B2

7

46 track rail
50 base of track plate
52 slot
53 hook-like end
54 plastic end plug
56 plastic stop rod
58 foundation
60 rubber flap
62 additional track element
64 track cover
66 spacer
68 wind
70 hooks
72 straps
74 U-shaped receptacle
76 notch
78 edge of rail

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following discussion describes in detail one embodiment of the invention and several variations of that embodiment. This discussion should not be construed, however, as limiting the invention to those particular embodiments since practitioners skilled in the art will recognize numerous other embodiments as well. For a definition of the complete scope of the invention, the reader is directed to the appended claims.

Turning to FIG. 1, shown therein is an illustrative view of the present invention 10 disposed onto a proximate building 11 such as a residence showing multiple movable arcuate sections 12 fully deployed. Sections 12 comprise generally rectangular, planar, transparent panels 22 having two generally horizontal ends and two generally vertical sides. Four sections are shown in FIG. 1. The aqua shield telescopic sun room enclosure of the present invention 10 provides a plurality of rollable sections 12 which roll on their own designated, respective, horizontal tracks 14 and move laterally over one another in a telescoping fashion in order to enclose or expose a sun room to the elements. Also shown are the multiple arcuate support frame members 16 having a first and second end and a first and second side (See FIG. 19 for details) including a pair of end frame members 18 along with generally flat end panels 20. An alternative design 26 not having a pedestal 24 is also shown.

Turning to FIG. 2, shown therein is an illustrative view of the present invention 10 showing sections 12 fully deployed. Three sections are shown in this view. The aqua shield telescopic sun room enclosure of the present invention 10 provides a plurality of sections 12 which move on their own designated, respective tracks 14 and move over one another in order to enclose or expose a sun room to the elements. Also shown are the frame members 16, end panels 20 and transparent panels 22.

Turning to FIG. 3, shown therein is an illustrative view of the present invention 10 showing sections 12 fully deployed. Two sections are shown in this view. The aqua shield telescopic sun room enclosure of the present invention 10 provides a plurality of sections 12 which move on their own designated, respective tracks 14 and move over one another in order to enclose or expose a sun room to the elements. Also shown are the frame members 16, end panels 20 and transparent panels 22.

Turning to FIG. 4, shown therein is an illustrative view of the present invention 10 showing sections 12 partially retracted or nested. Four sections are shown in this view. The

8

aqua shield telescopic sun room enclosure of the present invention 10 provides a plurality of sections 12 which move on their own designated, respective tracks 14 and move over one another in order to enclose or expose a sun room to the elements. Three sections 28, 30, 32 are shown partially retracted while a fourth section 34 is not retracted. Other elements previously disclosed are also shown.

Turning to FIG. 5, shown therein is an illustrative view of the present invention 10 showing sections 28, 30, 32, 34 fully retracted or nested. Four sections are shown in this view being disposed so that those with smaller diameters are placed inward of those with larger diameters so that they can telescope. The aqua shield telescopic sun room enclosure of the present invention 10 provides a plurality of sections 28, 30, 32, 34 which move on their own designated, respective tracks 14 and move over one another in order to enclose or expose a sun room to the elements. Other elements previously disclosed are also shown.

Turning to FIG. 6, shown therein is an illustrative view of the present invention 10 showing sections 12 fully deployed over a swimming pool 38. Four sections are shown in this view. The aqua shield of the present invention 10 is comprised of a plurality of overlapping arcuate arches or sections 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable end closure panels 20. Each of the arches has a plurality of wheels 36 engaging track members 14. Also shown are the frame members 16, transparent panels 22 and anchor plates 40.

Turning to FIG. 7, shown therein is an illustrative view of the present invention 10 showing sections 12 fully deployed. Three sections are shown in this view. The present invention 10 is comprised of a plurality of overlapping arches 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable closure panels 20. Each of the arches has a plurality of wheels 36 engaging track members 14. Other elements previously disclosed are also shown.

Turning to FIG. 8, shown therein is an illustrative view of the present invention 10 showing sections fully deployed. Two sections are shown. The present invention 10 is comprised of a plurality of overlapping arches 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable closure panels 20. Each of the arches has a plurality of wheels 36 engaging track members 14. Other elements previously disclosed are also shown.

Turning to FIG. 9, shown therein is an illustrative view of the present invention 10 showing sections 12 partially nested. Three sections are shown. The present invention 10 is comprised of a plurality of overlapping arches 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable closure panels 20. Each of the arches 12 has a plurality of wheels 36 engaging track members 14. Other elements previously disclosed are also shown.

Turning to FIG. 10, shown therein is an illustrative view of the present invention 10 showing sections 12 fully nested. Four Sections are shown. The present invention 10 is comprised of a plurality of overlapping arches 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable closure panels 20. Each of the arches 12 has a plurality of wheels 36 engaging track members 14. Other elements previously disclosed are also shown.

US 6,637,160 B2

**9**

Turning to FIG. 11, shown therein is an illustrative view of the present invention 10 in an alternate, half circle-like shape. Also shown elsewhere are the one-fourth of an ellipse shape of FIG. 1 and the half of an ellipse shape of FIG. 6. The present invention 10 is comprised of a plurality of overlapping arches 12 positioned on parallel tracks 14. The arches 12 can be selectively moved to any position on the track 14. The two distal end arches have removable closure panels 20. Each of the arches has a plurality of wheels 36 engaging track members 14. Other elements previously disclosed are also shown.

Turning to FIG. 12, shown therein is a detail view of the track 14 and bottom portion of the frame 16 of the present invention. Each of the two ends of each transparent panels 22 of section 22 are disposed within an upright standing U-shaped frame member 42 and each horizontal frame member 44 has a plurality of wheels 36 engaging spaced apart track rail members 46 using anchor plate 40. Three separate horizontal frame member units 44 are shown along with the track plate base 50 having a slot 52 for receiving additional tracks.

Turning to FIG. 13, shown therein is a detailed view of the bottom portion of the frame 16 of the present invention. Each side of an arch 12 consists of a plurality of wheels 36 fixedly disposed within a downwardly disposed U-shaped frame element 44 having a downwardly extending anchor plate 40 with hook-like lower end terminations 53 to prevent dislocation of the frame member 44 from the track rail 46(not shown). Also shown is the upwardly disposed U-shaped frame 42 which receives the lower end of section 12.

Turning to FIG. 14, shown therein is a detail view of the lower portion of the enclosure of the present invention. Track member rails 46 are fixedly positioned to the ground or foundation structures in a spaced apart parallel configuration. Each arch 12 is slidably positioned on its respective frame member 44 and track rail 46 before a plastic end plug 54 and a plastic stop rod 56 are inserted into the ends of each track rail 46. Other elements previously disclosed are also shown.

Turning to FIG. 15, shown therein is a front view of the present invention 10. The two tracks 14 are mounted to a flat foundation 58, on parallel and opposite sides of a swimming pool 38. Plastic plugs 54 (not shown) are placed in the end of the track after the sections are in place. Each section 12 is placed into the track, beginning with the one with the smallest diameter on the interior. An unlimited amount of enclosure sections 12 can be assembled. Each section 12 moves independently from the others by opening and closing telescopically. Also shown are inwardly extending rubber flaps 60 along with other elements previously disclosed.

Turning to FIG. 16, shown therein is a sectional view of the lower portion of the present invention. Shown are the moving parts that comprise the device of the present invention. The rails 46 of the track 14 are designed so that the mating wheels 36 can ride upon them at angles agreeable or complementary to the angle of the bottom portion of the enclosure. Hooks 53 overlap the enlarged, exposed edge 78 of the rail 46 to secure the anchor plate 40 thereto. Other elements previously disclosed are also shown.

Turning to FIG. 17, shown therein is a detail perspective view of the lower portion of the present invention. Additional track elements 62 can be added to the main track 14 to provide additional enclosure units by placing the edge of track element 62 into slot 52 located on the edge of the track base.

**10**

Turning to FIG. 18, shown therein is a sectional view of the lower portion of the present invention. The arches 12 are designed so that the transparent panel elements are fixedly positioned within the track 14 engaging frame 16 in a coplanar and 90-degree or perpendicular relationship. Thereby the entire width of the arch is supported by the track. Other elements previously disclosed are also shown.

Turning to FIG. 19, shown therein is a cross sectional view of the present invention. Shown are three enclosure units taken from FIG. 16 including the rectangular frame housing 16, transparent panel 22 and rubber gaskets or flap 60. The housing of frame 16 has a pair of horizontally opposed U-shaped receptacles 74 on its two sides and on its outer surface for receiving the edges of the panels 22. A slot or notch 76 is provided on the inner surface of frame housing 16 for receiving the flap 60.

Turning to FIG. 20, shown therein is a front view of track 14 and the plastic track cover plate 64 of the present invention. The unused portion of the track 14 and rail 46 can be covered over with a cover plate 64. The cover plate 64 smoothes off the top portion of the track 14 so as to prevent hurting one's feet when stepping on the track. A plastic track cover spacer 66 is also shown above to provide additional support to the cover plate 64 and rails 46.

Turning to FIG. 21, shown therein is a detail view of the track 14 and bottom portion of the frame 16 of the present invention in a wind condition. The anchor plate 40 is attached to the lower portion of the frame 16 and secures the dome sections 12 to the track so the dome sections 12 can roll and hold simultaneously. This design provides a secured relationship between the track 14 and the dome section 12 and prevents the dome from leaving the track during a wind shown by arrows 68. Also shown are additional support hooks 70 and straps 72. Other elements previously disclosed are also shown.

I claim:

1. An apparatus for providing an enclosure for attachment to a building or for covering an area, comprising:

a) a plurality of arcuate panels, said panels having a first and second end, and a first and second side, wherein said panels are generally rectangular, planar elements;

b) a plurality of arcuate frame members, said frame members having a first and second end, and a first and second side for receiving said panels, and an inner and an outer surface;

c) a pair of end panels for attachment to the ends of the enclosure to complete the enclosure;

d) means-for a plurality of horizontal frame members whereby the ends of the arcuate frame members are secured;

e) means for a plurality of rollers disposed on said horizontal frame members whereby said horizontal frame members are movable thereon;

f) means for a plurality of horizontal rails whereby the rollers are rollable thereon and the rails are able to be attached to a foundation; and,

g) wherein said plurality of arcuate panels and said plurality of arcuate frame members are sized so that arcuate panels and arcuate frame members of smaller diameter are disposed toward the interior of said panels and frame members of larger diameter so that said panels and frame members are able to telescope one within each other, wherein said arcuate panels approximate the shape of one of a circumference of half a circle or one-fourth an ellipse and said end panels are generally flat and removable.

US 6,637,160 B2

11

**2.** The apparatus of claim 1, wherein said arcuate panels approximate the shape of the circumference of half an ellipse.

**3.** The apparatus of claim 1, wherein said plurality of arcuate frame members further comprise a generally rectangular shaped housing having a pair of horizontally disposed U-shaped receptacles on said outer surface thereof for receiving said first and second sides of said arcuate panels and an inwardly extending flap disposed on said inner surface.

**4.** The apparatus of claim 3, herein said rectangular shaped housing has a slot therein, said slot disposed on said inner surface thereof for receiving said flap.

**5.** The apparatus of claim 4, herein said means for a plurality of horizontal frame members further comprise a downwardly disposed U-shaped frame having a plurality of rollers disposed internal said U-shaped frame, said rollers being used for contacting said means for a plurality of horizontal rails.

**6.** The apparatus of claim 5, wherein said U-shaped frame further comprises a downwardly disposed anchor plate thereon for contacting the rails.

**7.** The apparatus of claim 6, wherein said anchor plate further comprises a hook disposed on the lower end of said anchor plate.

**8.** The apparatus of claim 7, wherein said U-shaped frame further comprising an upwardly disposed U-shaped receptacle thereon for receiving said first end of said arcuate panels.

12

**9.** The apparatus of claim 8, said means for a plurality of horizontal rails further comprise a base plate upon which plate said base rails are mounted and said rails are attached to a foundation.

**10.** The apparatus of claim 9, wherein said rail has an enlarged, exposed edge for receiving said hook of said anchor plate so that said anchor plate is secured to said rail.

**11.** The apparatus of claim 10, further comprising means for adding additional rails to said rail base plate whereby the number of rails varies.

**12.** The apparatus of claim 11, wherein said means for adding additional rails further comprises a slot disposed in the edge of said base plate for receiving the edge of another base plate.

**13.** Then apparatus of claim 12, further comprising a stop rod and an end plug disposed in the end of said rail.

**14.** The apparatus of claim 13, further comprising a cover for being placed over the tops of said rails and a spacer for being placed between said rails to enable one to walk over said rails.

**15.** The apparatus of claim 4, further comprising a plurality of hooks and straps for securing said arcuate panels to said arcuate frame members.

**16.** The apparatus of claim 15, wherein said arcuate panels are transparent.

* * * * *

**PROOF OF SERVICE**

I hereby certify that on the 14th day of June, 2016, I electronically filed the Corrected Joint Appendix (Volume II) in PDF-OCR format via the Electronic Case Filing System.

I hereby certify that on the 14th day of June, 2016, I caused one (1) copy of the Corrected Joint Appendix (Volume II) in PDF-OCR format to be served upon the attorneys listed below via the Electronic Case Filing System.

Todd E. Zenger, Esq.
Kirton McConkie
60 East South Temple, Suite 1800
Salt Lake City, Utah 84111
tzenger@kmclaw.com

By: */s/ Gregory J. Coffey*
Gregory J. Coffey
**COFFEY & ASSOCIATES**
310 South Street
Morristown, New Jersey 07960
(973) 539-4500 – Phone
(973) 539-4501 – Fax
gjc@coffeylaw.com - Email
Counsel for Appellants

Dated: June 14, 2016